**Exhibit C**

**NOTICE OF TEMPORARY CUSTODY/ORDER TO APPEAR**

JD-JM-58A Rev. 12-15
C.G.S. § 46B-129(B); PA 11-51, Sec. 19;
P.B. §§ 32a-1(g); 33a-6(e)

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
**JUVENILE MATTERS**
*www.jud.ct.gov*

| Address of court | Telephone number | Fax number | Docket number |
|---|---|---|---|
| 7 KENDRICK AVE WATERBURY CT 06702 | 2035964202 | 2035964431 | U06CP19011728A |

| Name of child/youth | Address of child/youth | Date of birth |
|---|---|---|
| EMMA PILEGGI | 11 PINEWOOD SHORES SHERMAN CT 06784 | 9/2/2015 |

| Name, address, and type (*if applicable*) (mother, father, guardian, putative father) | Date of birth | Indian tribe/reservation |
|---|---|---|
| KATHARINE PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784 | 8/6/1985 | |
| ANTHONY PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784 | 12/17/1980 | |
| | | |
| | | |

| If parent(*s*) is/are minor(*s*), name(*s*) of grandparent(*s*) or guardian(*s*) | Address(*es*) of grandparent(*s*) or guardian(*s*) |
|---|---|
| | |

E-FILED
WATERBURY SCJM
03/28/2019

## Notice

1. The attached order is based on allegations that conditions in the home or elsewhere endanger the safety and welfare of the child or youth;
2. A preliminary hearing will be held on 4/5/2019 (date) at 12:00 PM (time) .m.
3. If you do not come to the hearing, the court may take action against you;
4. At the hearing you will have the opportunity to tell the court your position concerning the alleged facts;
5. You have the right to remain silent; any statement that you make may be introduced into evidence against you;
6. You have the right to be represented by an attorney. If you want an attorney but cannot pay for one, the court will make sure that an attorney is provided to you by the Chief Public Defender if you prove you cannot pay for one;
7. You may apply for an attorney by going in person to the court address listed above and completing the JD-JM-114 Application for Appointment of Counsel/Waiver of Fees form. If you are unable to go to court in person, mail or fax the completed application form to the court before the court date on the attached order form. It is recommended that you submit the application form as soon as possible so the attorney can prepare for the hearing.

   If you have any questions about the case or appointment of counsel you should go to the court, or contact the clerk's office or contact the Chief Public Defender as soon as possible.

   The court will promptly determine if you are eligible for state-paid representation. If the court determines that you are eligible for an attorney, the court will promptly notify the Chief Public Defender who will assign an attorney to represent you.
8. You may request that the Department of Children and Families investigate placing the child or youth with a person related to the child or youth by blood or marriage who might serve as a licensed foster parent or temporary custodian for the child or youth.
9. No parent who is the subject of a petition shall be compelled to testify if the testimony might tend to incriminate in any criminal proceeding or to establish the validity of the facts alleged in the petition.

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation under the ADA, contact the court clerk at the number listed above or an ADA contact person listed at *www.jud.ct.gov/ADA*.

In Re: Emma Pileggi

Date: March 27, 2019

# AFFIDAVIT

I, Kevin Fitzsimmons, orthopedic physician assistant at Connecticut Children's Medical Center in Hartford, Connecticut, am over the age of eighteen and understand and believe in the obligations of an oath. Being duly sworn, I do hereby depose and say that the following is the truth to the best of my knowledge and belief:

Child who is subject of this affidavit:

Emma Pileggi (name)

09/02/2015 (DOB)

11 Pinewood Shores (address)

Sherman, CT 06784

Katherine Pileggi (parent's name)

11 Pinewood Shores (parent's address)

Sherman, CT 06784

[The next statements should indicate in numbered paragraph form the affiant's personal knowledge about the case. Be as specific as possible, use dates where appropriate, and include all relevant information.]

1. Brief paragraph describing expertise of the affiant.
   I have been a pediatric orthopedic physician assistant at Connecticut Children's Medical Center for 7 years. I treat patients in our outpatient clinics, take orthopedic trauma call, manage inpatient orthopedic patients, and assist with the orthopedic surgeons in the operating room
2. When, where, and how the child came to be treated by the affiant.

On Saturday, 3/9/19, I met Emma and her family while I was on call. On 3/1/19 Emma sustained a left distal femur fracture after being dropped by a family member. Emma was diagnosed with juvenile idiopathic arthritis (JIA), and is non-ambulatory secondary to her chronic knee effusions and JIA., Emma was seen at New Milford Hospital, was splinted and instructed to follow-up with Yale Pediatric orthopedics. She followed up with Yale pediatric orthopedics on 3/8/19. As reported by the family, they were instructed to be seen in Yale's Emergency Department for spica cast application. It was reported that the family did not follow the recommendation to take Emma to Yale's Emergency Department. It was reported that Yale contacted DCF, and were instructed to be seen at another facility. On 3/9/2019, Emma was seen in the Emergency Department at Connecticut Children's with a long leg splint in place. X-ray imaging obtained, and a new long leg splint was placed. The patient and family were instructed to follow up in 1 week with orthopedics.

3. Relevant medical history of the child. Emma initially presented to CT Children's Medical Center in June 2018, when they sought care for her bilateral knee effusions and inability to ambulate with Dr. Lawrence Zemel, in the Department of Rheumatology. She was diagnosed with juvenile idiopathic arthritis (JIA) and it was documented that Emma did not follow-up or initiate the care-plan prescribed by Dr. Zemel. On 3/9/19, during Emma's evaluation at Connecticut Children's Emergency Department, Emma's mother informed this writer, that they were continuing care for Emma's juvenile arthritis diagnosis with a local naturopathic physician. She reported an improvement in Emma's symptoms, however, stated she had been non-ambulatory since the symptoms and knee swelling began around age 8 months.
4. Current medical condition and diagnosis. Be specific, but also describe the condition in lay terms so others can understand the situation. Due to Emma being non-ambulatory for nearly 2 years, not walking under her own power, the lower extremity bones become osteopenic, or lose the ability to form new bone and become more fragile. The type of injury she sustained due to the decreased bone density from not walking from untreated juvenile idiopathic arthritis is called an

insufficiency fracture. This type of insufficiency fracture is seen more commonly in patient that are non-ambulatory, and/or wheelchair bound. Emma sustained a mildly angulated left distal femoral insufficiency buckle fracture. The treatment for this is splinting for 3-4 weeks, then once adequate healing has occurred the splint may be removed around that time. Many times casting is not necessary as the patients do not walk or put the fracture at risk of further displacement. I saw Emma on 3/19/19 for follow-up of the distal femur fracture which did show early bony callus formation, she had no pain and was reportedly sleeping well and without issue at that time. I instructed that they continue splinting for comfort for 1-2 more weeks, and that the splint could be removed and reapplied for bathing or changing clothes. They have a follow-up appointment to see me for the femur fracture on 4/16/19 which is acceptable follow-up based on this type of injury.

5. If child abuse is suspected, include a statement that the injury is most likely non-accidental and not self-inflicted. Also, if the reason for suspecting abuse is that the parents' statements are at a variance with the nature of the injury, state this. I do not suspect child abuse at this time, but medical neglect.

6. Factors impacting parent's ability to provide care (religious objections, incompetence, incapacitation). I do not know of any religious objections to medical treatment. There does not appear to be any cognitive barriers to understanding the necessity for the medical interventions prescribed.

THE AFFIANT:

[signature] (signature)

Kevin Fitzsimmons (name)

SUBSCRIBED AND SWORN TO before me on this 28th day of March, 2019.

[signature] (signature of Notary Public)

TRACIE L. KAVANAGH
NOTARY PUBLIC
State of Connecticut
My Commission Expires
April 30, 2022
(my commission expires)

**MOTION/ORDER OF TEMPORARY CUSTODY/ORDER TO APPEAR**
JD-JM-58 Rev. 12-15
C.G.S. § 46b-129(b) & (k), P.A. 09-185, Sec. 3, P.B. 33a-6

Per C.G.S 51-193c, this document was filed electronically and has the same validity and status as a paper document signed or verified by the Petitioner or Judge of the Superior Court.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
**JUVENILE MATTERS**
www.jud.ct.gov

| Address of Court | | Docket Number |
|---|---|---|
| 7 KENDRICK AVE WATERBURY CT 06702 | | |
| Name of Child/Youth | Address of Child/Youth | Date of Birth |
| MAIRIN PILEGGI | 11 PINEWOOD SHORES SHERMAN CT 06784 | 3/28/2019 |

| Name, address, and type (*if applicable*) (mother, father, guardian, putative father) | Date of birth | Indian tribe/reservation |
|---|---|---|
| KATHARINE PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784 | 8/6/1985 | |
| ANTHONY PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784 | 12/17/1980 | |
| | | |
| | | |

If parent(s) is/are minor(s), name(s) and address(es) of grandparent(s) or guardian(s):

## Motion

☐ The child or youth has been placed in the care and custody of the Commissioner of Children and Families pursuant to section 17a-101g *(96 hour hold)* on *(date)* ________ at *(time)* ________.

Based on the allegations of the petition and verified affirmations of fact, the petitioner requests an ex parte Order of Temporary Custody/Order to Appear under section 46b-129(b) of the general statutes.

| Name of Petitioner | Address of Petitioner | Relationship to Child |
|---|---|---|
| | 131 WEST STREET DEPT. OF CHILD/FAMILIES DAN | Commissioner DCF |

| Signed (Petitioner) | Subscribed and sworn to before me on (*Date*) | Signed (*Judge, Assistant Clerk, Notary, Comm. Superior Court*) |
|---|---|---|
| | | |

## Order

The court having reviewed the verified affirmations of fact accompanying this motion hereby finds that there is reasonable cause to believe that:

☐ A. Said child or youth is suffering from serious physical illness, or
☐ B. Said child or youth is suffering from serious physical injury, or
☐ C. Said child or youth is in immediate physical danger from surroundings;

**And** As a result of said conditions, the child's or youth's safety is endangered and immediate removal from such surroundings is necessary to ensure the child's or youth's safety and continuation in the home is **contrary to the welfare** of said child or youth.

**It is Hereby Ordered That:**

A. ☐ The temporary care and custody of said child or youth shall be vested in: ________ pending a hearing as set forth below on the confirmation of this order;

**And it is further found that:**

☐ Reasonable efforts to prevent or eliminate the need for removal of said child or youth were made by the state, or
☐ Reasonable efforts to prevent or eliminate the need for removal of said child or youth were not possible, or
☐ Reasonable efforts to prevent removal were not made.

OR

B. ☐ The respondent(s) appear before the court as set forth below to determine whether an order vesting temporary custody of said child or youth, in a person related to the child or youth by blood or marriage or in some other person or suitable agency, should be issued pending disposition of the petition.

And it is further ordered that the above-named mother/father/guardian be and hereby is/are summoned to appear before the court on the Hearing Date(s) set out below, at the address shown above, by having a proper officer leave a true and attested copy of this order and summons with them or at their usual place of abode, or if so ordered, by publication or mail and return same to the court on or before the date indicated.

OR

C. ☐ The motion is denied.

| | Date | Time of Hearing | |
|---|---|---|---|
| **Hearing Date - Preliminary Hearing On Temporary Custody** → | | .M. | |
| **Hearing Date - Petition** → | | .M. | |
| **Court Location** → | Court Location *(Number, street, and town)* | | Telephone Number |
| Publication For: | Statutory Mail For: | Service on or Before *(Date)* | Return Date |
| Name of Judge | Signed (Judge) | | Date Signed |

*(Continued)*

Case 3:22-cv-01315-AWT Document 71-3 Filed 09/13/23 Page 5 of 11

State of Connecticut

# RETURN OF SERVICE

Docket Number

| County of ss. | Name of person(s) served | Date of service |
|---|---|---|

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one):*

☐ leaving with *(for in hand);* or
☐ leaving at the usual place of abode *(for abode)* at ______________________

The within and foregoing is a true and attested copy of the original petition, order, and summons.

Attest *(Signature and title of proper officer)*

| Fees | |
|---|---|
| Copy | |
| Endorsement | |
| Service | |
| Travel | |
| **Total** | |

State of Connecticut

| County of ss. | Name of person(s) served | Date of service |
|---|---|---|

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one):*

☐ leaving with *(for in hand);* or
☐ leaving at the usual place of abode *(for abode)* at ______________________

The within and foregoing is a true and attested copy of the original petition, order, and summons.

Attest *(Signature and title of proper officer)*

| Fees | |
|---|---|
| Copy | |
| Endorsement | |
| Service | |
| Travel | |
| **Total** | |

State of Connecticut

| County of ss. | Name of person(s) served | Date of service |
|---|---|---|

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one):*

☐ leaving with *(for in hand);* or
☐ leaving at the usual place of abode *(for abode)* at ______________________

The within and foregoing is a true and attested copy of the original petition, order, and summons.

Attest *(Signature and title of proper officer)*

| Fees | |
|---|---|
| Copy | |
| Endorsement | |
| Service | |
| Travel | |
| **Total** | |

## For Mail Service

State of Connecticut

| County of ss. | Name of person(s) served | Date of service |
|---|---|---|

Then and there, by virtue hereof, I made service of the within petition, order and summons by depositing a true and attested copy by United States Post mail, postage prepaid, addressed to ______________________, by *(check one)*:

☐ restricted delivery, return receipt requested; or
☐ first class mail; or
☐ certified mail, return receipt requested.

The within and foregoing is the original petition, order and summons with my doings thereon endorsed.

Attest *(Signature and title of proper officer)*

| Fees | |
|---|---|
| Copy | |
| Endorsement | |
| Service | |
| Travel | |
| **Total** | |

**MOTION/ORDER OF TEMPORARY CUSTODY/ORDER TO APPEAR**
JD-JM-58 Rev. 12-15
C.G.S. § 46b-129(b) & (k), P.A. 09-185, Sec. 3, P.B. 33a-6

Per C.G.S 51-193c, this document was filed electronically and has the same validity and status as a paper document signed or verified by the Petitioner or Judge of the Superior Court.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
**JUVENILE MATTERS**
www.jud.ct.gov

| Address of Court | | Docket Number |
|---|---|---|
| 7 KENDRICK AVE WATERBURY CT 06702 | | |

| Name of Child/Youth | Address of Child/Youth | Date of Birth |
|---|---|---|
| NOAH PILEGGI | 11 PINEWOOD SHORES SHERMAN CT 06784 | 9/26/2012 |

| Name, address, and type (*if applicable*) (mother, father, guardian, putative father) | Date of birth | Indian tribe/reservation |
|---|---|---|
| KATHARINE PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784 | 8/6/1985 | |
| ANTHONY PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784 | 12/17/1980 | |
| | | |
| | | |

If parent(s) is/are minor(s), name(s) and address(es) of grandparent(s) or guardian(s):

## Motion

☐ The child or youth has been placed in the care and custody of the Commissioner of Children and Families pursuant to section 17a-101g *(96 hour hold)* on *(date)* ________ at *(time)* ________.

Based on the allegations of the petition and verified affirmations of fact, the petitioner requests an ex parte Order of Temporary Custody/Order to Appear under section 46b-129(b) of the general statutes.

| Name of Petitioner | Address of Petitioner | Relationship to Child |
|---|---|---|
| | 131 WEST STREET DEPT. OF CHILD/FAMILIES DAN | Commissioner DCF |

| Signed (Petitioner) | Subscribed and sworn to before me on (*Date*) | Signed (*Judge, Assistant Clerk, Notary, Comm. Superior Court*) |
|---|---|---|
| | | |

## Order

The court having reviewed the verified affirmations of fact accompanying this motion hereby finds that there is reasonable cause to believe that:

☐ A. Said child or youth is suffering from serious physical illness, or
☐ B. Said child or youth is suffering from serious physical injury, or
☐ C. Said child or youth is in immediate physical danger from surroundings;

**And** As a result of said conditions, the child's or youth's safety is endangered and immediate removal from such surroundings is necessary to ensure the child's or youth's safety and continuation in the home is **contrary to the welfare** of said child or youth.

**It is Hereby Ordered That:**

A. ☐ The temporary care and custody of said child or youth shall be vested in: ________ pending a hearing as set forth below on the confirmation of this order;

**And it is further found that:**

☐ Reasonable efforts to prevent or eliminate the need for removal of said child or youth were made by the state, or
☐ Reasonable efforts to prevent or eliminate the need for removal of said child or youth were not possible, or
☐ Reasonable efforts to prevent removal were not made.

OR

B. ☐ The respondent(s) appear before the court as set forth below to determine whether an order vesting temporary custody of said child or youth, in a person related to the child or youth by blood or marriage or in some other person or suitable agency, should be issued pending disposition of the petition.

And it is further ordered that the above-named mother/father/guardian be and hereby is/are summoned to appear before the court on the Hearing Date(s) set out below, at the address shown above, by having a proper officer leave a true and attested copy of this order and summons with them or at their usual place of abode, or if so ordered, by publication or mail and return same to the court on or before the date indicated.

OR

C. ☐ The motion is denied.

| | Date | Time of Hearing | |
|---|---|---|---|
| **Hearing Date - Preliminary Hearing On Temporary Custody** → | | .M. | |
| **Hearing Date - Petition** → | | .M. | |
| **Court Location** → | Court Location (*Number, street, and town*) | | Telephone Number |

| Publication For: | Statutory Mail For: | Service on or Before (*Date*) | Return Date |
|---|---|---|---|
| | | | |

| Name of Judge | Signed (Judge) | Date Signed |
|---|---|---|
| | | |

*(Continued)*

State of Connecticut

# RETURN OF SERVICE

Docket Number

| County of ss. | Name of person(s) served | Date of service |
|---|---|---|

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one)*:

☐ leaving with *(for in hand)*; or
☐ leaving at the usual place of abode *(for abode)* at ______________________

The within and foregoing is a true and attested copy of the original petition, order, and summons.

Attest *(Signature and title of proper officer)*

| Fees | |
|---|---|
| Copy | |
| Endorsement | |
| Service | |
| Travel | |
| **Total** | |

State of Connecticut

| County of ss. | Name of person(s) served | Date of service |
|---|---|---|

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one)*:

☐ leaving with *(for in hand)*; or
☐ leaving at the usual place of abode *(for abode)* at ______________________

The within and foregoing is a true and attested copy of the original petition, order, and summons.

Attest *(Signature and title of proper officer)*

| Fees | |
|---|---|
| Copy | |
| Endorsement | |
| Service | |
| Travel | |
| **Total** | |

State of Connecticut

| County of ss. | Name of person(s) served | Date of service |
|---|---|---|

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one)*:

☐ leaving with *(for in hand)*; or
☐ leaving at the usual place of abode *(for abode)* at ______________________

The within and foregoing is a true and attested copy of the original petition, order, and summons.

Attest *(Signature and title of proper officer)*

| Fees | |
|---|---|
| Copy | |
| Endorsement | |
| Service | |
| Travel | |
| **Total** | |

## For Mail Service

State of Connecticut

| County of ss. | Name of person(s) served | Date of service |
|---|---|---|

Then and there, by virtue hereof, I made service of the within petition, order and summons by depositing a true and attested copy by United States Post mail, postage prepaid, addressed to ______________________, by *(check one)*:

☐ restricted delivery, return receipt requested; or
☐ first class mail; or
☐ certified mail, return receipt requested.

The within and foregoing is the original petition, order and summons with my doings thereon endorsed.

Attest *(Signature and title of proper officer)*

| Fees | |
|---|---|
| Copy | |
| Endorsement | |
| Service | |
| Travel | |
| **Total** | |

**MOTION/ORDER OF TEMPORARY CUSTODY/ORDER TO APPEAR**
JD-JM-58 Rev. 12-15
C.G.S. § 46b-129(b) & (k), P.A. 09-185, Sec. 3, P.B. 33a-6

Per C.G.S 51-193c, this document was filed electronically and has the same validity and status as a paper document signed or verified by the Petitioner or Judge of the Superior Court.

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
**JUVENILE MATTERS**
*www.jud.ct.gov*

| Address of Court | | Docket Number | |
|---|---|---|---|
| 7 KENDRICK AVE WATERBURY CT 06702 | | | |
| Name of Child/Youth: SAVANNAH PILEGGI | Address of Child/Youth: 11 PINEWOOD SHORES SHERMAN CT 06784 | Date of Birth: 4/8/2009 | |
| Name, address, and type (*if applicable*) (mother, father, guardian, putative father) | | Date of birth | Indian tribe/reservation |
| KATHARINE PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784 | | 8/6/1985 | |
| Name, address, and type (*if applicable*) (mother, father, guardian, putative father) | | Date of birth | Indian tribe/reservation |
| ANTHONY PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784 | | 12/17/1980 | |
| Name, address, and type (*if applicable*) (mother, father, guardian, putative father) | | Date of birth | Indian tribe/reservation |
| Name, address, and type (*if applicable*) (mother, father, guardian, putative father) | | Date of birth | Indian tribe/reservation |

If parent(s) is/are minor(s), name(s) and address(es) of grandparent(s) or guardian(s):

## Motion

☐ The child or youth has been placed in the care and custody of the Commissioner of Children and Families pursuant to section 17a-101g *(96 hour hold)* on *(date)* ________ at *(time)* ________.

Based on the allegations of the petition and verified affirmations of fact, the petitioner requests an ex parte Order of Temporary Custody/Order to Appear under section 46b-129(b) of the general statutes.

| Name of Petitioner | Address of Petitioner | Relationship to Child |
|---|---|---|
| | 131 WEST STREET DEPT. OF CHILD/FAMILIES DAN | Commissioner DCF |

| Signed (Petitioner) | Subscribed and sworn to before me on (*Date*) | Signed (*Judge, Assistant Clerk, Notary, Comm. Superior Court*) |
|---|---|---|
| | | |

## Order

The court having reviewed the verified affirmations of fact accompanying this motion hereby finds that there is reasonable cause to believe that:

☐ A. Said child or youth is suffering from serious physical illness, or
☐ B. Said child or youth is suffering from serious physical injury, or
☐ C. Said child or youth is in immediate physical danger from surroundings;

**And** As a result of said conditions, the child's or youth's safety is endangered and immediate removal from such surroundings is necessary to ensure the child's or youth's safety and continuation in the home is **contrary to the welfare** of said child or youth.

**It is Hereby Ordered That:**

A. ☐ The temporary care and custody of said child or youth shall be vested in: ________ pending a hearing as set forth below on the confirmation of this order;

**And it is further found that:**

☐ Reasonable efforts to prevent or eliminate the need for removal of said child or youth were made by the state, or
☐ Reasonable efforts to prevent or eliminate the need for removal of said child or youth were not possible, or
☐ Reasonable efforts to prevent removal were not made.

**OR**

B. ☐ The respondent(s) appear before the court as set forth below to determine whether an order vesting temporary custody of said child or youth, in a person related to the child or youth by blood or marriage or in some other person or suitable agency, should be issued pending disposition of the petition.

And it is further ordered that the above-named mother/father/guardian be and hereby is/are summoned to appear before the court on the Hearing Date(s) set out below, at the address shown above, by having a proper officer leave a true and attested copy of this order and summons with them or at their usual place of abode, or if so ordered, by publication or mail and return same to the court on or before the date indicated.

**OR**

C. ☐ The motion is denied.

| | | |
|---|---|---|
| **Hearing Date - Preliminary Hearing On Temporary Custody** → | Date | Time of Hearing .M. |
| **Hearing Date - Petition** → | Date | Time of Hearing .M. |
| **Court Location** → | Court Location *(Number, street, and town)* | Telephone Number |

| Publication For: | Statutory Mail For: | Service on or Before *(Date)* | Return Date |
|---|---|---|---|
| Name of Judge | Signed (Judge) | | Date Signed |

*(Continued)*

State of Connecticut

# RETURN OF SERVICE

Docket Number

County of ss. | Name of person(s) served | Date of service

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one):*

☐ leaving with *(for in hand);* or
☐ leaving at the usual place of abode *(for abode)* at ______

The within and foregoing is a true and attested copy of the original petition, order, and summons.

Attest *(Signature and title of proper officer)*

**Fees**: Copy / Endorsement / Service / Travel / **Total**

State of Connecticut

County of ss. | Name of person(s) served | Date of service

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one):*

☐ leaving with *(for in hand);* or
☐ leaving at the usual place of abode *(for abode)* at ______

The within and foregoing is a true and attested copy of the original petition, order, and summons.

Attest *(Signature and title of proper officer)*

**Fees**: Copy / Endorsement / Service / Travel / **Total**

State of Connecticut

County of ss. | Name of person(s) served | Date of service

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one):*

☐ leaving with *(for in hand);* or
☐ leaving at the usual place of abode *(for abode)* at ______

The within and foregoing is a true and attested copy of the original petition, order, and summons.

Attest *(Signature and title of proper officer)*

**Fees**: Copy / Endorsement / Service / Travel / **Total**

## For Mail Service

State of Connecticut

County of ss. | Name of person(s) served | Date of service

Then and there, by virtue hereof, I made service of the within petition, order and summons by depositing a true and attested copy by United States Post mail, postage prepaid, addressed to ______, by *(check one)*:

☐ restricted delivery, return receipt requested; or
☐ first class mail; or
☐ certified mail, return receipt requested.

The within and foregoing is the original petition, order and summons with my doings thereon endorsed.

Attest *(Signature and title of proper officer)*

**Fees**: Copy / Endorsement / Service / Travel / **Total**

**ADDENDUM/JURISDICTIONAL FACTS**

**RE: Emma Pileggi (DOB: 09/02/2015)**

**TO WIT:**

- Mrs. Pileggi has unaddressed mental health issues that impact her ability to safely parent her children.
- Mr. and Mrs. Pileggi have failed to address Emma's medical condition which has resulted in her being significantly compromised to the point of probable irreversible damage.
- Mr. and Mrs. Pileggi have opted for naturopath medicine but at a high cost and detriment to Emma's well-being.
- Mr. and Mrs. Pileggi's inability to appropriately provide treatment as needed to their children.

SWORN TO AND SUBSCRIBED before me this 28th day of March 2019

Mary E. Malone
Notary Public

Expiration Date

Mary E. Malone
*Notary Public*
My Commission Expires 7/31/21

E-FILED
SCJM
WATERBURY
03/28/2019