SCHEDULE A

CHILD'S NAME ___Emma Pileggi    (9/2/15)___

DATE OF BIRTH _____

DOCKET # ___U06 CP 19011728-A___

MOTION TO/FOR

## Revocation of Commitment

The Petitioner, Commissioner of the Department of Children and Families (DCF), moves this court to find that the cause for commitment no longer exists and that it is in Emma's best interest for her to return to father's primary physical custody with a period of protective supervision until 3/9/20 (concurrent with her siblings Savannah, Noah + Maurin Pileggi). Items 1 through 4 uses of the attachment will apply for Emma, Mr. Pileggi + Mrs. Pileggi. Parties will share joint legal custody, however, should the parties disagree, Mr. Pileggi will have final decision making authority until Emma is of the age of majority.

to be granted by agreement:

AAG Kim Mathias

_X Mathias – for DCF_
Petitioner   AAG Kim Mathias

_55 W. Main St. Waterbury CT_
Address

_____

_____

~~Phone #~~ _____

The above motion is GRANTED/DENIED

Approved - Accepted
& So Ordered,
Luersen J- 10/9/19

Judge _____

Dated at Waterbury, this _9th_ day of _October_, 2019.

SUPERIOR COURT
WATERBURY JUVENILE

OCT 09 2019

CLERK'S OFFICE

The parties hereby agree as follows:

1. Father shall enjoy primary physical custody of his four minor children, namely:

   Savannah Pileggi (4/8/2009);
   Noah Pileggi (9/26/2012);
   Emma Pileggi (9/2/2015); and
   Mairin Pileggi (4/19/2017).

2. Mother shall enjoy parenting time with the children as mutually agreed upon by the parties. Such parenting time shall be liberal and flexible and Father shall not unreasonably deny parenting time requests by Mother.

3. The parties shall share legal custody of the minor children for the purpose of conferring with each other on major decisions as they relate to the minor children. However, should the parties disagree, father shall have final decision making authority.

4. Father has filed a dissolution action, which is currently pending in Danbury Superior Court. Any orders either entered by agreement or by the Court regarding the care and custody of the minor children shall be consistent with the terms agreed upon herein. For the purposes of ensuring that the court orders align, Father's specific steps as provided by the Department of Children and Families shall include a condition that he provide the Court with a copy of this order and any other information regarding the disposition and adjudication of this matter originating from the Waterbury Superior Court.

5. Should Mother wish to modify legal and/or physical custody of the minor child(ren), there shall first be a threshold requirement that she have a follow-up psychological examination by Dr. Chiaramello before proceeding with a motion for modification with the Family Court.

SUPERIOR COURT
WATERBURY JUVENILE

SEP 23 2019

CLERK'S OFFICE