DCF-2074
(REVISED 09/27/2008)

STATE OF CONNECTICUT
DEPARTMENT OF CHILDREN AND FAMILIES
**INVESTIGATION PROTOCOL**

**Case Name: Katharine Pileggi**  **Case Number: 385605**

progressing. SW explained that the Department has not been able to see this as Dr. Troyer is not providing notes that have any substance. Mother explained that she would get the documents to SW. SW explained that Dr. Morse/ Dr. Troyer would have to attest to the progress and how Emma is doing better because there are a number of doctors who do not agree. Mother understood and explained that this was only due to financial reasons and that the doctors are looking for more money and want patients to continue to come to them so they can be continuously billed. SW explained that at this time, the concerns remain from the doctors reporting that Emma is not getting better and that the concern is that parents are not following the recommendations and when a doctor tells them something, they leave the practice. Mother stated that she does not agree with what they are saying and that they do not know what they are talking about. SW explained that the notes from Dr. Troyer would be helpful.

Mother asked SW if her taking Emma to Florida would be helpful to her case and SW explained that SW was unsure and that SW would have to speak to SWS about this. Mother stated that she would appreciate if SW would talk to her as she wants to bring her there to be seen. He stated that he would speak to SWS and get back to mother. Mother stated that she would appreciate it.

SW asked mother if she was familiar with Dr. Morse's practice and if it is regulated and she stated that he is. SW explained that SW was doing some research on Dr. Morse and could not find if he is regulated and mother stated that he practices with people around the world and SW explained that Connecticut has the ability to check in with every doctor or naturopath that works in the state and that Florida does not appear to have this. Mother stated that she believes he is regulated and can check into this for SW. SW thanked mother.

SW asked mother if there was anything else at this time she wanted to speak about and she stated that they went over a lot and that she and father will talk. SW explained that he would touch base with mother early next week to set up the next home visit.

SW concluded the visit.

03/25/19- NEW REPORT RECEIVED FROM CARELINE:
The Department received their fifth report from an anonymous naturopathic medical provider alleging medical neglect of Emma by Mr. and Mrs. Pileggi. The anonymous medical provider reported that she learned the information first hand from Mr. and Mrs. Pileggi. Mr. and Mrs. Pileggi came in for a well-child check for Emma who is diagnosed with Juvenile Idiopathic Rheumatoid Arthritis which she was diagnosed with in June of 2018. The anonymous medical provider reported that Emma should be receiving pharmaceutics treatment. The anonymous medical provider reported that Mrs. Pileggi is against traditional treatment and has refused steroid and non-steroid anti-inflammatory medication.

The anonymous medical provider is concerned as it appears that Mrs. Pileggi is attempting to "doctor hop" as she is seeing multiple doctors until she gets a doctor to sign off that Emma is healthy. The anonymous medical provider reported that this is the worst case of Juvenile Rheumatoid Arthritis that they have worked with.

The anonymous medical provider reported that due to the medical neglect, Emma's internal organs are getting worse. The anonymous medical provider reported that she cannot be sure as Mrs. Pileggi refused to conduct blood work and ultra sound. Mrs. Pileggi reported that she is working with a doctor in Florida, Dr. Robert Morse but the anonymous medical provider researched Dr. Morse and learned that he is not a licensed medical doctor but a herbal specialist and has Emma on a strict diet of fruit only which the anonymous medical provider reported could be having a negative effect on the child's medical condition as she is lacking protein.

03/25/19-Text from mother
Mother requested that SW contact father.

03/25/19-TC to father
Father reported that he is going to fly mother, Mairin and Emma down to Florida. He reported that they moved an appointment with Dr. Fitzsimmons to this Friday, 03/29/19 so that they can attend their appointment and then will either have their in person on 04/01/19. He reported that they will work on the progress notes for the Department as well.

03/25/19-TC from mother
SW and mother set up a home visit for 03/26/19 at 4pm.

03/26/19-TC from mother
Mother reported that she spoke to PS Tinnerello and explained that the conversation did not go well. She stated that he refused to provide her with a letter to go to Florida and see Dr. Morse and an attorney told her that she needs a letter to go to Florida. Mother reported that she was just trying to cover her bases. She reported that she was just upset after the conversation.

Mother reported that she plans to see Dr. Troyer on Monday when she flies down. She stated that she can see Dr. Troyer every month and that Dr. Troyer reported to her that she would have recommendations to see other doctors in the Florida area. Mother reported that Dr. Troyer is out at this time and will not be back until Monday when mother goes down to see her. Mother reported that Dr. Troyer had a

*The Allegation Summary and Investigation narrative does not reflect the result of any appeal decisions made on the alleged allegations.*

Investigation ID: 587934           08/28/2020 - 02:41 pm           Page 44 of 73

DCF-2074
(REVISED 09/27/2008)

STATE OF CONNECTICUT
DEPARTMENT OF CHILDREN AND FAMILIES
**INVESTIGATION PROTOCOL**

**Case Name:** Katharine Pileggi

**Case Number:** 385605

Mother reported that she spoke to Dr. Fitzsimmons and he reported to her that her cast can come off and that they will go back to him on 04/16/19 for a last follow up appointment.

Mother reported that Dr. Zemel tested for Epstein Barr report and that Emma was positive for this. SW stated that he has not seen any documentation stating that she is diagnosed with Epstein Barr. SW stated that he would have to check in with Dr. Zemel to see if she was diagnosed with this. Mother stated that it takes 12-18 months for this to heal. Mother stated that Emma was healthy up until last year and the Epstein Barr was positive.

03/26/19-TC to Dr. Lindsay Laughinghouse
SW Rotovnik and RRG Nurse Velez contacted Dr. Laughinghouse to ask for her to produce an affidavit for the Department due to the ongoing concerns she has had for the family. Dr. Laughinghouse agreed to do so.

03/26/19-TC to Dr. Pamela Santapaola, ND
Dr. Santapaola reported that she is a naturopath physician. She reported that on 03/21/19, mother, father and all the children came to the doctor for a wellness check for Mairin and Emma as parents reported that DCF wanted the kids checked. Dr. Santapaola reported that she did an intake on Emma and noted that she could not walk and that it was the worst case of juvenile arthritis that she has ever seen. She stated that she did a physical exam of Emma and observed her to have an enlarged liver and a mass in her stomach around her bladder which Dr. Santapaola related possibly to her diet as she is on a strict fruit and mild vegetable diet. She reported that she is taking way too many supplements and that she has not heard of a lot of them.

Dr. Santapaola reported that parents told her that she was working with Dr. Morse from Florida and she reported that she did her own research on Dr. Morse and reported that she could not find any credentials on Dr. Morse and could not find any information regarding Dr. Troyer.

Dr. Santapaola reported that she wanted to be able to run some tests on Emma and recommended some lab work to be done but parents refused to do any lab work. She reported that she thought the lab work was imperative for her to work with Emma so she had her medical director contact parents to go over the concerns and the importance of the tests and parents still refused. She reported that she will not work with Emma any further unless they agree to do the lab work as she will not work with a patient if she does not know what is wrong with them. She reported that parents have stated that they will not be coming back to their practice.

SW asked Dr. Santapaola if she would be able to provide the Department with an affidavit and she agreed to do so.

03/26/19-Announced home visit
SW arrived at the Pileggi residence and was greeted at the door by mother who invited SW into the home. Mother reported that father just ran out to the store and would be right back. She stated that Emma wanted to go with him as well. Upon entering the home, SW was greeted by Mairin who was smiling and exploring the home as usual. Mairin walked up to SW to greet SW and then took off after she lost interest. Mairin was dressed appropriately and had no visible marks or bruises. Savannah was sitting in mother's room talking to a friend on mother's phone. SW greeted Savannah who gave SW a "hello" and continued to talk to her friend. Savannah was dressed appropriately and had no visible marks or bruises. Mother reported that Noah was upstairs taking a nap.

SW asked mother how everything was going and mother stated that she has gotten in touch with Dr. Morse's office and reported that Dr. Troyer was away on a personal emergency and would be back on Monday. She reported that the office staff stated that they were going to put together the documents for SW but she was not sure how long this would take. SW suggested to mother that she speak to them again and see if she can get the paperwork as soon as possible as it will only help the case. Mother agreed.

Mother asked SW if she and SW have ever went over the concerns of Emma having Epstein Barr and what it does to you and SW explained that he does not think this conversation ever occurred. Mother explained that tick bites trigger Epstein Barr and this is something that we all live with dormant in our bodies. She reported that after she was bit, the next day she contacted Dr. Alder and brought her to the doctor the next day. She reported that she had a fever and was vomiting after she was bit. Mother reported that prior to Emma being bitten by a tick, she had no medical issues what so ever.

Mother reported that Epstein Barr is a debilitating virus and due to it being a virus, it just needs to run its course as there is no medication that can treat a virus. SW asked if traditional medicine addresses viruses and mother stated that it cannot.

Mother reported that Dr. Morse's clinic was informed of the Epstein Barr and the current protocol that she is on, targets the issue. She reported that Emma had a positive test result from Dr. Zemel which she asked for. She stated that the blood work came back positive for Epstein Barr. SW asked if Dr. Zemel diagnosed her with Epstein Barr and mother stated that she was positive for it. SW asked if being positive the same as being diagnosed and mother was stated that Emma has Epstein Barr.

DCF-2074
(REVISED 09/27/2008)

STATE OF CONNECTICUT
DEPARTMENT OF CHILDREN AND FAMILIES
**INVESTIGATION PROTOCOL**

**Case Name:** Katharine Pileggi

**Case Number:** 385605

At this time, father and Emma arrived. Father greeted SW. Father was holding Emma who appeared to be in good spirits. Emma had no visible marks or bruises and was dressed appropriately. Emma's knees were the same size and appeared enlarged compared to her legs. Her hands and feet appeared less swollen. Father apologized for being late and reported that he had to run to the store and Emma would not let him leave without her. SW stated that it was fine.

SW explained to parents that the Department had received a new report and parents were surprised. SW went over the report and explained that it was anonymous and read the report to parents. Parents came to the conclusion that it was the naturopath that they went to late last week.

Mother began to cry and explained that this doctor was wrong and that she did not know what she was talking about. Mother stated that Emma is getting better and these doctors do not know what they are talking about as Emma should not take any medications as it will worsen her condition.

SW explained that this report was very concerning and that we now have 5 reports, 2 non-accept reports and a team of doctors who are reporting concerns for Emma's state and that there is irreversible damage that is being done. Mother stated that she would never put her daughter into a position to have irreversible damage and SW understood. SW explained that concern remains that there is a team of doctors who have expressed concerns of their daughter being in danger and mother continued to try to explain how traditional medicine is killing people and how traditional doctors are scamming and killing people.

SW pointed out that if parents believe that this report is from the doctor they recently saw, this doctor is a naturopath and mother explained that this naturopath did not know what she was talking about and SW explained that this cannot always be the case that doctors do not know what they are talking about. SW explained that there is now rheumatologists, orthopedics, primary care physicians, and naturopaths who all have concerns with Emma.

Father asked if Emma was being worked with by a traditional doctor, they would have time to work with her and asked why they do not have time to work with Emma and Dr. Morse. SW explained first that the Department has yet to get something in writing from Dr. Morse's office regarding the treatment regiment, the progress, the steps, outcomes, or anything more than just a few written lines of notes. Mother stated that naturopathic doctors do not take a lot of notes and SW explained that Dr. Layman, who parents have worked with in the past, provided several lengthy notes and mother stated that Dr. Layman did not know what she was talking about and struggled when mother would challenge her.

SW explained that Emma was on Prednisone for a short period of time and she was walking. Mother argued that prednisone kills people and mother refused to give this to her daughter. SW understood but just trying to make the point that the doctors who are reporting these concerns believe that her condition can be treated.

Mother asked what the next steps would be and SW explained that at this time, he was not sure and that SW would have to conference with SWS and the rest of the team. Mother asked what could happen and what the worst case scenario would be if the Department removed her child and SW explained that the Department always looks towards family resources before any foster home. Mother asked if they would treat her daughter medically and SW explained that this would all be a court process and that he was unsure at this time. SW explained that there are several routes that could be taken and SW was only speaking regarding past experiences. SW explained that the Department still wants to transfer the case to ongoing services. SW explained that the Department could petition the courts to continue to engage the family under court supervision or the Department could file for an order of temporary custody that would have to be approved by a judge.

Mother stated that she would get the notes from Dr. Morse's office tomorrow. She stated that she would call them in the morning and tell them that she needs this immediately. SW agreed.

SW explained to mother to keep SW informed and updated on the notes and that SW would be in touch with any new information. SW explained that he knows that parents are not fond of going down the traditional route of medical treatment and asked them if they would consider going to a doctor and mother stated that doctors are why there are these issues in the first place. SW understood.

SW explained that parents were welcome to contact SW with any further questions or concerns.

SW concluded the visit.

03/26/19-Supervisory Conference
ISW did a HV last Friday to parents home. ISW addressed with the parents the concerns with multiple doctors contacting the Department regarding concerns with Emma's medical condition. Parents are adamant that they are not going to have Emma seen medically and will remain with Dr. Morse. Parents reported that they will fly down to Florida to have Emma seen by Dr. Morse or may even move to Florida.

*The Allegation Summary and Investigation narrative does not reflect the result of any appeal decisions made on the alleged allegations.*

Investigation ID:  587934          08/28/2020 - 02:41 pm          Page 46 of 73

DCF-2074
(REVISED 09/27/2008)

STATE OF CONNECTICUT
DEPARTMENT OF CHILDREN AND FAMILIES
**INVESTIGATION PROTOCOL**

**Case Name:** Katharine Pileggi

**Case Number:** 385605

Mother was asked about whether or not she went thru the timeline that ISW gave her regarding providers and mother said she didn't. ISW addressed with father in previous DCF reports and Torrington last protocol that there were concerns with father's anger and SA (drinking). Father was asked to go for a SA eval and screen which he refused. There are noted concerns regarding mother's MH by past providers and mother was asked to participate in a MH assessment/psych eval and mother refused. Mother and father are adamant that the work that Dr. Morse is doing with Emma is working/is according to plan. ISW and RRG Nurse reached out to Dr. Morse's facility to get Iridology reports. Dr. Troyer is currently out on personal leave and no one is able to get those documents. Consult was held with DCF Medical director, OD McVey, PS Le, RRG Nurse Aisha, RRG Nurse Supervisor Aimee Fong, RRG Supervisor Joe Arsenault, ISW and ISWS. Case was discussed and the new report by Dr. Zemel that was not accepted. Concerns discussed in the meeting are that Emma is being medically neglected as parents have failed to abide by follow ups made by CT Naturopaths, Rheumatologist, Orthopedics and regular medical providers. Legal Department at CO is involved and have been made aware of the case. PA Klein has been consulted on in the AO. Mother was supposed to bring Emma and Mairin to CT Naturopath in Westport. Mother refused to sign releases for this provider. In looking at LINK yesterday, it was learned that a report was called in to DCF by Westport Naturopath, ND Pamela Santapaola regarding concerns of Emma. The report indicated concerns that parents are doctor "hopping" and that Emma's condition is bad. ISW and RRG Nurse Aisha followed up with ND Pamela Santapaola who reported that Emma is possibly worst case of Juvenile Arthritis that she has ever seen. ND Santapaola indicated that while doing an exam on Emma, Emma's liver appeared to be enlarged and she appeared to have a mass in her stomach around her bladder. ND was concerned with the dietary protocol that Emma was on as she is not getting enough protein. The herbal protocol appeared to be too much supplements and ND was not familiar with what was being prescribed to Emma. ND did her own research on Dr. Morse and could not find any credentials for him and does not feel that he is a Naturopath. ND ordered lab blood works and also wanted an ultrasound on liver and bladder and parents refused. ND was very concerned that she had her own medical director call parents with the recommendations and parents still refused. ND is not willing to treat Emma any more as Emma is in need medical and Naturopath treatment intervention. ISW has a scheduled HV this evening and will address this current report with the family. At this time, thru consult with AO staff, CO staff, the determination was made that the Department would intervene legally.

03/27/19-TC to Dr. Pamela Santapaola
SW asked Dr. Santapaola if she would be able to provide the Department with the Affidavit that she agreed to provide to the Department and Dr. Santapaola reported that after speaking to her legal team, she did not feel comfortable providing that at this time. SW explained that the Department could not force her to do so but the Department might have to subpoena her in the future. Dr. Santapaola reported that she would speak to her legal team and get back to SW.

03/27/19-TC to Dr. Lindsey Laughinghouse
SW left a message, requesting a return TC.

03/28/19-TC from Jennifer Willette of Dr. Morse's office
Jennifer reported that mother and Emma showed up at their office just now. She reported that she knows that mother is working with Department and wanted to inform the Department. Jennifer stated that mother reported to them that there was not an issue with her coming to Florida and that SW allowed this. SW explained that it was not that SW allowed this but that the Department could not stop mother from going. SW explained that he would have liked a heads up from mother that they were leaving. SW asked to transfer the call to SWS's office which she agreed.

Jennifer reported that mother had no scheduled appointment and that Dr. Morse just so happened to be at the office when mother arrived and will see Emma. SW asked if mother had a scheduled appointment for 04/01/19 and Jennifer stated that Dr. Troyer canceled that appointment on 03/25/19 as she was not going to be in the office. She stated that Dr. Morse was available and asked if SW would like to talk to him which SW agreed.

Dr. Morse introduced himself and explained that he does not understand why the Department would want to remove Emma when there is a number of improvement. SWS asked what the improvements were and he stated that she has no further vaginal pain, normal bowel movements, no nausea or vomiting, she has been sleeping better, swelling is down 50%, she is sleeping in a normal position, and increased range. SWS asked if this was his assessment of mother's observation and he stated that this was from mother.

Dr. Morse stated that he was going to check Emma out himself and then would be able to send the Department all the progress notes that they have on the child.

03/28/19-Supervisory Conference
OTC granted on Emma. Emma was found in Florida with Mother who took her to see Dr. Morse for an evaluation as mother did not like what providers in CT were telling her. Florida CPS and Sheriffs were contacted, located mother and Emma. Emma was taken in to custody in Florida and will be going to Children's Hospital in Fort Myers Florida to be assessed before she comes back to CT. ISW Rotovnik and ISW Malvasi will be headed to Fort Myers in Florida tomorrow to get child and bring her back to CT>

03/28/19-TC from Jennifer Willette of Dr. Morse's office

*The Allegation Summary and Investigation narrative does not reflect the result of any appeal decisions made on the alleged allegations.*

Investigation ID: 587934         08/28/2020 - 02:41 pm         Page 47 of 73