IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KATHARINE PILEGGI ET AL., | ) | |
| | ) | |
| Plaintiffs | ) | CIVIL NO. 3:22-cv-01315-AWT |
| | ) | |
| v. | ) | |
| | ) | |
| MATHIAS ET AL., | ) | |
| | ) | |
| Defendants. | ) | DECEMBER 30, 2024 |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated November 5, 2024; ECF No. 91; the parties respectfully submit the following Joint Status Report.

**1.   The status of discovery;**

The parties have exchanged initial disclosures, document production, and written discovery responses. Depositions have not been taken at this time. The deadline for fact discovery is March 31, 2025.

**2.   Any discovery issues foreseen by any party; and**

The parties do not foresee any discovery issues at this time. The parties will attempt in good faith to resolve disputes regarding written discovery amongst themselves.

**3.   The first date on which a settlement conference would be productive.**

The parties do not anticipate that any settlement conference would be productive at this time. The parties estimate that a settlement conference would not be productive at any time before the depositions of the plaintiffs' experts, the deadline for which is **June 30, 2025**. After the plaintiffs' experts are deposed, a settlement conference may or may not be productive, depending on the course of discovery in the case.

THE PLAINTIFFS,
KATHARINE PILEGGI AND ANTHONY PILEGGI AS NEXT FRIENDS FOR E.P.

By:     /s/: Tricia S. Lindsay
       Tricia Sophia Lindsay, Esq. CT 31017
       Law Offices of Tricia S. Lindsay
       531 E. Lincoln Ave.
       Ste 5b
       Mount Vernon
       Mount Vernon, NY 10552
       Telephone: 347-386-4604
       Fax: 914-668-4908
       Email: tricialindsaylaw@gmail.com


THE DEFENDANTS,
KAELA MINERLY AND FRANK ROTVNIK

       /s/ John E. Tucker—ct04576
By:
       John Essex Tucker, Esq.
       Assistant Attorney General
       Federal Bar No. ct04576
       General Litigation Department
       Office of the Attorney General
       165 Capitol Avenue
       Hartford, CT 06106
       Tel.: (860) 808-5160
       Fax: (860) 808-5084
       Email: John.Tucker@ct.gov

**THE DEFENDANTS,**
**CONNECTICUT CHILDREN'S MEDICAL CENTER, LAWRENCE ZEMMEL, AND KEVIN FITZSIMMONS**

By:     */s/ Stuart C. Johnson, Esq. (ct20277)*
        Joyce A. Lagnese, Esq.
        Fed. Bar No. ct05527
        Stuart C. Johnson, Esq.
        Fed. Bar No. ct20277
        Thomas J. Plumridge, Esq.
        Fed. Bar No. ct29394
        DANAHERLAGNESE, P.C.
        21 Oak Street, Suite 700
        Hartford, Connecticut 06106
        Telephone: 860.247.3666
        Facsimile: 860.547.1321
        Email: jlagnese@danaherlagnese.com
                   sjohnson@danaherlagnese.com
                   tplumridge@danaherlagnese.com

## **CERTIFICATION OF SERVICE**

      I hereby certify that on December 30, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                      */s/ Stuart C. Johnson, Esq.*
                                      Stuart C. Johnson, Esq.

DANAHERLAGNESE, PC • 21 OAK STREET, HARTFORD, CT 06106 • (860) 247-3666