UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **KATHARINE PILEGGI, et al.**, )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br>**KIM MATHIAS, et al.,**<br>    Defendants. ) | | **CIVIL ACTION NO.3:22-CV-01315**<br><br><br><br><br><br>JANUARY 27, 2026 |

## MOTION FOR SUMMARY JUDGMENT IN FAVOR OF KAELA MINERLY AND FRANK ROTOVNIK

Pursuant to Rule 56 of the Fed. R. Civ. P., Defendants Kaela Minerly and Frank Rotovnik move for summary judgment in their favor on the remaining counts (counts 3 and 8) for the reasons articulated in the accompanying memorandum of law, including: (1) the undisputed facts show there was no constitutional violation or intentional infliction of emotional distress, (2) res judicata/collateral estoppel precludes the plaintiffs from contesting that the parents medically neglected their child, EP, and (3) Defendants are entitled to qualified immunity.

                DEFENDANTS

                KAELA MINERLY, SOCIAL WORKER, DEPARTMENT OF CHILDREN AND FAMILIES

                FRANK ROTOVNIK, SOCIAL WORKER, DEPARTMENT OF CHILDREN AND FAMILIES

                WILLIAM TONG
                ATTORNEY GENERAL

BY:     /S/ *John E. Tucker*
           John E. Tucker
           Assistant Attorney General
           Federal Bar No. ct 04576
           Samuel Shapiro
           Assistant Attorney General
           Federal Bar No. ct 31373
           165 Capitol Avenue
           Hartford, CT  06106
           Tel: (860) 808-5020
           Fax: (860) 808-5084
           Email: John.Tucker@ct.gov

**CERTIFICATION**

I hereby certify that on January 27, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/S/ John E. Tucker*
John E. Tucker
Assistant Attorney General
Federal Bar No. ct 04576