# EXHIBIT H
# (Sealed Document)