| | |
|---|---|
| **PETITION: NEGLECTED, UNCARED-FOR, ABUSED CHILD/YOUTH**<br>JD-JM-98 Rev. 12-15<br>C.G.S. §§ 46b-120, 121, 129; PA 14-186 § 5;<br>P.B. §§ 32a-1(g), 33a-1, 33a-2 | **STATE OF CONNECTICUT**<br>**SUPERIOR COURT**<br>**JUVENILE MATTERS**<br>www.jud.ct.gov  |

**TO: The Superior Court For Juvenile Matters**

Docket number: U06CP19011728A

Address of court: 7 KENDRICK AVE WATERBURY CT 06702
Telephone number: 2035964202
Fax number: 2035964431

Name and address of child/youth: E___ P_____
Place and date of birth: DANBURY CT
Sex: F

Name and address of petitioner: DCF COMM VANNESSA L DORANTES LMSW 131 WEST STREET DEPT. OF CHILD/FAMILIES DANBURY CT 06810

Relationship to Child or Youth: [X] Commissioner D.C.F.   [ ] Probation Officer   [ ] Other (Specify)

**Respondents**

| Name, address, and type | Date of birth | Indian tribe/reservation |
|---|---|---|
| KATHARINE PILEGGI | | |
| ANTHONY PILEGGI | | |
| | | |
| | | |

If parent(s) is/are minor(s), name(s) and address(es) of grandparent(s) or guardian(s):

**The Petitioner Represents that the Child or Youth is:**

[X] **Neglected for reasons other than being impoverished in that**
- [ ] the child or youth has been abandoned;
- [X] the child or youth is being denied proper care and attention, physically, educationally, emotionally or morally; or
- [X] the child or youth is being permitted to live under conditions, circumstances or associations injurious to well-being.

[ ] **Uncared for in that**
- [ ] the child or youth is homeless; or
- [ ] the child's or youth's home cannot provide the specialized care which the physical, emotional or mental condition of the child or youth requires; or
- [ ] the child or youth has been identified as a victim of trafficking

[X] **Abused in that**
- [ ] the child or youth has physical injury or injuries inflicted by other than accidental means; or
- [ ] the child has injuries that are at variance with the history given of them; or
- [X] the child is in a condition that is the result of maltreatment including but not limited to malnutrition, sexual molestation or exploitation, deprivation of necessities, emotional maltreatment or cruel punishment.

State jurisdictional facts (Use additional sheet if necessary)
**Jurisdictional Facts Attached**
**Summary of Facts Attached**

EXHIBIT L
WIT: Rawnk
DATE: 9-3-25
KSNORTON, RPR

The Petitioner requests that process issue to bring the parents, or legal custodian of the child or youth before the court to be dealt with according to law.

| Signed (Petitioner) | Subscribed and sworn to before me on (Date) | Signed (Judge, Assistant Clerk, Notary, Comm. Superior Court) |
|---|---|---|
| DCF Comm Vanessa L Dorantes LMSW | 03/28/2019 | Maureen Duggan, Esq., Dir. DCF Legal Div. |

| NOTICE OF TEMPORARY CUSTODY/ORDER TO APPEAR | STATE OF CONNECTICUT SUPERIOR COURT JUVENILE MATTERS |
|---|---|
| JD-JM-58A  Rev. 12-15 C.G.S. § 46B-129(B), PA 11-51, Sec. 19, P.B. §§ 32a-1(g); 33a-6(e) | www.jud.ct.gov |



| Address of court | Telephone number | Fax number | Docket number |
|---|---|---|---|
| 7 KENDRICK AVE WATERBURY CT 06702 | 2035964202 | 2035964431 | U06CP19011728A |

| Name of child/youth | Address of child/youth | Date of birth |
|---|---|---|
| E▇ P▇ | | |

| Name, address, and type (if applicable) (mother, father, guardian, putative father) | Date of birth | Indian tribe/reservation |
|---|---|---|
| KATHARINE PILEGGI | | |
| ANTHONY PILEGGI | | |
| | | |
| | | |

| If parent(s) is/are minor(s), name(s) of grandparent(s) or guardian(s) | Address(es) of grandparent(s) or guardian(s) |
|---|---|
| | |

## Notice

1. The attached order is based on allegations that conditions in the home or elsewhere endanger the safety and welfare of the child or youth;

2. A preliminary hearing will be held on  4/5/2019  (date) at  12:00 PM  (time) .m.

3. If you do not come to the hearing, the court may take action against you;

4. At the hearing you will have the opportunity to tell the court your position concerning the alleged facts;

5. You have the right to remain silent; any statement that you make may be introduced into evidence against you;

6. You have the right to be represented by an attorney. If you want an attorney but cannot pay for one, the court will make sure that an attorney is provided to you by the Chief Public Defender if you prove you cannot pay for one;

7. You may apply for an attorney by going in person to the court address listed above and completing the JD-JM-114 Application for Appointment of Counsel/Waiver of Fees form. If you are unable to go to court in person, mail or fax the completed application form to the court before the court date on the attached order form. It is recommended that you submit the application form as soon as possible so the attorney can prepare for the hearing.

   If you have any questions about the case or appointment of counsel you should go to the court, or contact the clerk's office or contact the Chief Public Defender as soon as possible.

   The court will promptly determine if you are eligible for state-paid representation. If the court determines that you are eligible for an attorney, the court will promptly notify the Chief Public Defender who will assign an attorney to represent you.

8. You may request that the Department of Children and Families investigate placing the child or youth with a person related to the child or youth by blood or marriage who might serve as a licensed foster parent or temporary custodian for the child or youth.

9. No parent who is the subject of a petition shall be compelled to testify if the testimony might tend to incriminate in any criminal proceeding or to establish the validity of the facts alleged in the petition.

> The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation under the ADA, contact the court clerk at the number listed above or an ADA contact person listed at www.jud.ct.gov/ADA.