


**DEPARTMENT of CHILDREN and FAMILIES**
*Making a Difference for Children, Families and Communities*

Vannessa L. Dorantes
Commissioner

Ned Lamont
Governor

In re: E█████ F███  DOB: ████

Date: March 28, 2019

I, Ashia Velez am a registered nurse working for the Department of Children and Families (DCF) as a Clinical Nurse Coordinator at 130 West Street Danbury, Connecticut. I am over the age of eighteen and understand and believe in the obligation of an oath. Being duly sworn, I do hereby depose and say that the following is the truth to the best of my knowledge and belief:

1. On 1/8/19, I was asked to consult on this case during the department's investigation concerning child, E████ F███. I have been assisting the department in information gathering from E████ medical providers. E████ was diagnosed with Juvenile Idiopathic Arthritis on 6/1/2018 by Dr. Lawrence Zemel, Connecticut Children's Medical Center (CCMC) Rheumatologist.

   According to Dr. Zemel's 6/1/2018 clinic evaluation note, Standard of care treatment at this stage and condition would be either a combination of non-steroidal medications plus short term prednisone or bilateral injections under sedation. Per Dr. Zemel's note, when parents were presented with these 2 options, mother strongly refused to have her daughter on medication at this time.

2. On 1/11/19, I participated in a teleconference with DCF Investigations Social Worker Kaela Minerly Naturopaths Dr. Robert Morse and Dr. Marcie Troyer of Dr. Morse's Herbal Health. Dr. Marcie Troyer reports that E████ diagnosis are Fumarase deficiency, polymicrogyria and a chronic parathyroid disorder.

   Dr. Troyer reports she created her first treatment protocol for E████ in November 2018. She has never physically assessed E████ in person but has Skype sessions every 2-3 months. Dr. Troyer reports since starting the first protocol, E████ has had a "slight decrease" in inflammation, decrease complaints of pain, improved bowel movements, and improvement is sleeping. Dr. Troyer verbalized that it is too soon in treatment to see a significant decrease in inflammation.

   Dr. Morse reports that within 6 months there should be more of an improvement. He reports that he has "never had a case like this that he could not correct". Dr. Morse stated, the focus of their (Naturopaths) treatment is focused on treating the cause as opposed to treating just the symptoms. It was reported that E████ is not currently walking. Dr. Troyer believes this is partially psychological; E████ could be associating walking with pain. Therefore she prefers to be carried as opposed to attempting to walk because of the fear.

STATE OF CONNECTICUT
www.ct.gov/dcf
An Equal Opportunity Employer



EXHIBIT N
WIT: Lotovnik
DATE: 9-3-25
KSNORTON, RPR




**DEPARTMENT of CHILDREN and FAMILIES**
*Making a Difference for Children, Families and Communities*

Vannessa L. Dorantes
Commissioner

Ned Lamont
Governor

Dr. Troyer reports that in conjunction with the protocol; various stretches, the use of a baby walker and Johnny seat bouncer were recommended to improve muscles and prevent atrophy. Diet recommendations along with the use of botanicals are also part of the protocol to enhance organ function. It is reported that mother has been compliant with all recommendations thus far.

3. On 1/17/19, I spoke with Lindsey Laughinghouse APRN from Western Connecticut Medical Group Pediatric Primary Care Group and clinic visit notes were reviewed. E___ has been seen at this practice 3 times.
   a. On 9/19/2018 E___ was evaluated by Lindsey APRN, to establish care. According to the office note child was seen in New Milford ER on 9/11/18 at which point parents agreed to try 5 day of prednisone. Improvement in swelling noted while on prednisone but swelling returned immediately after 5 day course of treatment was completed. Lindsey APRN prescribed Amoxicillin and Prednisone during office visit as child was presenting swelling during visit.
   b. A follow appointment occurred on 10/3/18 with Dr. Peter Anderson. At this time E___ had completed the course of Prednisone and was still on the antibiotic. It was noted that child had a severe inflammatory arthritis although there is no firm diagnosis as noted by Dr. Anderson. He notes that the lack of a definite diagnosis is certainly a concern but she is clearly responding to methylprednisolone. E___ was put on a prednisone taper and asked to return for follow up. Despite Dr. Anderson's expressed concerns with child he decided not to report to protective services again as it would "further jeopardize the health of this little girl". Mother is refusing further lab work.
   c. On 10/17/18 a follow up appointment occurred with Lindsey APRN. At this appointment E___ was now bearing weight and walking with and without holding objects but continued with edema and decreased range of motion in her legs, however edema (swelling) to ankles and fingers had completely resolved. E___ was reportedly sleeping well with no crying. Parents took child to physical therapy x 1 but did not find it helpful. Parents are doing muscle strengthening exercises at pool and have scooters for child at home as noted on office note. Mother refuses any more lab work at this time. Lindsey APRN reports instructions were to taper child off of prednisone and return in 1 month for follow up or as needed.
   d. Appointment was scheduled for 11/14/18, mother called to cancel on 11/13/2018.

STATE OF CONNECTICUT
www.ct.gov/dcf
An Equal Opportunity Employer




**DEPARTMENT of CHILDREN and FAMILIES**
*Making a Difference for Children, Families and Communities*

Vannessa L. Dorantes
Commissioner

Ned Lamont
Governor

e. In December Lindsey APRN had office staff reach out to mother to inquire as to why appointment was canceled and never rescheduled. As per documentation from patient advocate who spoke to mother, patient was now seeing Dr. Morse in Florida. Also, mother stated she broke her leg and had major surgery which is why she was unable to make it to the last appointment. No further appointments were scheduled at this time. I was provided with documentation of these messages on 1/28/19.

4. On 1/29/2019, I accompanied DCF SW Kaela Minerly on a home visit. Mother, Katherine and Father Tony were present in home at the time of visit. As well as 3 year old E▇ and her younger sibling ▇. Parents briefly showed SW and myself around the 2 story home which they had just moved into this past weekend before settling in to dining area where the remainder of the visit was conducted. E▇ was being carried by father throughout most of the visit. She was alert throughout; often making eye contact with RRG Nurse but would not engage when spoken to by this nurse. E▇ did not appear to be in any distress and did not present with any signs of acute pain during visit.

E▇ knees appeared visibly swollen, bilateral ankles and the joints of the last three fingers on her right hand showed signs of inflammation as well but no erythema noted. Father demonstrated that he was able palpate E▇ joints without E▇ showing signs of pain. Father adds that this is an improvement as she would not allow for this previously due to pain. Mother and father both report that child is not walking but has a scooter that she sits on and scoots herself around the house. They report that she does not want to use the Walker as she says "it's for babies". The bouncing Johnny seat has not been set up yet as parents just moved into a new home. Parents take E▇ once a week to a saltwater pool in New Milford for physical activity. Eating and sleeping better as reported by parents. No reported concerns with voiding or stooling.

Currently, E▇ has a cough and congestion but no fever as reported by mother. Parents report they are following the protocol put in place by Dr. Marcie Troyer for E▇. She also reported that the children are up to date with dental exams and E▇ had a recent follow up with ophthalmologist where no concerns were noted. All children have appointments booked with Lindsey Laughinghouse, APRN for well child checks as reported by mother.




**DEPARTMENT of CHILDREN and FAMILIES**
*Making a Difference for Children, Families and Communities*

Vannessa L. Dorantes
Commissioner

Ned Lamont
Governor

5. On 2/4/2019, I accompanied DCF Social Work Supervisor Koren Kermashek on a home visit to see E▮▮▮. Upon opening the door, mother was hesitant to allow SWS and RRG Nurse to proceed with the visit as her husband Tony was not present. Mother added that the children were all sick with upper respiratory infections, herself included. SWS verbalized to mother that Tony can join the visit via phone call, mother agreed and allowed visit to continue. Mother Katherine, E▮▮▮ and siblings (▮▮▮ and ▮▮▮) were present during the visit.

E▮▮▮ did not appear to be in any acute distress, she did not engage in any conversation with SWS or RRG Nurse but would regularly engage in conversation with mother throughout visit. Bilateral knee inflammation noted, as well as inflammation of 3 fingers of the right hand and bilateral ankles. Mother called father, Tony via telephone to include him in visit.

Parents report that E▮▮▮ has had some improvements in condition including a 10% decrease in swelling. Parents were made aware that notes provided by Naturopath do not reflect what is being reported. Follow up Skype call with Naturopath, Dr. Troyer not yet scheduled. Parents are not receptive to having a follow up appointment for assessment with Dr. Zemel CCMC Rheumatologist or any other specialist provider other that Dr. Morse (Naturopath). SWS to follow up with parents on Thursday to further discuss medical follow up plans for E▮▮▮.

6. On 3/5/19 I was informed by DCF Investigations Social Worker Frank Rotovnik that E▮▮▮ fell from a table and sustained a femur fracture to her left leg on 3/1/19.

7. On 3/11/19, I spoke with Katherine Holmes APRN from Yale Orthopedic. Katherine APRN reports she evaluated E▮▮▮ on 3/8/19 for a follow up for left femur fracture sustained on 3/1/2019. Katherine APRN reports the fracture is consistent with story provided and recommended that E▮▮▮ be seen at YNHH Emergency Department (ED) for casting same day. She contacted YNHH ED and notified on call Surgeon that child would be coming in for recommended treatment but mother and child never arrived.

Katherine APRN reports that E▮▮▮ overall health status given her untreated arthritis placed her at higher risk for this injury. She reports that E▮▮▮ general underlying condition is very concerning as child has fixed contractures in legs and has muscle atrophy. Katherine APRN stated that E▮▮▮ has low muscle development and appears small and thin, she is unable to walk and if condition is left untreated can possibly result in permanent damage.

STATE OF CONNECTICUT
www.ct.gov/dcf
An Equal Opportunity Employer




**DEPARTMENT of CHILDREN and FAMILIES**
*Making a Difference for Children, Families and Communities*

Vannessa L. Dorantes
Commissioner

Ned Lamont
Governor

8. On 3/11/19, I was informed by DCF Investigations Social Worker Frank Rotovnik that E▇▇ was not taken to YNHH ED as recommended by Katherine Holmes APRN and was taken to Connecticut Children's Medical Center (CCMC) instead.

9. On 3/12/19, I placed a telephone call to Kevin Fitzsimmons Physician's Assistant (PA) at CCMC Elite Sports Medicine. Kevin PA confirmed he evaluated E▇▇ on 3/9/19. Based on that assessment he concluded that E▇▇ did not require a Spica cast for this fracture instead he placed her in a long leg splint. Kevin PA instructed family to follow up with orthopedics in 5-7 days. I made PA aware that no follow up appointments have been scheduled as of this time. PA verbalized he will reach out to family and offer to book appointment with him in the sports medicine office if family is willing.

10. On 3/13/2019, I followed up with Kevin Fitzsimmons PA. He stated they were successful in booking follow up appointment for E▇▇. Follow up appointment was scheduled for 3/19/2019. Kevin PA described fracture as an insufficiency fracture due to disuse osteopenia (bone mineral density is lower than normal due to the lack of use).

11. On 3/20/19, I spoke with Kevin Fitszimmons PA who reported he evaluated E▇▇ on 3/19/2019 for follow up for left femur fracture. Kevin PA reported, X-rays were taken during visit which show that fracture is healing as expected. Swelling is still present and pain is well controlled. As per clinic note, E▇▇ exhibits deformity, bilateral lower extremity flexion contractures, bilateral knee extension is abnormal and positive effusion bilateral knees. PA noted there is atrophy (wasting) of the both lower legs (gastrocnemius muscle). Recommendation for follow up in two weeks.

12. On 3/20/19, I received a telephone call from Dr. Zemel CCMC Rheumatologist. Dr. Zemel reported that he was consulted by Kevin Fitzsimmons PA from Elite Sports Medicine regarding E▇▇ recent femur fracture. Dr. Zemel reports that E▇▇ femur fracture is directly related to her current medical condition as lack of treatment to her juvenile arthritis resulting in local osteoporosis (bone weakness). Dr. Zemel verbalized that due to mothers "delusional beliefs", E▇▇ is "completely disabled" and is suffering permanent damage. Dr. Zemel reports E▇▇ is deteriorating and is showing muscle wasting in her legs as a result of lack of proper treatment of her arthritis. Dr. Zemel verbalized that the E▇▇ needs medical intervention in order to prevent further damage and have a chance at recovery. Dr. Zemel is recommending a hospital admission for evaluation and treatment. Dr. Zemel expressed grave concern.




**DEPARTMENT of CHILDREN and FAMILIES**
*Making a Difference for Children, Families and Communities*

Vannessa L. Dorantes
Commissioner

Ned Lamont
Governor

13. On 3/22/19, Dr. Zemel stated that he would be willing to write an affidavit regarding his concerns for E▮ when needed but would be unavailable for a week beginning on 3/25/2019 due to vacation.

14. On 3/26/19, DCF Investigation SW Frank Rotovnki and I spoke via phone with Pamela Santapaola Naturopathic Doctor from Healing Duo Integrative Family Medicine Practice. Dr. Santapaola reports she evaluated E▮ on 3/22/19 for an initial visit to establish well child care. Dr. Santapaola reports she is concerned that E▮ liver is enlarged, and that she palpated a pass around ▮ bladder region. Dr. Santapaola reports this is the worst case of juvenile arthritis they have seen. Dr. Santapaola voiced concern that the diet of fruit and mild vegetables as E▮ is significantly underweight. Dr. Santapaola is concerned with the "astronomical list of supplements" prescribed by Dr. Troyer, many of which she is unfamiliar with.

Dr. Santapaola recommended routine labs to check organ function and ultrasound of the liver and bladder, parents refused to completed these. Diet modifications were also recommended for which the parents also refused. Dr. Santapaola reports she is not comfortable treating E▮ without having any labs or imaging. Dr. Santapaola recommended treatment with both conventional and naturopathic medicine.

WHEREFORE, there is reasonable cause to believe that based on the aforementioned information, E▮ is in immediate physical danger from her surroundings, and that as a result of said conditions, her safety is endangered and immediate removal from such surroundings is necessary to ensure her health, safety, and medical needs are being met.

Sincerely,

*Ashia Velez RN*

Ashia Velez RN
Clinical Nurse Coordinator
Department of Children and Families

 **DEPARTMENT of CHILDREN and FAMILIES**
*Making a Difference for Children, Families and Communities* 

Vannessa L. Dorantes
Commissioner

*Ashia Velez* RN

Subscribed and sworn to before me this 28th day of March, 2019

Ned Lamont
Governor

Mary E. Malone
Notary Public
My Commission Expires 7/31/21

Mary E. Malone
Notary Public

Expiration Date