**CERTIFIED COPY**

# In The Matter Of:

*Katharine Pileggi, Anthony Pileggi Also, as Next Friend to their Minor Child "EP" v. Kim Mathias Assistant Attorney General State of Connecticut, in her individual and Official capacity, Kaela Minerly in her Individual and official capacity, Frank Rotovnik in his individual and official capacity, Connecticut Children's Medical Center, Dr. Roman Alder, Dr. Lawrence Zemmel, Dr. Lindsey Laughinghouse, Dr. Andrew Bazos, Dr. Kevin Fitzsimmons, Connecticut Department of Children and Families ("DCF") and "John and Jane Does 1-10"*

---

*Frank Rotovnik*

*September 3, 2025*

---

*A Plus Reporting Service LLC*

```
 1  refreshes my memory.
 2      Q.   As you sit here now, after reading this
 3  email does this refresh your memory that you were
 4  informed that the Pileggi children were on an
 5  organic food diet?
 6      A.   Yes. I believe one of the children was
 7  not. I believe it was ████ who was not on an
 8  organic food diet that I recall.
 9      Q.   And by diet, what did you understand that
10  to mean?
11      A.   What they ate.
12      Q.   Okay.
13              (Plaintiff's Exhibit H, Hospital food
14          menu for E████, marked for
15          identification.)
16  BY MS. LINDSAY:
17      Q.   Take a look at Rotovnik H, please. This
18  is what is before you. Have you seen this before?
19      A.   I don't believe so from what I recall.
20      Q.   Okay. Well, at the top it says -- can
21  you tell me the person's name at the top?
22      A.   E████ -- E████ D████.
23      Q.   E████ who?
24      A.   D████.
25      Q.   D████. Do you know why E████ name was
```

```
1    changed to D_____?
2         A.   I don't recall.  It was a situation that
3    occurred where my supervisor informed me that they
4    were changing E_____ name.  There was a certain
5    restriction.
6         Q.   Why?
7         A.   I don't recall.
8         Q.   Is that normal?
9         A.   For a child restriction, absolutely not
10   unless there was a safety concern.
11        Q.   So going back to the Pileggis.  Have they
12   ever demonstrated to be a threat --
13        A.   Not to myself.
14        Q.   -- at DCF?
15        A.   I don't know about DCF.  I can only speak
16   to myself.
17        Q.   Did you ever see notes in the file about
18   the Pileggis being a threat?
19        A.   I don't recall.  What I do recall from
20   this now that we're refreshing my memory is that her
21   sister called the hospital impersonating one of us
22   according to my supervisor and this is why her name
23   was changed.  There was a security put on her name.
24   Her sister, according to my supervisor, what I was
25   informed, called the hospital pretending to be one
```

1   of us trying to gather information on E███.
2        Q.   How did your supervisor know it was the
3   sister?
4        A.   I don't know.
5        Q.   So you don't know if it's true, just what
6   your supervisor told you?
7        A.   That's what I was informed, allegedly,
8   sure, but that's what I was informed by my
9   supervisor.
10       Q.   Okay.  Why would E███ name need to be
11  changed to D███ because the sister called to
12  inquire about her sister?
13       A.   I don't recall.
14       Q.   Was Ms. Pileggi informed where E███ was
15  going?
16       A.   I don't know.  I don't recall.
17       Q.   Well, you were the social worker, right?
18  It's your case.
19       A.   Right.  No, it's not my case.  It's the
20  State's case I'm working on.
21       Q.   Right, but you are assigned to the case?
22       A.   Correct.
23       Q.   It was your -- this was your
24  responsibility.
25       A.   Not necessarily, no.  It's the

CERTIFICATE OF REPORTER

  I, Kathleen S. Norton, a Registered Professional Reporter/Commissioner within and for the State of Connecticut, do hereby certify that I took the deposition of FRANK ROTOVNIK, on AUGUST 20, 2025, who was by me duly sworn to testify to the truth and nothing but the truth; that he was thereupon carefully examined upon his oath and his examination reduced to writing under my direction by means of Computer Assisted Transcription, and that this deposition is a true record of the testimony given by the witness.

  I further certify that I am neither attorney nor counsel for, nor related to, nor employed by any of the parties to the action in which this deposition is taken and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially interested in the outcome of the action.

  IN WITNESS THEREOF, I have hereunto set my hand September 15, 2025.

_____
Kathleen S. Norton, CSR #105

Notary Public
My commission expires:  8-31-2026