

## Preferred Pediatrics

**88 NOBLE AVENUE SUITE 101, MILFORD, CT 06460-4738**

10/24/2022
E███ P███
███████████

Re: E███ P███ ███████

To Whom it May Concern:

    I have been E███████ pediatric doctor since she started coming to my practice in 2018. I am board certified in Peditric Primary Care. E███ has been fighting with Lyme disease for several years, along with the coninfections. She has tested positive for Babesia, Bordatella, Anaplasmosis, and Mycoplasma. She has never tested positive for Rheumatoid Arthritis and in my medical opinion, was misdiagnosed. Despite positive bloodwork results showing Lyme, and not Rheumatoid Arthritis, a plan of action was still given on the wrong diagnosis. E███ was given multiple Rheumatoid Arthritis medications with no success. Her first medication was, Embrel, which caused her to have urinary problems, her joints were still swollen, especially in her knees, gingival polyps, and other complications. Humira and Methotrexate were also added on, again with no sucess. Once E███ stopped all her Rheumatoid Arthritis medications, she began her journey towards healing.

    This year I have seen tremendous results in E███, she is doing amazing. Once we were able to adress her Lyme and her coinfections, her health began to improve. Her Naturopath specializes in Lyme, changed her diet to an Auto Immune Paleo diet, and started an herbal regimen for Lyme. I recommended accupuncture, epsom salt baths, and eating organic food. Katharine fought to get her daughter treated correctly and because of this E███ is thriving.

    E███ was misdiagnosed with Idiopathic Rheumatoid Arthritis. Her true medical diagnosis was Lyme Disease, Babesia, Bordatella, Anaplamosis, and Mycoplasma.

Sincerely,



Diana Lopusny, MD

EXHIBIT 5
WIT: _Potcynk_
DATE: _9/3/27_
KSNORTON, RPR

02/20/2023  09:52 Preferred Pediatrics                    (FAX)                P.0001/0002
Case 3:22-cv-01315-AWT   Document 47   Filed 05/15/23   Page 39 of 191

Preferred Pediatrics
Diana Lopusny, MD
88 Noble Avenue, Suite 101
Milford, CT 06460
Phone: 203-874-2800
Fax: 203-874-0511

Date: 02/20/23

To: ATT: ATTORNEY TRISHA LINDSEY

Fax: 914-940-1196

From: Preffered Pediactrics.

Pages: 2
(including cover sheet)

Re: 203 874 0511

Urgent _____    For Review ✓

Document is dated.