

**Dr. Tara Tranguch**
Naturopathic Medicine

December 7, 2022

To whom it may concern,

E██ P██, 7 YOF, DOB ██████ established care on 10/28/2021 with chief complaint of swollen knees that were not painful and did not impact quality of life. Patient's parents provided lab work from 2020 significant for Borrelia burgdorferi, Bartonella and Babesia infections. Patient also had a previous diagnosis of Juvenile Rheumatoid Arthritis (JRA).

I ran labwork in 2021 for Lyme and tick-borne infections, mycotoxins and JRA. Patient was positive for ochratoxin A mycotoxin, and showed past infection of multiple Borrelia strains, Bartonella and Anaplasma. Bloodwork was negative for autoimmunity (RF, CCP AB IgG, 14.3.3 ETA Protein, and ANA screen were all negative). Treatment focused on reducing knee swelling as a result of vector borne diseases, and patient improved.

Sincerely,

*Tara Tranguch*

Tara Tranguch, ND

Tara L. Tranguch ND, LLC
20 Sherman Hill Road
Woodbury, CT 06798
T: 203-707-1163   F: 203-682-4549

EXHIBIT 1
WIT: Potrick
DATE: 7/3/27
KSNORTON, RPR