# Exhibit F



# DEPARTMENT of CHILDREN and FAMILIES
*Making a Difference for Children, Families and Communities*



Vannessa L. Dorantes
Commissioner

Ned Lamont
Governor

13. On 3/22/19, Dr. Zemel stated that he would be willing to write an affidavit regarding his concerns for Emma when needed but would be unavailable for a week beginning on 3/25/2019 due to vacation.

14. On 3/26/19, DCF Investigation SW Frank Rotovnki and I spoke via phone with Pamela Santapaola Naturopathic Doctor from Healing Duo Integrative Family Medicine Practice. Dr. Santapaola reports she evaluated Emma on 3/22/19 for an initial visit to establish well child care. Dr. Santapaola reports she is concerned that Emma's liver is enlarged, and that she palpated a pass around Emma's bladder region. Dr. Santapaola reports this is the worst case of juvenile arthritis they have seen. Dr. Santapaola voiced concern that the diet of fruit and mild vegetables as Emma is significantly underweight. Dr. Santapaola is concerned with the "astronomical list of supplements" prescribed by Dr. Troyer, many of which she is unfamiliar with.

Dr. Santapaola recommended routine labs to check organ function and ultrasound of the liver and bladder, parents refused to completed these. Diet modifications were also recommended for which the parents also refused. Dr. Santapaola reports she is not comfortable treating Emma without having any labs or imaging. Dr. Santapaola recommended treatment with both conventional and naturopathic medicine.

WHEREFORE, there is reasonable cause to believe that based on the aforementioned information, Emma is in immediate physical danger from her surroundings, and that as a result of said conditions, her safety is endangered and immediate removal from such surroundings is necessary to ensure her health, safety, and medical needs are being met.

Sincerely,

Ashia Velez RN
Clinical Nurse Coordinator
Department of Children and Families



# DEPARTMENT of CHILDREN and FAMILIES
*Making a Difference for Children, Families and Communities*



Vannessa L. Dorantes
Commissioner

*Ashia Vela, RN*

Ned Lamont
Governor

Subscribed and sworn to before me this 28th day of *March, 2019*

Mary E. Malone
*Notary Public*
My Commission Expires 7/3/21

Notary Public

Expiration Date

STATE OF CONNECTICUT
www.ct.gov/dcf
An Equal Opportunity Employer

In Re: Emma Pileggi

Date: March 27, 2019

## AFFIDAVIT

I, Kevin Fitzsimmons, orthopedic physician assistant at Connecticut Children's Medical Center in Hartford, Connecticut, am over the age of eighteen and understand and believe in the obligations of an oath. Being duly sworn, I do hereby depose and say that the following is the truth to the best of my knowledge and belief:

Child who is subject of this affidavit:

Emma Pileggi (name)

09/02/2015 (DOB)

11 Pinewood Shores (address)

Sherman, CT 06784

Katherine Pileggi (parent's name)

11 Pinewood Shores (parent's address)

Sherman, CT 06784

[The next statements should indicate in numbered paragraph form the affiant's personal knowledge about the case. Be as specific as possible, use dates where appropriate, and include all relevant information.]

1. Brief paragraph describing expertise of the affiant.
   I have been a pediatric orthopedic physician assistant at Connecticut Children's Medical Center for 7 years. I treat patients in our outpatient clinics, take orthopedic trauma call, manage inpatient orthopedic patients, and assist with the orthopedic surgeons in the operating room

2. When, where, and how the child came to be treated by the affiant.

On Saturday, 3/9/19, I met Emma and her family while I was on call. On 3/1/19 Emma sustained a left distal femur fracture after being dropped by a family member. Emma was diagnosed with juvenile idiopathic arthritis (JIA), and is non-ambulatory secondary to her chronic knee effusions and JIA. Emma was seen at New Milford Hospital, was splinted and instructed to follow-up with Yale Pediatric orthopedics. She followed up with Yale pediatric orthopedics on 3/8/19. As reported by the family, they were instructed to be seen in Yale's Emergency Department for spica cast application. It was reported that the family did not follow the recommendation to take Emma to Yale's Emergency Department. It was reported that Yale contacted DCF, and were instructed to be seen at another facility. On 3/9/2019, Emma was seen in the Emergency Department at Connecticut Children's with a long leg splint in place. X-ray imaging obtained, and a new long leg splint was placed. The patient and family were instructed to follow up in 1 week with orthopedics.

3. Relevant medical history of the child. Emma initially presented to CT Children's Medical Center in June 2018, when they sought care for her bilateral knee effusions and inability to ambulate with Dr. Lawrence Zemel, in the Department of Rheumatology. She was diagnosed with juvenile idiopathic arthritis (JIA) and it was documented that Emma did not follow-up or initiate the care-plan prescribed by Dr. Zemel. On 3/9/19, during Emma's evaluation at Connecticut Children's Emergency Department, Emma's mother informed this writer, that they were continuing care for Emma's juvenile arthritis diagnosis with a local naturopathic physician. She reported an improvement in Emma's symptoms, however, stated she had been non-ambulatory since the symptoms and knee swelling began around age 8 months.

4. Current medical condition and diagnosis. Be specific, but also describe the condition in lay terms so others can understand the situation. Due to Emma being non-ambulatory for nearly 2 years, not walking under her own power, the lower extremity bones become osteopenic, or lose the ability to form new bone and become more fragile. The type of injury she sustained due to the decreased bone density from not walking from untreated juvenile idiopathic arthritis is called an

insufficiency fracture. This type of insufficiency fracture is seen more commonly in patient that are non-ambulatory, and/or wheelchair bound. Emma sustained a mildly angulated left distal femoral insufficiency buckle fracture. The treatment for this is splinting for 3-4 weeks, then once adequate healing has occurred the splint may be removed around that time. Many times casting is not necessary as the patients do not walk or put the fracture at risk of further displacement. I saw Emma on 3/19/19 for follow-up of the distal femur fracture which did show early bony callus formation, she had no pain and was reportedly sleeping well and without issue at that time. I instructed that they continue splinting for comfort for 1-2 more weeks, and that the splint could be removed and reapplied for bathing or changing clothes. They have a follow-up appointment to see me for the femur fracture on 4/16/19 which is acceptable follow-up based on this type of injury.

5. If child abuse is suspected, include a statement that the injury is most likely non-accidental and not self-inflicted. Also, if the reason for suspecting abuse is that the parents' statements are at a variance with the nature of the injury, state this. I do not suspect child abuse at this time, but medical neglect.

6. Factors impacting parent's ability to provide care (religious objections, incompetence, incapacitation). I do not know of any religious objections to medical treatment. There does not appear to be any cognitive barriers to understanding the necessity for the medical interventions prescribed.

THE AFFIANT:

_____ (signature)

_Kevin Fitzsimmons_____ (name)

SUBSCRIBED AND SWORN TO before me on this 28th day of March, 20 19.

_____ (signature of Notary Public)

TRACIE L. KAVANAGH _____ (my commission expires)
NOTARY PUBLIC
State of Connecticut
My Commission Expires
April 30, 2022



Dr. Katherine Layman
Your health is unique. Your solutions should be too.

April 30, 2019

Dear Katharine and Tony Pileggi

This letter confirms that you no longer wish me to continue as your treating or consulting physician for the care of Emma Pileggi.

It is extremely important that you are remain under the care of another physician to ensure continuity of care for your medical condition. To prevent risks and potential complications it is recommend you return to your family practitioner without delay. There are many fine physicians in this community. Please follow up with your health plan for a referral.

Enclosed is an authorization to release a copy of your medical record to the physician of your choice or to you personally. I will also be available to discuss prior treatment with your new physician.

Sincerely,

Katherine Layman, ND

and she felt they were not as equipped to take care of Emma. She reported that she also found Dr. Morse/ Dr. Troyer and did not need the referrals. Mrs. Pileggi also reported that she had to cancel an appointment for the children to receive their physicals on 02/25/2019 as they do not have insurance at this time. The parents mistakenly let Husky insurance lapse for their four children.

The Department was looking to see if it would be possible for Emma to have a physical check up with a provider and Mrs. Pileggi reported that this is not necessary. Mr. Pileggi explained that this was the whole reason why he was going to send Mrs. Pileggi and Emma to Florida when the Department requested this but after hearing Dr. Morse's office state that it was not necessary, they do not feel it is necessary either at this time. They reported that not all naturopaths are the same and they do not want to see another one just for the sake of seeing someone. They reported that they will not be taking her for a physical update at this time.

22) On 02/28/2019, the Department received an email from Dr. Morse's office confirming that their practice works with patients all over the world and in most cases, including Emma's, it is not needed for Emma to come in person but Dr. Troyer reported that they have no problem seeing Emma in person if it was needed but not requested by her office at this time.

23) On 03/04/2019, the Department received a third report from an anonymous medical provider from OrthoConnecitcut alleging medical neglect of Emma Pileggi by Mr. and Mrs. Pileggi. The anonymous medical provider reported that on 03/01/2019, Emma was seen at New Milford Hospital as Emma fell off of a table after her older sister Savannah placed her on the table. Emma fell hitting her head, wrist and sustained a fracture to her left femur. The anonymous medical provider saw Emma on 03/02/2019 and reported his concern that Emma does not walk and has restricted range of motion in both of her knees. The medical provider reported that Emma has not been walking for three months and has an inflammatory condition. The medical provider provided Emma with a splint to stop the motion and Emma was in clear agony. The medical provider recommended that Emma be seen by a child orthopedic at CCMC which Mrs. Pileggi was very much against so the anonymous medical provider recommended another child orthopedic which Mrs. Pileggi stated initially she would follow up with but failed to do so. The medical provider's concern was Mrs. Pileggi's lack of follow through with recommended treatment and that Emma doesn't have any range of motion in both of her knees and that there are longer term implications if she is not treated appropriately.

24) On 03/04/2019, the Department conducted an announced home visit. The Department arrived at the Pileggi residence and was greeted at the door by Savannah Pileggi, Emma's 9 year old sister. The Department was able to engage Savannah and asked how she was which she stated that she was ok but appeared to be upset. The Department inquired about what was wrong and she stated that she accidentally hurt her sister by putting her

13

on the counter and she fell. The Department asked if she and her sister were ok and she stated that she was just upset and did not want to talk about it. The Department noticed that Emma had a small bruise on her forehead and was wearing a cast on her leg.

Mrs. Pileggi explained that on the evening of 03/01/2019, she was making dinner and Mr. Pileggi was in the living room with Emma's siblings, Mairin 1 year old and Noah 6 years old. Mrs. Pileggi stated that Savannah was spending time with Emma in the kitchen. Mrs. Pileggi stated that Savannah picked Emma up and put her on the countertop and Emma fell off the counter and fractured her femur.

Mrs. Pileggi stated that she took Emma to New Milford Emergency Room on 03/01/2019 when the incident occurred. She reported that they looked over Emma and saw the fracture and recommended that she is seen by an orthopedic. Mrs. Pileggi explained that the next day, 03/02/2019 she took Emma to OrthoConnecticut in Trumbull. Mrs. Pileggi stated that she is a patient at OrthoConnecitcut but was unable to see her doctor and instead saw Dr. Andrew Bazos. Mrs. Pileggi stated that Dr. Bazos was very rude to her and Mr. Pileggi. She reported that he would not even look them in the eyes and was accusatory in the way that he was speaking to them. She reported that she explained the situation and what had occurred with Dr. Bazos and he recommended that Emma be seen by a specialist and to return to his care after they consult with a specialist. She reported that she made an appointment with Yale New Haven Pediatric Orthopedic on 03/08/2019. Mrs. Pileggi stated that Emma was not prescribed any medication and was only told to use Tylenol for the pain. Mrs. Pileggi stated that the incident happened within seconds and that Savannah has been struggling ever since. Mrs. Pileggi explained that Emma has been getting better and was almost walking the days leading up to the incident. She stated that she had been putting her legs to the ground and trying to move. She stated that she has been trying to crawl as well which is great but this will slow her down.

Mrs. Pileggi explained that she followed up with Dr. Morse as well and wanted to ensure there is no issue with the protocol that she is on, which there was not.

25) On 03/05/2019, the Department contacted OrthoConnecticut via phone call. Orthoconnecticut reported that Mrs. Pileggi and Emma came in on 03/01/2019 due to a fall by Emma. They reported that Dr. Andrew Bazos met with the family and Emma was referred to a specialist. Emma does not have a follow up with Dr. Bazos but will be following up with Dr. Ganal after her appointment with Yale New Haven Pediatric Orthopedics.

26) 03/05/2019, the Department contacted Yale New Haven Pediatric Orthopedic via phone call. The Department called to confirm that Emma had an upcoming appointment at Yale New Haven Pediatric Orthopedic. Emma had an appointment on 03/08/2019 at 11am with Nurse Practitioner Katherine Holmes in the Trumbull office.

14

27) On 03/05/2019, the Department received documentation from Danbury Hospital. The Documentation from Danbury Hospital reports that on 03/01/2019, Emma was seen at New Milford Hospital by Dr. Andrew Webber. Dr. Webber was able to x-ray Emma's leg and wrist and no concerns were found on her wrist but she was diagnosed with a closed facture of left distal femur and was recommended to follow up with an orthopedist. The doctor reported that he does believe that the injury was an accident and that he did not suspect physical abuse.

28) On 03/06/2019, the Department contacted Dr. Mathias of Danbury Eye Physicians and Surgeons via phone call. The Department contacted Dr. Mathias to gather an update on Emma. Dr. Mathias stated that Emma was in their office a few weeks ago and that they will be returning for a follow up appointment in a few months which is their recommendation. He stated that at this time, they are up to date and there are no recommendations regarding any following up appointments and no recommendations to see any other eye specialist. Dr. Mathias reported that he is following up to see if she has Juvenile Idiopathic Arthritis and he reported that at this point in time, there are no concerns with her eyes.

29) On 03/06/2019, the Department spoke with Dr. Bazos of OrthoConnecticut. Dr. Bazos reported that he tried to explain to Mrs. Pileggi that this is a real mechanical injury that needs to be addressed by an orthopedist. Dr. Bazos reported that the child has no range of motion in her knee and the fact that Mrs. Pileggi is treating the illness with herbal medicine is concerning. He reported that Emma should be fully mobile. Dr. Bazos reported that if this was a normal child who had a fracture, he would not have any concerns but due to the herbal route Mr. and Mrs. Pileggi are taking, he is unsure if the fracture would not have happened to a child not under these conditions.

30) 03/08/2019, the Department received a fax from OrthoConnecticut regarding the visit on 03/02/2019 confirming what was previously stated.

31) On 03/08/2019, the Department received a phone call from Yale New Haven Hospital Orthopedics, Nurse Practitioner Katharine Holmes. Nurse Practitioner Holmes reported that she had Mrs. Pileggi and Emma in her office at this time and wanted to gather some further information regarding the case. The Department was able to give her an update on the case and gave her a full breakdown of our concerns, previous doctor's concerns, and how the lack of assessment on the child is a huge concern. She reported that she would work with the family the best she could and make recommendations as needed.

32) On 03/11/2019, the Department contacted Yale New Haven Hospital Orthopedics, Nurse Practitioner Katharine Holmes. Nurse Practitioner Holmes wanted to provide the Department with an update on what occurred. She reported that she recommended Mrs. Pileggi to take Emma to Yale New Haven Hospital Emergency Department as they did not have the ability to put the cast on her due to the lack of supplies. She stated that Mrs.

15

Pileggi agreed to the plan and she gave the Emergency Department notice that the family would coming.

Nurse Practitioner Holmes reported that Mrs. Pileggi and Emma never arrived. She reported that they had called Mrs. Pileggi and the family decided that they would bring Emma to Bridgeport Hospital but they never arrived. Mr. and Mrs. Pileggi wanted to go to Danbury and Nurse Practitioner Holmes reported that they wanted to ensure that Emma went so they sent the police to check on the family and they are unsure if they went to the hospital at all.

Nurse Practitioner Holmes reported that Mrs. Pileggi appeared to be aggressive as to her medical treatment and reported that she believes Emma is ill and needs updated medical treatment. She reported that she has some serious concerns regarding the medical treatment that Emma is receiving and reported that it is concerning that the family is so unwilling to compromise.

33) On 03/11/2019, the Department conducted an announced home visit. Mrs. Pileggi explained when she got to Yale New Haven Orthopedics, she met with Nurse Practitioner Holmes. Mrs. Pileggi explained that Nurse Practitioner Holmes was not patient with her and automatically started to pass judgment. Mrs. Pileggi reported that Nurse Practitioner Holmes could not service her at her office and was unable to provide the cast that Nurse Practitioner Holmes wanted. Nurse Practitioner Holmes suggested that Mrs. Pileggi go to Yale New Haven Hospital Emergency Department to receive the appropriate cast. Mrs. Pileggi reported that she was not too fond of how Nurse Practitioner Holmes spoke to her and reported she wanted a second opinion.

Mrs. Pileggi reported that she contacted Danbury OrthoConnecticut to discuss alternatives. Mrs. Pileggi spoke to her orthopedist who has taken care of Mrs. Pileggi in the past. This doctor recommended Mrs. Pileggi go to Danbury Hospital to get a referral to see a referred doctor at CCMC. Mrs. Pileggi reported that she went to Danbury Hospital and received a referral to CCMC. Mrs. Pileggi reported that she went to CCMC the same day and saw Physician Assistant Kevin Fitzsimmons at CCMC.

Mrs. Pileggi reported that CCMC orthopedics was very patient with her and reported that Emma did not need a full leg cast. Mrs. Pileggi reported that they went over all the x-rays and the concern in regards to Emma's leg. Mrs. Pileggi reported that she was told that Emma is in a good place at this time but would need to follow up with their doctor this week. Mrs. Pileggi reported that she will be making an appointment for some time this week. Mrs. Pileggi reported that Physician Assistant Fitzsimmons did not recommend a full cast and explained that she would be fine in a soft cast. Mrs. Pileggi reported that she plans to attend these appointments for CCMC.

16.

Mrs. Pileggi reported that she feels as though the Yale New Haven Hospital doctor was trying to set her up. Mrs. Pileggi reported that she was comfortable with the current physician assistant and has no problems going for follow ups for Emma. The Department asked Mrs. Pileggi if she was still going to go for the children's physical coming up this week and Mrs. Pileggi reported that she did plan on still going. Mrs. Pileggi reported her concerns being that Dr. Laughinghouse would make unnecessary recommendations when all she wants is the kids to have physicals.

Mrs. Pileggi also reported that at 11pm on Friday, after she had called Yale New Haven Hospital Orthopedics to let them know that she would not be returning to their practice, the police showed up. She stated that she had to tell the police that she canceled her appointments with Yale and they left her alone.

34) On 03/13/2019, the Department received their fourth report from an anonymous medical provider at Yale New Haven Hospital Pediatric Orthopedics alleging medical neglect of Emma Pileggi by Mr. and Mrs. Pileggi. The anonymous medical provider reported that Emma was seen last week for a distal femur fracture and Mrs. Pileggi delayed care as Emma was advised to go to Connecticut Children's Medical Center (CCMC) by a local orthopedist but Mrs. Pileggi has been dissatisfied with their services in the past and did not go. The anonymous medical provider reported that Emma fell off a kitchen counter after her sister placed her there. It was noted that the fracture is consistent with the explanation. The anonymous medical provider saw Emma on 03/08/2019 and advised Mrs. Pileggi that Emma would need to be seen by Yale New Haven Hospital Pediatric Emergency Department for casting but Mrs. Pileggi never showed and explained that they did not want to go to Yale New Haven Hospital Pediatric Emergency Department as they felt set up. The anonymous medical provider reported that Mrs. Pileggi is an ardent believer of naturopathic medicine and Emma is not vaccinated. Mrs. Pileggi believes that Emma's symptoms are caused by Epstein Barr virus but is not a clinically substantiated finding and rather, 8 months ago Emma was diagnosed with Juvenile Idiopathic Arthritis. Emma is being treated with Juvenile Idiopathic Arthritis personalized herbal protocol. Emma has developed atrophy in her muscles in both legs and has been non-ambulatory for 8 months and has six contractures of her hamstrings and Achilles and is now unable to straighten her legs. The anonymous medical provider reported that there is a possibility that if this condition continues to be left untreated, Emma will not be able to walk and will require surgery. On 03/11/2019, Emma was seen at CCMC for her fracture. Emma appeared to be malnourished, her hair is thinning, she is pale, and grossly underweight. Emma is on a raw and organic diet only.

35) On 03/18/2019, the Department contacted Dr. Laughinghouse. Dr. Laughinghouse reported concerns of medical neglect of Emma due to lack of follow up with her appointments. Emma was seen on 9/19/2018 as a new patient at Dr. Laughinghouse's office she came in with significant swollen knees. According to Mrs. Pileggi, Emma was seen by another pediatrician, Dr. Adler, who referred Emma to a rheumatologist. Mrs.

17

Pileggi didn't like the recommendation and switched to callers office for pediatric care. Dr. Laughinghouse reported that Emma has juvenile arthritis in her joints.

36) On 03/19/2019, the Department received a phone call from Mrs. Pileggi. Mrs. Pileggi reported that they just got done with their appointment with Emma's orthopedist. She reported that Emma is ahead of schedule and that by next week, her cast will come off. She stated that she will have a follow up in 2 weeks. She reported that after next week, they will return to the pool, gym, and do the at home therapy that Mr. Pileggi was doing. She reported that Dr. Fitzsimmons was happy with the progress. Mrs. Pileggi reported that she will be going to the physical on Thursday and will provide the Department with a release for the new doctor.

37) On 03/22/2019, the Department participated in an announced home visit. Emma was dressed appropriately and had no visible marks or bruises. Emma's knees were still visibly swollen still looking like tennis balls and on this home visit, her fingers were observed to be a bit more swollen.

Mrs. Pileggi stated that the appointment with Dr. Fitzsimmons went well and he stated that Emma is healing fine and that her soft cast can come off next week after their visit. Mrs. Pileggi stated that she took Emma and her sibling Mairin to the naturopath for her physical and everything went fine. The Department asked if the new naturopath had any concerns or recommendations and Mrs. Pileggi stated that there were no concerns and no recommendations. She stated that they were seen for their physicals and that was all. The Department asked Mrs. Pileggi to collect a release for the new doctor and Mrs. Pileggi stated that she will not be signing any more releases for the Department. The Department asked Mrs. Pileggi if she could have the doctor provide her with documentation regarding the visit and Mrs. Pileggi stated that she would do that but just does not want to sign any more releases.

The Department explained to Mrs. Pileggi that they did receive progress notes from Dr. Troyer and explained that they were minimal at best. The Department was concerned over the lack of documentation that they provide to them. The Department explained that the concern is that Dr. Troyer and Dr. Morse are not providing clear progress notes regarding how Emma is doing and how/why she is getting better. Mrs. Pileggi explained that holistic medicine is simple like this and that long progress notes are not common and the Department explained that Dr. Troyer/Dr. Morse are stating that they can service Emma and provide her care but are not showing how in their progress notes. Mrs. Pileggi stated that she can get in touch with Dr. Troyer/ Dr. Morse and have them provide her with the progress notes and what is requested by the Department.

The Department then explained to Mrs. Pileggi that after being able to review the case that parents had in Torrington, there were past mentioned concerns of Mr. Pileggi using and abusing alcohol. The Department explained that with that concern being noted, the

18

Department would ask Mr. Pileggi to go for an evaluation. Mr. Pileggi stated that he has no concerns with drinking and does not believe this is fair and stated that this is not necessary.

The Department explained further that in reviewing their case, there have been concerns of doctors reporting concerns of Mrs. Pileggi be delusional and that in a past report, an anonymous reporter expressed concerns of Mrs. Pileggi's mental health. Mrs. Pileggi stated that this was maternal grandfather and that he has no validity to his reports. The Department explained that the way the Department would rule this out would be by Mrs. Pileggi attending a psychological evaluation which Mrs. Pileggi stated that she would not do. Mrs. Pileggi stated that she has no issues with her mental health and this would only include more people on her case. Mrs. Pileggi stated that she would not go and it is not necessary.

Mrs. Pileggi questioned why the Department continues to be involved with her family and the Department explained that the concern is not that parents are practicing an alternative form of medicine but that there are concerns expressed by doctors as well as naturopaths that the family has chosen. The Department explained that these doctors are expressing concerns that Emma may not recover fully from some of the current issues. Mrs. Pileggi explained that Dr. Morse/Dr. Troyer know what they are doing and that Emma is progressing which the Department has not been able to see this as Dr. Troyer is not providing notes that have any substance. Mrs. Pileggi explained that she would get the documents to the Department. The Department explained that Dr. Morse/ Dr. Troyer would have to attest to the progress and how Emma is doing better because there are a number of doctors who do not agree. Mrs. Pileggi understood and explained that this was only due to financial reasons and that the doctors are looking for more money and want patients to continue to come to them so they can be continuously billed. The Department explained that at this time, the concerns remain from the doctors reporting that Emma is not getting better and that parents are not following the recommendations and when a doctor has a recommendation, they leave the practice. Mrs. Pileggi stated that she does not agree with what they are saying and that these doctors do not know what they are talking about.

38) On 03/20/2019, the Department received a phone call from Dr. Zemel, Rheumatologist at CCMC. Dr. Zemel reported that he was consulted by Physician Assistant Kevin Fitzsimmons regarding Emmas recent femur fracture. Per Dr. Zemel, Based on PA Fitzsimmons recent assessment, it has been determined that Emma's femur fracture is directly related to her current medical condition as lack of treatment to her arthritis has resulted in local osteoporosis. Dr. Zemel verbalized that due to Mrs. Pileggi's delusional beliefs, Emma is completely disabled and is suffering permanent damage. She is deteriorating and is showing muscle wasting in her legs as a result of lack of proper treatment for her arthritis. Dr. Zemel verbalized that Emma needs medical intervention

19

in order to prevent further damage and have a chance at recovery. He is willing to see child for follow-up and treatment. He is recommending hospitalization for treatment.

39) On 03/25/2019, the Department received their fifth report from an anonymous naturopathic medical provider alleging medical neglect of Emma by Mr. and Mrs. Pileggi. The anonymous medical provider reported that she learned the information first hand from Mr. and Mrs. Pileggi. Mr. and Mrs. Pileggi came in for a well-child check for Emma who is diagnosed with Juvenile Idiopathic Rheumatoid Arthritis which she was diagnosed with in June of 2018. The anonymous medical provider reported that Emma should be receiving pharmaceutics treatment. The anonymous medical provider reported that Mrs. Pileggi is against traditional treatment and has refused steroid and non-steroid anti-inflammatory medication.

The anonymous medical provider is concerned as it appears that Mrs. Pileggi is attempting to "doctor hop" as she is seeing multiple doctors until she gets a doctor to sign off that Emma is healthy. The anonymous medical provider reported that this is the worst case of Juvenile Rheumatoid Arthritis that they have worked with.

The anonymous medical provider reported that due to the medical neglect, Emma's internal organs are getting worse. The anonymous medical provider reported that she cannot be sure as Mrs. Pileggi refused to conduct blood work and ultra sound. Mrs. Pileggi reported that she is working with a doctor in Florida, Dr. Robert Morse but the anonymous medical provider researched Dr. Morse and learned that he is not a licensed medical doctor but a herbal specialist and has Emma on a strict diet of fruit only which the anonymous medical provider reported could be having a negative effect on the child's medical condition as she is lacking protein.

40) On 03/26/2019, the Department made a telephone call to the anonymous medical provider who made the report on 03/25/2019. The anonymous medical provider reported that on 03/21/2019, Mrs. Pileggi, Mr. Pileggi and all the children came to the doctor for a wellness check for Mairin and Emma as parents reported that the Department wanted the kids checked. The anonymous medical provider reported that she did an intake on Emma and noted that she could not walk and that it was the worst case of juvenile arthritis that she has ever seen. She stated that she did a physical exam of Emma and observed her to have an enlarged liver and a mass in her stomach around her bladder which the anonymous medical provider related possibly to her diet as she is on a strict fruit and mild vegetable diet. She reported that she is taking way too many supplements and that she has not heard of a lot of them.

The anonymous medical provider reported that parents told her that she was working with Dr. Morse from Florida and she reported that she did her own research on Dr. Morse and reported that she could not find any credentials on Dr. Morse and could not find any information regarding Dr. Troyer.

20

The anonymous medical provider reported that she wanted to be able to run some tests on Emma and recommended some lab work to be done but parents refused to do any lab work. She reported that she thought the lab work was imperative for her to work with Emma so she had her medical director contact parents to go over the concerns and the importance of the tests and parents still refused. She reported that she will not work with Emma any further unless they agree to do the lab work as she will not work with a patient if she does not know what is wrong with them. She reported that parents have stated that they will not be coming back to their practice.

On 03/26/2019, the Department participated in an announced home visit. Emma was observed and had no visible marks or bruises and was dressed appropriately. Emma's knees were the same size and appeared enlarged compared to her legs. Her hands and feet appeared less swollen. The Department asked Mrs. Pileggi how everything was going and Mrs. Pileggi stated that she has gotten in touch with Dr. Morse's office and reported that Dr. Troyer was away on a personal emergency and would be back on Monday. She reported that the office staff stated that they were going to put together the documents for the Department but she was not sure how long this would take. The Department suggested to Mrs. Pileggi that she speak to them again and see if she can get the paperwork as soon as possible as it will only help the case.

The Department explained to parents that they received a new report which the Department went over and explained that it was anonymous and read the report to parents. Mr. and Mrs. Pileggi came to the conclusion that it was the naturopath that they went to late last week.

Mrs. Pileggi explained that this doctor was wrong and that she did not know what she was talking about. Mrs. Pileggi stated that Emma is getting better and these doctors do not know what they are talking about as Emma should not take any medications as it will worsen her condition.

The Department explained that this report was very concerning and that we now have 5 reports, 2 non-accept reports and a team of doctors who are reporting concerns for Emma's medical state and that there is irreversible damage that is being done. Mrs. Pileggi stated that she would never put her daughter in a position to have irreversible damage. The Department explained that concerns remain that there have been a number of doctors who have expressed alarm that their daughter is in danger of permanent damage and Mrs. Pileggi continued to try to explain how traditional medicine is killing people and how traditional doctors are scamming.

The Department pointed out that if parents believe that this report is from the doctor they recently saw, this doctor is a naturopath and Mrs. Pileggi explained that this naturopath did not know what she was talking about. The Department challenged Mrs. Pileggi and

21

explained that this cannot always be the case that the doctors do not know what they are talking about and furthermore, there is now rheumatologists, orthopedists, primary care physicians, and naturopaths who all have concerns for Emma.

Mr. Pileggi asked if Emma was being treated by a traditional doctor, would they have time to work with her and asked why they do not have more time to have Emma work with Dr. Morse. The Department explained that they have yet to get something in writing from Dr. Morse's office regarding the treatment regiment, the progress, the steps, outcomes, or anything more than just a few written lines of notes. Mrs. Pileggi stated that naturopathic doctors do not take a lot of notes and SW explained that Dr. Layman, who Mr. and Mrs. Pileggi have worked with in the past, provided several lengthy notes and Mrs. Pileggi stated that Dr. Layman did not know what she was talking about and struggled when Mrs. Pileggi would challenge her.

The Department explained that Emma was on Prednisone for a short period of time and she was walking. Mrs. Pileggi argued that prednisone kills people and Mrs. Pileggi refused to give this to her daughter. Mrs. Pileggi stated that she would get the notes from Dr. Morrow's office tomorrow. She stated that she would call them in the morning and tell them that she needs this immediately. As of 3/28/2019 Mrs. Pileggi has yet to produce the requested documentation from Dr. Morse/Dr. Troyer.

41) On 3/27/2019, the child protective service team at DCF participated in a conference call with DCF Legal and DCF Medical Director, Dr. Nicole Taylor. It should be noted that both RRG Nurse Ashia Velez and RRG Nursing Supervisor, Aimee Fong participated in this meeting as well to consult on the facts of this case. During this meeting, Dr. Nicole Taylor stated grave concern for Emma's medical safety and the family's ability to meet the child's needs due to her current presentation and medical status.

42) Emma is a 3 year old child who is not visible in the community. Emma is in need of immediate medical attention that Mr. and Mrs. Pileggi have failed to provide. Emma's health is continuing to deteriorate with her current course of treatment and immediate medical intervention is required to ensure that there is no irreversible damage to Emma's overall health and physical state. The Department is requesting that custody be vested in the Department of Emma to ensure that her health and safety is ensured and that she receives proper medical treatment is being implemented.

WHEREFORE, based on the aforementioned allegations, this Department believes this child is in immediate physical danger from her surroundings, and that immediate removal from such surroundings is necessary to ensure the child's safety, and further that the conditions or circumstances surrounding the care of said child requires that custody be immediately assumed to safeguard the welfare of said child.

22

SUBMITTED BY: _____    _3/28/19_

Frank L. Rotovnik, CAC, MSW Social Worker    Date
Department of Children and Families

SUBSCRIBED AND SWORN before me on this 28th day of March 2019.

Attest:

_____

Notary Public

Mary E. Malone
Notary Public
My Commission Expires 1/31/21

23

**NOTICE OF TEMPORARY CUSTODY/ORDER TO APPEAR**

JD-JM-58A   Rev. 12-15
C.G.S. § 46B-129(B); PA 11-51, Sec. 19;
P.B. §§ 32a-1(g); 33a-6(e)

**STATE OF CONNECTICUT
SUPERIOR COURT
JUVENILE MATTERS**
*www.jud.ct.gov*

| Address of court | Telephone number | Fax number | Docket number |
|---|---|---|---|
| **7 KENDRICK AVE WATERBURY CT 06702** | **2035964202** | **2035964431** | **U06CP19011728A** |

| Name of child/youth | Address of child/youth | Date of birth |
|---|---|---|
| **EMMA PILEGGI** | **11 PINEWOOD SHORES SHERMAN CT 06784** | **9/2/2015** |

| Name, address, and type (*if applicable*) (mother, father, guardian, putative father) | Date of birth | Indian tribe/reservation |
|---|---|---|
| **KATHARINE PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784** | **8/6/1985** | |
| **ANTHONY PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784** | **12/17/1980** | |
| | Date of birth | Indian tribe/reservation |
| | Date of birth | Indian tribe/reservation |

| If parent(s) is/are minor(s), name(s) of grandparent(s) or guardian(s) | Address(es) of grandparent(s) or guardian(s) |
|---|---|

## Notice

1. The attached order is based on allegations that conditions in the home or elsewhere endanger the safety and welfare of the child or youth;

2. A preliminary hearing will be held on _____ 4/5/2019 _____ at _____ 12:00 PM _____ .m.
   *(date)*                    *(time)*

3. If you do not come to the hearing, the court may take action against you;

4. At the hearing you will have the opportunity to tell the court your position concerning the alleged facts;

5. You have the right to remain silent; any statement that you make may be introduced into evidence against you;

6. You have the right to be represented by an attorney. If you want an attorney but cannot pay for one, the court will make sure that an attorney is provided to you by the Chief Public Defender if you prove you cannot pay for one;

7. You may apply for an attorney by going in person to the court address listed above and completing the JD-JM-114 Application for Appointment of Counsel/Waiver of Fees form. If you are unable to go to court in person, mail or fax the completed application form to the court before the court date on the attached order form. It is recommended that you submit the application form as soon as possible so the attorney can prepare for the hearing.

   If you have any questions about the case or appointment of counsel you should go to the court, or contact the clerk's office or contact the Chief Public Defender as soon as possible.

   The court will promptly determine if you are eligible for state-paid representation. If the court determines that you are eligible for an attorney, the court will promptly notify the Chief Public Defender who will assign an attorney to represent you.

8. You may request that the Department of Children and Families investigate placing the child or youth with a person related to the child or youth by blood or marriage who might serve as a licensed foster parent or temporary custodian for the child or youth.

9. No parent who is the subject of a petition shall be compelled to testify if the testimony might tend to incriminate in any criminal proceeding or to establish the validity of the facts alleged in the petition.

---

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation under the ADA, contact the court clerk at the number listed above or an ADA contact person listed at *www.jud.ct.gov/ADA*.

In Re: Emma Pileggi

Date: March 27, 2019

## AFFIDAVIT

I, Kevin Fitzsimmons, orthopedic physician assistant at Connecticut Children's Medical Center in Hartford, Connecticut, am over the age of eighteen and understand and believe in the obligations of an oath. Being duly sworn, I do hereby depose and say that the following is the truth to the best of my knowledge and belief:

Child who is subject of this affidavit:

Emma Pileggi (name)

09/02/2015 (DOB)

11 Pinewood Shores (address)

Sherman, CT 06784

Katherine Pileggi (parent's name)

11 Pinewood Shores (parent's address)

Sherman, CT 06784



[The next statements should indicate in numbered paragraph form the affiant's personal knowledge about the case. Be as specific as possible, use dates where appropriate, and include all relevant information.]

1. Brief paragraph describing expertise of the affiant.
   I have been a pediatric orthopedic physician assistant at Connecticut Children's Medical Center for 7 years. I treat patients in our outpatient clinics, take orthopedic trauma call, manage inpatient orthopedic patients, and assist with the orthopedic surgeons in the operating room

2. When, where, and how the child came to be treated by the affiant.

On Saturday, 3/9/19, I met Emma and her family while I was on call. On 3/1/19 Emma sustained a left distal femur fracture after being dropped by a family member. Emma was diagnosed with juvenile idiopathic arthritis (JIA), and is non-ambulatory secondary to her chronic knee effusions and JIA., Emma was seen at New Milford Hospital, was splinted and instructed to follow-up with Yale Pediatric orthopedics. She followed up with Yale pediatric orthopedics on 3/8/19. As reported by the family, they were instructed to be seen in Yale's Emergency Department for spica cast application. It was reported that the family did not follow the recommendation to take Emma to Yale's Emergency Department. It was reported that Yale contacted DCF, and were instructed to be seen at another facility. On 3/9/2019, Emma was seen in the Emergency Department at Connecticut Children's with a long leg splint in place. X-ray imaging obtained, and a new long leg splint was placed. The patient and family were instructed to follow up in 1 week with orthopedics.

3. Relevant medical history of the child. Emma initially presented to CT Children's Medical Center in June 2018, when they sought care for her bilateral knee effusions and inability to ambulate with Dr. Lawrence Zemel, in the Department of Rheumatology. She was diagnosed with juvenile idiopathic arthritis (JIA) and it was documented that Emma did not follow-up or initiate the care-plan prescribed by Dr. Zemel. On 3/9/19, during Emma's evaluation at Connecticut Children's Emergency Department, Emma's mother informed this writer, that they were continuing care for Emma's juvenile arthritis diagnosis with a local naturopathic physician. She reported an improvement in Emma's symptoms, however, stated she had been non-ambulatory since the symptoms and knee swelling began around age 8 months.

4. Current medical condition and diagnosis. Be specific, but also describe the condition in lay terms so others can understand the situation. Due to Emma being non-ambulatory for nearly 2 years, not walking under her own power, the lower extremity bones become osteopenic, or lose the ability to form new bone and become more fragile. The type of injury she sustained due to the decreased bone density from not walking from untreated juvenile idiopathic arthritis is called an

insufficiency fracture. This type of insufficiency fracture is seen more commonly in patient that are non-ambulatory, and/or wheelchair bound. Emma sustained a mildly angulated left distal femoral insufficiency buckle fracture. The treatment for this is splinting for 3-4 weeks, then once adequate healing has occurred the splint may be removed around that time. Many times casting is not necessary as the patients do not walk or put the fracture at risk of further displacement. I saw Emma on 3/19/19 for follow-up of the distal femur fracture which did show early bony callus formation, she had no pain and was reportedly sleeping well and without issue at that time. I instructed that they continue splinting for comfort for 1-2 more weeks, and that the splint could be removed and reapplied for bathing or changing clothes. They have a follow-up appointment to see me for the femur fracture on 4/16/19 which is acceptable follow-up based on this type of injury.

5. If child abuse is suspected, include a statement that the injury is most likely non-accidental and not self-inflicted. Also, if the reason for suspecting abuse is that the parents' statements are at a variance with the nature of the injury, state this. I do not suspect child abuse at this time, but medical neglect.

6. Factors impacting parent's ability to provide care (religious objections, incompetence, incapacitation). I do not know of any religious objections to medical treatment. There does not appear to be any cognitive barriers to understanding the necessity for the medical interventions prescribed.

THE AFFIANT:

_____ (signature)

___Kevin Fitzsimmons___ (name)

SUBSCRIBED AND SWORN TO before me on this __28th__ day of __March__, 20_19_.

_____ (signature of Notary Public)

TRACIE L. KAVANAGH
NOTARY PUBLIC
State of Connecticut
My Commission Expires
April 30, 2022

_____ (my commission expires)

# MOTION/ORDER OF TEMPORARY CUSTODY/ORDER TO APPEAR

JD-JM-58    Rev. 12-15
C.G.S. § 46b-129(b) & (k), P.A. 09-185, Sec. 3, P.B. 33a-6

Per C.G.S 51-193c, this document was filed electronically and has the same validity and status as a paper document signed or verified by the Petitioner or Judge of the Superior Court.

**STATE OF CONNECTICUT
SUPERIOR COURT
JUVENILE MATTERS**
*www.jud.ct.gov*

| Address of Court | | Docket Number |
|---|---|---|
| 7 KENDRICK AVE WATERBURY CT 06702 | | |

| Name of Child/Youth | Address of Child/Youth | Date of Birth |
|---|---|---|
| MAIRIN PILEGGI | 11 PINEWOOD SHORES SHERMAN CT 06784 | 3/28/2019 |

| Name, address, and type *(if applicable)* (mother, father, guardian, putative father) | Date of birth | Indian tribe/reservation |
|---|---|---|
| KATHARINE PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784 | 8/6/1985 | |
| ANTHONY PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784 | 12/17/1980 | |
| | | |
| | | |

If parent(s) is/are minor(s), name(s) and address(es) of grandparent(s) or guardian(s):

## Motion

☐ The child or youth has been placed in the care and custody of the Commissioner of Children and Families pursuant to section 17a-101g *(96 hour hold)* on *(date)* _____ at *(time)* _____.

Based on the allegations of the petition and verified affirmations of fact, the petitioner requests an ex parte Order of Temporary Custody/Order to Appear under section 46b-129(b) of the general statutes.

| Name of Petitioner | Address of Petitioner | Relationship to Child |
|---|---|---|
| | 131 WEST STREET DEPT. OF CHILD/FAMILIES DAN | Commissioner DCF |

| Signed (Petitioner) | Subscribed and sworn to before me on *(Date)* | Signed *(Judge, Assistant Clerk, Notary, Comm. Superior Court)* |
|---|---|---|
| | | |

## Order

The court having reviewed the verified affirmations of fact accompanying this motion hereby finds that there is reasonable cause to believe that:

☐ A. Said child or youth is suffering from serious physical illness, or
☐ B. Said child or youth is suffering from serious physical injury, or
☐ C. Said child or youth is in immediate physical danger from surroundings;

**And** As a result of said conditions, the child's or youth's safety is endangered and immediate removal from such surroundings is necessary to ensure the child's or youth's safety and continuation in the home is **contrary to the welfare** of said child or youth.

**It is Hereby Ordered That:**

A. ☐ The temporary care and custody of said child or youth shall be vested in: _____
pending a hearing as set forth below on the confirmation of this order;
**And it is further found that:**
☐ Reasonable efforts to prevent or eliminate the need for removal of said child or youth were made by the state, or
☐ Reasonable efforts to prevent or eliminate the need for removal of said child or youth were not possible, or
☐ Reasonable efforts to prevent removal were not made.

**OR**

B. ☐ The respondent(s) appear before the court as set forth below to determine whether an order vesting temporary custody of said child or youth, in a person related to the child or youth by blood or marriage or in some other person or suitable agency, should be issued pending disposition of the petition.

And it is further ordered that the above-named mother/father/guardian be and hereby is/are summoned to appear before the court on the Hearing Date(s) set out below, at the address shown above, by having a proper officer leave a true and attested copy of this order and summons with them or at their usual place of abode, or if so ordered, by publication or mail and return same to the court on or before the date indicated.

**OR**

C. ☐ The motion is denied.

| | Date | Time of Hearing |
|---|---|---|
| **Hearing Date - Preliminary Hearing On Temporary Custody** → | | .M. |
| **Hearing Date - Petition** → | | .M. |
| **Court Location** → | Court Location *(Number, street, and town)* | Telephone Number |

| Publication For: | Statutory Mail For: | Service on or Before *(Date)* | Return Date |
|---|---|---|---|
| | | | |

| Name of Judge | Signed (Judge) | Date Signed |
|---|---|---|
| | | |

*(Continued)*

# RETURN OF SERVICE

State of Connecticut

Docket Number

| County of | SS. | Name of person(s) served | Date of service |
|---|---|---|---|

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one)*:

☐ leaving with *(for in hand);* or
☐ leaving at the usual place of abode *(for abode)* at _____

The within and foregoing is a true and attested copy of the original petition, order, and summons.

Attest *(Signature and title of proper officer)*

**Fees**

Copy

Endorsement

Service

Travel

**Total**

---

State of Connecticut

| County of | SS. | Name of person(s) served | Date of service |
|---|---|---|---|

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one)*:

☐ leaving with *(for in hand);* or
☐ leaving at the usual place of abode *(for abode)* at _____

The within and foregoing is a true and attested copy of the original petition, order, and summons.

Attest *(Signature and title of proper officer)*

**Fees**

Copy

Endorsement

Service

Travel

**Total**

---

State of Connecticut

| County of | SS. | Name of person(s) served | Date of service |
|---|---|---|---|

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one)*:

☐ leaving with *(for in hand);* or
☐ leaving at the usual place of abode *(for abode)* at _____

The within and foregoing is a true and attested copy of the original petition, order, and summons.

Attest *(Signature and title of proper officer)*

**Fees**

Copy

Endorsement

Service

Travel

**Total**

---

## For Mail Service

State of Connecticut

| County of | SS. | Name of person(s) served | Date of service |
|---|---|---|---|

Then and there, by virtue hereof, I made service of the within petition, order and summons by depositing a true and attested copy by United States Post mail, postage prepaid, addressed to _____, by *(check one)*:

☐ restricted delivery, return receipt requested; or
☐ first class mail; or
☐ certified mail, return receipt requested.

The within and foregoing is the original petition, order and summons with my doings thereon endorsed.

Attest *(Signature and title of proper officer)*

**Fees**

Copy

Endorsement

Service

Travel

**Total**

JD-JM-58   Rev. 12-15

*(Page 2 of 2)*

# MOTION/ORDER OF TEMPORARY CUSTODY/ORDER TO APPEAR

JD-JM-58   Rev. 12-15
C.G.S. § 46b-129(b) & (k), P.A. 09-185, Sec. 3, P.B. 33a-6

Per C.G.S 51-193c, this document was filed electronically and has the same validity and status as a paper document signed or verified by the Petitioner or Judge of the Superior Court.

**STATE OF CONNECTICUT
SUPERIOR COURT
JUVENILE MATTERS**
*www.jud.ct.gov*

| Address of Court | Docket Number |
|---|---|
| **7 KENDRICK AVE WATERBURY CT 06702** | |

| Name of Child/Youth | Address of Child/Youth | Date of Birth |
|---|---|---|
| **NOAH PILEGGI** | **11 PINEWOOD SHORES SHERMAN CT 06784** | **9/26/2012** |

| Name, address, and type (*if applicable*) (mother, father, guardian, putative father) | Date of birth | Indian tribe/reservation |
|---|---|---|
| **KATHARINE PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784** | **8/6/1985** | |
| **ANTHONY PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784** | **12/17/1980** | |
| | | |
| | | |

If parent(s) is/are minor(s), name(s) and address(es) of grandparent(s) or guardian(s):

## Motion

☐ The child or youth has been placed in the care and custody of the Commissioner of Children and Families pursuant to section 17a-101g *(96 hour hold)* on *(date)* _____ at *(time)* _____.

Based on the allegations of the petition and verified affirmations of fact, the petitioner requests an ex parte Order of Temporary Custody/Order to Appear under section 46b-129(b) of the general statutes.

| Name of Petitioner | Address of Petitioner | Relationship to Child |
|---|---|---|
| | **131 WEST STREET DEPT. OF CHILD/FAMILIES DAN** | **Commissioner DCF** |

| Signed (Petitioner) | Subscribed and sworn to before me on (Date) | Signed (Judge, Assistant Clerk, Notary, Comm. Superior Court) |
|---|---|---|
| | | |

## Order

The court having reviewed the verified affirmations of fact accompanying this motion hereby finds that there is reasonable cause to believe that:

☐ A. Said child or youth is suffering from serious physical illness, or

☐ B. Said child or youth is suffering from serious physical injury, or

☐ C. Said child or youth is in immediate physical danger from surroundings;

**And**   As a result of said conditions, the child's or youth's safety is endangered and immediate removal from such surroundings is necessary to ensure the child's or youth's safety and continuation in the home is **contrary to the welfare** of said child or youth.

**It is Hereby Ordered That:**

A. ☐ The temporary care and custody of said child or youth shall be vested in: _____

pending a hearing as set forth below on the confirmation of this order;

**And it is further found that:**

☐ Reasonable efforts to prevent or eliminate the need for removal of said child or youth were made by the state, or

☐ Reasonable efforts to prevent or eliminate the need for removal of said child or youth were not possible, or

☐ Reasonable efforts to prevent removal were not made.

**OR**

B. ☐ The respondent(s) appear before the court as set forth below to determine whether an order vesting temporary custody of said child or youth, in a person related to the child or youth by blood or marriage or in some other person or suitable agency, should be issued pending disposition of the petition.

And it is further ordered that the above-named mother/father/guardian be and hereby is/are summoned to appear before the court on the Hearing Date(s) set out below, at the address shown above, by having a proper officer leave a true and attested copy of this order and summons with them or at their usual place of abode, or if so ordered, by publication or mail and return same to the court on or before the date indicated.

**OR**

C. ☐ The motion is denied.

| | Date | Time of Hearing |
|---|---|---|
| **Hearing Date - Preliminary Hearing On Temporary Custody** ➔ | | .M. |
| **Hearing Date - Petition** ➔ | | .M. |

| | Court Location (*Number, street, and town*) | Telephone Number |
|---|---|---|
| **Court Location** ➔ | | |

| Publication For: | Statutory Mail For: | Service on or Before (Date) | Return Date |
|---|---|---|---|
| | | | |

| Name of Judge | Signed (Judge) | Date Signed |
|---|---|---|
| | | |

*(Continued)*

# RETURN OF SERVICE

| State of Connecticut | | | Docket Number | |
|---|---|---|---|---|

| County of | | Name of person(s) served | Date of service |
|---|---|---|---|
| SS. | | | |

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one)*:

☐ leaving with *(for in hand)*; or
☐ leaving at the usual place of abode *(for abode)* at _____

The within and foregoing is a true and attested copy of the original petition, order, and summons.

Attest *(Signature and title of proper officer)*

**Fees**

| Copy | |
|---|---|
| Endorsement | |
| Service | |
| Travel | |
| **Total** | |

---

State of Connecticut

| County of | | Name of person(s) served | Date of service |
|---|---|---|---|
| SS. | | | |

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one)*:

☐ leaving with *(for in hand)*; or
☐ leaving at the usual place of abode *(for abode)* at _____

The within and foregoing is a true and attested copy of the original petition, order, and summons.

Attest *(Signature and title of proper officer)*

**Fees**

| Copy | |
|---|---|
| Endorsement | |
| Service | |
| Travel | |
| **Total** | |

---

State of Connecticut

| County of | | Name of person(s) served | Date of service |
|---|---|---|---|
| SS. | | | |

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one)*:

☐ leaving with *(for in hand)*; or
☐ leaving at the usual place of abode *(for abode)* at _____

The within and foregoing is a true and attested copy of the original petition, order, and summons.

Attest *(Signature and title of proper officer)*

**Fees**

| Copy | |
|---|---|
| Endorsement | |
| Service | |
| Travel | |
| **Total** | |

## For Mail Service

State of Connecticut

| County of | | Name of person(s) served | Date of service |
|---|---|---|---|
| SS. | | | |

Then and there, by virtue hereof, I made service of the within petition, order and summons by depositing a true and attested copy by United States Post mail, postage prepaid, addressed to _____, by *(check one)*:

☐ restricted delivery, return receipt requested; or
☐ first class mail; or
☐ certified mail, return receipt requested.

The within and foregoing is the original petition, order and summons with my doings thereon endorsed.

Attest *(Signature and title of proper officer)*

**Fees**

| Copy | |
|---|---|
| Endorsement | |
| Service | |
| Travel | |
| **Total** | |

JD-JM-58  Rev. 12-15

*(Page 2 of 2)*

## MOTION/ORDER OF TEMPORARY CUSTODY/ORDER TO APPEAR

JD-JM-58   Rev. 12-15
C.G.S. § 46b-129(b) & (k), P.A. 09-185, Sec. 3, P.B. 33a-6

Per C.G.S 51-193c, this document was filed electronically and has the same validity and status as a paper document signed or verified by the Petitioner or Judge of the Superior Court.

**STATE OF CONNECTICUT
SUPERIOR COURT
JUVENILE MATTERS**
*www.jud.ct.gov*

| Address of Court | Docket Number |
|---|---|
| **7 KENDRICK AVE WATERBURY CT 06702** | |

| Name of Child/Youth | Address of Child/Youth | Date of Birth |
|---|---|---|
| **SAVANNAH PILEGGI** | **11 PINEWOOD SHORES SHERMAN CT 06784** | **4/8/2009** |

| Name, address, and type (*if applicable*) (mother, father, guardian, putative father) | Date of birth | Indian tribe/reservation |
|---|---|---|
| **KATHARINE PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784** | **8/6/1985** | |
| **ANTHONY PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784** | **12/17/1980** | |
| | Date of birth | Indian tribe/reservation |
| | Date of birth | Indian tribe/reservation |

If parent(s) is/are minor(s), name(s) and address(es) of grandparent(s) or guardian(s):

## Motion

☐ The child or youth has been placed in the care and custody of the Commissioner of Children and Families pursuant to section 17a-101g (*96 hour hold*) on (*date*) _____ at (*time*) _____ .

Based on the allegations of the petition and verified affirmations of fact, the petitioner requests an ex parte Order of Temporary Custody/Order to Appear under section 46b-129(b) of the general statutes.

| Name of Petitioner | Address of Petitioner | Relationship to Child |
|---|---|---|
| | **131 WEST STREET DEPT. OF CHILD/FAMILIES DAN** | **Commissioner DCF** |
| Signed (Petitioner) | Subscribed and sworn to before me on (*Date*) | Signed (*Judge, Assistant Clerk, Notary, Comm. Superior Court*) |

## Order

The court having reviewed the verified affirmations of fact accompanying this motion hereby finds that there is reasonable cause to believe that:

☐ A. Said child or youth is suffering from serious physical illness, or

☐ B. Said child or youth is suffering from serious physical injury, or

☐ C. Said child or youth is in immediate physical danger from surroundings;

**And** As a result of said conditions, the child's or youth's safety is endangered and immediate removal from such surroundings is necessary to ensure the child's or youth's safety and continuation in the home is **contrary to the welfare** of said child or youth.

**It is Hereby Ordered That:**

A. ☐ The temporary care and custody of said child or youth shall be vested in: _____ pending a hearing as set forth below on the confirmation of this order;

**And it is further found that:**

☐ Reasonable efforts to prevent or eliminate the need for removal of said child or youth were made by the state, or

☐ Reasonable efforts to prevent or eliminate the need for removal of said child or youth were not possible, or

☐ Reasonable efforts to prevent removal were not made.

**OR**

B. ☐ The respondent(s) appear before the court as set forth below to determine whether an order vesting temporary custody of said child or youth, in a person related to the child or youth by blood or marriage or in some other person or suitable agency, should be issued pending disposition of the petition.

And it is further ordered that the above-named mother/father/guardian be and hereby is/are summoned to appear before the court on the Hearing Date(s) set out below, at the address shown above, by having a proper officer leave a true and attested copy of this order and summons with them or at their usual place of abode, or if so ordered, by publication or mail and return same to the court on or before the date indicated.

**OR**

C. ☐ The motion is denied.

| | Date | Time of Hearing |
|---|---|---|
| **Hearing Date - Preliminary Hearing On Temporary Custody →** | | .M. |
| **Hearing Date - Petition →** | | .M. |
| **Court Location →** | Court Location (*Number, street, and town*) | Telephone Number |

| Publication For: | Statutory Mail For: | Service on or Before (*Date*) | Return Date |
|---|---|---|---|
| Name of Judge | Signed (Judge) | | Date Signed |

*(Continued)*

# RETURN OF SERVICE

State of Connecticut

Docket Number

| County of | Name of person(s) served | Date of service |
| --- | --- | --- |
| SS. | | |

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one):*

☐ leaving with *(for in hand);* or
☐ leaving at the usual place of abode *(for abode)* at _____

The within and foregoing is a true and attested copy of the original petition, order, and summons.

Attest *(Signature and title of proper officer)*

| Fees | |
| --- | --- |
| Copy | |
| Endorsement | |
| Service | |
| Travel | |
| **Total** | |

---

State of Connecticut

| County of | Name of person(s) served | Date of service |
| --- | --- | --- |
| SS. | | |

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one):*

☐ leaving with *(for in hand);* or
☐ leaving at the usual place of abode *(for abode)* at _____

The within and foregoing is a true and attested copy of the original petition, order, and summons.

Attest *(Signature and title of proper officer)*

| Fees | |
| --- | --- |
| Copy | |
| Endorsement | |
| Service | |
| Travel | |
| **Total** | |

---

State of Connecticut

| County of | Name of person(s) served | Date of service |
| --- | --- | --- |
| SS. | | |

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one):*

☐ leaving with *(for in hand);* or
☐ leaving at the usual place of abode *(for abode)* at _____

The within and foregoing is a true and attested copy of the original petition, order, and summons.

Attest *(Signature and title of proper officer)*

| Fees | |
| --- | --- |
| Copy | |
| Endorsement | |
| Service | |
| Travel | |
| **Total** | |

---

## For Mail Service

State of Connecticut

| County of | Name of person(s) served | Date of service |
| --- | --- | --- |
| SS. | | |

Then and there, by virtue hereof, I made service of the within petition, order and summons by depositing a true and attested copy by United States Post mail, postage prepaid, addressed to _____, by *(check one):*

☐ restricted delivery, return receipt requested; or
☐ first class mail; or
☐ certified mail, return receipt requested.

The within and foregoing is the original petition, order and summons with my doings thereon endorsed.

Attest *(Signature and title of proper officer)*

| Fees | |
| --- | --- |
| Copy | |
| Endorsement | |
| Service | |
| Travel | |
| **Total** | |

JD-JM-58   Rev. 12-15

*(Page 2 of 2)*

# ADDENDUM/JURISDICTIONAL FACTS

**RE:**     **Emma Pileggi (DOB: 09/02/2015)**

## TO WIT:

- Mrs. Pileggi has unaddressed mental health issues that impact her ability to safely parent her children.

- Mr. and Mrs. Pileggi have failed to address Emma's medical condition which has resulted in her being significantly compromised to the point of probable irreversible damage.

- Mr. and Mrs. Pileggi have opted for naturopath medicine but at a high cost and detriment to Emma's well-being.

- Mr. and Mrs. Pileggi's inability to appropriately provide treatment as needed to their children.

SWORN TO AND SUBSCRIBED before me this _____ day of _____ 2019

_____
Notary Public

Expiration Date

Mary E. Malone
Notary Public
My Commission Expires _7/31/21_

**ADDENDUM/JURISDICTIONAL FACTS**

**RE:**        **Noah Pileggi (DOB: 09/26/2012)**

**TO WIT:**

- Mrs. Pileggi has unaddressed mental health issues that impact her ability to safely parent her children.

- Mr. and Mrs. Pileggi have opted for naturopath medicine but at a high cost and detriment to Emma's well-being.

- Mr. and Mrs. Pileggi's inability to appropriately provide treatment as needed to their children.

SWORN TO AND SUBSCRIBED before me this ____28th____ day of ____March____ 2019

_____                    _____
Notary Public                                                          Expiration Date

Mary E. Malone
*Notary Public*
My Commission Expires__7/31/21__

## ADDENDUM/JURISDICTIONAL FACTS

RE:        Mairin Pileggi (DOB: 04/19/2017)

## TO WIT:

- Mrs. Pileggi has unaddressed mental health issues that impact her ability to safely parent her children.

- Mr. and Mrs. Pileggi have opted for naturopath medicine but at a high cost and detriment to Emma's well-being.

- Mr. and Mrs. Pileggi's inability to appropriately provide treatment as needed to their children.

SWORN TO AND SUBSCRIBED before me this _28th_ day of _March_ 2019

_____        _____
Notary Public                                              Expiration Date

Mary E. Malone
*Notary Public*
My Commission Expires __7/31/21__

## ADDENDUM/JURISDICTIONAL FACTS

RE:        Savannah Pileggi (DOB: 04/08/2009)


TO WIT:

- Mrs. Pileggi has unaddressed mental health issues that impact her ability to safely parent her children.

- Mr. and Mrs. Pileggi have opted for naturopath medicine but at a high cost and detriment to Emma's well-being.

- Mr. and Mrs. Pileggi's inability to appropriately provide treatment as needed to their children.


SWORN TO AND SUBSCRIBED before me this 28th day of March 2019

_____
Notary Public

_____
                                                    Expiration Date

Mary E. Malone
Notary Public
My Commission Expires 7/31/21

**In Re:** Emma Pileggi DOB 09/02/2015
      Mairin Pileggi DOB 04/19/2017
      Noah Pileggi DOB 09/26/2012
      Savannah Pileggi DOB 04/08/2009
**Superior Court for Juvenile Matters:** 7 Kendrick Avenue Waterbury, CT 06702
**Date:** March 28, 2019

## SUMMARY OF FACTS

### Children for whom petition are filed:

| | |
|---|---|
| Name: | Mairin Pileggi |
| Date of Birth: | 04/19/2017 |
| Address: | 11 Pinewood Shores |
| | Sherman, CT 06784 |
| Legal Status: | N/A |

| | |
|---|---|
| Name: | Emma Pileggi |
| Date of Birth: | 09/02/2015 |
| Address: | 11 Pinewood Shores |
| | Sherman, CT 06784 |
| Legal Status: | N/A |

| | |
|---|---|
| Name: | Noah Pileggi |
| Date of Birth: | 09/26/2012 |
| Address: | 11 Pinewood Shores |
| | Sherman, CT 06784 |
| Legal Status: | N/A |

| | |
|---|---|
| Name: | Savannah Pileggi |
| Date of Birth: | 04/08/2009 |
| Address: | 11 Pinewood Shores |
| | Sherman, CT 06784 |
| Legal Status: | N/A |

### Parents:

Mother:

| | |
|---|---|
| Name: | Katharine Pileggi |
| Date of Birth: | 08/06/1985 |
| Address: | 11 Pinewood Shores |
| | Sherman, CT 06784 |

Father:

| | |
|---|---|
| Name: | Anthony Pileggi |
| Date of Birth: | 12/17/1980 |
| Address: | 11 Pinewood Shores |
| | Sherman, CT 06784 |

FILED WATERBURY SCJM 03-28-2019

1. This family has been known to the Department of Children and Families (DCF) since 2018 due to allegations of medical neglect.

2. There have been seven (7) reports to the Department's Careline, two of which were non-accepts.  All 7 reports have been due to concerns with Emma's physical well-being and concerns for mother's mental health.

3. Emma has been diagnosed with Juvenile Idiopathic Arthritis. Emma has been unable to walk since June 2018.  Her knee joints and hands and feet present as severely swollen and painful. Mr. and Mrs. Pileggi have taken Emma to a myriad of doctors providing no consistent treatment.  The parents have identified a naturopath in Florida who has not personally seen the child but provides medical care via Skype.

4. Doctors who have seen Emma have stated that there is concern that Emma is suffering permanent damage, she is deteriorating and showing muscle wasting in her legs.  Emma has an enlarged liver and a mass in her stomach around her bladder.  The parents do not agree with the medical providers and refuse to return to their practices.

5. Emma is primarily carried throughout the day.  The parents have let Emma's older sister carry Emma.  Savannah placed Emma on the counter while Mrs. Pileggi was present, Emma could not control her muscles and fell off the counter.  Emma broke her femur, injured her wrist and sustained a bump to her head.

6. Mrs. Pileggi has unaddressed mental health issues.  She is the primary caretaker of the four children.  Emma and Mairin stay home with mother and are not seen in the community. There is a concern that Mr. Pileggi has unaddressed alcohol issues.

7. Mr. and Mrs. Pileggi have not been consistent with Mairin, Savannah and Noah's medical care and will change medical practices when confronted about any issue.

8. Mrs. Pileggi presents as erratic, confrontational and hyper-focused on naturopathic healing all of which impairs her ability to obtain the necessary care for her children.

9. Mr. Pileggi defers to mother's decision making in regards to Emma's medical attention, at the continued detriment to his daughter.

## REASONABLE AND ACTIVE EFFORTS TO PREVENT REMOVAL:

**-The Department has provided case management to the family**

**-The Department requested a mental health evaluation for Mrs. Katharine Pileggi**

**-The Department requested a substance abuse evaluation for Mr. Anthony Pileggi**

**-The Department requested a medical evaluation for Emma**

**-The Department requested Birth to Three services for Mairin**

Submitted By: _____

Frank L. Rotoynik, MSW, CAC DCF Social Worker

Reviewed By: _____

Koren Kermashek, LMSW DCF Social Work Supervisor

Approved By: _____

Vincent Tinnerello, DCF Program Supervisor

**DCF-1999**
08/2011 (Rev)

**State of Connecticut**
Department of Children and Families

DCF

In re:    **Noah Pileggi (DOB 09/26/2012)**

Superior Court for Juvenile Matters at:        7 Kendrick Ave, 3rd floor, Waterbury, CT  06702

### AFFIDAVIT SEEKING OUT-OF-HOME PLACEMENT OF CHILD

I,    **Frank Rotovnik**                                    of the Department of Children and Families
being duly sworn, do hereby state that:

1.    That continuation in the home is contrary to the welfare of the child because of the following conditions:
**Mrs. Pileggi has unaddressed mental health needs and Mr. and Mrs. Pileggi have failed to ensure the safety health and well-being of their children.**

AND

2.    Prior to placement, the following reasonable efforts were made to prevent placement:
**The Department has made referals to CCMC. Requested psychological evaluation for Mrs. Pileggi. Requested substance abuse screen and evaluation for Mr. Pileggi. Referral for physicals of all children. Referral to Birth to Three.**

OR

3.    Reasonable efforts to prevent placement were not possible because:

**Frank Rotovnik**

DCF Social Worker Name                                      DCF Social Worker Signature

Sworn to before me this    29th    day of  March, 2019

Mary E. Malone
*Notary Public*
My Commission Expires 7/31/21

Notary Signature                                           Expiration Date

**DCF-1999**
08/2011 (Rev)

# State of Connecticut
## Department of Children and Families

 DCF

In re:    **Emma Pileggi (DOB 09/02/15)**

Superior Court for Juvenile Matters at:    7 Kendrick Ave, 3rd floor, Waterbury, CT  06702

## AFFIDAVIT SEEKING OUT-OF-HOME PLACEMENT OF CHILD

I,    **Frank Rotovnik**    of the Department of Children and Families
being duly sworn, do hereby state that:

1. That continuation in the home is contrary to  the welfare of the child because of the following conditions:
**Mrs. Pileggi has unaddressed mental health needs and Mr. and Mrs. Pileggi have failed to ensure safety, and well being of their children.**

AND

2. Prior to placement, the following reasonable efforts were made to prevent placement:
**The Department has made referals to CCMC. Requested psychological evaluation for Mrs. Pileggi. Requested substance abuse screen and evaluation for Mr. Pileggi.  Referral for physicals of all children. Referral to Birth to Three.**

OR

3. Reasonable efforts to prevent placement were not possible because:

**Frank Rotovnik**
_____
DCF Social Worker Name

DCF Social Worker Signature

Sworn to before me this 28th day of March, 2019

_____
Notary Signature

Mary E. Malone
*Notary Public*
My Commission Expires 1/31/21

Expiration Date

**DCF-1999**
08/2011 (Rev)

# State of Connecticut
## Department of Children and Families

DCF

In re:    **Savannah Pileggi (DOB 04/08/2009)**

Superior Court for Juvenile Matters at:    7 Kendrick Ave, 3rd floor, Waterbury, CT  06702

## AFFIDAVIT SEEKING OUT-OF-HOME PLACEMENT OF CHILD

I,    **Frank Rotovnik**    of the Department of Children and Families being duly sworn, do hereby state that:

1.  That continuation in the home is contrary to  the welfare of the child because of the following conditions:
    **Mrs. Pileggi has unaddressed mental health needs and Mr. and Mrs. Pileggi have failed to ensure the safety, health and well being of their children.**

AND

2.  Prior to placement, the following reasonable efforts were made to prevent placement:
    **The Department has made referals to CCMC. Requested psychological evaluation for Mrs. Pileggi. Requested substance abuse screen and evaluation for Mr. Pileggi.  Referral for physicals of all children. Referral to Birth to Three.**

OR

3.  Reasonable efforts to prevent placement were not possible because:

**Frank Rotovnik**

DCF Social Worker Name                          DCF Social Worker Signature

Sworn to before me this 28th  day of  March, 2019

Notary Signature

Mary E. Malone
Notary Public
My Commission Expires  7/31/21
Expiration Date

**DCF-1999**
08/2011 (Rev)

# State of Connecticut
## Department of Children and Families

DCF

In re:    **Mairin Pileggi (DOB 04/19/2017)**

_____

Superior Court for Juvenile Matters at:        7 Kendrick Ave, 3rd floor, Waterbury, CT  06702

_____

### AFFIDAVIT SEEKING OUT-OF-HOME PLACEMENT OF CHILD

I,    **Frank Rotovnik**                                       of the Department of Children and Families
_____        being duly sworn, do hereby state that:

1.  That continuation in the home is contrary to  the welfare of the child because of the following conditions:
    **Mrs. Pileggi has unaddressed mental health needs and Mr. and Mrs. Pileggi have failed to ensure the safety, health , and well being of their children.**

AND

2.  Prior to placement, the following reasonable efforts were made to prevent placement:
    **The Department has made referals to CCMC. Requested psychological evaluation for Mrs. Pileggi. Requested substance abuse screen and evaluation for Mr. Pileggi.  Referral for physicals of all children. Referral to Birth to Three.**

OR

3.  Reasonable efforts to prevent placement were not possible because:

_____

**Frank Rotovnik**
_____        _____
DCF Social Worker Name                              DCF Social Worker Signature

Sworn to before me this 28th  day of  March, 2019

_____        Mary E. Malone
Notary Signature                                        *Notary Public*
                                                         My Commission Expires __7/31/21__
                                                         Expiration Date

**CUSTODY AFFIDAVIT**

JD-JM-30  Rev. 10-12
P.B. 25-57; C.G.S. 52-231a
P.A. 12-82, Sec. 16

**CONNECTICUT SUPERIOR COURT**
**JUVENILE MATTERS**
*www.jud.ct.gov*

| Address of Court | Docket number |
|---|---|
| **7 Kendrick Avenue, Waterbury, CT 06702** | |

| Name and address of child/youth | Date of birth |
|---|---|
| **Emma Pileggi, 11 Pinewood Shores, Sherman, CT 06784** | **09/02/2015** |

1. Address(es) where the child has lived for the past five years:

   **17 Church Hill Road, Washington Depot, CT      50 Park Lane Road, New Milford, CT**

2. Child lived with the following people during the past five years:

   **Katharine Pileggi, Anthony Pileggi, Savannah Pileggi, Noah Pileggi, Mairin Pileggi**

3. [x]  There is not a proceeding in Connecticut or any other state now or in the past that could affect the custody of the child,
   or

4. [ ]  The following proceeding(s) affect the custody of the child:

| Nature of Proceedings | Case Name | Docket Number | Court Location (Including state) |
|---|---|---|---|
| Civil | | | |
| Criminal | | | |
| Juvenile | | | |
| Support | | | |
| Probate | | | |

5. The following person(s) has/have physical custody or claims to have custody or visitation rights with respect to the child.

   [x]  No one other than the petitioner/respondent

   [ ]  Name and address:

6. The proceedings in this court on the pending matter concerning the child would not conflict with or interfere with any other pending proceeding.

7. Any party to this action  [ ] Has   [x] Has Not   participated as a party or witness or in any other capacity, in any other proceeding concerning the custody or or visitation with the child.

*I certify that the foregoing statements are true to the best of my knowledge and belief:*

Mary E. Malone
*Notary Public*
My Commission Expires

Department of Children and Families by duly authorized representative:

| Signed (Duly authorized representative) | Petitioner, if not agency: |
|---|---|
| | Signed (Subscriber) |

| Print or type name of person signing above | Print or type name of person signing above |
|---|---|
| **Frank Rotovnik DCF Social Worker** | |

| Subscribed and sworn to before me: | On (Date) | Signed (Notary Public, Assistant Clerk, Commissioner of Superior Court) |
|---|---|---|
| | | |

---

**ADA NOTICE**

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

# CUSTODY AFFIDAVIT

JD-JM-30  Rev. 10-12
P.B. 25-57; C.G.S. 52-231a
P.A. 12-82, Sec. 16

**CONNECTICUT SUPERIOR COURT**
**JUVENILE MATTERS**
*www.jud.ct.gov*

| Address of Court | Docket number |
|---|---|
| **7 Kendrick Avenue, Waterbury, CT 06702** | |

| Name and address of child/youth | Date of birth |
|---|---|
| **Noah Pileggi, 11 Pinewood Shores, Sherman, CT 06784** | **09/26/2012** |

1. Address(es) where the child has lived for the past five years:

   **17 Church Hill Road, Washington Depot, CT       50 Park Lane Road, New Milford, CT**

2. Child lived with the following people during the past five years:

   **Katharine Pileggi, Anthony Pileggi, Emily Pileggi, Savannah Pileggi, Mairin Pileggi**

3. [X] There is not a proceeding in Connecticut or any other state now or in the past that could affect the custody of the child, or

4. [ ] The following proceeding(s) affect the custody of the child:

| Nature of Proceedings | Case Name | Docket Number | Court Location (Including state) |
|---|---|---|---|
| Civil | | | |
| Criminal | | | |
| Juvenile | | | |
| Support | | | |
| Probate | | | |

5. The following person(s) has/have physical custody or claims to have custody or visitation rights with respect to the child.

   [X] No one other than the petitioner/respondent

   [ ] Name and address:

6. The proceedings in this court on the pending matter concerning the child would not conflict with or interfere with any other pending proceeding.

7. Any party to this action    [ ] Has    [X] Has Not    participated as a party or witness or in any other capacity, in any other proceeding concerning the custody or or visitation with the child.

*I certify that the foregoing statements are true to the best of my knowledge and belief:*

Mary E. Malone
Notary Public
My Commission Expires 7/31/21

Department of Children and Families by duly authorized representative:

Petitioner, if not agency:

| Signed (Duly authorized representative) | Signed (Subscriber) |
|---|---|
| Print or type name of person signing above | Print or type name of person signing above |
| **Frank Rotovnik DCF Social Worker** | |

| Subscribed and sworn to before me: | On (Date) 2/28/19 | Signed (Notary Public, Assistant Clerk, Commissioner of Superior Court) |
|---|---|---|

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

**CUSTODY AFFIDAVIT**

JD-JM-30  Rev. 10-12
P.B. 25-57; C.G.S. 52-231a
P.A. 12-82, Sec. 16

**CONNECTICUT SUPERIOR COURT**
**JUVENILE MATTERS**
*www.jud.ct.gov*

| Address of Court | Docket number |
|---|---|
| 7 Kendrick Avenue, Waterbury, CT 06702 | |

| Name and address of child/youth | Date of birth |
|---|---|
| Savannah Pileggi, 11 Pinewood Shores, Sherman, CT 06784 | 04/08/2009 |

1. Address(es) where the child has lived for the past five years:

   17 Church Hill Road, Washington Depot, CT        50 Park Lane Road, New Milford, CT

2. Child lived with the following people during the past five years:

   Katharine Pileggi, Anthony Pileggi, Emily Pileggi, Noah Pileggi, Mairin Pileggi

3. [x] There is not a proceeding in Connecticut or any other state now or in the past that could affect the custody of the child,
   or

4. [ ] The following proceeding(s) affect the custody of the child:

| Nature of Proceedings | Case Name | Docket Number | Court Location (Including state) |
|---|---|---|---|
| Civil Criminal Juvenile Support Probate | | | |
| | | | |
| | | | |

5. The following person(s) has/have physical custody or claims to have custody or visitation rights with respect to the child.

   [x] No one other than the petitioner/respondent

   [ ] Name and address:

6. The proceedings in this court on the pending matter concerning the child would not conflict with or interfere with any other pending proceeding.

7. Any party to this action   [ ] Has   [x] Has Not   participated as a party or witness or in any other capacity, in any other proceeding concerning the custody or or visitation with the child.

*I certify that the foregoing statements are true to the best of my knowledge and belief:*

Department of Children and Families by duly authorized representative:

| Signed (Duly authorized representative) | Petitioner, if not agency: |
|---|---|
| | Signed (Subscriber) |
| Print or type name of person signing above | Print or type name of person signing above |
| **Frank Rotovnik DCF Social Worker** | |

| Subscribed and sworn to before me: | On (Date) 3/28/19 | Signed (Notary Public, Assistant Clerk, Commissioner of Superior Court) |
|---|---|---|

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

**CUSTODY AFFIDAVIT**

JD-JM-30  Rev. 10-12
P.B. 25-57; C.G.S. 52-231a
P.A. 12-82, Sec. 16

**CONNECTICUT SUPERIOR COURT**
**JUVENILE MATTERS**
*www.jud.ct.gov*

| Address of Court | Docket number |
|---|---|
| 7 Kendrick Avenue, Waterbury, CT 06702 | |

| Name and address of child/youth | Date of birth |
|---|---|
| Mairin Pileggi, 11 Pinewood Shores, Sherman, CT 06784 | 04/19/2017 |

1. Address(es) where the child has lived for the past five years:

    17 Church Hill Road, Washington Depot, CT       50 Park Lane Road, New Milford, CT

2. Child lived with the following people during the past five years:

    Katharine Pileggi, Anthony Pileggi, Emily Pileggi, Savannah Pileggi, Noah Pileggi

3. [X] There is not a proceeding in Connecticut or any other state now or in the past that could affect the custody of the child, or

4. [ ] The following proceeding(s) affect the custody of the child:

| Nature of Proceedings | Case Name | Docket Number | Court Location (Including state) |
|---|---|---|---|
| Civil Criminal Juvenile Support Probate | | | |
| | | | |
| | | | |

5. The following person(s) has/have physical custody or claims to have custody or visitation rights with respect to the child.

    [X] No one other than the petitioner/respondent

    [ ] Name and address:

6. The proceedings in this court on the pending matter concerning the child would not conflict with or interfere with any other pending proceeding.

7. Any party to this action  [ ] Has   [X] Has Not  participated as a party or witness or in any other capacity, in any other proceeding concerning the custody or or visitation with the child.

*I certify that the foregoing statements are true to the best of my knowledge and belief:*

Mary E. Malone
Notary Public
My Commission Expires 7/31/21

Department of Children and Families by duly authorized representative:

Petitioner, if not agency:

Signed  (Duly authorized representative)

Signed  (Subscriber)

Print or type name of person signing above
**Frank Rotovnik DCF Social Worker**

Print or type name of person signing above

| Subscribed and sworn to before me: | On (Date) 3/28/19 | Signed (Notary Public, Assistant Clerk, Commissioner of Superior Court) |
|---|---|---|

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*.

RE: Emma Pileggi DOB 09/02/2015

**Date:** March 28, 2019

<u>**SOCIAL WORKER AFFIDAVIT**</u>

I, Frank Rotovnik, am an investigative social worker for the Department of Children and Families (DCF) at 131 West Street Danbury, Connecticut. I am over the age of eighteen and understand and believe in the obligations of an oath. I hold a masters degree in social work and have worked for DCF for four plus years. I was assigned to the Pileggi Family case on 02/06/2019. Upon being assigned this case, I reviewed DCF's case record. Being duly sworn, I do hereby depose and say that the following is the truth to the best of my knowledge and belief:

<u>**Child for whom motion is filed:**</u>

> Name:                  Emma Pileggi
> Date of Birth:     09/02/2015
> Address:             11 Pinewood Shores
>                            Sherman, CT 06784
>
> Legal Status:      N/A

<u>**Parents:**</u>

> Mother:
> Name:                 Katharine Pileggi
> Date of Birth:    08/06/1985
> Address:            11 Pinewood Shores
>                           Sherman, CT 06784
>
> Father:
> Name:                Anthony Pileggi
> Date of Birth:   12/17/1980
> Address:           11 Pinewood Shores
>                          Sherman, CT 06784

E-FILED WATERBURY SCJM 03/28/2019

**Reasons for Motion:**

1) On 12/26/2018, the Department received a report from an anonymous reporter alleging Medical neglect of Emma Pileggi by her parents, Mrs. Katharine Pileggi and Mr. Anthony Pileggi. The anonymous reporter alleged that Emma has some sort of physical abnormality and cannot walk. The anonymous reporter alleged that Mrs. Pileggi was ordered by the State of Connecticut to take Emma to a doctor and Mrs. Pileggi never followed up with a doctor and that Mrs. Pileggi does not believe in medical intervention as she is a "healer" and the children do not need medical intervention.

2) On 12/28/18, the Department conducted an announced home visit. Mr. and Mrs. Pileggi reported that they wanted to talk with the Department about the details of the report together, and declined to speak with the Department separately. The

1

Department reviewed the report and Mrs. Pileggi stated that based off what is in the report, she knows this came from maternal grandfather. The Department discussed Birth to Three Services and parents stated that the Department can make a referral for Mairin, Emma's 1 year old sibling but that they don't think they will utilize this. Mr. and Mrs. Pileggi reported that Emma is physically limited as a result of her medical needs.

The Department observed Mr. Pileggi holding Emma, who was sitting comfortably in his arms. The Department attempted to greet Emma but received no response. Mr. Pileggi prompted Emma to say "hi" but she did not. Mr. Pileggi stated that she takes a little while to warm up. Emma did not present with marks or bruises but the Department observed her knees which were both swollen. Mr. Pileggi rubbed her knee, stating that over the summer he could not even do this without her crying in response. Mr. Pileggi stated that it is a slow process, but that she is showing small improvements.

Mr. and Mrs. Pileggi both confirmed that they are invested in Emma's treatment through Naturopathic Medicine. Mr. and Mrs. Pileggi confirmed that Emma cannot walk currently, and stated that this is something they are working on.

Mr. Pileggi stated that Emma's symptoms began in June 2018 and reported that prior to then, she was healthy and had no medical concerns. Mr. Pileggi stated that one day the family was on a hike and that he found a tick on Emma afterwards which he removed. Both parents reported that over the next few days, she was not acting herself and that this progressed to her being unable to walk. Parents reported that they first brought her to her pediatrician who then recommended taking her to Connecticut Children's Medical Center (CCMC.) Mrs. Pileggi stated that the Doctor at CCMC said she has arthritis, wanted to drain her knees and give her a heavy dose of ongoing antibiotics. Mrs. Pileggi stated that parents declined this treatment and that this is what prompted the last Child Protection Services (CPS) report.

Mr. and Mrs. Pileggi reported that Emma is currently following a very strict protocol outlined by her Naturopathic Doctor (ND), Dr. Robert Morse. Mrs. Pileggi reported that over the summer, Emma was being seen by her previous ND, Katherine Layman, and that Emma was in pain. In September of 2018, parents reported that they were following the ND's plan but that Emma was in pain so they took her to Western Connecticut Medical Group Primary Care of New Milford for conventional medical care due to Emma not walking and to alleviate the pain. Mr. and Mrs. Pileggi stated that there was some improvement after using steroids and antibiotics but that this was only suppressing her symptoms. Prior to Emma stopping to walk, she was able to hold onto things and maintain her weight on her knees. Mrs. Pileggi stated that this is when she reached out to the office of Dr. Robert Morse, who she had heard of and had researched. Mrs. Pileggi stated that she kept Emma on the prescription medications and discussed with the provider, Dr. Lindsey Laughinghouse (via WCMG Primary Care of New Milford,) their plan to transition her care to Dr. Morse. Mr. and Mrs. Pileggi reported that they worked

2

with Lindsey Laughinghouse to titrate Emma off the medication before beginning with Dr. Morse. Mrs. Pileggi reported that she was communicating with Dr. Morse's office about the preparation that had to be done to detox Emma before beginning her first protocol. Mrs. Pileggi stated that Emma's primary counselor at Dr. Morse's office is Marcie Troyer but that Mrs. Pileggi's first contact person was named Kandace who obtained all of Emma's preliminary information. Emma was put on a very strict diet of all natural, 100% raw, live fruits and vegetables. In addition to detox program, Kandace recommended the following tinctures: Glycerin Kidney & Bladder I, Parasite M, Lymphatic I, Adrenal Glycerin, and Heal All Glycerin. All tinctures are directed to be used as follows: 1/3 dropper full, 3 times a day, 15-30 minutes before food.

Emma's first Skype session with Dr. Marcie Troyer scheduled for 11/30/2018. Mrs. Pileggi stated that on 11/30/2018, Dr. Troyer started Emma on her first protocol. The Department was able to verify the protocol and noted that the bottles matched the outlined protocol. Mrs. Pileggi stated that she maintains contact with the Dr. Troyer by phone and email however stated that her next scheduled appointment is scheduled for 01/10/2019. Mrs. Pileggi explained that Dr. Troyer told them that the first protocol is the hardest to get through as it is detoxing the lymphatic system and that Dr. Troyer calls this a 'healing crisis.' Mrs. Pileggi stated that during this time Emma may regress, but that this is part of healing. Mrs. Pileggi stated that Emma has been doing well. Mrs. Pileggi stated that there has been no gap in Emma's care and that she is so happy to have found Dr. Morse.

Mrs. Pileggi stated that Emma is on a very strict diet which is dictated by Dr. Troyer. Mrs. Pileggi stated that Emma is on a vegan diet which is very low in acidity. Mrs. Pileggi stated that Dr. Troyer directed this diet as eating acidic foods contributes to inflammation. Mrs. Pileggi stated that Arthritis is acidosis of the body causing inflammation. Mrs. Pileggi stated that conventional medicine says that Emma has Arthritis and the treatment for this only suppresses symptoms. Mrs. Pileggi stated that Emma would require steroids and antibiotics for life. Mr. Pileggi noted that the doctors also outlined all the serious risks of taking these medications long term and this is why the family sought to see Dr. Morse, who is world renowned for his work in healing cases like this.

Mrs. Pileggi stated that she previously was bedridden as a result of symptoms related to Epstein Barr Virus (EBV.) Mrs. Pileggi stated that she followed a naturopathic regimen and was healed. Mrs. Pileggi stated that this was sometime around 2012. Mrs. Pileggi stated that she would not believe the effectiveness of this if she had not gone through it herself. Mrs. Pileggi stated that at CCMC Emma was tested for EBV and was positive.

Mrs. Pileggi stated that she has been following Dr. Morse's educational videos and she was learning a lot. Mrs. Pileggi stated that she is hopeful to become one of his students. Mr. and Mrs. Pileggi stated that their number one priority is Emma's health. Mrs. Pileggi

3

stated that if she had any doubt regarding the effectiveness of Dr. Morse's treatment for Emma, she would not be following this and would be open to going the conventional route.

3) On 12/31/18, the Department received 13 emails from Mrs. Pileggi with screenshots of information she obtained from Dr. Morse's book. The documents speak about the detox process and healing crisis. Mrs. Pileggi stated the following regarding these emails:

"I sent over some screen shots of the book I highly suggest you get an understanding of detoxification and also Epstein Barr and how viruses are actually able to penetrate the body to inadequate lymphatic adrenal kidney functions. I will detail for you my notes and Marci so you can see what we are treating in the body. Diagnosis is just a label for something not properly functioning in the body. For example arthritis and inflammation are just names and labels for acidosis. I will send you some good educational videos and you can also look up Dr. Morse on YouTube. If you read about him and his clinic you will see he is superior to any doctor globally. We are going for a cure and proper body function NOT symptom suppression which is what conventional medicine does! How do we do this? Whole cell body regeneration and detoxification. How does a conventional doctor treat what they would call arthritis which is really acidosis? By symptom suppression or covering up the root problem which then in turn adds more acidity to the body? NOT what anyone needs! All illness known to man including cancer comes from acidosis, lymphatic and improper body functions such as kidney, adrenal, hypothalamus, endocrine etc. and the where and how's of how this can occur in a body particularly young children will be in my next email. This entire process and experience has pushed me into a greater understanding and knowledge of the human body and modem and indigenous medicine. We have dropped the ball completely on treating illness and it's my job along with so many others Bringing to light what really works and the true medicine that Mrs. Pileggi Earth has intended for us. Other people to follow are raw, wild and the teachings of Dr. Sebi. There's many others but Dr. Morse and Dr. Sebi (now deceased) are the true healers who expose the deception of modern medicine. Again I will reiterate modern medicine has a place for emergency and acute situations but that is all. If you ask any Dr. what is "autoimmune "or "arthritis" and where does it come from they have no idea and can't answer that. Well I can and I challenge all who don't understand proper body functions and the role of nutrition the lymphatic and vital organs. I've yet to meet a doctor or nurse who understands it properly. I stand up and advocate for my children and the world for the truth and what will make people well again. Thank you for reading over this material and having a better understanding of what real medicine truly is and that this takes time to heal a toxic body. We are not only healing our lifetime of toxicity but what we accumulated from our relatives."

4) On 12/31/2018, the Department received an email from Mrs. Pileggi. Mrs. Pileggi provided a list of concerns that occur while utilizing traditional medicine. Mrs. Pileggi noted the following:

4

-Joints are destroyed by cellular acids
-Adrenals make steroids naturally that fight acids and inflammation
-Kidneys filter acids and help eliminate them, the body will rub calcium from joints and bones to fight these acids, Proteins are an anti-acidic
-You can't eat an acidic diet and expect to heal and regenerate cells
-Detoxification is necessary in the immune system and lymphatic system via fruitarian diet
-Kidney filtration is via food hydration, no excessive water intake, juice celery and cucumber but has to be mostly fruits. Eating dead foods communicates death to cells - living foods turn cells on and inspire them to function properly, promoting proper cellular activity. Need kidneys to filter to create lymphatic fluidity
-When you are acidic, your body tends to fight acids by pulling calcium from the bones. Strengthening the adrenals and eating alkaline foods so your body doesn't rub calcium from bones. Clean your lymphatic system by getting it moving to the kidneys where acids and toxins are removed. This is the golden key to health.
-Fruit consciousness, eliminate vegetables.
-Arthritis is the name to classify different forms of inflammation
-Alkaline foods are anti-inflammatory
-Mrs. Pileggi wrote down the regimen outlined in Emma's protocol established
-Can begin movement and activities with Emma
- EFT Tapping for Emma? Emotional Tapping

5) On 01/07/2019, the Department received an Email from Mrs. Pileggi. Mrs. Pileggi stated that she is also looking into a local naturopath who can see Emma between appointments with Dr. Morse and is going to ask Dr. Troyer about this at the next appointment. Mrs. Pileggi stated that she wants to be very thorough.

6) On 01/10/2019, the Department contacted Mrs. Pileggi via phone call to follow up on the Skype sessions that are being held with Dr. Marcie Troyer.  Mrs. Pileggi stated that she spoke with Dr. Troyer who reported that the Skype sessions are for the provider to assess Emma and that it is not appropriate for the Department to participate. Mrs. Pileggi stated that the appointment with the provider went well and that Dr. Troyer is scaling back on Emma's protocol and is going to start a new protocol which Mrs. Pileggi will receive on 01/11/2019. Mrs. Pileggi stated that Dr. Marcie Troyer said that she can begin getting Emma back into activities like swimming and using the baby walker. Dr. Troyer noted that Emma is healing well and is ready to progress to the next protocol. Mrs. Pileggi stated that Emma is not due for a physical exam until 02/22/2019. Mrs. Pileggi stated that all of her children have physical exams scheduled for 02/25/2019. Mrs. Pileggi stated that Dr. Lindsey Laughinghouse is their primary care physician who will see them for their wellness visits. Mrs. Pileggi stated that Emma has a follow up with her eye doctor for 01/16/2019.

5

7) On 01/11/2019, the Department contacted Dr. Robert Morse and Marcie Troyer via phone call. The Department informed Dr. Morse and Dr. Troyer of the Department's involvement. Dr. Morse and Dr. Troyer reported that Emma's diagnoses are Fumarase Deficiency, Polymicrogyria, Parathyroid Disorder, and possible Cerebral Palsy.

Dr. Morse and Dr. Troyer stated that Emma's case was either triggered by a virus or the tick bite which occurred prior to her symptoms. Dr. Troyer stated that Emma is a normal three year old female in a body that is not working which can frustrate Emma. She reported that she has had behavioral outbursts in which she will yell to get what she wants due to her frustrations.

Dr. Troyer reported that Mrs. Pileggi first reached out to Dr. Troyer in 2015 but has been working with Mrs. Pileggi in regards to Emma's case over the last year. She did not begin treating Emma until late 2018. In November 2018, Dr. Troyer created her first treatment protocol for Emma. She has never physically assessed Emma in person but has Skype sessions every 2-3 months. Dr. Troyer noted that Mrs. Pileggi is in communication with the office in between sessions. Last session was yesterday at which time a new treatment protocol was developed. Next session has not yet been scheduled but Mrs. Pileggi is aware of recommended time frame.

Dr. Troyer reported that since starting the first protocol there has been a slight decrease in inflammation, decreased complaints of pain, improved bowel movements, and improvement in sleeping. Dr. Morse and Dr. Troyer verbalized that it is too soon in treatment to see a significant decrease in inflammation as the healing process of the body takes time. Dr. Troyer noted that antibiotics and steroids give immediate relief but that she would require treatment for the rest of her life which she does not need as the body is able to heal itself through natural treatment. Dr. Morse stated that his goal is to treat the underlying cause of the problem, not just suppress the symptoms. Dr. Morse reports that within 6 months there should be more of an improvement. He reports that he has never had a case like this that he could not correct and denied concern that this treatment will not be effective.

The Department expressed their concerns regarding Emma's immobility which Dr. Troyer and Dr. Morse were aware of. Dr. Troyer believes this is partially psychological; Emma could be associating walking with pain, therefore she prefers to be carried as opposed to attempting to walk. Dr. Troyer stated that she counseled parents on how to manage this and that the psychological symptoms have been resolved. Dr. Troyer stated that Emma has responded well to treatment and reports that in addition to complying with the protocol that she said parents can begin some physical activities with Emma including various stretches, the use of a baby walker and Johnny seat bouncer to build muscles. She reported that she previously told parents to discontinue these activities during the first protocol as Emma's body was going through detox and this could have caused her pain. Dr. Morse stated that physical activity during the initial protocol exacerbates the problem

6

because the body needs to clean out the toxins from the lymphatic system before she can benefit from physical activity. Diet recommendations along with the use of botanicals are also part of the protocol to enhance organ function. It is reported that Mrs. Pileggi has been compliant with all recommendations thus far. No further concerns were reported.

8) On 01/11/2019, the Department participated in an announced home visit. The Department observed Emma's knees and fingers to be in the same condition as during previous home visits, they were visibly swollen.

Mr. and Mrs. Pileggi confirmed that Emma is going to begin her next protocol. Mr. and Mrs. Pileggi stated that Dr. Troyer advised them to begin physical activity with Emma as part of her new protocol. Mr. and Mrs. Pileggi stated that Emma is signed up to begin swimming on Saturday mornings at New Milford Fitness and Aquatics where there is a salt water pool. Mr. and Mrs. Pileggi stated that they are encouraging Emma to use the baby walker but that when they put her in it, she cries and says she is not a baby. Mr. and Mrs. Pileggi reported that they have a swing for her to use to jump and stated that they are going to set this up in their new home for her to build up her muscles.

The Department spoke to parents regarding the 6 month timeframe for which parents should be seeing drastic improvement, per Dr. Morse. The Department challenged Mr. and Mrs. Pileggi by inquiring what their plan is if improvement is not seen and Mr. and Mrs. Pileggi stated that they are committed to trusting Dr. Morse as he has provided care to many people who have been healed. Mrs. Pileggi spoke about the healing process of the body again and stated that this is not something conventional medical providers understand. Mrs. Pileggi stated that it is complicated and she understands this. Mrs. Pileggi stated that Emma will improve over the six months as she is following the protocol precisely. Mrs. Pileggi stated that there is a place for conventional medicine and stated that she is not opposed to this treatment when needed especially in an emergency. Mrs. Pileggi reiterated that Emma began her initial 'prep your body' protocol on 10/05/2018, began her first protocol on 11/30/2018, and that she is now moving on to her next protocol which was established yesterday. Parents stated that they are committed to this protocol and unwilling to try a different treatment. The Department noted the concerns of Emma's lack of development due to her not walking and Mrs. Pileggi stated that her not walking is related to her healing crisis, and that they are anticipating improvement as directed by Dr. Morse. Mr. and Mrs. Pileggi stated that they are doing everything that they can for Emma. Mr. and Mrs. Pileggi stated that they are willing to fly with Emma to Florida to see Dr. Morse if needed but are unwilling to have Emma seen again by CCMC. Parents stated that they are upset with how CCMC handled the matter and then filed the report with the Department. Mr. and Mrs. Pileggi stated that they have considered suing Dr. Zemel for filing this report.

9) On 01/12/2019, the Department received a completed medical request regarding Emma from her prior pediatrician, Dr. Alder. The document stated that Emma was last seen for a

physical exam on 07/03/2018. Dr. Alder noted that Mr. and Mrs. Pileggi declined immunizations. Dr. Alder noted that Emma was referred to Dr. Zemel at CCMC and noted that he is uncertain of the current status of her diagnosis and prescriptions. At the bottom of the form, the provider noted: "I am very concerned that it took so long for the Department to get involved!"

10) On 01/17/2019, Mrs. Pileggi sent the Department a forwarded email from Suzanne Rossini via The Tapping Practice in Newtown. The email indicates that Mrs. Pileggi contacted the provider for consultation for Emma to begin EFT (Emotional Freedom Technique) with Suzanne Rossini. After consultation, Suzanne recommended 3 consecutive sessions to start for retention as Emma is 3 years old.

11) On 01/17/2019, the Department received records from Dr. Morse's office from assistant, Megan French. Included in the email were hand written notes regarding Emma's appointments on 11/30/2018 and 1/10/2019 as well as her protocols. The notes have no indications of progress but rather notes Emma's diet and some background information.

12) On 01/25/2019, the Department contacted Dr. Lindsey Laughinghouse to confirm Emma's upcoming appointment. Mr. and Mrs. Pileggi scheduled an appointment on 11/14/2018 but canceled the appointment on 11/13/2019 and never rescheduled.

13) On 01/25/2019, the Department contacted Mr. and Mrs. Pileggi via phone call to discuss Emma's last appointment with Dr. Laughinghouse. Mr. and Mrs. Pileggi reported that they were at her office three times and titrated Emma off of the prednisone before starting the detox with Dr. Morse. Mr. and Mrs. Pileggi confirmed that the provider was overseeing this process. The Department discussed the canceled appointment with Dr. Laughinghouse which Mr. and Mrs. Pileggi denied and explained that Dr. Laughinghouse was aware of the plan for Emma to begin with Dr. Morse and that Dr. Laughinghouse titrated Emma off the prednisone.

14) On 01/28/2019, the Department received the case record from Dr. Laughinghouse. The documentation reflects that on 12/21/2018, Dr. Laughinghouse contacted Mrs. Pileggi regarding Emma's follow up appointment which was cancelled on 11/14/2018. Mrs. Pileggi informed Dr. Laughinghouse that Emma is now seeing Dr. Morse in Florida for care and that Mrs. Pileggi broke her leg and underwent surgery resulting in her being unable to make Emma's last scheduled appointment on 11/14/2018.

15) On 01/28/2019, the Department received a second report on the family, this report was made by maternal grandfather Brad Johnson who alleged concerns of physical neglect of Emma and her siblings by Mr. and Mrs. Pileggi. Mr. Johnson reported concerns over Mrs. Pileggi's mental health. Mr. Johnson reported that Mrs. Pileggi is often on her phone and not caring for the children. Mr. Johnson reported that Mrs. Pileggi has erratic behavior and told Mr. Johnson that the world is going to end because there are aliens

8

walking around that look like humans. Mr. Johnson reported that he has had concerns with Mrs. Pileggi's mental health since she was young and believes that Mr. and Mrs. Pileggi need a psychological evaluation. Mr. Johnson further stated that Bi-Polar issues run in both Mr. and Mrs. Pileggi's family.

16) On 01/29/2019, the Department conducted an announced home visit to the Pileggi home. The Department discussed with Mr. and Mrs. Pileggi Emma's treatment and the concern of lack of follow up with the primary care physician. Mrs. Pileggi and Mr. Pileggi were both adamant that there was no missed appointment, reporting that they met with Lindsey on two occasions. The Department explained that there was supposed to be a follow up which was canceled and that Emma was supposed to be seen after being titrated off her prednisone. Mr. and Mrs. Pileggi confirmed that they weaned Emma off the medication under the oversight of the pediatrician. Mr. and Mrs. Pileggi stated that they informed Dr. Laughinghouse that Emma was going to begin treatment with Dr. Morse. Mr. and Mrs. Pileggi stated that all of the children have physical exams scheduled in February of 2019 with Dr. Laughinghouse.

17) On 01/30/2019, the Department received a phone call from Dr. Alder regarding Emma. Dr. Alder stated that he has not seen Emma since she was referred to CCMC. He stated that if she is not being treated by a rheumatologist, she is being neglected. Dr. Alder vocalized this concern to the Department previously and that he previously sent records. He stated that arthritis is a serious condition and that if the child is not being treated medically that this is neglectful as medical treatment is required. Dr. Alder stated that the family is no longer a patient of his office.

18) On 2/04/2019 the Department conducted a home visit. Upon opening the door, Mrs. Pileggi was hesitant to allow the Department to proceed with the visit as Mr. Pileggi was not present. Mrs. Pileggi added that the children were all sick with upper respiratory infections, herself included. The Department verbalized to Mrs. Pileggi that Mr. Pileggi can join the visit via phone call which Mrs. Pileggi agreed and allowed visit to continue.

The Department noticed that Emma's knee was inflamed, as well as swelling of 3 fingers of the right hand and both ankles. Mrs. Pileggi called Mr. Pileggi, via telephone to include him in the visit. Mr. and Mrs. Pileggi report that Emma has had some improvements in condition including a 10% decrease in swelling. Mr. and Mrs. Pileggi were made aware that notes provided by Dr. Troyer do not reflect what is being reported. The follow up Skype call with Dr. Troyer has not yet been scheduled. Mr. and Mrs. Pileggi are not receptive to having a follow up appointment for assessment with Dr. Zemel or any other specialist provider other that Dr. Morse.

19) On 02/14/2019, the Department conducted a home visit. Mr. and Mrs. Pileggi reported that Emma is doing better and at this time is on track with her treatment as noted by Dr.

9

Morse. Mrs. Pileggi reported that she is working with Dr. Troyer and Dr. Morse who are out of Florida.

Mrs. Pileggi reported that she has bi-weekly Skype sessions with Dr. Troyer but they are in constant contact through email and phone calls. Mr. and Mrs. Pileggi reported that she had a recent Skype session and her next one will be on 02/26/2019. She reported that the whole family is getting over being sick and that during their last Skype session, it was noted that Emma had some inflammation in her feet which was noted to be from being sick. She reported that she weighs currently 27 pounds which is 1 pound weight gain from last year. Mrs. Pileggi reported that they also recently changed Emma's diet to being fully vegan which can cause some weight loss, as fruits and vegetables do not cause massive weight gain, along with the lack of movement means that Emma will lose muscle mass which weighs more than fat. Mr. and Mrs. Pileggi reported from what they have been told, Emma should be gaining weight in the near future. Parents reported that she has had a much better appetite as well.

It was explained to parents that the Department was informed that Dr. Morse was going to provide a letter to the Department stating that it was not necessary for Emma to be seen in person. Mrs. Pileggi explained that a few weeks ago, they were going to fly down to Florida to see Dr. Morse as requested by the Department. The Department inquired about how Emma's health has been and Mr. and Mrs. Pileggi stated that it is getting better. Mrs. Pileggi explained that she knows what Emma is going through as she had Epstein Bar as well growing up. She reported that the doctors were treating her with tons of antibiotics and vaccinations which are heavy in metals which is the exact opposite of what is needed for Epstein Bar. She stated that while she was pregnant, she was on tons of antibiotics which she believes has something to do with Emma having Epstein Bar. Mrs. Pileggi reported that Epstein Bar is a disease that hinders your immune system and makes you more prone to viruses. She stated that the medication that she was on was helping her in the short term but would have lasting negative effects.

The Department asked what Emma's medical regiment is at this time and Mr. and Mrs. Pileggi explained that there are many things that they do to help Emma. Parents reported that Emma is very shy and they are helping her play more and be more active. They reported that even at home, they are always trying to help her. Mr. Pileggi reported that during the evenings while they are just winding down for the day, he will lay her on the couch and work out her legs. He stated that he will basically pump her legs to help her movement and to gain muscle. Mrs. Pileggi reported that she attends the gym daily where they have a daycare and do exercises with the children as well. Mrs. Pileggi stated that while she is there, she will work with her on the soft mats and work out her legs. Mr. and Mrs. Pileggi reported that at home, she has a scooter that she uses to get around and to work out her legs. They reported that on Saturdays and Sundays, they go to a salt water pool and she is able to swim on Saturdays as it is a youth swim and on Sundays is a family swim. Mr. and Mrs. Pileggi reported that 3 times a day she will take her protocol

10

which is prescribed by Dr. Morse. Parents reported that every other evening, Emma receives a detox bath that is provided by Dr. Morse.

Mrs. Pileggi reported that she is a Reiki master and has friends that are also Reiki masters. Mrs. Pileggi stated that it is not the best to practice Reiki on family members so she will perform Reiki on her friends' children and her friends will perform Reiki on Emma. Mrs. Pileggi stated that Emma has the strict food diet which consists of only organic fresh vegetables and fruits.

Mrs. Pileggi stated that Emma does see a reflexologist as well who provides Acupressure. Mrs. Pileggi stated that they had tried Acupuncture with Emma but felt as though Acupressure was better for her. Mrs. Pileggi explained that Acupressure is performed by pushing on certain pressure points in the body, mostly the feet in which helps work out different parts of the body.

Mrs. Pileggi stated that she has a friend out in San Diego as well that has performed Matrix Healing on Emma. Mrs. Pileggi explained that Matrix Healing works on past life trauma as Mrs. Pileggi reported that everyone is born with trauma from past lives and Matrix Healing helps to get rid of the negative energy that comes with our past lives. She stated that the last time she received the Matrix Healing was in November of 2018.

She reported that Dr. Troyer performs Iridology which she takes a picture or looks into Emma's eyes and can tell how she is doing and what is wrong through the eyes. Mrs. Pileggi stated that the eyes tell everything going on with a person.

Mr. and Mrs. Pileggi explained that Emma is doing better and reported that they do not want to take their daughter to a "regular" doctor because all doctors do is push medication on them. They reported that the medication could have a positive effect in the beginning but they explained that the long term negative effects can last the rest of your life. They reported that they understand that it appears that Emma is not getting better but they believe that she is making great strides and believe that in the end, this will be the better route for them.

20) On 02/25/2019, the Department contacted Dr. Morse's Herbal Health Club via phone call. The Department was able to speak to Marci Troyer, Emma's doctor, a naturopathic doctor, certified natural health practitioner.

Dr. Troyer reported that the in person visit would not be necessary at this time but reported that seeing a patient in person is always helpful. Dr. Troyer reported that Dr. Morse and she work with people around the world by Skype sessions only. She reported that this is normal practice for them that they do all the time. She reported that they will work with families without meeting them.

11

The Department explained their request for something in writing from her practice stating that they would not need to see Emma in person to continue to treat her and Dr. Troyer reported that he would speak to Dr. Morse about this and get back to the Department.

The Department asked what Dr. Troyer's impression of Emma was and how she is progressing and Dr. Troyer reported that she believes that things are going well and are coming along. She stated that things do take time and that if they are following the regiment, she believes that she will continue to make progress.

Dr. Troyer reported that her concern is that Emma may not be putting her legs down to try to walk or put pressure on them due to psychological reasoning. She explained that as it does cause her pain to either straighten out or to put pressure on her legs, she might not be working as hard. She reported that working out Emma's legs is important and good for Emma.

21) On 02/26/2019, the Department conducted an announced home visit. During the home visit, Mrs. Pileggi reported that Emma has actually been moving and crawling on her own again. Mr. Pileggi was able to show the Department a video of Emma crawling across the couch to get something and Mr. and Mrs. Pileggi stated that this was unprompted and she moved pretty well. Mrs. Pileggi stated that she is getting better but is swollen on this day. Mrs. Pileggi stated that Emma had her meeting with Dr. Troyer today and she stated that she was doing very well. Dr. Troyer reported that the swelling will come and go and that it all can depend on how well her kidneys are getting rid of the toxins. She stated that Dr. Troyer had no concerns for Emma at this time and told parents to continue to do what they are doing.

The Department explained to parents that after speaking to Dr. Troyer, she had reported that she was worried that some of the issues with Emma not wanting to walk or utilize her legs could be psychological. Mrs. Pileggi reported that this was something that they have been working on with her as well. She stated that they are utilizing Emotional Freedom Technique (EFT) which Mrs. Pileggi explained was an acupressure method which helps with Emma's ability to move and get past the pain. Mrs. Pileggi stated that the Reiki and Matrix Healing are also great for the psychological concerns and they have been working on that with Emma for some time now. The Department asked if any type of traditional therapy would be beneficial for Emma and Mrs. Pileggi stated that they did not think so as Emma is very shy and would struggle to talk to anyone as well as the fact that she is young. Mr. and Mrs. Pileggi reported that they did not feel as though therapy would have any positive affect.

The Department explained to Mrs. Pileggi that after reviewing some of the records from Dr. Laughinghouse, there was a referral for other providers. Mrs. Pileggi reported that these providers from Dr. Laughinghouse were all naturopaths and homeopaths that they looked into and decided not to work with. She reported that she did her research on them

12

**APPEARANCE**
**JUVENILE MATTERS**
JD-JM-13  Rev. 8-16
C.G.S. § 46b-120
P.B. §§ 3-2(b); 3-3; 3-4(c);
3-5; 3-6(b); 3-8, 26-3

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
JUVENILE MATTERS
*www.jud.ct.gov*

**Instructions**
*1. Type or print clearly with ball point pen.*
*2. File a separate appearance for each child.*
*3. If this form is e-filed, pursuant to Section 51-193c of the Connecticut General Statutes the document shall have the same validity and status as a paper document that was signed, subscribed, or verified by the filer.*

**To: The Superior Court For Juvenile Matters**

| In re: (*Name of child/youth*) | Docket number |
|---|---|
| EMMA PILEGGI | U06CP19011728A |

Address of court (*Number, street, town and zip code*)
**7 KENDRICK AVE WATERBURY CT 06702**

## Please Enter the Appearance of ⬇

| Name of official, firm, professional corporation, individual attorney, or self-represented party (See *"Notice to self-represented Parties"* at bottom) | Juris number of attorney or firm |
|---|---|
| **ALLINGHAM READYOFF & HENRY LLC** | **419508** |

| Mailing address (*Number, street, P.O. Box*) | Telephone number |
|---|---|
| **54 BRIDGE STREET** | **8603505454** |

| City/town | State | Zip code | Fax number |
|---|---|---|---|
| **NEW MILFORD** | CT | 06776 | **8603505457** |

E-mail address
**rhenry@allinghamlaw.com**

**In the above-entitled case as counsel for the:**
("X" appropriate box)
- [ ] child
- [ ] father *(name):* _____
- [x] mother
- [ ] parents
- [ ] child and parents
- [ ] other *(name and interest, legal status or relationship):* _____

**Type of case** *("X" all that apply)*
- [x] Neglect / Uncared-for / Abuse
- [ ] Termination
- [ ] Probate Transfer
- [ ] Emancipation
- [ ] Delinquency
- [ ] Family w/Service Needs
- [ ] Administrative Appeal
- [ ] Appeal from Probate Decision
- [ ] Other *(specify)*: _____

- [ ] Appointment as guardian ad litem for _____

*If other counsel or a self-represented party have already appeared for the party or parties indicated above, state whether this appearance is:*

- [ ] *In place of the appearance of attorney or firm* _____ *already on file or*
  (*Name*)
- [ ] *In addition to appearance already on file.*

*NOTE: If other court appointed counsel has already appeared for the party or parties indicated above, an appearance in place of the court appointed counsel must be authorized by the Judicial Authority.*

| Signed (*Individual attorney or self-represented party*) | Print of type name of person signing at left | Date signed |
|---|---|---|
| 419508 | ALLINGHAM READYOFF & HENRY LLC | 04/05/2019 |

**Certification**
**I certify that a copy of the above was mailed or delivered in accordance with Practice Book Sections 3-4(c) and 3-5 of the Connecticut Practice Book.**

Name and address of each party and attorney that copy was mailed or delivered to*
ERIC PALLADINO, ALLISON MATHIAS, GUENDELSBERGER LAW OFFICES LLP

| Signed (*Individual attorney or self-represented party*) | Date copy(*ies*) mailed/delivered |
|---|---|
| 419508 | 04/05/2019 |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to

**For Court Use Only**

**Superior Court**
**Juvenile Matters**
**WATERBURY**

**FILED:** 4/5/2019 12:00 AM

**Notice to Self-represented Parties**
*A self-represented party is a person who represents himself or herself. It is your responsibility to inform the Clerk's Office if you have a change of address.*

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

**Appearance**

1. On 03/20/2019, the Department received a phone call from Dr. Zemel, Rheumatologist at CCMC. Dr. Zemel reported that he was consulted by Physician Assistant Kevin Fitzsimmons regarding Emmas recent femur fracture. Per Dr. Zemel, Based on PA Fitzsimmons recent assessment, it has been determined that Emma's femur fracture is directly related to her current medical condition as lack of treatment to her arthritis has resulted in local osteoporosis. Dr. Zemel verbalized that due to Mrs. Pileggi's delusional beliefs, Emma is completely disabled and is suffering permanent damage. Emma is deteriorating and is showing muscle wasting in her legs as a result of lack of proper treatment for her arthritis. Dr. Zemel verbalized that Emma needs medical intervention in order to prevent further damage and have a chance at recovery. He is recommending hospitalization for treatment.

2. On 03/25/2019, the Department received their fifth report from an anonymous medical provider alleging medical neglect of Emma by Mr. and Mrs. Pileggi. The anonymous medical provider reported that she learned the information first hand from Mr. and Mrs. Pileggi. Mr. and Mrs. Pileggi came in for a well-child check for Emma who is diagnosed with Juvenile Idiopathic Rheumatoid Arthritis which she was diagnosed with in June of 2018. The anonymous medical provider reported that Emma should be receiving pharmaceutics treatment. The anonymous medical provider reported that this is the worst case of Juvenile Rheumatoid Arthritis that they have worked with. The anonymous medical provider reported that due to the medical neglect, Emma's internal organs are getting worse.

3. On 03/26/2019, the Department made a telephone call to the anonymous medical provider who made the report on 03/25/2019. The anonymous medical provider reported that she did an intake on Emma and noted that she could not walk and that it was the worst case of juvenile arthritis that she has ever seen. She stated that she did a physical exam of Emma and observed her to have an enlarged liver and a mass in her stomach around her bladder which the anonymous medical provider related possibly to her diet as she is on a strict fruit and mild vegetable diet. She reported that she is taking way too many supplements and that she has not heard of a lot of them. The anonymous medical provider reported that she wanted to be able to run some tests on Emma and recommended some lab work to be done but parents refused to do any lab work. She reported that she thought the lab work was imperative for her to work with Emma so she had her medical director contact parents to go over the concerns and the importance of the tests and parents still refused.

4. On 03/27/19, the Department received a signed affidavit from Dr. Pamela Santapaola indicating that Emma obtain blood work "(Complete blood counth with differential, blood lipids, comprehensive metabolic panel, led, antinuclear antibody, rheumatoid factor, c-reactive proten and erythrocyte sedimentation rate) as well as wellness exam and assess autoimmune inflammatory status".

5.  The Department is asking the courts to grant Department of Children and Families permission to consent to Emma's medical treatment given Mr. and Mrs. Pileggi have failed to do so which have resulted in her significant, grave decline in her physical health.

WHEREFORE, based on the aforementioned allegations, this Department believes this child is in immediate physical danger from her surroundings, and that immediate removal from such surroundings is necessary to ensure the child's safety, and further that the conditions or circumstances surrounding the care of said child requires that custody be immediately assumed to safeguard the welfare of said child.

SUBMITTED BY: _____     3/28/19
    Koren Kermashek, LMSW Social Work Supervisor     Date
    Department of Children and Families

SUBSCRIBED AND SWORN before me on this 28th day of March 2019.

Attest:

_____
Notary Public

Mary E. Malone
Notary Public
My Commission Expires 7/31/21

Affidavit

In Re: Emma Pileggi

Date: March 27, 2019

I am, Pamela Santapaola, ND a licensed naturopathic physician in the state of Connecticut. I practice at Healing Duo Integrative Family Medical Practice, LLC located at 129 Kings Highway North in Westport, Connecticut.

I am over the age of eighteen and understand and believe in the obligations of an oath,

Being duly sworn, I do hereby depose and say that the following is the truth to the best of my knowledge and belief:

Childs name: Emma Pileggi

Parents Name: Katharine Pileggi and Anthony Pileggi

On March 21, 2019, I met with the family (Katharine, Anthony, Emma, Mairin, two other siblings) at Healing Duo Integrative Family Medical Practice in Westport, CT regarding Emma Pileggi. Emma was scheduled for a wellness exam. Emma presented with a previous diagnosis of Juvenile Idiopathic Rheumatoid Arthritis, diagnosed in June of 2018. Katharine Pileggi state that Emma was already being treated for her condition by Dr. Robert Morse (Katharine reports Emma being on specific herbal protocol), and was not seeking any medical treatment by any other practitioners at this time. The child was in no acute distress, however, was unable to ambulate on her own, being carried around by parents. The child also presented with a soft-cast on left leg due to previous femur fracture that the parents reported occurred two weeks prior, as a result of sibling accidentally dropping child. The patient appeared slightly underweight (the patient presented on 4th percentile on the growth chart by weight). Katharine reports that Emma eats table food three meals per day. Emma follows a vegan diet, primarily consisting of fruits and some vegetables. Katharine reports that based on Dr. Morse's protocol, Emma is only allowed to eat foods that are categorized as alkaline and must avoid foods that are categorized as acidic.

Emma was interactive and happy. The patient was attempting and wanted to stand on her own. Father held patient while she tried to stand. The child also wanted to have a snack because she was hungry. Family dynamic appears cohesive: both mother and father were caring for Emma as well as her siblings during the visit. All siblings (three) were happy and playful during the office visit.

Upon physician exam there was the presence of swelling in joints: proximal interphalangeal joints and distal interphalangeal joints of the first, third, fourth, and fifth phalanges of the right and left hand, right and left knee. Limited range of motion was also noted bilaterally in knee joints. All swollen joints were grossly warm to touch. Hepatomegaly (enlarged liver) and a hard, non-tender mass was noted in the hypogastrium area of the abdomen. All other aspects of physical exam were unremarkable: head, eyes, ears, nose, throat, neck, lungs, cardiovascular, female genitalia, skin.

My recommendations for Emma were to obtain blood work (complete blood count with differential, blood lipids, comprehensive metabolic panel, lead, antinuclear antibody, rheumatoid factor, c-reactive protein, and erythrocyte sedimentation rate) to complete wellness exam and assess autoimmune and inflammatory status. Ultrasonography was also ordered of abdomen and pelvis to rule out extra-articular involvement. Dietary changes

focusing on macronutrients (carbohydrate, fats, and proteins) were also recommended. Parents (Katharine and Anthony) refused to complete blood work, ultrasonography and reported they would not modify Emma's diet. I also notified parents that I could not be the child's pediatrician according to the state laws in CT and made recommendations of pediatricians.

Based upon my medical opinion this child may suffer from irreversible damage or injury if left untreated by conventional means.

THE AFFIANT:

_[signature]_ ND

[Signature]

SUBSCRIBED AND SWORN TO before me on this _27th_ day of March, 2019

Attest: [signature]

Notary Public's Signature _[signature]_

My Commission Expires: _MARCH 27, 2019_

O'DONNA-HUE W. OSBOURNE
Notary Public, State of New York
Registration #01OS6262368
Qualified In Westchester County
Commission Expires May 21, 2020

**SPECIFIC STEPS**
JD-JM-106 Rev. 1-11
C.G.S. §§ 46b-129(b), (d) & (j)
P.B. Sec. 33a-6

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
**JUVENILE MATTERS**
*www.jud.ct.gov*



| Address of court | Docket number(s) |
|---|---|
| Superior Court for Juvenile Matters at **7 Kendrick Avenue, Waterbury, CT 06702** | |

| Name(s) of child(ren) | |
|---|---|
| **Emma Pileggi** | |

| Name of mother | Name of father |
|---|---|
| **Katharine Pileggi** | **Anthony Pileggi** |

| Name of guardian *(if applicable)* | Current disposition |
|---|---|
| | |

| DCF worker | Phone |
|---|---|
| **Frank Rotovnik** | **203-207-5100** |

| Name of CIP monitor | Phone | Name of Court Appointed Guardian Ad Litem | Phone |
|---|---|---|---|
| | | | |

## Specific Steps

The Commissioner of the Department of Children and Families (DCF), the Petitioner in this case, and

| Name | Relationship |
|---|---|
| **Katharine Pileggi** | [X] Mother   [ ] Father   [ ] _____ |

(the Respondent), are instructed to comply with the following steps for the Respondent to safely retain or regain the custody of the child(ren) named above. (Connecticut General Statutes section 46b-129(j) and/or Practice Book section 33a-6.)

**The Respondent is ordered to:**

[X] Keep all appointments set by or with DCF. Cooperate with DCF home visits, announced or unannounced, and visits by the child(ren)'s court-appointed attorney and/or guardian ad litem.

[X] Let DCF, your attorney and the attorney for the child(ren) know where you and the children are at all times.

[X] Take part in counseling and make progress toward the identified treatment goals.
    [X] Parenting     [X] Individual     [ ] Family

Goals *(specify):* _____

[X] Accept in-home support services referred by DCF and cooperate with them.

[ ] Submit to a substance abuse evaluation and follow the recommendations about treatment, including inpatient treatment if necessary, aftercare and relapse prevention.

[ ] Submit to random drug testing; the time and method of the testing will be up to DCF to decide.

[X] Not use illegal drugs or abuse alcohol or medicine.

[X] Cooperate with service providers recommended for parenting/individual/family counseling, in-home support services and/or substance abuse assessment/treatment;

_____

_____

[X] Cooperate with court ordered evaluations or testing.

[X] Sign releases allowing DCF to communicate with service providers to check on your attendance, cooperation and progress toward identified goals, and for use in future proceedings with this court. Sign the release within 30 days.

[X] Sign releases allowing your child's attorney and guardian ad litem to review your child's medical, psychological, psychiatric and/or educational records.

[X] Get and/or maintain adequate housing and a legal income.

[X] Immediately let DCF know about any changes in the make-up of the household to make sure that the change does not hurt the health and safety of the child(ren).

[X] Get and/or cooperate with a restraining/protective order and/or other appropriate safety plan approved by DCF to avoid more domestic violence incidents.

[ ] Attend and complete an appropriate domestic violence program.

[ ] Not get involved with the criminal justice system. Cooperate with the Office of Adult Probation or parole officer and follow your conditions of probation or parole.

(continued)

☐ Take care of the child(ren)'s physical, educational, medical, or emotional needs, including keeping the child(ren)'s appointments with his/her/their medical, psychological, psychiatric, or educational providers.

[X] Cooperate with the child(ren)'s therapy.

☐ Make all necessary child-care arrangements to make sure the child(ren) is/are properly supervised and cared for by appropriate caretaker(s).

[X] Keep the child(ren) in the State of Connecticut while this case is going on unless you get permission from the DCF or the court to take them out of state. You must get permission first.

[X] Visit the child(ren) as often as DCF permits.

[X] Within thirty (30) days of this order, and at any time after that, tell DCF in writing the name, address, family relationship and birth date of any person(s) who you would like the department to investigate and consider as a placement resource for the child(ren).

[X] Tell DCF the names and addresses of the grandparents of the child(ren).

☐ Other: _____

**DCF Is Ordered To:**
1. Take all necessary measures to ensure the child(ren)'s safety and well being.
2. Monitor the welfare of the child(ren) and the circumstances surrounding his/her/their care by the Respondent.
3. Provide case management services.
4. Develop periodic treatment/permanency plan and review it with the Respondent.
5. Refer the Respondent to appropriate services (see above) and, as otherwise needed, monitor his/her progress and compliance.
6. Provide respondent with written, dated notice of all referrals to service providers and retain copies of such notices for the court.
7. Implement reasonable recommendations made by service providers and/or evaluators in this matter, or obtain relief from the court.
8. Within thirty (30) days of the receipt of written notice by the respondent, complete the investigation and consideration of any person(s) whom the respondent has properly identified as a placement resource for the child(ren).
9. Within thirty (30) days, complete the investigation and assessment of any relative identified as a placement resource for the child.
10. Evaluate home of following person(s) as potential placement for child(ren):

_____

11. In a Domestic Violence case, assist in developing, implementing and monitoring an appropriate safety plan.
12. Advise all parties of any changes in the child(ren)'s placement.
13. During the time DCF has custody of the child(ren), DCF shall keep the child(ren)'s attorney and/or guardian ad litem informed in writing of the child(ren)'s location, placement and contact information.
14. Provide releases to a child's attorney and guardian ad litem to review the child's medical, psychological, psychiatric and/or educational records if child is committed.

Other: _____

_____

_____

**Authorized CIP Monitor Contacts:**

[X] DCF Worker         ☐ Counselor or Clinic

☐ Foster Parent or Institution    ☐ Child's/Youth's School    ☐ Other: _____

## Approval And Order

[X] The court approves and orders the above steps as preliminary specific steps. This order shall remain in effect until the court orders final specific steps.

| Signed (Judge) | Date signed |
|---|---|
| *(signature)* | 3/28/19 |

**Or**

☐ The court approves and orders the above steps as final specific steps that are part of the disposition of the above matter.

| Signed (Judge) | Date signed |
|---|---|
| | |

**I agree to cooperate with the conditions approved and ordered by the court and I understand that if I do not follow these steps the existing order or disposition may be changed. I understand that if I do not follow these specific steps it will increase the chance that a petition may be filed to terminate my parental rights permanently so that my child may be placed in adoption. I understand that I should contact my lawyer and/or DCF worker if I need help in reaching any of these steps.**

| Signed (Respondent) | Date signed |
|---|---|
| | |

**On behalf of DCF, as the Assistant Attorney General or Principal DCF Attorney representing the petitioner, I acknowledge that I have read these preliminary or final specific steps and DCF hereby agrees to cooperate with the above condition(s) approved and ordered by the court.**

| Signed (Attorney) | Date signed |
|---|---|
| *(signature)* | 3-28/19 |

JD-JM-06 Rev. 1-11 (Page 2)    Page 2 of 2

**SPECIFIC STEPS**
JD-JM-108  Rev. 1-11
C.G.S. §§ 46b-129(b), (d) & (j)
P.B. Sec. 33a-6

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
**JUVENILE MATTERS**
*www.jud.ct.gov*



| Address of court | Docket number(s) |
|---|---|
| Superior Court for Juvenile Matters at  7 Kendrick Avenue, Waterbury, CT 06702 | |

| Name(s) of child(ren) |
|---|
| Emma Pileggi |

| Name of mother | Name of father |
|---|---|
| Katharine Pileggi | Anthony Pileggi |

| Name of guardian *(if applicable)* | Current disposition |
|---|---|
| | |

| DCF worker | Phone |
|---|---|
| Frank Rotovnik | 203-207-5100 |

| Name of CIP monitor | Phone | Name of Court Appointed Guardian Ad Litem | Phone |
|---|---|---|---|
| | | | |

## Specific Steps

The Commissioner of the Department of Children and Families (DCF), the Petitioner in this case, and

| Name | Relationship |
|---|---|
| Anthony Pileggi | ☒ Mother   ☒ Father   ☐ _____ |

(the Respondent), are instructed to comply with the following steps for the Respondent to safely retain or regain the custody of the child(ren) named above. (Connecticut General Statutes section 46b-129(j) and/or Practice Book section 33a-6.)

**The Respondent is ordered to:**

☒ Keep all appointments set by or with DCF. Cooperate with DCF home visits, announced or unannounced, and visits by the child(ren)'s court-appointed attorney and/or guardian ad litem.

☒ Let DCF, your attorney and the attorney for the child(ren) know where you and the children are at all times.

☒ Take part in counseling and make progress toward the identified treatment goals:
    ☒ Parenting    ☐ Individual    ☐ Family

    Goals *(specify):* _____

☒ Accept in-home support services referred by DCF and cooperate with them.

☒ Submit to a substance abuse evaluation and follow the recommendations about treatment, including inpatient treatment if necessary, aftercare and relapse prevention.

☐ Submit to random drug testing; the time and method of the testing will be up to DCF to decide.

☒ Not use illegal drugs or abuse alcohol or medicine.

☒ Cooperate with service providers recommended for parenting/individual/family counseling, in-home support services and/or substance abuse assessment/treatment:

_____

_____

☒ Cooperate with court ordered evaluations or testing.

☒ Sign releases allowing DCF to communicate with service providers to check on your attendance, cooperation and progress toward identified goals, and for use in future proceedings with this court. Sign the release within 30 days.

☒ Sign releases allowing your child's attorney and guardian ad litem to review your child's medical, psychological, psychiatric and/or educational records.

☒ Get and/or maintain adequate housing and a legal income.

☒ Immediately let DCF know about any changes in the make-up of the household to make sure that the change does not hurt the health and safety of the child(ren).

☐ Get and/or cooperate with a restraining/protective order and/or other appropriate safety plan approved by DCF to avoid more domestic violence incidents.

☐ Attend and complete an appropriate domestic violence program.

☒ Not get involved with the criminal justice system. Cooperate with the Office of Adult Probation or parole officer and follow your conditions of probation or parole.

(continued)

FILED  SUPERIOR COURT WATERBURY JM  03/28/2019

☐ Take care of the child(ren)'s physical, educational, medical, or emotional needs, including keeping the child(ren)'s appointments with his/her/their medical, psychological, psychiatric, or educational providers.

☒ Cooperate with the child(ren)'s therapy.

☐ Make all necessary child-care arrangements to make sure the child(ren) is/are properly supervised and cared for by appropriate caretaker(s).

☒ Keep the child(ren) in the State of Connecticut while this case is going on unless you get permission from the DCF or the court to take them out of state. You must get permission first.

☒ Visit the child(ren) as often as DCF permits.

☒ Within thirty (30) days of this order, and at any time after that, tell DCF in writing the name, address, family relationship and birth date of any person(s) who you would like the department to investigate and consider as a placement resource for the child(ren).

☒ Tell DCF the names and addresses of the grandparents of the child(ren).

☐ Other: _____

**DCF Is Ordered To:**
1. Take all necessary measures to ensure the child(ren)'s safety and well being.
2. Monitor the welfare of the child(ren) and the circumstances surrounding his/her/their care by the Respondent.
3. Provide case management services.
4. Develop periodic treatment/permanency plan and review it with the Respondent.
5. Refer the Respondent to appropriate services (see above) and, as otherwise needed, monitor his/her progress and compliance.
6. Provide respondent with written, dated notice of all referrals to service providers and retain copies of such notices for the court.
7. Implement reasonable recommendations made by service providers and/or evaluators in this matter, or obtain relief from the court.
8. Within thirty (30) days of the receipt of written notice by the respondent, complete the investigation and consideration of any person(s) whom the respondent has properly identified as a placement resource for the child(ren).
9. Within thirty (30) days, complete the investigation and assessment of any relative identified as a placement resource for the child.
10. Evaluate home of following person(s) as potential placement for child(ren):

_____

11. In a Domestic Violence case, assist in developing, implementing and monitoring an appropriate safety plan.
12. Advise all parties of any changes in the child(ren)'s placement.
13. During the time DCF·has custody of the child(ren), DCF shall keep the child(ren)'s attorney and/or guardian ad litem informed in writing of the child(ren)'s location, placement and contact information.
14. Provide releases to a child's attorney and guardian ad litem to review the child's medical, psychological, psychiatric and/or educational records if child is committed.

Other: _____

_____

_____

**Authorized CIP Monitor Contacts:**

☒ DCF Worker           ☐ Counselor or Clinic

☐ Foster Parent or Institution    ☐ Child's/Youth's School     ☐ Other: _____

## Approval And Order

☒ The court approves and orders the above steps as preliminary specific steps. This order shall remain in effect until the court orders final specific steps.

| Signed (Judge) | Date signed |
|---|---|
|  | 3/28/19 |

Or

☒ The court approves and orders the above steps as final specific steps that are part of the disposition of the above matter.

| Signed (Judge) | Date signed |
|---|---|
|  |  |

I agree to cooperate with the conditions approved and ordered by the court and I understand that if I do not follow these steps the existing order or disposition may be changed. I understand that if I do not follow these specific steps it will increase the chance that a petition may be filed to terminate my parental rights permanently so that my child may be placed in adoption. I understand that I should contact my lawyer and/or DCF worker if I need help in reaching any of these steps.

| Signed (Respondent) | Date signed |
|---|---|
|  |  |

On behalf of DCF, as the Assistant Attorney General or Principal DCF Attorney representing the petitioner, I acknowledge that I have read these preliminary or final specific steps and DCF hereby agrees to cooperate with the above condition(s) approved and ordered by the court.

| Signed (Attorney) | Date signed |
|---|---|
|  | 3/28/19 |

JD-JM-106 Rev. 1-11 (Page 2)                    Page 2 of 2

**PETITION: NEGLECTED, UNCARED-FOR, ABUSED CHILD/YOUTH**

JD-JM-98  Rev. 12-15
C.G.S. §§ 46b-120, 121, 129; PA 14-186 § 5;
P.B. §§ 32a-1(g), 33a-1, 33a-2

**STATE OF CONNECTICUT
SUPERIOR COURT
JUVENILE MATTERS**
*www.jud.ct.gov*

## TO: The Superior Court For Juvenile Matters

| Docket number |
|---|
| U06CP19011727A |

| Address of court | Telephone number | Fax number |
|---|---|---|
| 7 KENDRICK AVE WATERBURY CT 06702 | 2035964202 | 2035964431 |

| Name and address of child/youth | Place and date of birth | Sex |
|---|---|---|
| MAIRIN PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784 | DANBURY CT 3/28/2019 | F |

Name and address of petitioner

DCF COMM VANNESSA L DORANTES LMSW 131 WEST STREET DEPT. OF CHILD/FAMILIES DANBURY CT 06810

Relationship to Child or Youth

[X] Commissioner D.C.F.    [ ] Probation Officer    [ ] Other (*Specify*) _____

## Respondents

| Name, address, and type (*if applicable*) (mother, father, guardian, putative father) | Date of birth | Indian tribe/reservation |
|---|---|---|
| KATHARINE PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784 | 8/6/1985 | |
| ANTHONY PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784 | 12/17/1980 | |
| | | |
| | | |

If parent(s) is/are minor(s), name(s) and address(es) of grandparent(s) or guardian(s):

## The Petitioner Represents that the Child or Youth Is:

[X] **Neglected for reasons other than being impoverished in that**

  [ ] the child or youth has been abandoned;

  [X] the child or youth is being denied proper care and attention physically, educationally, emotionally or morally; or

  [X] the child or youth is being permitted to live under conditions, circumstances or associations injurious to well-being.

[ ] **Uncared for in that**

  [ ] the child or youth is homeless; or

  [ ] the child's or youth's home cannot provide the specialized care which the physical, emotional or mental condition of the child or youth requires; or

  [ ] the child or youth has been identified as a victim of trafficking

[ ] **Abused in that**

  [ ] the child or youth has physical injury or injuries inflicted by other than accidental means; or

  [ ] the child has injuries that are at variance with the history given of them; or

  [ ] the child is in a condition that is the result of maltreatment including but not limited to malnutrition, sexual molestation or exploitation, deprivation of necessities, emotional maltreatment or cruel punishment.

State jurisdictional facts (*Use additional sheet if necessary*)

**Jurisdictional Facts Attached
Summary of Facts Attached**

The Petitioner requests that process issue to bring the parents, or legal custodian of the child or youth before the court to be dealt with according to law.

| Signed (Petitioner) | Subscribed and sworn to before me on (*Date*) | Signed (*Judge, Assistant Clerk, Notary, Comm. Superior Court*) |
|---|---|---|
| DCF Comm Vannessa L Dorantes LMSW | 03/28/2019 | Maureen Duggan, Esq., Dir. DCF Legal Div. |

Page 1 of 3

FILED SCSM WATERBURY 03/28/2019

**Order For Hearing And Summons**

| Docket number |
|---|
| U06CP19011727A |

Upon the foregoing petition, it is ordered, that the petition be heard and determined at the Court Location shown below on the Hearing Date and time indicated, and further ordered, that the petitioner shall serve a copy of the foregoing petition on each parent/guardian named in this petition and they are summoned to appear before the court on the Hearing Date and at the Court Location shown below by having a proper officer leave a true and attested copy of this order and summons with the respondent(s) or at the usual place of abode, or, if so ordered, by publication or mail on or before the date for service shown below and return same to the court.

**Hearing date** ➡

| Date | Time of hearing | |
|---|---|---|
| 5/8/2019 | 12:00 PM | .M. |

**Court location** ➡

| Number, street and town | |
|---|---|
| 7 KENDRICK AVE WATERBURY CT 06702 | |
| Publication for: | Certified mail for: |
| | |

| Service to be made on or before *(Date)* | |
|---|---|
| 4/4/2019        Return of Service Due: 4/4/2019 | |

| By order of the Court *(Signed - Judge/Clerk of Superior Court)* | Date signed |
|---|---|
| BPetitti | 03/28/2019 |

1. *Failure to Appear: If you do not come to court, the court may find that your child is neglected, uncared-for or abused.*

2. *Right to Counsel: You have the right to be represented by an attorney and if you want an attorney but cannot pay for one, and if you give proof that you cannot pay, the court will make sure that an attorney is provided for you by the Chief Public Defender. Your request for an attorney should be made immediately by filling out the JD-JM-114 Application for Appointment of Counsel/Waiver of Fees form. Submit the application form in person, by mail or fax at the court location where your hearing is going to be.*

3. *Right to Remain Silent. You have the right to refuse to make statements; any statements you make may be introduced in evidence and used against you.*

**ADA Notice**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation under the ADA, contact the court clerk at the number listed above or an ADA contact person listed at *www.jud.ct.gov/ADA.*

**Pursuant to C.G.S 51-193c, this document was filed electronically and has the same validity and status as the paper document that was signed or verified by the Petitioner or Clerk of the Superior Court.**

JD-JM-98   Rev. 12-15

STATE OF CONNECTICUT

**Return of Service**

| | Docket number | U06CP19011727A |

| County of | Name of person(s) served | Date of service |
|---|---|---|
| SS. | | |

| | Fees |
|---|---|
| | Copy |

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one)*:

☐　　leaving with *(for in hand)*; or

☐　　leaving at the usual place of abode *(for abode)*

at_____

The within and foregoing is a true and attested copy of the original petition, order, and summons.

| | Endorsement |
|---|---|
| | Service |
| | Travel |

Attest *(Signature and title of proper officer)*

| | Total |

---

STATE OF CONNECTICUT

| County of | Name of person(s) served | Date of service |
|---|---|---|
| SS. | | |

| | Fees |
|---|---|
| | Copy |

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one)*:

☐　　leaving with *(for in hand)*; or

☐　　leaving at the usual place of abode *(for abode)*

at_____

The within and foregoing is a true and attested copy of the original petition, order, and summons.

| | Endorsement |
|---|---|
| | Service |
| | Travel |

Attest *(Signature and title of proper officer)*

| | Total |

---

STATE OF CONNECTICUT

| County of | Name of person(s) served | Date of service |
|---|---|---|
| SS. | | |

| | Fees |
|---|---|
| | Copy |

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one)*:

☐　　leaving with *(for in hand)*; or

☐　　leaving at the usual place of abode *(for abode)*

at_____

The within and foregoing is a true and attested copy of the original petition, order, and summons.

| | Endorsement |
|---|---|
| | Service |
| | Travel |

Attest *(Signature and title of proper officer)*

| | Total |

---

**For Mail Service**

STATE OF CONNECTICUT

| County of | United States Port Office at *(Town)* | Date of service |
|---|---|---|
| SS. | | |

Then and there, by virtue hereof, I made service of the within petition, order and summons by depositing a true and attested copy by United States Post mail, postage prepaid, addressed to _____, by *(check one)*:

| | Fees |
|---|---|
| | Copy |

☐　　restricted delivery, return receipt requested; or

☐　　first class mail; or

☐　　certified mail, return receipt requested.

The within and foregoing is the original petition, order and summons with my doings thereon endorsed.

| | Endorsement |
|---|---|
| | Service |
| | Travel |

Attest *(Signature and title of proper officer)*

| | Total |

JD-JM-98　Rev. 12-15

# PETITION: NEGLECTED, UNCARED-FOR, ABUSED CHILD/YOUTH

JD-JM-98  Rev. 12-15
C.G.S. §§ 46b-120, 121, 129; PA 14-186 § 5;
P.B. §§ 32a-1(g), 33a-1, 33a-2

STATE OF CONNECTICUT
SUPERIOR COURT
JUVENILE MATTERS
*www. jud.ct.gov*

## TO: The Superior Court For Juvenile Matters

| | |
|---|---|
| **Address of court** | **Docket number** U06CP19011728A |
| 7 KENDRICK AVE WATERBURY CT 06702 | **Telephone number** 2035964202  **Fax number** 2035964431 |

| | | |
|---|---|---|
| **Name and address of child/youth** EMMA PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784 | **Place and date of birth** DANBURY CT 9/2/2015 | **Sex** F |

**Name and address of petitioner**

DCF COMM VANNESSA L DORANTES LMSW 131 WEST STREET DEPT. OF CHILD/FAMILIES DANBURY CT 06810

**Relationship to Child or Youth**

[X] Commissioner D.C.F.          [ ] Probation Officer          [ ] Other (*Specify*) _____

## Respondents

| Name, address, and type (*if applicable*) (mother, father, guardian, putative father) | Date of birth | Indian tribe/reservation |
|---|---|---|
| KATHARINE PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784 | 8/6/1985 | |
| ANTHONY PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784 | 12/17/1980 | |
| | | |
| | | |

If parent(s) is/are minor(s), name(s) and address(es) of grandparent(s) or guardian(s):

## The Petitioner Represents that the Child or Youth Is:

[X] **Neglected for reasons other than being impoverished in that**

[ ] the child or youth has been abandoned;

[X] the child or youth is being denied proper care and attention, physically, educationally, emotionally or morally; or

[X] the child or youth is being permitted to live under conditions, circumstances or associations injurious to well-being.

[ ] **Uncared for in that**

[ ] the child or youth is homeless; or

[ ] the child's or youth's home cannot provide the specialized care which the physical, emotional or mental condition of the child or youth requires; or

[ ] the child or youth has been identified as a victim of trafficking

[X] **Abused in that**

[ ] the child or youth has physical injury or injuries inflicted by other than accidental means; or

[ ] the child has injuries that are at variance with the history given of them; or

[X] the child is in a condition that is the result of maltreatment including but not limited to malnutrition, sexual molestation or exploitation, deprivation of necessities, emotional maltreatment or cruel punishment.

State jurisdictional facts (*Use additional sheet if necessary*)

**Jurisdictional Facts Attached**
**Summary of Facts Attached**

The Petitioner requests that process issue to bring the parents, or legal custodian of the child or youth before the court to be dealt with according to law.

| Signed (Petitioner) DCF Comm Vannessa L Dorantes LMSW | Subscribed and sworn to before me on (*Date*) 03/28/2019 | Signed (*Judge, Assistant Clerk, Notary, Comm. Superior Court*) Maureen Duggan, Esq., Dir. DCF Legal Div. |
|---|---|---|

## Order For Hearing And Summons

| | |
|---|---|
| | Docket number |
| | U06CP19011728A |

Upon the foregoing petition, it is ordered, that the petition be heard and determined at the Court Location shown below on the Hearing Date and time indicated, and further ordered, that the petitioner shall serve a copy of the foregoing petition on each parent/guardian named in this petition and they are summoned to appear before the court on the Hearing Date and at the Court Location shown below by having a proper officer leave a true and attested copy of this order and summons with the respondent(s) or at the usual place of abode, or, if so ordered, by publication or mail on or before the date for service shown below and return same to the court.

**Hearing date** ➡

| Date | Time of hearing |
|---|---|
| 5/8/2019 | 12:00 PM                    .M. |

**Court location** ➡

| Number, street and town |
|---|
| 7 KENDRICK AVE WATERBURY CT 06702 |

| Publication for: | Certified mail for: |
|---|---|
| | |

| Service to be made on or before (Date) |
|---|
| 4/4/2019        Return of Service Due: 4/4/2019 |

| By order of the Court (Signed - Judge/Clerk of Superior Court) | Date signed |
|---|---|
| BPetitti | 03/28/2019 |

1. *Failure to Appear: If you do not come to court, the court may find that your child is neglected, uncared-for or abused.*

2. *Right to Counsel: You have the right to be represented by an attorney and if you want an attorney but cannot pay for one, and if you give proof that you cannot pay, the court will make sure that an attorney is provided for you by the Chief Public Defender. Your request for an attorney should be made immediately by filling out the JD-JM-114 Application for Appointment of Counsel/Waiver of Fees form. Submit the application form in person, by mail or fax at the court location where your hearing is going to be.*

3. *Right to Remain Silent. You have the right to refuse to make statements; any statements you make may be introduced in evidence and used against you.*

---

**ADA Notice**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation under the ADA, contact the court clerk at the number listed above or an ADA contact person listed at *www.jud.ct.gov/ADA.*

---

**Pursuant to C.G.S 51-193c, this document was filed electronically and has the same validity and status as the paper document that was signed or verified by the Petitioner or Clerk of the Superior Court.**

JD-JM-98   Rev. 12-15

STATE OF CONNECTICUT

**Return of Service**

Docket number

U06CP19011728A

| County of | Name of person(s) served | Date of service |
|---|---|---|
| SS. | | |

| | Fees |
|---|---|
| | Copy |

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one)*:

☐  leaving with *(for in hand)*; or

☐  leaving at the usual place of abode *(for abode)*

at _____

| | Endorsement |
|---|---|
| | Service |
| | Travel |

The within and foregoing is a true and attested copy of the original petition, order, and summons.

Attest *(Signature and title of proper officer)*

| | Total |
|---|---|

---

STATE OF CONNECTICUT

| County of | Name of person(s) served | Date of service |
|---|---|---|
| SS. | | |

| | Fees |
|---|---|
| | Copy |

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one)*:

☐  leaving with *(for in hand)*; or

☐  leaving at the usual place of abode *(for abode)*

at _____

| | Endorsement |
|---|---|
| | Service |
| | Travel |

The within and foregoing is a true and attested copy of the original petition, order, and summons.

Attest *(Signature and title of proper officer)*

| | Total |
|---|---|

---

STATE OF CONNECTICUT

| County of | Name of person(s) served | Date of service |
|---|---|---|
| SS. | | |

| | Fees |
|---|---|
| | Copy |

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one)*:

☐  leaving with *(for in hand)*; or

☐  leaving at the usual place of abode *(for abode)*

at _____

| | Endorsement |
|---|---|
| | Service |
| | Travel |

The within and foregoing is a true and attested copy of the original petition, order, and summons.

Attest *(Signature and title of proper officer)*

| | Total |
|---|---|

---

**For Mail Service**

STATE OF CONNECTICUT

| County of | United States Port Office at *(Town)* | Date of service |
|---|---|---|
| SS. | | |

| | Fees |
|---|---|

Then and there, by virtue hereof, I made service of the within petition, order and summons by depositing a true and attested copy by United States Post mail, postage prepaid, addressed to

_____, by *(check one)*:

| | Copy |
|---|---|

☐  restricted delivery, return receipt requested; or

☐  first class mail; or

☐  certified mail, return receipt requested.

| | Endorsement |
|---|---|
| | Service |
| | Travel |

The within and foregoing is the original petition, order and summons with my doings thereon endorsed.

Attest *(Signature and title of proper officer)*

| | Total |
|---|---|

JD-JM-98   Rev. 12-15

Page 3 of 3

# PETITION: NEGLECTED, UNCARED-FOR, ABUSED CHILD/YOUTH

JD-JM-98  Rev. 12-15
C.G.S. §§ 46b-120, 121, 129; PA 14-186 § 5;
P.B. §§ 32a-1(g), 33a-1, 33a-2

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
**JUVENILE MATTERS**
*www.jud.ct.gov*

## TO: The Superior Court For Juvenile Matters

| Docket number |
| --- |
| U06CP19011729A |

| Address of court | Telephone number | Fax number |
| --- | --- | --- |
| 7 KENDRICK AVE WATERBURY CT 06702 | 2035964202 | 2035964431 |

| Name and address of child/youth | Place and date of birth | Sex |
| --- | --- | --- |
| NOAH PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784 | DANBURY CT 9/26/2012 | M |

Name and address of petitioner

DCF COMM VANNESSA L DORANTES LMSW 131 WEST STREET DEPT. OF CHILD/FAMILIES DANBURY CT 06810

Relationship to Child or Youth

[x] Commissioner D.C.F.    [ ] Probation Officer    [ ] Other (*Specify*) _____

## Respondents

| Name, address, and type (*if applicable*) (mother, father, guardian, putative father) | Date of birth | Indian tribe/reservation |
| --- | --- | --- |
| KATHARINE PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784 | 8/6/1985 | |
| ANTHONY PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784 | 12/17/1980 | |
| | Date of birth | Indian tribe/reservation |
| | Date of birth | Indian tribe/reservation |

If parent(s) is/are minor(s), name(s) and address(es) of grandparent(s) or guardian(s):

## The Petitioner Represents that the Child or Youth Is:

[x] **Neglected for reasons other than being impoverished in that**

    [ ] the child or youth has been abandoned;

    [x] the child or youth is being denied proper care and attention physically, educationally, emotionally or morally; or

    [x] the child or youth is being permitted to live under conditions, circumstances or associations injurious to well-being.

[ ] **Uncared for in that**

    [ ] the child or youth is homeless; or

    [ ] the child's or youth's home cannot provide the specialized care which the physical, emotional or mental condition of the child or youth requires; or

    [ ] the child or youth has been identified as a victim of trafficking

[ ] **Abused in that**

    [ ] the child or youth has physical injury or injuries inflicted by other than accidental means; or

    [ ] the child has injuries that are at variance with the history given of them; or

    [ ] the child is in a condition that is the result of maltreatment including but not limited to malnutrition, sexual molestation or exploitation, deprivation of necessities, emotional maltreatment or cruel punishment.

State jurisdictional facts (*Use additional sheet if necessary*)

**Jurisdictional Facts Attached**
**Summary of Facts Attached**

The Petitioner requests that process issue to bring the parents, or legal custodian of the child or youth before the court to be dealt with according to law.

| Signed (Petitioner) | Subscribed and sworn to before me on (*Date*) | Signed (*Judge, Assistant Clerk, Notary, Comm. Superior Court*) |
| --- | --- | --- |
| DCF Comm Vannessa L Dorantes LMSW | 03/28/2019 | Maureen Duggan, Esq., Dir. DCF Legal Div. |

**Order For Hearing And Summons**

| Docket number |
| --- |
| U06CP19011729A |

Upon the foregoing petition, it is ordered, that the petition be heard and determined at the Court Location shown below on the Hearing Date and time indicated, and further ordered, that the petitioner shall serve a copy of the foregoing petition on each parent/guardian named in this petition and they are summoned to appear before the court on the Hearing Date and at the Court Location shown below by having a proper officer leave a true and attested copy of this order and summons with the respondent(s) or at the usual place of abode, or, if so ordered, by publication or mail on or before the date for service shown below and return same to the court.

**Hearing date** →

| Date | Time of hearing |
| --- | --- |
| 5/8/2019 | 12:00 PM                    .M. |

**Court location** →

| Number, street and town |
| --- |
| 7 KENDRICK AVE WATERBURY CT 06702 |

| Publication for: | Certified mail for: |
| --- | --- |
| | |

| Service to be made on or before (Date) |
| --- |
| 4/4/2019        Return of Service Due: 4/4/2019 |

| By order of the Court (Signed - Judge/Clerk of Superior Court) | Date signed |
| --- | --- |
| BPetitti | 03/28/2019 |

1. *Failure to Appear: If you do not come to court, the court may find that your child is neglected, uncared-for or abused.*

2. *Right to Counsel: You have the right to be represented by an attorney and if you want an attorney but cannot pay for one, and if you give proof that you cannot pay, the court will make sure that an attorney is provided for you by the Chief Public Defender. Your request for an attorney should be made immediately by filling out the JD-JM-114 Application for Appointment of Counsel/Waiver of Fees form. Submit the application form in person, by mail or fax at the court location where your hearing is going to be.*

3. *Right to Remain Silent. You have the right to refuse to make statements; any statements you make may be introduced in evidence and used against you.*

**ADA Notice**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation under the ADA, contact the court clerk at the number listed above or an ADA contact person listed at *www.jud.ct.gov/ADA*.

**Pursuant to C.G.S 51-193c, this document was filed electronically and has the same validity and status as the paper document that was signed or verified by the Petitioner or Clerk of the Superior Court.**

JD-JM-98   Rev. 12-15

| STATE OF CONNECTICUT | **Return of Service** | | Docket number | U06CP19011729A |
|---|---|---|---|---|

| County of | Name of person(s) served | Date of service |
|---|---|---|
| SS. | | |

| | | Fees |
|---|---|---|
| | | Copy |

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one)*:

☐      leaving with *(for in hand)*; or

| | Endorsement |

☐      leaving at the usual place of abode *(for abode)*

at_____

| | Service |

The within and foregoing is a true and attested copy of the original petition, order, and summons.

| | Travel |

| Attest *(Signature and title of proper officer)* | Total |
|---|---|

---

STATE OF CONNECTICUT

| County of | Name of person(s) served | Date of service |
|---|---|---|
| SS. | | |

| | | Fees |
|---|---|---|
| | | Copy |

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one)*:

☐      leaving with *(for in hand)*; or

| | Endorsement |

☐      leaving at the usual place of abode *(for abode)*

at_____

| | Service |

The within and foregoing is a true and attested copy of the original petition, order, and summons.

| | Travel |

| Attest *(Signature and title of proper officer)* | Total |
|---|---|

---

STATE OF CONNECTICUT

| County of | Name of person(s) served | Date of service |
|---|---|---|
| SS. | | |

| | | Fees |
|---|---|---|
| | | Copy |

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one)*:

☐      leaving with *(for in hand)*; or

| | Endorsement |

☐      leaving at the usual place of abode *(for abode)*

at_____

| | Service |

The within and foregoing is a true and attested copy of the original petition, order, and summons.

| | Travel |

| Attest *(Signature and title of proper officer)* | Total |
|---|---|

---

STATE OF CONNECTICUT      **For Mail Service**

| County of | United States Port Office at *(Town)* | Date of service |
|---|---|---|
| SS. | | |

| | | Fees |
|---|---|---|
| | | Copy |

Then and there, by virtue hereof, I made service of the within petition, order and summons by depositing a true and attested copy by United States Post mail, postage prepaid, addressed to _____, by *(check one)*:

☐      restricted delivery, return receipt requested; or

| | Endorsement |

☐      first class mail; or

☐      certified mail, return receipt requested.

| | Service |

The within and foregoing is the original petition, order and summons with my doings thereon endorsed.

| | Travel |

| Attest *(Signature and title of proper officer)* | Total |
|---|---|

JD-JM-98   Rev. 12-15

**PETITION: NEGLECTED, UNCARED-FOR, ABUSED CHILD/YOUTH**

JD-JM-98  Rev. 12-15
C.G.S. §§ 46b-120, 121, 129; PA 14-186 § 5;
P.B. §§ 32a-1(g), 33a-1, 33a-2

**STATE OF CONNECTICUT
SUPERIOR COURT
JUVENILE MATTERS**
*www.jud.ct.gov*

## TO: The Superior Court For Juvenile Matters

| | |
|---|---|
| **Docket number** | U06CP19011730A |

| Address of court | Telephone number | Fax number |
|---|---|---|
| 7 KENDRICK AVE WATERBURY CT 06702 | 2035964202 | 2035964431 |

| Name and address of child/youth | Place and date of birth | Sex |
|---|---|---|
| SAVANNAH PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784 | DANBURY CT 4/8/2009 | F |

| Name and address of petitioner |
|---|
| DCF COMM VANNESSA L DORANTES LMSW 131 WEST STREET DEPT. OF CHILD/FAMILIES DANBURY CT 06810 |

**Relationship to Child or Youth**

[X] Commissioner D.C.F.  [ ] Probation Officer  [ ] Other (*Specify*) _____

## Respondents

| Name, address, and type (*if applicable*) (mother, father, guardian, putative father) | Date of birth | Indian tribe/reservation |
|---|---|---|
| KATHARINE PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784 | 8/6/1985 | |
| ANTHONY PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784 | 12/17/1980 | |
| | | |
| | | |

If parent(s) is/are minor(s), name(s) and address(es) of grandparent(s) or guardian(s):

## The Petitioner Represents that the Child or Youth Is:

[X] **Neglected for reasons other than being impoverished in that**

 [ ] the child or youth has been abandoned;

 [X] the child or youth is being denied proper care and attention, physically, educationally, emotionally or morally; or

 [X] the child or youth is being permitted to live under conditions, circumstances or associations injurious to well-being.

[ ] **Uncared for in that**

 [ ] the child or youth is homeless; or

 [ ] the child's or youth's home cannot provide the specialized care which the physical, emotional or mental condition of the child or youth requires; or

 [ ] the child or youth has been identified as a victim of trafficking

[ ] **Abused in that**

 [ ] the child or youth has physical injury or injuries inflicted by other than accidental means; or

 [ ] the child has injuries that are at variance with the history given of them; or

 [ ] the child is in a condition that is the result of maltreatment including but not limited to malnutrition, sexual molestation or exploitation, deprivation of necessities, emotional maltreatment or cruel punishment.

State jurisdictional facts (*Use additional sheet if necessary*)

**Jurisdictional Facts Attached**
**Summary of Facts Attached**

The Petitioner requests that process issue to bring the parents, or legal custodian of the child or youth before the court to be dealt with according to law.

| Signed (Petitioner) | Subscribed and sworn to before me on (*Date*) | Signed (*Judge, Assistant Clerk, Notary, Comm. Superior Court*) |
|---|---|---|
| DCF Comm Vannessa L Dorantes LMSW | 03/28/2019 | Maureen Duggan, Esq., Dir. DCF Legal Div. |

Page 1 of 3

## Order For Hearing And Summons

| Docket number |
| --- |
| U06CP19011730A |

Upon the foregoing petition, it is ordered, that the petition be heard and determined at the Court Location shown below on the Hearing Date and time indicated, and further ordered, that the petitioner shall serve a copy of the foregoing petition on each parent/guardian named in this petition and they are summoned to appear before the court on the Hearing Date and at the Court Location shown below by having a proper officer leave a true and attested copy of this order and summons with the respondent(s) or at the usual place of abode, or, if so ordered, by publication or mail on or before the date for service shown below and return same to the court.

**Hearing date** ➡

| Date | Time of hearing | |
| --- | --- | --- |
| 5/8/2019 | 12:00 PM | .M. |

**Court location** ➡

| Number, street and town | |
| --- | --- |
| 7 KENDRICK AVE WATERBURY CT 06702 | |
| Publication for: | Certified mail for: |
| | |

| Service to be made on or before (Date) |
| --- |
| 4/4/2019        Return of Service Due: 4/4/2019 |

| By order of the Court (Signed - Judge/Clerk of Superior Court) | Date signed |
| --- | --- |
| BPetitti | 03/28/2019 |

1. *Failure to Appear: If you do not come to court, the court may find that your child is neglected, uncared-for or abused.*

2. *Right to Counsel: You have the right to be represented by an attorney and if you want an attorney but cannot pay for one, and if you give proof that you cannot pay, the court will make sure that an attorney is provided for you by the Chief Public Defender. Your request for an attorney should be made immediately by filling out the JD-JM-114 Application for Appointment of Counsel/Waiver of Fees form. Submit the application form in person, by mail or fax at the court location where your hearing is going to be.*

3. *Right to Remain Silent. You have the right to refuse to make statements; any statements you make may be introduced in evidence and used against you.*

> **ADA Notice**
> The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation under the ADA, contact the court clerk at the number listed above or an ADA contact person listed at *www.jud.ct.gov/ADA.*

> **Pursuant to C.G.S 51-193c, this document was filed electronically and has the same validity and status as the paper document that was signed or verified by the Petitioner or Clerk of the Superior Court.**

JD-JM-98   Rev. 12-15

| STATE OF CONNECTICUT | **Return of Service** | Docket number |
|---|---|---|
| | | U06CP19011730A |

| County of | Name of person(s) served | Date of service |
|---|---|---|
| SS. | | |

|  | **Fees** |
|---|---|
| | Copy |

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either (check one):

☐      leaving with (for in hand); or

☐      leaving at the usual place of abode (for abode)

at_____

|  | |
|---|---|
| | Endorsement |
| | Service |
| | Travel |

The within and foregoing is a true and attested copy of the original petition, order, and summons.

Attest (*Signature and title of proper officer*)

| | Total |
|---|---|

---

STATE OF CONNECTICUT

| County of | Name of person(s) served | Date of service |
|---|---|---|
| SS. | | |

|  | **Fees** |
|---|---|
| | Copy |

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either (check one):

☐      leaving with (for in hand); or

☐      leaving at the usual place of abode (for abode)

at_____

|  | |
|---|---|
| | Endorsement |
| | Service |
| | Travel |

The within and foregoing is a true and attested copy of the original petition, order, and summons.

Attest (*Signature and title of proper officer*)

| | Total |
|---|---|

---

STATE OF CONNECTICUT

| County of | Name of person(s) served | Date of service |
|---|---|---|
| SS. | | |

|  | **Fees** |
|---|---|
| | Copy |

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either (check one):

☐      leaving with (for in hand); or

☐      leaving at the usual place of abode (for abode)

at_____

|  | |
|---|---|
| | Endorsement |
| | Service |
| | Travel |

The within and foregoing is a true and attested copy of the original petition, order, and summons.

Attest (*Signature and title of proper officer*)

| | Total |
|---|---|

---

STATE OF CONNECTICUT     **For Mail Service**

| County of | United States Port Office at (*Town*) | Date of service |
|---|---|---|
| SS. | | |

|  | **Fees** |
|---|---|
| | Copy |

Then and there, by virtue hereof, I made service of the within petition, order and summons by depositing a true and attested copy by United States Post mail, postage prepaid, addressed to

_____, by (check one):

☐      restricted delivery, return receipt requested; or

☐      first class mail; or

☐      certified mail, return receipt requested.

|  | |
|---|---|
| | Endorsement |
| | Service |
| | Travel |

The within and foregoing is the original petition, order and summons with my doings thereon endorsed.

Attest (*Signature and title of proper officer*)

| | Total |
|---|---|

JD-JM-98   Rev. 12-15

# MOTION/ORDER OF TEMPORARY CUSTODY/ORDER TO APPEAR

JD-JM-58   Rev. 12-15
C.G.S. § 46b-129(b) & (k), P.A. 09-185, Sec. 3, P.B. 33a-6

Per C.G.S.51-193c, this document was filed electronically and has the same validity and status as a paper document signed or verified by the Petitioner or Judge of the Superior Court.

**STATE OF CONNECTICUT
SUPERIOR COURT
JUVENILE MATTERS**
www.jud.ct.gov



| Address of Court | Docket Number |
|---|---|
| **7 KENDRICK AVE WATERBURY CT 06702** | **U06CP19011728A** |

| Name of Child/Youth | Address of Child/Youth | Date of Birth |
|---|---|---|
| **EMMA PILEGGI** | **11 PINEWOOD SHORES SHERMAN CT 06784** | **9/2/2015** |

| Name, address, and type (if applicable) (mother, father, guardian, putative father) | Date of birth | Indian tribe/reservation |
|---|---|---|
| **KATHARINE PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784** | **8/6/1985** | |
| **ANTHONY PILEGGI 11 PINEWOOD SHORES SHERMAN CT 06784** | **12/17/1980** | |
| | | |
| | | |

If parent(s) is/are minor(s), name(s) and address(es) of grandparent(s) or guardian(s):

## Motion

☐ The child or youth has been placed in the care and custody of the Commissioner of Children and Families pursuant to section 17a-101g (96 hour hold) on (date) _____ at (time) _____ .

Based on the allegations of the petition and verified affirmations of fact, the petitioner requests an ex parte Order of Temporary Custody/Order to Appear under section 46b-129(b) of the general statutes.

| Name of Petitioner | Address of Petitioner | Relationship to Child |
|---|---|---|
| **DCF Comm Vannessa L Dorantes LMSW** | **131 WEST STREET DEPT. OF CHILD/FAMILIES DAN** | **Commissioner DCF** |

| Signed (Petitioner) | Subscribed and sworn to before me on (Date) | Signed (Judge, Assistant Clerk, Notary, Comm. Superior Court) |
|---|---|---|
| **DCF Comm Vannessa L Dorantes LMSW** | **03/28/2019** | **Maureen Duggan, Esq., Dir. DCF Legal Div.** |

## Order

The court having reviewed the verified affirmations of fact accompanying this motion hereby finds that there is reasonable cause to believe that:

☐ A. Said child or youth is suffering from serious physical illness, or
☐ B. Said child or youth is suffering from serious physical injury, or
☒ C. Said child or youth is in immediate physical danger from surroundings;

**And**   As a result of said conditions, the child's or youth's safety is endangered and immediate removal from such surroundings is necessary to ensure the child's or youth's safety and continuation in the home is **contrary to the welfare** of said child or youth.

**It is Hereby Ordered That:**

A. ☒ The temporary care and custody of said child or youth shall be vested in:   **DCF**
pending a hearing as set forth below on the confirmation of this order;

**And it is further found that:**

☒ Reasonable efforts to prevent or eliminate the need for removal of said child or youth were made by the state, or
☐ Reasonable efforts to prevent or eliminate the need for removal of said child or youth were not possible, or
☐ Reasonable efforts to prevent removal were not made.

**OR**

B. ☐ The respondent(s) appear before the court as set forth below to determine whether an order vesting temporary custody of said child or youth, in a person related to the child or youth by blood or marriage or in some other person or suitable agency, should be issued pending disposition of the petition.

And it is further ordered that the above-named mother/father/guardian be and hereby is/are summoned to appear before the court on the Hearing Date(s) set out below, at the address shown above, by having a proper officer leave a true and attested copy of this order and summons with them or at their usual place of abode, or if so ordered, by publication or mail and return same to the court on or before the date indicated.

**OR**

C. ☐ The motion is denied.

| | Date | Time of Hearing | |
|---|---|---|---|
| **Hearing Date - Preliminary Hearing On Temporary Custody** ➤ | **4/5/2019** | **12:00 PM** | **.M.** |
| **Hearing Date - Petition** ➤ | **5/8/2019** | **12:00 PM** | **.M.** |

| | Court Location (Number, street, and town) | Telephone Number |
|---|---|---|
| **Court Location** ➤ | **7 KENDRICK AVE WATERBURY CT 06702** | **2035964202** |

| Publication For: | Statutory Mail For: | Service on or Before (Date) | Return Date |
|---|---|---|---|
| | | **4/4/2019** | **4/4/2019** |

| Name of Judge | Signed (Judge) | Date Signed |
|---|---|---|
| **Hon. JOHN TURNER** | **413581** | **03/28/2019** |

*(Continued)*

# RETURN OF SERVICE

State of Connecticut

Docket Number

**U06CP19011728A**

| County of | Name of person(s) served | Date of service |
|---|---|---|
| SS. | | |

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one):*

☐ leaving with *(for in hand);* or
☐ leaving at the usual place of abode *(for abode)* at _____

The within and foregoing is a true and attested copy of the original petition, order, and summons.

| Fees | |
|---|---|
| Copy | |
| Endorsement | |
| Service | |
| Travel | |

Attest *(Signature and title of proper officer)*

| Total | |
|---|---|

---

State of Connecticut

| County of | Name of person(s) served | Date of service |
|---|---|---|
| SS. | | |

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one):*

☐ leaving with *(for in hand);* or
☐ leaving at the usual place of abode *(for abode)* at _____

The within and foregoing is a true and attested copy of the original petition, order, and summons.

| Fees | |
|---|---|
| Copy | |
| Endorsement | |
| Service | |
| Travel | |

Attest *(Signature and title of proper officer)*

| Total | |
|---|---|

---

State of Connecticut

| County of | Name of person(s) served | Date of service |
|---|---|---|
| SS. | | |

Then and there, I duly served the foregoing petition, order and summons on the above-named respondent(s), by either *(check one):*

☐ leaving with *(for in hand);* or
☐ leaving at the usual place of abode *(for abode)* at _____

The within and foregoing is a true and attested copy of the original petition, order, and summons.

| Fees | |
|---|---|
| Copy | |
| Endorsement | |
| Service | |
| Travel | |

Attest *(Signature and title of proper officer)*

| Total | |
|---|---|

## For Mail Service

State of Connecticut

| County of | Name of person(s) served | Date of service |
|---|---|---|
| SS. | | |

Then and there, by virtue hereof, I made service of the within petition, order and summons by depositing a true and attested copy by United States Post mail, postage prepaid, addressed to _____, by *(check one):*

☐ restricted delivery, return receipt requested; or
☐ first class mail; or
☐ certified mail, return receipt requested.

The within and foregoing is the original petition, order and summons with my doings thereon endorsed.

| Fees | |
|---|---|
| Copy | |
| Endorsement | |
| Service | |
| Travel | |

Attest *(Signature and title of proper officer)*

| Total | |
|---|---|

JD-JM-58   Rev. 12-15                    *(Page 2 of 2)*

\* Auth (Verified) \*

Oct/03/2018 2:52:58 PM                    New Milford Pediatrics 8607995101                              5/22

**Progress Notes**
Pileggi, Emma
Patient ID: PILEGG0003
DOB: 09/02/2015
Age: 3 years 1 month  Gender: F

02/22/2018

---

**Date:** 02/22/18 : 08:27pm
**Title:** WELL CHILD EXAM 2 YEARS
**Date of Birth:** 09/02/15

**Vital Signs:**
Pulse: 86
Height: 34.5", Weight: 26 lbs

**Subjective:**
This 2 year old female child presents for well-child examination with her father.
Lives with parents, siblings
Interim problems since last visit: none

Screams often, when she does not get her way

Review of Systems:
Constitutional: negative
Eyes: negative
Ears: negative
Nose/Mouth/Throat: negative
Cardiovascular: negative
Respiratory: negative
Gastrointestinal: negative
Genitourinary: negative
Musculoskeletal: negative
Skin: negative
Neurological: negative
Hematologic/Lymphatic: negative

**Chronic Problems:** none
Lead Exposure Risk: no
DayCare: no

**Vaccines:** up to 4 months vaccines

**Sleep:** nl

PAST MEDICAL HISTORY:

Allergies:
Allergies:
NKDA

Past Medical History:

Bwt 6lbs 7, VD, Apgars, hearing pass, CCHD pass

Surgical / Procedural History:
none

**Nutrition:**

Developmental Milestones:
Stacks 5 or 6 small blocks:  Points to 6 bodyparts yes
Jumps up and down yes
Puts clothes on with help yes
Other people can understand what she says 1/2 of the time ye
Washes and dries hands without help yes
Plays pretend yes
Plays with other children yes
Puts 3-4 words together  yes
Brushes teeth with help yes

Printed On: 10/03/2018                                              Page: 1 of 2

Patient Name: PILEGGI, EMMA
Date of Birth: 9/2/2015

MRN: DH01021577; MG05921471
FIN: 0001758944

* Auth (Verified) *

Oct/03/2018 2:52:58 PM                    New Milford Pediatrics 8607995101                          4/22

## Fax Call Report                          HP Color LaserJet FlowMFP M577
Page 1

### Fax Header Information

New Milford Pediatrics
8607995101
Oct/03/2018 2:47:17 PM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|-----|-----------|------|----------------|----------|-------|--------|
| 2526 | Oct/03/2018 2:44:23 PM | Send | 18605098371 | 02:52 | 1 | Communication Error(82) |

Oct/03/2018 2:47:18 PM                                                      English (United States)

\* Auth (Verified) \*

Oct/03/2018 2:52:58 PM                    New Milford Pediatrics 8607995101                                    6/22

**Progress Notes**
Pileggi, Emma
**Patient ID:** PILEGG0003
**DOB:** 09/02/2015
**Age:** 3 years 1 month  **Gender:** F

02/22/2018

---

**Dental visits yes**

**Current Medications:**
Current Medications:
Rx: VITAMIN D 400UNIT/ML 1ml Liquid daily - days, , Ref: 0
**Medication Allergies:**
Allergies:
NKDA

**Objective:**
Height Percentile  28.88
Weight Percentile  23.20
General: well appearing child in no distress
Head: normocephalic, atraumatic .
Eyes:  conjunctiva clear, EOM intact, PERRL.
Ears: Ear canals clear, tympanic membranes clear, ossicles normal appearance.
Mouth: Mucous membranes moist, no mucosal lesions.
Teeth: good alignment, no obvious caries
Nose:  no external lesions, mucosa non-inflamed, septum and turbinates normal
Neck: Supple without lymphadenopathy.
Heart: RRR, no murmur
Lungs: CTA bilaterally, no wheezes, rhonchi, rales.  Breathing unlabored. '
Abdomen: Soft, NT/ND, no HSM, no masses.
Genitalia:   normal external female genitalia, no lesions
Extremities: nl
Skin: no rash or prominent lesions
Neuro: grossly normal

**Assessment:**

**Diagnosis:** Well child exam : ICD9 = V20.2 / ICD10 = Z00.129 / SNOMED = 102506008

**Diagnosis:** Encounter for screening for certain developmental disorders in childhood : ICD10 = Z13.4 / ICD9 = V79.3 /
SNOMED = 268554002
PEDS 1 pos

**Diagnosis:** Vaccination not carried out because of caregiver refusal : ICD10 = Z28.82 / ICD9 = V64.05 / SNOMED = 275984001

Normal toddler behavior

**Plan:**

Injury Prevention: Discussed car seats,  smoke detectors, poison control numbers, proper storage of medications/chemicals,  water safety / pool fences,
Reviewed proper child disciplinary methods.

**Follow-up:** 6 months

Patient Education Hand-outs given to patient:
#    Pediatric Advisor: Well Child Care at 2 1/2 Years, 08:34PM, Printed (Handout:pa_wc2hyear_pep.htm)

#    SIGNED BY Roman Alder  (RA)          02/22/2018 08:34PM
#    REVISED BY Roman Alder  (RA)          02/22/2018 08:36PM

Printed On: 10/03/2018                                                                     Page: 2 of 2

Patient Name: PILEGGI, EMMA
Date of Birth: 9/2/2015

MRN: DH01021577; MG05921471
FIN: 0001758944

* Auth (Verified) *

Oct/03/2018 2:52:58 PM                New Milford Pediatrics 8607995101                7/22

## Patient Chart
Pileggi, Emma
Patient ID: PILEGG0003
DOB: 09/02/2015
Age: 3 years 1 month  Gender: F

## Problem List

### Major Problems

### Other Problems
PEDS OFFICE VISIT, 09/18/15, , RA
PEDS OFFICE VISIT, 09/22/15, , RA
PEDS OFFICE VISIT, 10/05/15, , RA
PEDS OFFICE VISIT, 11/12/15, , RA
PEDS OFFICE VISIT, 11/28/15, , RA
PEDS OFFICE VISIT, 12/10/15, , RA
PEDS OFFICE VISIT, 12/30/15, , RA
PEDS OFFICE VISIT, 12/31/15, , RA
PEDS OFFICE VISIT, 01/01/16, , RA
PEDS OFFICE VISIT, 01/13/16, , RA
PEDS OFFICE VISIT, 02/04/16, , RA
PEDS OFFICE VISIT, 03/18/16, , RA
PEDS OFFICE VISIT, 04/16/16, , RA
PEDS OFFICE VISIT, 06/02/16, , RA
PEDS OFFICE VISIT, 07/12/16, , RA
PEDS OFFICE VISIT, 07/31/16, , RA
PEDS OFFICE VISIT, 09/02/16, , RA
PEDS OFFICE VISIT, 09/21/16, , RA
PEDS OFFICE VISIT, 07/20/17, , RA
PEDS OFFICE VISIT, 07/28/17, , RA
PEDS OFFICE VISIT, 10/18/17, , RA
PEDS OFFICE VISIT, 01/06/18, , RA
PEDS OFFICE VISIT, 05/29/18, , RA
PEDS OFFICE VISIT, 07/03/18, , RA
WELL BABY EXAM 1 MONTH, 10/02/15, , RA
WELL BABY EXAM 2 MONTHS, 11/04/15, , RA
WELL BABY EXAM 6 MONTHS, 06/01/16, , RA
WELL BABY EXAM 9 MONTHS, 06/30/16, , RA
WELL BABY/NEWBORN EXAM, 09/04/15, , RA
WELL CHILD EXAM 12 MONTHS, 11/30/16, , RA
WELL CHILD EXAM 15 MONTHS, 03/02/17, , RA
WELL CHILD EXAM 18 MONTHS, 05/04/17, , RA
WELL CHILD EXAM 2 YEARS, 10/03/17, , RA
WELL CHILD EXAM 2 YEARS, 02/22/18, , RA

### Procedures
90670, 11/30/16, RA
90648, 07/12/16, RA
90700, 06/30/16, RA
90670, 12/10/15, RA
90648, 12/10/15, RA

90700, 11/04/15, RA

### Diagnoses
Juvenile idiopathic arthritis, 07/03/18, , RA
Anemia, 07/03/18, , RA
Arthritis, 05/29/18, , RA
Well child exam, 02/22/18, , RA
Vaccination not carried out because of caregi ..., 02/22/18, , RA
Encounter for screening for certain developme ..., 02/22/18, , RA
Upper respiratory infection, 01/06/18, , RA

Printed On: 10/03/2018                                    Page: 1 of 3

Facility: MGPCNMH                                        Page 8 of 23

Patient Name: PILEGGI, EMMA                                                                MRN: DH01021577; MG05921471
Date of Birth: 9/2/2015                                                                     FIN: 0001758944

* Auth (Verified) *

Oct/03/2018 2:52:58 PM              New Milford Pediatrics 8607995101                        3/22

**Progress Notes**
Pileggi, Emma
Patient ID: PILEGG0003
**DOB:** 09/02/2015
Age: 3 years 1 month **Gender:** F

05/29/2018

**Date:** 05/29/18 : 11:55am
**Title: PEDS OFFICE VISIT**
Date of Birth: 09/02/15

Vital Signs:
Temperature: 99 F

Subjective:
This 2 year 8 month old female presents .with her mother for a 1-2 week h/o swollen knees and difficulty walking.
She has not been herself for the last 3 weeks.

Fever: subjective fevers
Decreased sleep: yes

Review of Systems:
Nose/Mouth/Throat: No nasal congestion, rhinorrhea, oral lesions, postnasal drip or sore throat
Respiratory: No cough, shortness of breath or wheezing
Genitourinary: negative

Past Medical History:

Social History:

Current Medications:
Current Medications:
Rx: VITAMIN D 400UNIT/ML 1ml Liquid daily - days, , Ref: 0
Medication Allergies:
Allergies:
NKDA.

Objective:
General: No acute distress.
Eyes: Conjunctiva clear bilaterally
Throat: no erythema, exudates or lesions.
Neck: shotty lymph nodes
Heart: RRR, no murmur
Lungs: CTA bilaterally, no wheezes, rhonchi, rales. Breathing unlabored.
Lymphatics: swelling and warmth of both knees, sl tenderness to touch

Assessment:

**Diagnosis:** Arthritis : ICD10 = M19.90 / ICD9 = 716.90 / SNOMED = 3723001
knees, r/o Lyme disease

Plan:

Lyme test, CBC,, CRP

Knee X ray

Follow-up: Per clinical course and Pending imaging results in 2-3 days.

#      SIGNED BY Roman Alder (RA)      05/29/2018 11:59AM

Printed On: 10/03/2018                                                                      Page: 1 of 1

Patient Name: PILEGGI, EMMA
Date of Birth: 9/2/2015

MRN: DH01021577; MG05921471
FIN: 0001758944

**\* Auth (Verified) \***

Oct/03/2018 2:52:58 PM               New Milford Pediatrics 8607995101                    2/22

### Progress Notes
Pileggi, Emma
**Patient ID:** PILEGG0003
**DOB:** 09/02/2015
**Age:** 3 years 1 month  **Gender:** F

07/03/2018

Nose: no external lesions, mucosa non-inflamed, septum and turbinates normal
Throat: no erythema, exudates or lesions.
Extremities: swollen knees, increase calor, no dolor
Neuro: Normal strength and tone

Assessment:

Diagnosis: Juvenile idiopathic arthritis : ICD10 = M08.80 / ICD9 = 714.30 / SNOMED = 410502007

Diagnosis: Anemia : ICD10 = D64.9 / ICD9 = 285.9 / SNOMED = 271737000

Encouraged her mother to persue allopathic treatment with CCMC/ Dr Zemel

Plan:

get CBC CRP

Follow-up: Per clinical course and Pending labs

\#   SIGNED BY Roman Alder  (RA)      07/03/2018 08:52PM

Patient Name: PILEGGI, EMMA
Date of Birth: 9/2/2015
MRN: DH01021577; MG05921471
FIN: 0001758944

* Auth (Verified) *

Oct/03/2018 2:52:58 PM          New Milford Pediatrics 8607995101          1/22

## Progress Notes
Pileggi, Emma
**Patient ID:** PILEGG0003.
**DOB:** 09/02/2015
**Age:** 3 years 1 month  **Gender:** F

07/03/2018

**Date:** 07/03/18 : 08:30pm
**Title:** PEDS OFFICE VISIT
**Date of Birth:** 09/02/15

**Vital Signs:**
Temperature: 99.1 F, Weight: 27 lbs

**Subjective:**
This 2 year 10 month old female presents , with her daughter for a f/u after a diagnosis of juvenile idiopathic arthritis.
Her mother has chosen to reject the allopathic approach and is persuing a multimodal alternative medicine approach.

Emma has periods of decreased activity, but has been walking and had no reported fevers.
Sleep and appetite are variable

Uveitis has been ruled out. Danbury Eye Physicians

She has consulted Naturopathic practitioners and is :

1, restricting her diet to no dairy , soy sugar or wheat.
2, Homeopathy ( Kathryn Lehmen)
3, Accupuncture
4, Enrgy healing
5, Matrix healing
6, Supplements and vitamins

Vomiting: no.

Review of Systems:
Cardiovascular: negative
Gastrointestinal: negative
Genitourinary: negative
Skin: No rash or bothersome skin lesions
Neurological: negative

**Past Medical History:** PAST MEDICAL HISTORY:

Alleriges:
Allergies:
NKDA

Past Medical History:

Bwt 8lbs 7, VD, Apgars, hearing pass, CCHD pass

Surgical / Procedural History:
none

Social History:

Current Medications:
Current Medications:
Rx: VITAMIN D 400UNIT/ML 1ml Liquid daily - days, , Ref: 0
Multiple supplements
Medication Allergies:
Allergies:
NKDA

**Objective:**
General: No acute distress, , cooperative
Ears: Ear canals clear, tympanic membranes clear, ossicles normal appearance.



Printed On: 10/03/2018

Page: 1 of 2


Western Connecticut
Health Network

**WCMG Primary Care New Milford Hospital**
21 Elm Street
New Milford, CT 06776-

Patient:        **PILEGGI, EMMA**
DOB/Age/Sex:  9/2/2015    3 years      Female      Admit: 10/17/2018      Disch:    10/17/2018
MRN:  MG05921471

---

| *Miscellaneous Patient Care* |
| --- |

*** Clinical Documentation Content on Following Page ***

---

LEGEND: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Patient Name: PILEGGI, EMMA
Date of Birth: 9/2/2015

MRN: DH01021577; MG05921471
FIN: 0001758944

* Auth (Verified) *

Oct/03/2018 2:52:58 PM                    New Milford Pediatrics 8607995101                              8/22

**Patient Chart**
Pileggi, Emma
**Patient ID: PILEGG0003**
**DOB: 09/02/2015**
Age: 3 years 1 month  Gender: F

Acute sinusitis, 10/18/17, , RA
Well child exam, 10/03/17, , RA
Vaccination not carried out because of caregi ..., 10/03/17, , RA
Encounter for screening for certain developme ..., 10/03/17, , RA
Acute sinusitis, 07/28/17, , RA
Acute sinusitis, 07/20/17, , RA
Well child exam, 05/04/17, , RA
Vaccination not carried out because of caregi ..., 05/04/17, , RA
Encounter for screening for certain developme ..., 05/04/17, , RA
Well child exam, 03/02/17, , RA
Vaccination not carried out because of patien ..., 03/02/17, , RA
Well child exam with abnormal finding, 11/30/16, , RA
Oral mucosa finding, 11/30/16, , RA
Need for prophylactic vaccination against Str ..., 11/30/16, , RA
Upper respiratory infection, 09/21/16, , RA
Allergic rhinitis, 09/21/16, , RA
Acute sinusitis, 09/02/16, , RA
Acute left otitis media, 09/02/16, , RA
Upper respiratory infection, 07/31/16, , RA
Conjunctivitis, 07/31/16, , RA
Sleep problem, 07/12/16, , RA
Need for prophylactic vaccination against Hem ..., 07/12/16, , RA
Well child exam with abnormal finding, 06/30/16, , RA
Sleep problem, 06/30/16, , RA
Need for prophylactic vaccination and inocula ..., 06/30/16, , RA
Acute sinusitis, 06/02/16, , RA
Well child exam with abnormal finding, 06/01/16, , RA
Acute sinusitis, 06/01/16, , RA
Acute right otitis media, 06/01/16, , RA
Acute sinusitis, 04/16/16, , RA
Upper respiratory infection, 03/18/16, , RA
Bronchiolitis, 02/04/16, , RA
Upper respiratory infection, 01/14/16, , RA
Acute sinusitis, 01/01/16, , RA
Acute sinusitis, 12/31/15, , RA
Acute sinusitis, 12/30/15, , RA
Need for prophylactic vaccination against Str ..., 12/10/15, , RA
Need for prophylactic vaccination against Hem ..., 12/10/15, , RA
Infant feeding problem, 12/10/15, , RA
Acute sinusitis, 11/28/15, , RA

Printed On: 10/03/2018                                                                    Page: 2 of 3

Patient Name: PILEGGI, EMMA
Date of Birth: 9/2/2015

MRN: DH01021577; MG05921471
FIN: 0001758944

**\* Auth (Verified) \***

Oct/03/2018 2:52:58 PM                    New Milford Pediatrics 8607995101                    9/22

### Patient Chart
Pileggi, Emma
**Patient ID:** PILEGG0003
**DOB:** 09/02/2015
**Age:** 3 years 1 month  **Gender:** F

Acute sinusitis, 11/12/15, , RA
Well child exam, 11/04/15, , RA
Need for prophylactic vaccination and inocula ..., 11/04/15, , RA
Flatulence, eructation, and gas pain, 10/05/15, , RA
Well child exam, 10/02/15, , RA
Excessive gas, 10/02/15, , RA
Diarrhea, 09/22/15, , RA
Stenosis of nasolacrimal duct, 09/18/15, , RA
Health exam for newborn under 8 days old, 09/04/15, , RA

**Risks**                                                                    **Hospitalizations**

Printed On: 10/03/2018                                                    Page: 3 of 3

Patient Name: PILEGGI, EMMA
Date of Birth: 9/2/2015
MRN: DH01021577; MG05921471
FIN: 0001758944

\* Auth (Verified) \*

Oct/03/2018 2:52:58 PM                    New Milford Pediatrics 8607995101                    10/22

### Progress Notes
Pileggi, Emma
**Patient ID:** PILEGG0003
**DOB:** 09/02/2015
**Age:** 3 years 1 month  **Gender:** F

09/04/2015

---

**Date:** 09/04/15 : 06:13pm
**Title:** WELL BABY/NEWBORN EXAM
**Date of Birth:** 09/02/15

**Vital Signs:**
Pulse: 90
Height: 19", Weight: 6 lbs 4 oz
OFC: 12.75 in

**Subjective:**
This female infant is brought in for newborn evaluation.

**Birth Details:**
Gestation: full term 38
Delivery type: spontaneous vaginal delivery
Materal age: 30
Discharged to home on day: 2
Birth weight: 6lbs 7
Hospital course: uncomplicated
Hepatitis B vaccine in hospital: no
Passed newborn hearing screen: yes
CCHD pass
Group B strep status: negative
Intrapartum antibiotics: no
Lives with sister(s), brother(s), parents
Interim problems since hospital discharge: none

**Intra-Uterine Exposures:** none

**Family History:**
Congenital anomalies: no

**Nutriiton:**
Breast milk: yes  ad lib feeding well
Formula: no
Urine output/wet diapers: normal
Stool concerns: none

**Objective:**
Height Percentile 26.21
Weight Percentile 15.00
General: well appearing term infant in no distress
Congenital anomalies: none
Head: normocephalic, atraumatic
Fontanelles: flat, normal sutures present
Eyes:  conjunctiva clear, sclera non-icteric. Red reflex symmetric and normal.
Ears: EACs clear, TMs clear,
Nose/nares: patent
Mouth: Mucous membranes moist, no mucosal lesions.
Neck: good tone, no adenopathy or masses
Clavicles: intact
Heart: RRR, no murmur
Lungs: CTA bilaterally, no wheezes, rhonchi, rales. Breathing unlabored.
Abdomen: Soft, NT/ND, no HSM, no masses.
Umbilical stump: clean without signs of infection
Genitalia:  normal external genitalia, no hernias
Extremities: No deformities, clubbing, cyanosis, or edema.
Hips: Full passive ROM, no clicks or clunks
Skin: minimal jaundice
Neuro: Normal strength and tone

**Assessment:**
**Diagnosis:** Health exam for newborn under 8 days old : ICD9 = V20.31 / ICD10 = Z00.110

Printed On: 10/03/2018                                                            Page: 1 of 2

Patient Name: PILEGGI, EMMA
Date of Birth: 9/2/2015

MRN: DH01021577; MG05921471
FIN: 0001758944

* Auth (Verified) *

Oct/03/2018 2:52:58 PM          New Milford Pediatrics 8607995101          11/22

## Progress Notes
Pileggi, Emma
**Patient ID:** PILEGG0003
**DOB:** 09/02/2015
**Age:** 3 years 1 month  **Gender:** F

09/04/2015

Parents prefer to postpone Hep B

**Plan:**

Injury Prevention: Discussed car seats. smoke detectors.

Reviewed newborn fever precautions and importance of contacting a physician ASAP for a fever >100.4 degrees. Discouraged treating with APAP or ibuprofen prior to medical evaluation. Encouraged use of rectal thermometer.

**Follow-up:** age 2 weeks

Patient Education Hand-outs given to patient:
\#    Pediatric Advisor: Well Newborn: First Weeks at Home , 06:17PM, Printed

\#     SIGNED BY Roman Alder (RA)      09/04/2015 06:17P

Printed On: 10/03/2018                                    Page: 2 of 2

Patient Name: PILEGGI, EMMA
Date of Birth: 9/2/2015

MRN: DH01021577; MG05921471
FIN: 0001758944

* Auth (Verified) *

Pileggi,Emma [4342519] - DOB: 9/2/2015 - Review Flowsheets

| Component | Latest Ref Rng & Units | 6/1/2018 |
|---|---|---|
| | | 11:45 AM |
| GLUCOSE | 65 - 99 mg/dL | |
| BUN | 3 - 14 mg/dL | |
| CREATININE | 0.20 - 0.73 mg/dL | |
| BUN/Creatinine Ratio | 6 - 22 (calc) | |
| SODIUM | 135 - 146 mmol/L | |
| POTASSIUM | 3.8 - 5.1 mmol/L | |
| CHLORIDE | 98 - 110 mmol/L | |
| CO2 | 20 - 31 mmol/L | |
| Calcium | 8.5 - 10.6 mg/dL | |
| Total Protein | 6.3 - 8.2 g/dL | |
| ALBUMIN | 3.6 - 5.1 g/dL | |
| bulin, Total | 2.0 - 3.8 g/dL (calc) | |
| Albumin/Globulin Ratio | 1.0 - 2.5 (calc) | |
| BILIRUBIN, TOTAL | 0.2 - 0.8 mg/dL | |
| Alkaline Phosphatase | 108 - 317 U/L | |
| AST | 3 - 69 U/L | |
| ALT | 5 - 30 U/L | |
| EPSTEIN-BARR VIRUS AB, VCA IGM | U/mL | |
| EPSTEIN-BARR VIRUS AB, VCA IGG | U/mL | |
| EBV Nuclear Ag Ab | U/mL | |
| Interpretation | | |
| IRON | 25 - 101 mcg/dL | |
| TIBC | 271 - 448 mcg/dL (calc) | |
| Iron Saturation | 8 - 45 % (calc) | |
| ANA SCREEN, IFA | NEGATIVE | |
| ANA TITER | | 1:160 (H) |
| .J Rate by Modified Westergren | mm/h | |
| Ferritin | 5 - 100 ng/mL | |
| Vitamin D, 25-OH, Total, IA | 30 - 100 ng/mL | |
| RHEUMATOID FACTOR | <14 IU/mL | |
| Cyclic Citrullin Peptide Ab | UNITS | |
| Zinc | 29 - 115 mcg/dL | |
| COPPER | 87 - 187 mcg/dL | |
| Manganese, Plasma | <1.2 mcg/L | |
| MAGNESIUM | 1.5 - 2.5 mg/dL | |
| SELENIUM | 40 - 103 mcg/L | |
| IMMUNOGLOBULIN IGA | 24 - 121 mg/dL | |

Printed on 6/15/2018 4:06:31 PM

Page2

Patient Name: PILEGGI, EMMA
Date of Birth: 9/2/2015
MRN: DH01021577; MG05921471
FIN: 0001758944

\* Auth (Verified) \*

Oct/03/2018 2:52:58 PM
Fax Server

New Milford Pediatrics 8607995101
6/1/2018 3:18:26 PM   PAGE   2/006   Fax Server

13/22



Connecticut Children's Specialty Group, Department of
Rheumatology
85 Seymour St
Suite 816
Hartford, CT 06106-3322
TEL: 860-545-9390
FAX: 860-545-9914

Connecticut
Children's
MEDICAL CENTER

June 1, 2018

Roman Alder, MD
4 Main Street
New Milford CT 06776

Patient:      **Emma Pileggi**
MR Number: 4342519
Date of Birth: 9/2/2015
Date of Visit: 6/1/2018

Dear Roman:

I saw your patient Emma Pileggi on 6/1/2018 in consultation per your request for:
1.   JIA (juvenile idiopathic arthritis)

Included below are the progress notes from her visit.

**Subjective:**
**Chief Complaint:** Joint Swelling

**HPI:**
Emma is a 2 y.o. previously healthy partially unvaccinated female here for evaluation
of bilateral knee pain and swelling. She's been having episodic knee swelling
bilaterally for the last several months, not brought to medical attention. Over the past
week however, she has had worsening knee swelling, associated with daytime pain,
night wakening, morning stiffness, and refusing to weight bear over the last few days.
She may be having some low-grade fever, but this has not been well documented.

She has been reporting some ocular pain without redness or photophobia. She has
lost her appetite, and seems to be more tired. She has occasional abdominal pain.
Parents are generally carrying her everywhere now.
Parents largely follow an alternative health approach, involving mostly diet and
supplements. They eschew medication and vaccinations. They are starting a program
to detox heavy metals, which may have been present in the few vaccines she did
receive. Mother is convinced that Emma has Epstein-Barr virus, which is what mother
had in the past, producing a "life threatening illness" before she cured herself based
on a couple of books. Parents are also giving Emma tumeric tea, ionized zinc, various
vitamins, and echinacea.

Emma's past history is negative. Mother had illnesses which she thinks are related to
both Epstein-Barr virus and strep. Father enjoys good health, and 3 siblings aged 8, 5,

Patient Name: PILEGGI, EMMA
Date of Birth: 9/2/2015

MRN: DH01021577; MG05921471
FIN: 0001758944

\* Auth (Verified) \*

Oct/03/2018 2:52:58 PM
**Fax Server**

New Milford Pediatrics 8607995101
6/1/2018 3:18:26 PM  PAGE  3/006  Fax Server

14/22

and 1, are largely healthy. They follow a vegan diet.

## PAST MEDICAL HISTORY:
No past medical history on file.
No past surgical history on file.

## MEDICATIONS:
No outpatient encounter prescriptions on file as of 6/1/2018.

No facility-administered encounter medications on file as of 6/1/2018.

## ALLERGIES:
No Known Allergies

## FAMILY HISTORY:
Family History
Problem                                                    Relation                          Age at Onset
• Psoriasis                                                Maternal Uncle

Mom diagnosed with "chronic lyme disease" which she self diagnosed with "chronic
EBV strep." She is going to a natropath next week to test with "muscle testing." Mom
reports she was previously "dying" with no quality of life and cured herself with medical
medium books.
Dad healthy
3 siblings at home, all healthy, 1, 5, and 9 year olds

**SOCIAL HISTORY:** Emma has no drug history on file. She has no alcohol history on
file. She has no sexual activity history on file.
Social History
• Lives at home with:        Both parents
• Siblings at home?          Yes
• Primary Caregiver          Both parents
• Daycare                    No.
• Pets?                      Yes
• Recent Travel              No

Social History

Social History Narrative
• No narrative on file

Review of Systems
Constitutional: Positive for appetite change and fatigue.
HENT: Negative.
Eyes: Positive for pain.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative.
Musculoskeletal: Positive for arthralgias and joint swelling.
Skin: Negative.
Neurological: Positive for tremors.

Re:Pileggi, Emma - MRN: 4342519

Page 3

Facility: MGPCNMH

Patient Name: PILEGGI, EMMA
Date of Birth: 9/2/2015

MRN: DH01021577; MG05921471
FIN: 0001758944

**\* Auth (Verified) \***

Oct/03/2018 2:52:58 PM
Fax Server

New Milford Pediatrics 8607995101
6/1/2018 3:18:28 PM   PAGE    4/008   Fax Server

15/22

Psychiatric/Behavioral: Positive for sleep disturbance.

**Objective**

Temperature (t) 35.7 °C (96.3 °F), temperature source Tympanic, height 90 cm (2' 11.43"),
weight 12.2 kg (27 lb 0.1 oz).
Physical Exam
Constitutional: She appears well-developed and well-nourished. She does not appear
ill.
HENT:
Mouth/Throat: Mucous membranes are moist.
Eyes: Conjunctivae are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Thyroid normal. No neck adenopathy.
Cardiovascular: Normal rate and regular rhythm.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress.
Abdominal: Scaphoid and soft. She exhibits no distension and no mass. There is no
hepatosplenomegaly. There is no tenderness.
Musculoskeletal: Normal range of motion. She exhibits edema and tenderness.
**She has a mild synovitis of her right fourth PIP joint, and right ankle mostly in
the hindfoot**
**She has 2-3+ swelling of both knees, with 10° flexion contractures, and flexion
of 95° on the right, and 105° on the left**
Lymphadenopathy:
  She has no axillary adenopathy.
Neurological: She is alert. She has normal strength. She displays normal reflexes. No
cranial nerve deficit.
Skin: Skin is warm. No rash noted.

Data/Diagnostic Studies Reviewed:
Laboratory results reviewed and are pertinent for Hematocrit of 29, hemoglobin 8.8,
MCV 70, CRP 37.7 (0.1–1.0) and negative Lyme

**Assessment:**

Emma is a 2 y.o. female with recent onset arthritis involving both knees, right ankle,
and one finger, associated with constitutional symptoms and markedly elevated CRP.
Lyme disease has been effectively ruled out. We are most likely dealing with juvenile
idiopathic arthritis. Further studies will help to define her arthritis better.

Standard of care treatment at this stage, seeing that she is quite disabled, would either
be a combination of nonsteroidals plus short-term prednisone, or bilateral knee
injections under sedation. The latter intervention would provide much quicker relief.
When I presented these 2 options to parents, mother strongly refused to have her
daughter on medication at this time. She feels that her daughter has the same EBV
related illness that she had. They will be seeing a naturopath next week, and would
like to try diet and supplements. I offered to try both approaches, but parents preferred
not to.

**Plan:**

Re:Pileggi, Emma - MRN: 4342519

Page 4

Facility: MGPCNMH

Page 16 of 23

Patient Name: PILEGGI, EMMA                                                                                    MRN: DH01021577; MG05921471
Date of Birth: 9/2/2015                                                                                          FIN: 0001758944

* Auth (Verified) *

Oct/03/2018 2:52:58 PM                        New Milford Pediatrics 8607995101                              16/22
        Fax Server                   6/1/2018 3:18:28 PM   PAGE   5/008   Fax Server

Lab studies today, including several heavy metals at parents request:
Orders Placed This Encounter
Procedures
- Erythrocyte Sediment Rate (ESR)
- Ferritin
- Iron
- Total Iron Binding Capacity
- Vitamin D 25 hydroxy
- Rheumatoid factor
- ANA Screen Reflex Titer
- Cyclic citrul peptide antibody, IgG
- Comprehensive metabolic panel
- Zinc
- COPPER, SERUM
- MANGANESE
- MAGNESIUM
- SELENIUM SERUM
- Epstein-Barr Virus Antibody-3 Panel
- IgA

The family was told to expect a call in 1 week to review results of any laboratory
testing ordered. If the family does not get a call, they know to call us.

**Medications:**
None, at parents insistence


## Patient Instructions

Second floor for blood test
You will be getting a copy of results
Call to discuss results in 1 week
Consider Tylenol for pain in the meantime
Call and come in sooner if she is not improving; we will see her any time

Return in about 4 weeks (around 6/29/2018), or at any time in the interim if Emma
develops new or worsening complaints.

Parents seemed willing to try standard allopathic medication if she is not improving. I
hope that is true




Sincerely,


Lawrence S. Zemel, MD


CC: Roman Alder, MD
4 Main Street
New Milford CT 06776
VIA Facsimile: 860-799-5101

Re:Pileggi, Emma - MRN: 4342519.                                            Page 5


Facility: MGPCNMH                                                                                    Page 17 of 23

Patient Name: PILEGGI, EMMA
Date of Birth: 9/2/2015

MRN: DH01021577; MG05921471
FIN: 0001758944

**\* Auth (Verified) \***

Oct/03/2018 2:52:58 PM          New Milford Pediatrics 8607995101          18/22
    5/29/2018 1:02:55 PM   WCHN    Page 3 of 3



$$860 \\ 545 \\ 9914$$

**New Milford Hospital**
21 Elm Street
New Milford, CT 06776-

| | | | |
|---|---|---|---|
| Patient: | **PILEGGI, EMMA** | | |
| DOB/Age/Sex: 9/2/2015 | 2 years | Female | Location NMRADRAD |
| MRN: | DH01021577 | | Admitting Provider |
| FIN | 0001254995 | | Ordering Provider  Alder,Roman,MD |
| Admit: | 5/29/2018 | | Disch: |
| Consulting Provider: | Alder,Roman,MD | | Copy To:       Alder,Roman,MD |
| | Alder,Roman,MD | | |

---

### Diagnostic Radiology

| Accession | Exam Date/Time | Exam | Ordering Physician |
|---|---|---|---|
| XR-18-131187 | 5/29/2018 12:29 EDT | XR Knee 1 or 2 Views Left | Alder,Roman,MD |

**Reason for Exam**
(XR Knee 1 or 2 Views Left) swelling,

**Report**
LEFT KNEE, TWO VIEWS

HISTORY: Swelling

Two view examination left knee was performed.

Bone mineralization is normal. There is no fracture or dislocation. Joint effusion cannot be excluded. There are prominent soft tissues which may be due to soft tissue swelling.

IMPRESSION
Cannot exclude joint effusion.

Prominent soft tissues which could be due to soft tissue swelling.

\*\*\*\*\* Final \*\*\*\*\*


Dictated by:   Sherman, MD, Stuart
Signed by: Sherman, MD, Stuart
Signed (Electronic Signature):  05/29/2018 12:40 pm
Practice:  Danbury Radiological Associates, PC

Report Request ID:  10903648          Page 1 of 1          Report Date/Time  5/29/2018 13:00 EDT

Patient Name: PILEGGI, EMMA
Date of Birth: 9/2/2015

MRN: DH01021577; MG05921471
FIN: 0001758944

* Auth (Verified) *

Oct/03/2018 2:52:58 PM        New Milford Pediatrics 8607995101        19/22
5/31/2018 6:10:18 PM   WCHN    Page 2 of 3

**Western Connecticut Health Network**

**Danbury Hospital**
**Department of Pathology and Laboratory Medicine**
24 Hospital Avenue, Danbury, CT 06810
CT License # HP-0206,CLIA #07D0101031,BB-1023
Paul Fiedler, MD,FCAP,FASCP-Laboratory Director
For Information and Results 203 739-7306

| | |
|---|---|
| Patient: **PILEGGI, EMMA** | |
| DOB/Age/Sex: 9/2/2015   2 years   Female | Location   DHLPSCNM |
| MRN:        DH01021577 | Attending Physician   Alder,Roman,MD |
| FIN          0001255399 | Copy To:           Alder,Roman,MD |
| Date of Service 5/29/2018 | |
| Consulting Providers | |
|              Alder,Roman,MD | |

---

### Hematology

**CBC and Differential**

| Procedure | WBC | RBC | Hgb | Hct | MCV | MCH | MCHC |
|---|---|---|---|---|---|---|---|
| Units | K/µL | M/µL | g/dL | % | fL | pg | g/dL |
| Reference Range | [5.5-15.5] | [3.80-5.30] | [11.5-13.5] | [34.0-40.0] | [75-87] | [24.0-30.0] | [31.0-36.9] |
| Collected Date/Time | | | | | | | |
| 5/29/2018 13:13 EDT | 10.4 | 4.17 | 8.8 L | 29.1 L | 70 L | 21.1 L | 30.2 L |

| Procedure | RDW CV | RDW SD | Platelets | MPV | NRBC Absolute /100(WBCs) | Neutro % Auto |
|---|---|---|---|---|---|---|
| Units | % | fL | K/µL | fL | | % |
| Reference Range | [11.5-14.5] | [35.0-47.0] | [150-400] | [9.4-12.3] | [0-0] | [17-53] |
| Collected Date/Time | | | | | | |
| 5/29/2018 13:13 EDT | 12.8 | 31.8 L | 465 H | 7.6 L | 0 | 31 i1 |

| Procedure | Neutro Absolute | Lymph % Auto | Lymph Absolute | Mono % Auto | Mono Absolute |
|---|---|---|---|---|---|
| Units | K/µL | % | K/µL | % | K/µL |
| Reference Range | [1.80-6.50] | [30-60] | [2.00-8.00] | [4-12] | [0.00-0.80] |
| Collected Date/Time | | | | | |
| 5/29/2018 13:13 EDT | 3.29 | 54 | 5.60 | 7 | 0.77 |

| Procedure | EOS % Auto | Eos Absolute | BASO % Auto | Baso Absolute | IG % Auto | IG Absolute |
|---|---|---|---|---|---|---|
| Units | % | K/µL | % | K/µL | % | K/µL |
| Reference Range | [0-7] | [0.00-0.40] | [0-2] | [0.00-0.20] | [0-1] | [0.00-0.10] |
| Collected Date/Time | | | | | | |
| 5/29/2018 13:13 EDT | 7 | 0.72 H | 0 | 0.04 | 0 | 0.03 |

Interpretive Data
i1:    Neutro % Auto
       Note: In some cases of cytoses or cytopenia, percentage reference intervals may be discordant with the
       corresponding absolute values. Absolute values must be considered for clinical assessment.

---

LEGEND: e=Corrected, *=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, PL=Performing Lab

Report Request ID:  11218307          Page 1 of 2          Report Date/Time  5/31/2018 18:06 EDT

Patient Name: PILEGGI, EMMA
Date of Birth: 9/2/2015

MRN: DH01021577; MG05921471
FIN: 0001758944

**\* Auth (Verified) \***

Oct/03/2018 2:52:58 PM                    New Milford Pediatrics 8607995101                    20/22
        5/31/2018 6:10:18 PM    WCHN    Page 3 of 3

Patient Name: PILEGGI, EMMA                              MRN DH01021577
FIN        0001255399

| *Immunology-Serology* |
|---|

| Procedure | CRP | Lyme Reflex | Lyme Rflx Inter | Lyme Rflx Note |
|---|---|---|---|---|
| Units | mg/L | ratio | | |
| Reference Range | [0.1-1.0] | [<=0.90] | [Negative] | |
| Collected Date/Time | | | | |
| 5/29/2018 13:13 EDT | 37.7 H | 0.13 | Negative | See Note [f1] |

Result Comments
f1:    Lyme Rflx Note
       Ratio <= 0.90 indicates no significant amount of antibodies to
       B. burgdorferi detected.

       Test Performed with Borrelia VlsE1/pepC10 IgG/IgM Zeus ELISA

LEGEND: e=Corrected, *=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, I=Interp Data, PL=Performing Lab

Report Request ID:   11216307                    Page 2 of 2                    Report Date/Time    5/31/2018 18:06 EDT

Facility: MGPCNMH

 **Western Connecticut Health Network**

**WCMG Primary Care New Milford Hospital**
21 Elm Street
New Milford, CT 06776-

Patient: **PILEGGI, EMMA**
DOB/Age/Sex: 9/2/2015    3 years    Female    Admit: 10/17/2018    Disch: 10/17/2018
MRN: MG05921471

## Office Clinic Notes

Document Type:                          Office Clinic Note Physician
Service Date/Time:                      10/17/2018 14:00 EDT
Result Status:                          Auth (Verified)
Document Subject:                       Arthritis & anemia
Sign Information:                       Laughinghouse,Lindsey,APRN (10/19/2018 18:57 EDT)

### Chief Complaint
2 wk follow up

### History of Present Illness
Patient return for follow up of titration of prednisone. Accompanied by mother. Currently she started taking 2ml daily 2 days again. Mother kept her on 3ml for about 10-12 day, the recommended tapper was for 7 days. Emma is now bearing weight and walking with and without holding objects. Continues to have knee edema and decreased ROM, however edema to ankles and fingers has completely resolved. Mother continues to provided multiple herbal tinctures (specifics unknown, "natural botanicals" was al the information provided). Patient went to physical therapy once, parents did find it helpful, thus has not been back. Parents are helping with muscle strengthening exercise at the pool and with various scooters at home. Mother refuses any more lab work to be drawn at this time.

Please see Dr. Anderson's noted from 2 weeks for further background information:

Please see her last office visit note for the background of this unfortunate child and her recent medical history. Also see the recent emergency department notes. In summary she has had a severe inflammatory arthritis particularly involving both knees, dating back to at least early May 2018. Mom is previously reported that the symptoms seem to begin a week or so after a tick bite although no rash or-like symptoms were noted. Previously seen Dr. Roman Alder theatric here in new Milford. Laboratory studies and exam strongly suggested a severe inflammatory arthritis. She was referred to a pediatric rheumatologist. The parents were evidently very offended that they were referred to a rheumatologist and stated they would never even if seen the rheumatologist had a known that is well with a receiving. They basically refused all of the rheumatologists advice, and refused to schedule follow-up, so the rheumatologist quite appropriately referred the child protective services. Patient's mother states that she actually makes her living from intuitive medicine and she is known all along that the child had to have Epstein-Barr virus as the cause of her symptoms. Evidently there was a positive blood test for Epstein-Barr virus, which of course hardly proves that the Epstein-Barr virus is the cause of the arthritis, although arthritis is an uncommon and usually temporary accompaniment to Epstein-Barr virus infection acutely. As there was no firm diagnosis for this obviously the quite affected child, she had not received any specific treatment for her illness. She was seen in the emergency department about 3 weeks ago and was given a short course of methyl prednisolone pending follow-up with a new primary care physician. She was then seen here 2 weeks ago and placed on methylprednisolone 4 mg once daily which she has been taking since her last visit. Has had negative test for tickborne illness including Lyme disease x2. Thus Lyme disease is quite unlikely, and in addition her presentation would be very unusual for Lyme arthritis. Regardless, given the mother's refusal to consider other treatments, it was decided to treat

### Problem List/Past Medical History
Ongoing
  Anemia
  Arthritis
  Epstein Barr infection
  Joint pain
Historical

### Medications
herbal supplements
prednisoLONE 15 mg/5 mL oral syrup, See Instructions

### Allergies
No Known Medication Allergies

### Social History
Home/Environment - 10/03/2018
  Lives with Mother, Siblings.
Tobacco - 10/03/2018
  Exposure to Secondhand Smoke: No.

### Immunizations
No qualifying data available.

### Lab Results
No qualifying data available.

LEGEND: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Patient Name: PILEGGI, EMMA

DOB: 9/2/2015     MRN: MG05921471

| Office Clinic Notes |
| --- |

her with with 2 weeks of amoxicillin for the possibility of seronegative Lyme arthritis, while the methylprednisolone was discontinued.

Emma has been tolerating the medication well. Some loose stools from the amoxicillin. The swelling in her joints particular to her ankles one finger in both knees has improved notably with the methylprednisolone. She is no longer crying in pain at night. She will now bend and stretch her knee is almost all the way out which she was not doing before she will only stand for short while and still will not walk. We still have not received the records from Dr. Alder. She is been eating and drinking well. She has not had any other symptoms including fevers loss of appetite pharyngitis, red or watery eyes, or rashes.

Reviewing the patient's laboratory work already in the system it is noted that the patient has a persistent but stable anemia with a hemoglobin of 8.6. Her MCV several months ago was 70 and it is 63 now. She follows a vegan diet, and also receives multiple herbal tinctures from her mother. The family does not eat meat at all. These values would strongly suggest an iron deficiency anemia, most likely on a dietary basis. Certainly one could have anemia from inflammatory arthritis as well but that would not usually cause a microcytic anemia. It is possible to get anemia from Epstein-Barr virus as well, although not commonly so, but once again one would not expect a low MCV in that setting, and usually the anemia would resolve on its own within a month or 2. The patient's platelet count is also significantly elevated at 563,000, consistent with systemic inflammation. No family history of anemia or thalassemia. I tried to suggest to mom that the child might be iron deficient but she would not even listen to me insisting that the anemia was all part of the Epstein-Barr virus and she knew the cause and therefore did not need to know anything more about it. It is also noted that at the time of the patient's original laboratory studies the end of May her CRP was 30 times normal, once again not really consistent with a post viral arthritis. Mother absolutely does not want any additional laboratory work done today.

### Review of Systems
As listed above in HPI. No fevers, chills, fatigue, or abnormal activity level. Eating well without nausea, diarrhea , or vomiting. There is been no rectal bleeding melena or any other unusual bleeding. The child has not been short of breath or coughing. There have been no urinary symptoms or hematuria. Sleeping well with no crying is indications of pain.

### Physical Exam

Vitals & Measurements
**BP:** 100/66
**WT:** 11.9 kg  **WT:** 11.9 kg
Peripheral Pulse Rate: 104 bpm High

Well-developed actually quite happy appearing child in no acute distress. Walking around the room without furniture holding, knees remains in a slightly bend position. No swelling or erythema to fingers or ankles. Residual swelling but without obvious effusion to bilateral knees. No feet swelling. Pharynx is normal. Eyes show the normal show normal sclerae and conjunctivae. Pupils are equal round and reactive to light. Neck is supple without palpable masses or lymphadenopathy. Thyroid is not palpably enlarged. Lungs are clear to auscultation and heart rhythm was regular at 102 apically. No murmur, rub, or gallop was appreciated.
**Depression Screening**
No qualifying data available.

Patient Name: PILEGGI, EMMA                                  DOB: 9/2/2015    MRN: MG05921471

---

### Office Clinic Notes

---

#### Assessment/Plan

1. Anemia (D64.9)
   as above. We can try addressing the issue of the anemia gradually over time, as it is not a pressing matter. Mother continues to refuse blood work at this time and actually it probably would not provide much benefit as the patient's mother is not interested in addressing this issue at this time.

2. Arthritis (M19.90)
   Inflammatory arthritis which has now been present for at least 4 months. This continues to be a very challenging case given the patient's mother's unusual health beliefs which border on delusional. Case has already been reported to protective services, by Rheumatologist (Dr. Zemel) and past pediatrician Dr. Adler. There was no record of this in Dr. Adler's notes and/or Rheumatologist consult note, thus this was further confirmed via phone call with Dr. Adler today, whom did confirm that himself and Dr. Zemel reported case to protective services. At this point, after further discussion with Dr. Peter Anderson, since this case has already been reported to protective services there would be no added benefit to do so again. In fact currently the patient is improving and continue to develop a therapeutic relationship. Patient is certainly improving on the steroids, however I do have concern that it will reoccur once completely tapered off. The lack of a definite diagnosis remains concerning. The patient's mother is well aware of the potential downsides to steroids, particularly for longer periods of time.
   Will tapper 2ml x 7 days, 1ml x 7 days, and 0.5ml x 7 days. Will follow up for further assessment in 1 month or PRN.

Electronically Signed on 10/19/18 06:57 PM

---

Laughinghouse, Lindsey, APRN

---


## Western Connecticut Health Network

**WCMG Primary Care New Milford Hospital**
21 Elm Street
New Milford, CT 06776-

Patient:      **PILEGGI, EMMA**
DOB/Age/Sex:  9/2/2015      3 years      Female      Admit: 10/17/2018      Disch:   10/17/2018
MRN:  MG05921471

---

## Office Clinic Notes

Document Type:                    Office Clinic Note Physician
Service Date/Time:                10/17/2018 14:00 EDT
Result Status:                    Auth (Verified)
Document Subject:                 Arthritis & anemia
Sign Information:                 Laughinghouse,Lindsey,APRN (10/19/2018 18:57 EDT)

### Chief Complaint
2 wk follow up

### History of Present Illness
Patient return for follow up of titration of prednisone. Accompanied by mother. Currently she started taking 2ml daily 2 days again. Mother kept her on 3ml for about 10-12 day, the recommended tapper was for 7 days. Emma is now bearing weight and walking with and without holding objects. Continues to have knee edema and decreased ROM, however edema to ankles and fingers has completely resolved. Mother continues to provided multiple herbal tinctures (specifics unknown, "natural botanicals" was al the information provided). Patient went to physical therapy once, parents did find it helpful, thus has not been back. Parents are helping with muscle strengthening exercise at the pool and with various scooters at home. Mother refuses any more lab work to be drawn at this time.

Please see Dr. Anderson's noted from 2 weeks for further background information:

Please see her last office visit note for the background of this unfortunate child and her recent medical history. Also see the recent emergency department notes. In summary she has had a severe inflammatory arthritis particularly involving both knees, dating back to at least early May 2018. Mom is previously reported that the symptoms seem to begin a week or so after a tick bite although no rash or-like symptoms were noted. Previously seen Dr. Roman Alder theatric here in new Milford. Laboratory studies and exam strongly suggested a severe inflammatory arthritis. She was referred to a pediatric rheumatologist. The parents were evidently very offended that they were referred to a rheumatologist and stated they would never even if seen the rheumatologist had a known that is well with a receiving. They basically refused all of the rheumatologists advice, and refused to schedule follow-up, so the rheumatologist quite appropriately referred the child protective services. Patient's mother states that she actually makes her living from intuitive medicine and she is known all along that the child had to have Epstein-Barr virus as the cause of her symptoms. Evidently there was a positive blood test for Epstein-Barr virus, which of course hardly proves that the Epstein-Barr virus is the cause of the arthritis, although arthritis is an uncommon and usually temporary accompaniment to Epstein-Barr virus infection acutely. As there was no firm diagnosis for this obviously the quite affected child, she had not received any specific treatment for her illness. She was seen in the emergency department about 3 weeks ago and was given a short course of methyl prednisolone pending follow-up with a new primary care physician. She was then seen here 2 weeks ago and placed on methylprednisolone 4 mg once daily which she has been taking since her last visit. Has had negative test for tickborne illness including Lyme disease x2. Thus Lyme disease is quite unlikely, and in addition her presentation would be very unusual for Lyme arthritis. Regardless, given the mother's refusal to consider other treatments, it was decided to treat

### Problem List/Past Medical History
Ongoing
  Anemia
  Arthritis
  Epstein Barr infection
  Joint pain
Historical

### Medications
  herbal supplements
  prednisoLONE 15 mg/5 mL oral syrup, See
  Instructions

### Allergies
No Known Medication Allergies

### Social History
  Home/Environment - 10/03/2018
    Lives with Mother, Siblings.
  Tobacco - 10/03/2018
    Exposure to Secondhand Smoke: No.

### Immunizations
No qualifying data available.

### Lab Results
No qualifying data available.

---

LEGEND: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

 **Western Connecticut Health Network**

**WCMG Primary Care New Milford Hospital**
21 Elm Street
New Milford, CT 06776-

Patient:     **PILEGGI, EMMA**
DOB/Age/Sex:  9/2/2015     3 years          Female        Admit: 10/3/2018        Disch:  10/3/2018
MRN:  MG05921471

---

## Office Clinic Notes

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Sign Information:

Office Clinic Note Physician
10/3/2018 15:40 EDT
Auth (Verified)
Inflammatory arthritis and anemia
Anderson,Peter,MD (10/3/2018 15:41 EDT)

### Chief Complaint
follow up of EBV, she completed prednisone this morning and is still taking abx; she has had soft light stools, in the past 2 days, Mom started her on raw diet which improved her BMs, she did start PT, she is still unable to stand

### History of Present Illness
Please see her last office visit note for the background of this unfortunate child and her recent medical history.  Also see the recent emergency department notes.  In summary she has had a severe inflammatory arthritis particularly involving both knees, dating back to at least early May 2018.  Mom is previously reported that the symptoms seem to begin a week or so after a tick bite although no rash or-like symptoms were noted.  Previously seen Dr. Roman Alder theatric here in new Milford.  Laboratory studies and exam strongly suggested a severe inflammatory arthritis.  She was referred to a pediatric rheumatologist.  The parents were evidently very offended that they were referred to a rheumatologist and stated they would never even if seen the rheumatologist had a known that is well with a receiving.  They basically refused all of the rheumatologist's advice, and refused to schedule follow-up, so the rheumatologist quite appropriately referred the child protective services.  Patient's mother states that she actually makes her living from intuitive medicine and she is known all along that the child had to have Epstein-Barr virus as the cause of her symptoms.  Evidently there was a positive blood test for Epstein-Barr virus, which of course hardly proves that the Epstein-Barr virus is the cause of the arthritis, although arthritis is an uncommon and usually temporary accompaniment to Epstein-Barr virus infection acutely.  As there was no firm diagnosis for this obviously the quite affected child, she had not received any specific treatment for her illness.  She was seen in the emergency department about 3 weeks ago and was given a short course of methyl prednisolone pending follow-up with a new primary care physician.  She was then seen here 2 weeks ago and placed on methylprednisolone 4 mg once daily which she has been taking since her last visit.  Has had negative test for tickborne illness including Lyme disease x2.  Thus Lyme disease is quite unlikely, and in addition her presentation would be very unusual for Lyme arthritis.  Regardless, given the mother's refusal to consider other treatments, it was decided to treat her with with 2 weeks of amoxicillin for the possibility of seronegative Lyme arthritis, while the methylprednisolone was discontinued.

Emma has been tolerating the medication well.  Some loose stools from the amoxicillin.  The swelling in her joints particular to her ankles one finger in both knees has improved notably with the methylprednisolone.  She is no longer crying in pain at night.  She will now bend and stretch her knee is almost all the way out which she was not doing before she will only stand for short while and still will not walk.  We still have not received the records from Dr. Alder.  She is been eating and drinking well.  She has not had any other symptoms including fevers loss of appetite pharyngitis, red or watery eyes, or rashes.

### Problem List/Past Medical History
Ongoing
  Epstein Barr infection
Historical

### Medications
  herbal supplements
  prednisoLONE 15 mg/5 mL oral syrup, See
    Instructions

### Allergies
No Known Medication Allergies

### Social History
  Home/Environment - 10/03/2018
    Lives with Mother, Siblings.
  Tobacco - 10/03/2018
    Exposure to Secondhand Smoke: No.

### Immunizations
No qualifying data available.

### Lab Results
No qualifying data available.

---

LEGEND: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Patient Name: PILEGGI, EMMA                                    DOB: 9/2/2015    MRN: MG05921471

| Office Clinic Notes |
|---|

Reviewing the patient's laboratory work already in the system it is noted that the patient has a persistent but stable anemia with a hemoglobin of 8.6. Her MCV several months ago was 70 and it is 63 now. She follows a vegan diet, and also receives multiple herbal tinctures from her mother. The family does not eat meat at all. These values would strongly suggest an iron deficiency anemia, most likely on a dietary basis. Certainly one could have anemia from inflammatory arthritis as well but that would not usually cause a microcytic anemia. It is possible to get anemia from Epstein-Barr virus as well, although not commonly so, but once again one would not expect a low MCV in that setting, and usually the anemia would resolve on its own within a month or 2. The patient's platelet count is also significantly elevated at 563,000, consistent with systemic inflammation. No family history of anemia or thalassemia. I tried to suggest to mom that the child might be iron deficient but she would not even listen to me insisting that the anemia was all part of the Epstein-Barr virus and she knew the cause and therefore did not need to know anything more about it. It is also noted that at the time of the patient's original laboratory studies the end of May her CRP was 30 times normal, once again not really consistent with a post viral arthritis. Mother absolutely does not want any additional laboratory work done today.

**Review of Systems**
As listed above. There is been no rectal bleeding melena or any other unusual bleeding. The child has not been short of breath or coughing. There have been no urinary symptoms or hematuria.

**Physical Exam**

Vitals & Measurements
**WT:** 12.0 kg
No qualifying data available.
Well-developed actually quite happy appearing child in no acute distress. There is some residual swelling of her right fourth finger and there is residual swelling of both knees but without obvious effusion now. There is no obvious swelling of her ankles or feet. Pharynx is normal. Eyes show the normal show normal sclerae and conjunctivae. Pupils are equal round and reactive to light. Neck is supple without palpable masses or lymphadenopathy. Thyroid is not palpably enlarged. Lungs are clear to auscultation and percussion heart rhythm was regular at 120 apically. No murmur, rub, or gallop was appreciated.
**Depression Screening**
No qualifying data available.

**Assessment/Plan**
1. Arthritis (M19.90)
  Inflammatory arthritis which has now been present for at least 4 months. This is a very challenging case given the patient's mother's unusual health beliefs which border on the delusional. Case has already been reported to protective services, which I would certainly do myself had it not been done already. At this point we are trying to form the best therapeutic relationship we can with the patient's mother and her family in the hopes of doing the best we can for this unfortunate child. The lack of a definite diagnosis is certainly a concern, but she is clearly responding to the methylprednisolone. The patient's mother certainly seems well aware of the potential downsides to steroids, particularly for longer periods of time.
Ordered:
Office Visit Level 4 Est 99214
Return to Clinic

LEGEND: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

 **Western Connecticut Health Network**

**WCMG Primary Care New Milford Hospital**
21 Elm Street
New Milford, CT 06776-

Patient:    **PILEGGI, EMMA**
DOB/Age/Sex: 9/2/2015    3 years    Female    Admit: 10/3/2018    Disch:    10/3/2018
MRN:   MG05921471

---

## *Office Clinic Notes*

Document Type:                                    Office Clinic Note Physician
Service Date/Time:                                10/3/2018 15:40 EDT
Result Status:                                    Auth (Verified)
Document Subject:                                 Inflammatory arthritis and anemia
Sign Information:                                 Anderson,Peter,MD (10/3/2018 15:41 EDT)

### Chief Complaint
follow up of EBV, she completed prednisone this morning and is still taking abx; she has had soft light stools, in the past 2 days, Mom started her on raw diet which improved her BMs, she did start PT, she is still unable to stand

### History of Present Illness
Please see her last office visit note for the background of this unfortunate child and her recent medical history.  Also see the recent emergency department notes.  In summary she has had a severe inflammatory arthritis particularly involving both knees, dating back to at least early May 2018.  Mom is previously reported that the symptoms seem to begin a week or so after a tick bite although no rash or-like symptoms were noted.  Previously seen Dr. Roman Alder theatric here in new Milford.  Laboratory studies and exam strongly suggested a severe inflammatory arthritis.  She was referred to a pediatric rheumatologist.  The parents were evidently very offended that they were referred to a rheumatologist and stated they would never even if seen the rheumatologist had a known that is well with a receiving. They basically refused all of the rheumatologist's advice, and refused to schedule follow-up, so the rheumatologist quite appropriately referred the child protective services.  Patient's mother states that she actually makes her living from intuitive medicine and she is known all along that the child had to have Epstein-Barr virus as the cause of her symptoms. Evidently there was a positive blood test for Epstein-Barr virus, which of course hardly proves that the Epstein-Barr virus is the cause of the arthritis, although arthritis is an uncommon and usually temporary accompaniment to Epstein-Barr virus infection acutely. As there was no firm diagnosis for this obviously the quite affected child, she had not received any specific treatment for her illness.  She was seen in the emergency department about 3 weeks ago and was given a short course of methyl prednisolone pending follow-up with a new primary care physician.  She was then seen here 2 weeks ago and placed on methylprednisolone 4 mg once daily which she has been taking since her last visit.  Has had negative test for tickborne illness including Lyme disease x2.  Thus Lyme disease is quite unlikely, and in addition her presentation would be very unusual for Lyme arthritis. Regardless, given the mother's refusal to consider other treatments, it was decided to treat her with with 2 weeks of amoxicillin for the possibility of seronegative Lyme arthritis, while the methylprednisolone was discontinued.

Emma has been tolerating the medication well.  Some loose stools from the amoxicillin. The swelling in her joints particular to her ankles one finger in both knees has improved notably with the methylprednisolone.  She is no longer crying in pain at night.  She will now bend and stretch her knee is almost all the way out which she was not doing before she will only stand for short while and still will not walk.  We still have not received the records from Dr. Alder.  She is been eating and drinking well.  She has not had any other symptoms including fevers loss of appetite pharyngitis, red or watery eyes, or rashes.

### Problem List/Past Medical History
Ongoing
  Epstein Barr infection
Historical

### Medications
  herbal supplements
  prednisoLONE 15 mg/5 mL oral syrup, See
    Instructions

### Allergies
No Known Medication Allergies

### Social History
  Home/Environment - 10/03/2018
    Lives with Mother, Siblings.
  Tobacco - 10/03/2018
    Exposure to Secondhand Smoke: No.

### Immunizations
No qualifying data available.

### Lab Results
No qualifying data available.

---

LEGEND: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Patient Name: PILEGGI, EMMA                              DOB: 9/2/2015    MRN: MG05921471

---

## Office Clinic Notes

2. Anemia (D64.9)
  as above. We can try addressing the issue of the anemia gradually over time, as it is not
  a pressing matter.
Ordered:
Office Visit Level 4 Est 99214

Orders:
prednisoLONE, See Instructions, 3 mL Oral Daily x 7 days, then 2 ml daily x 7 days, # 60
mL, 0 Refill(s), Pharmacy: CVS/pharmacy #0822
We will continue with methyl prednisolone but decrease to 3 mg once daily for 1 week then
2 mg once daily then follow-up with us again. I again advised taking another 2 weeks of
amoxicillin to cover for the possibility of Lyme arthritis (up 30 days treatment, should she in
fact have it, although that is unlikely) but her mother refused as previously discussed.   It
would not seem that referring this patient to protective services again would be of much
benefit if no action was taken after the initial referral. Additionally, it would only serve to
alienate the patient's mother further, and thus in my opinion further jeopardize the health of
this little girl even further.

I spoke with Dr. Alder after the patient's visit to obtain the records that he has on her thus
far, which are chiefly the results of his initial evaluation and the rheumatology consultation.
 His impression of the patient and the situation is the same as ours. He reports that his
office had not received a request for release of information. As this information will be
transferred from one health care provider to another providing care for the patient
no release is required under HIPPA.

Electronically Signed on 10/03/18 03:41 PM

---

Anderson, Peter, MD

 **Western Connecticut Health Network**

**WCMG Primary Care New Milford Hospital**
21 Elm Street
New Milford, CT 06776-

Patient:  **PILEGGI, EMMA**
DOB/Age/Sex:  9/2/2015   3 years   Female   Admit: 9/19/2018   Disch:  9/19/2018
MRN:  MG05921471

## *Office Clinic Notes*

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Sign Information:

Office Clinic Note Physician
9/19/2018 14:00 EDT
Auth (Verified)
New PT; Joint swelling
Laughinghouse,Lindsey,APRN (9/21/2018 19:31 EDT)

### Chief Complaint
pt is here to establish care

### History of Present Illness
This is a 3-year-old female who presents with her mother and father in order to establish care.  Patient was previously a patient of Dr. Alder.  Past medical records requested.  Patient's family is anti-vaccinations and Western medicine.  Mother is a "medical intuitive" which she explains as "I can diagnosis and determine someone's medical conditions by looking at them and reading their spirit".  Patient has 3 other siblings, 2 older, 1 younger. Patient is partially immunized, however mother & father unable to report what immunizations she has or has not received.  Patient was full term, 37 weeks, weighed 6.5 pounds no reports of any delivery problems or problems during the pregnancy.

Parents report patient had a small embedded nymph tick in June 2018. Parents fully remove the tick (it was not sent out for testing) and about 1 week following removal patient suddenly developed severe swelling/redness/pain to bilateral knees and was unable to fully bear weight, parents state at this point she was limping around.  Prior to this incident patient was meeting all of her milestones and developmentally on target for her age.  Parents immediately went to past primary care doctor who did blood work (specific blood work unknown by parents). Report doctor would not discuss the blood work over the phone and sent them to a "specialist" in Hartford. They followed the doctors advise and were seen by a rheumatologist. They immediately became extremely upset/frustrated because "if they knew they were seeing a rheumatologist that would have not gone to that appointment".

The parents were told via the Hartford Pediatric Rheumatologist (name unknown) that the patient has juvenile idiopathic arthritis and the doctor wanted to start an array of medications as well as drain both of the patient's knees.  Parents refused and the mother insisted that she be tested for EBV and heavy metals.  Per the mother, EBV and heavy metals were positive (specifics unknown).  Patient's reports that she has been tested for Lyme disease/tick panel (June, 3 weeks ago and at New Milford Hospital on 9/11/2018) all have been negative.

Parent then took patient to see Integrative Pediatrician in Milford, CT Dr. Diane Lopusny, who was treating her with a number of homeopathic remedies via the help of the mother:
Lemon balm
California Poppy
Nettles
Esthor C
Lysine

### Problem List/Past Medical History
Ongoing
  Epstein Barr infection
Historical

### Medications
  amoxicillin 400 mg/5 mL oral liquid, 200 mg= 2.5 mL, Oral, every 8 hr
  herbal supplements
  prednisoLONE 15 mg/5 mL oral syrup, 12 mg= 4 mL, Oral, Daily

### Allergies
No Known Medication Allergies

### Social History
  Tobacco - 07/17/2018
    Exposure to Secondhand Smoke: No.

### Immunizations
No qualifying data available.

### Lab Results

| Test Name | Test Result | Date/Time | Comments |
|---|---|---|---|
| Sodium Lvl | 139 mmol/L | 09/11/2018 12:01 EDT | |
| Potassium Lvl | 4.9 mmol/L | 09/11/2018 12:01 EDT | |
| Chloride Lvl | 101 mmol/L (Low) | 09/11/2018 12:01 EDT | |
| HCO3 (TCO2) | 20 mmol/L | 09/11/2018 12:01 EDT | |
| Anion Gap | 18 mmol/L | 09/11/2018 12:01 EDT | |

LEGEND: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Patient Name: PILEGGI, EMMA                          DOB: 9/2/2015    MRN: MG05921471

## Office Clinic Notes

| | Test Name | Test Result | Date/Time | Comments |
|---|---|---|---|---|
| Magnesium | BUN | 6 mg/dL (Low) | 09/11/2018 12:01 EDT | · |
| Melatonin | | | | |
| Tumeric | Creatinine Lvl | 0.18 mg/dL (Low) | 09/11/2018 12:01 EDT | |
| Passion flower | | | | |
| milk thistle | | | | |
| colloidal siluer | Glucose Lvl | 81 mg/dL | 09/11/2018 12:01 EDT | Fasting reference interval |

Magnesium
Melatonin
Tumeric
Passion flower
milk thistle
colloidal siluer

Parents report Dr. Lopusny advised patient to be reassessed at a tick clinic "Waves". Parents are unable to afford to go to clinic, but are interested in trying an empirical lyme treatment.

Throughout this process the family relocated to Washington, CT and they believe the new home is contaminated with mold. Patient and mother moved out of this home into her grandparent's home about 3 days ago. They believe the mold was potentially adding and worsening to patients symptoms. Parents believe that she has "triggered arthritis from the tick bite which activated the Epstein-Barr virus".
Since moving into the house that has mold (about 1 month ago) parents report patient is no longer ambulating or weightbearing AT ALL. She has significant swelling/redness/warmth to bilateral knees and recently started to have swelling to bilateral ankles. Parents also report swelling/warmth/redness to the right ring finger and left middle finger PIP joint over the last 2 weeks.
During the day the patient is active, cheerful, happy and scoots around on her bottom. At night she is crying, thrashing and horrifically uncomfortable generally not sleeping at all due to pain. Parents deny fevers. Mother also states that she eats a very specific diet, vegetarian only and has been eating normally, no vomiting or diarrhea.

On 9/11/2018 they went to New Milford ED per her past pediatrician's office recommendation (she was not in the office). She was willing to try steroids for 5 days. Parents states that patient was sleeping while on steroids, and the swelling appeared to improve, however started to increase immediately after 5 days. Tick Panel was negative and EBV does not appear to have been drawn in ED.

See New Milford ED Note from 9/1//2018:
"Patient presents with joint pain and swelling for the last 4-6 weeks. Mother states that she has a known history of EBV and heavy metal exposure. It is unclear what is causing the swelling and mother is quite insistent she does not want intervention which she would not approve of. She was willing to try steroids to see if this might help with the swelling as well as the patient's pain although the patient did not appear to be in acute pain or toxic appearing. She does have an appointment in 2 days to see her PCP. Laboratory testing showed an anemia which most mother states is baseline. Tick panel and EBV was drawn"

### Review of Systems
As noted per HPI.

### Physical Exam

Vitals & Measurements
**HR:** 130(Apical) **BP:** 83/40
**HT:** 91 cm **WT:** 12.2 kg **WT:** 12.2 kg
No qualifying data available.
Is an alert and active child, in no acute distress, nontoxic appearing, appropriate with interaction with myself in parents. Patient was playing with homemade putty and tongue

| Test Name | Test Result | Date/Time | Comments |
|---|---|---|---|
| BUN | 6 mg/dL (Low) | 09/11/2018 12:01 EDT | · |
| Creatinine Lvl | 0.18 mg/dL (Low) | 09/11/2018 12:01 EDT | |
| Glucose Lvl | 81 mg/dL | 09/11/2018 12:01 EDT | Fasting reference interval |
| Calcium Lvl | 9.9 mg/dL | 09/11/2018 12:01 EDT | |
| Magnesium Lvl | 2.2 mg/dL | 09/11/2018 12:01 EDT | |
| Bilirubin Total | 0.2 mg/dL | 09/11/2018 12:01 EDT | |
| Alk Phos | 147 U/L | 09/11/2018 12:01 EDT | |
| ALT | 9 U/L (Low) | 09/11/2018 12:01 EDT | |
| AST | 30 U/L | 09/11/2018 12:01 EDT | |
| Creatine Kinase | 37 U/L | 09/11/2018 12:01 EDT | |
| WBC | 11.3 K/µL | 09/11/2018 12:01 EDT | |
| RBC | 4.66 M/µL | 09/11/2018 12:01 EDT | |
| Hgb | 8.6 g/dL (Low) | 09/11/2018 12:01 EDT | |
| Hct | 29.3 % (Low) | 09/11/2018 12:01 EDT | |
| MCV | 63 fL (Low) | 09/11/2018 12:01 EDT | |

---

LEGEND: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab



**Western Connecticut Health Network**

**WCMG Primary Care New Milford Hospital**
21 Elm Street
New Milford, CT 06776-

| | | | | | |
|---|---|---|---|---|---|
| Patient: | **PILEGGI, EMMA** | | | | |
| DOB/Age/Sex: | 9/2/2015 | 3 years | Female | Admit: 9/19/2018 | Disch:  9/19/2018 |
| MRN: | MG05921471 | | | | |

---

### *Office Clinic Notes*

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Sign Information:

Office Clinic Note Physician
9/19/2018 14:00 EDT
Auth (Verified)
New PT; Joint swelling
Laughinghouse,Lindsey,APRN (9/21/2018 19:31 EDT)

#### Chief Complaint
pt is here to establish care

#### History of Present Illness
This is a 3-year-old female who presents with her mother and father in order to establish care. Patient was previously a patient of Dr. Alder. Past medical records requested. Patient's family is anti-vaccinations and Western medicine. Mother is a "medical intuitive" which she explains as "I can diagnosis and determine someone's medical conditions by looking at them and reading their spirit". Patient has 3 other siblings, 2 older, 1 younger. Patient is partially immunized, however mother & father unable to report what immunizations she has or has not received. Patient was full term, 37 weeks, weighed 6.5 pounds no reports of any delivery problems or problems during the pregnancy.

Parents report patient had a small embedded nymph tick in June 2018. Parents fully remove the tick (it was not sent out for testing) and about 1 week following removal patient suddenly developed severe swelling/redness/pain to bilateral knees and was unable to fully bear weight, parents state at this point she was limping around. Prior to this incident patient was meeting all of her milestones and developmentally on target for her age. Parents immediately went to past primary care doctor who did blood work (specific blood work unknown by parents). Report doctor would not discuss the blood work over the phone and sent them to a "specialist" in Hartford. They followed the doctors advise and were seen by a rheumatologist. They immediately became extremely upset/frustrated because "if they knew they were seeing a rheumatologist that would have not gone to that appointment".

The parents were told via the Hartford Pediatric Rheumatologist (name unknown) that the patient has juvenile idiopathic arthritis and the doctor wanted to start an array of medications as well as drain both of the patient's knees. Parents refused and the mother insisted that she be tested for EBV and heavy metals. Per the mother, EBV and heavy metals were positive (specifics unknown). Patient's reports that she has been tested for Lyme disease/tick panel (June, 3 weeks ago and at New Milford Hospital on 9/11/2018) all have been negative.

Parent then took patient to see Integrative Pediatrician in Milford, CT Dr. Diane Lopusny, who was treating her with a number of homeopathic remedies via the help of the mother:
Lemon balm
California Poppy
Nettles
Esthor C
Lysine

#### Problem List/Past Medical History
Ongoing
    Epstein Barr infection
Historical

#### Medications
amoxicillin 400 mg/5 mL oral liquid, 200 mg=
    2.5 mL, Oral, every 8 hr
herbal supplements
prednisoLONE 15 mg/5 mL oral syrup, 12
    mg= 4 mL, Oral, Daily

#### Allergies
No Known Medication Allergies

#### Social History
Tobacco - 07/17/2018
    Exposure to Secondhand Smoke: No.

#### Immunizations
No qualifying data available.

#### Lab Results

| Test Name | Test Result | Date/Time | Comments |
|---|---|---|---|
| Sodium Lvl | 139 mmol/L | 09/11/2018 12:01 EDT | |
| Potassium Lvl | 4.9 mmol/L | 09/11/2018 12:01 EDT | |
| Chloride Lvl | 101 mmol/L (Low) | 09/11/2018 12:01 EDT | |
| HCO3 (TCO2) | 20 mmol/L | 09/11/2018 12:01 EDT | |
| Anion Gap | 18 mmol/L | 09/11/2018 12:01 EDT | |

---

LEGEND: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Patient Name: PILEGGI, EMMA                                    DOB: 9/2/2015    MRN: MG05921471

## Office Clinic Notes

depressors which I gave her. Her head is atraumatic and normocephalic. PERRLA, equal ocular eye movements intact, conjunctiva and sclera are clear, TMs are clear without erythema or fluid, no nasal discharge, moist mucous membranes, pharynx is clear without erythema or exudate. Neck is supple, no cervical adenopathy, no stridor. Regular heart rate and rhythm, no murmurs, clicks, rubs, gallops, S1/S2 appreciated. Normal respiratory effort, no retractions. Breath sounds are equal bilateral and clear to auscultation in all lung fields, no wheezes, rales, rhonchi or crackles.

Obvious swelling of both knees, right ring finger, left middle finger, both ankles. Right ring finger erythema, no other erythema overlying the swelling. She is unable to straighten her knees although does not appear to be distressed and on palpation there was no tenderness. Normal distal pulses. Patient alert and interactive with the environment, no focal deficits. No rash, well hydrated.

**Depression Screening**
No qualifying data available.

### Assessment/Plan
1. Joint pain (M25.50)
2. Joint swelling (M25.40)

Unknown etiology of joint swelling at this time. Requested past medical records which family will get me next week. Though the tick panel has been negative 3 times and we would expect it to be positive given the length of the time from the tick bite I do not think it is unreasonable to trial a 2 week period of amoxicillin, parents are willing and interested. Strongly encourage patients to reinitiate prednisone as it did decrease the swelling and aide with overall comfort of the patient. Patient did agree to prednisone at this time but strongly refused patient to be on prednisone for an extended period of time. After significant conversation we did agree on 2 weeks of amoxicillin and 2 weeks of steroid. At which time we will reassess and determine the patient's status, hopefully with past medical records/labs in hand in order to determine further plan of action.

### Encounter timing:

Total time of encounter 45 minutes

Greater than 80 percent of the visit was spent reviewing history, patient beliefs, and developing a plan that was both appropriate for the patient and per the parents.

| Test Name | Test Result | Date/Time | Comments |
|---|---|---|---|
| MCH | 18.5 pg (Low) | 09/11/2018 12:01 EDT | |
| MCHC | 29.4 g/dL (Low) | 09/11/2018 12:01 EDT | |
| RDW CV | 15.1 % (High) | 09/11/2018 12:01 EDT | |
| RDW SD | 33.6 fL (Low) | 09/11/2018 12:01 EDT | |
| Platelets | 563 K/µL (High) | 09/11/2018 12:01 EDT | |
| MPV | 7.1 fL (Low) | 09/11/2018 12:01 EDT | |
| Neutro % Auto | 48 % | 09/11/2018 12:01 EDT | Note: In some cases of cytoses or cytopenia, percentage reference intervals may be discordant with the corresponding absolute values. Absolute values must be considered for clinical assessment. |
| Neutro Absolute | 5.44 K/µL | 09/11/2018 12:01 EDT | |

LEGEND: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Patient Name:  PILEGGI, EMMA                          DOB: 9/2/2015    MRN: MG05921471

## *Office Clinic Notes*

| Test Name | Test Result | Date/Time | Comments |
|---|---|---|---|
| Lymph % Auto | 39 % | 09/11/2018 12:01 EDT | |
| Lymph Absolute | 4.46 K/µL | 09/11/2018 12:01 EDT | |
| Mono % Auto | 8 % | 09/11/2018 12:01 EDT | |
| Mono Absolute | 0.96 K/µL (High) | 09/11/2018 12:01 EDT | |
| EOS % Auto | 4 % | 09/11/2018 12:01 EDT | |
| Eos Absolute | 0.43 K/µL (High) | 09/11/2018 12:01 EDT | |
| BASO % Auto | 0 % | 09/11/2018 12:01 EDT | |
| Baso Absolute | 0.04 K/µL | 09/11/2018 12:01 EDT | |
| Lyme Reflex | 0.18 ratio | 09/11/2018 12:01 EDT | |
| Lyme Rflx Inter | Negative UA | 09/11/2018 12:01 EDT | |
| Lyme Rflx Note | See Note | 09/11/2018 12:01 EDT | Ratio &lt;= 0.90 indicates no significant amount of antibodies to<br/><br/>B. burgdorferi detected.<br/><br/><br/> |

LEGEND: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:  43713561              Page 4 of 5           Print Date/Time:  3/26/2019 11:37 EDT

Patient Name:  PILEGGI, EMMA                                    DOB: 9/2/2015     MRN: MG05921471

---

## *Office Clinic Notes*

| Test Name | Test Result | Date/Time | Comments |
|---|---|---|---|
|  |  |  | <br/>Test Performed with Borrelia VlsE1/pepC10 IgG/IgM Zeus ELISA |

No qualifying data available.

Electronically Signed on 09/21/18 07:31 PM

---

Laughinghouse, Lindsey, APRN

---

LEGEND: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab

Report Request ID:   43713561                    Page 5 of 5             Print Date/Time:   3/26/2019 11:37 EDT

**APPEARANCE**
**JUVENILE MATTERS**

JD-JM-13   Rev. 8-16
C.G.S. § 46b-120
P.B. §§ 3-2(b); 3-3; 3-4(c);
3-5; 3-6(b); 3-8, 26-3

**Instructions**
*1. Type or print clearly with ball point pen.*
*2. File a separate appearance for each child.*
*3. If this form is e-filed, pursuant to Section 51-193c of the Connecticut General Statutes the document shall have the same validity and status as a paper document that was signed, subscribed, or verified by the filer.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
JUVENILE MATTERS
*www.jud.ct.gov*

**To: The Superior Court For Juvenile Matters**

| In re: *(Name of child/youth)* | Docket number |
|---|---|
| **NOAH PILEGGI** | **U06CP19011729A** |

Address of court *(Number, street, town and zip code)*
**7 KENDRICK AVE WATERBURY CT 06702**

## Please Enter the Appearance of ⬇

| Name of official, firm, professional corporation, individual attorney, or self-represented party *(See "Notice to self-represented Parties" at bottom)* | Juris number of attorney or firm |
|---|---|
| **ALLINGHAM READYOFF & HENRY LLC** | **419508** |
| Mailing address *(Number, street, P.O. Box)* **54 BRIDGE STREET** | Telephone number **8603505454** |

| City/town **NEW MILFORD** | State **CT** | Zip code **06776** | Fax number **8603505457** |

E-mail address
**rhenry@allinghamlaw.com**

**In the above-entitled case as counsel for the:**
*("X" appropriate box)*

- [ ] child
- [ ] father *(name):* _____
- [X] mother
- [ ] parents
- [ ] child and parents
- [ ] other *(name and interest, legal status or relationship):* _____

**Type of case** *("X" all that apply)*

- [X] Neglect / Uncared-for / Abuse
- [ ] Termination
- [ ] Probate Transfer
- [ ] Emancipation
- [ ] Delinquency
- [ ] Family w/Service Needs
- [ ] Administrative Appeal
- [ ] Appeal from Probate Decision
- [ ] Other *(specify)*

- [ ] Appointment as guardian ad litem for _____

*If other counsel or a self-represented party have already appeared for the party or parties indicated above, state whether this appearance is:*

- [ ] In place of the appearance of attorney or firm _____ already on file **or**
  *(Name)*
- [ ] In addition to appearance already on file.

*NOTE: If other court appointed counsel has already appeared for the party or parties indicated above, an appearance in place of the court appointed counsel must be authorized by the Judicial Authority.*

| Signed *(Individual attorney or self-represented party)* **419508** | Print of type name of person signing at left **ALLINGHAM READYOFF & HENRY LLC** | Date signed **04/05/2019** |

**Certification**
**I certify that a copy of the above was mailed or delivered in accordance with Practice Book Sections 3-4(c) and 3-5 of the Connecticut Practice Book.**

Name and address of each party and attorney that copy was mailed or delivered to*
**ERIC PALLADINO, ALLISON MATHIAS**

| Signed *(Individual attorney or self-represented party)* **419508** | Date copy(ies) mailed/delivered **04/05/2019** |

| For Court Use Only |
|---|
| **Superior Court** |
| **Juvenile Matters** |
| **WATERBURY** |
| FILED:4/5/2019 12:00 AM |

*\* If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to*

**Notice to Self-represented Parties**
*A self-represented party is a person who represents himself or herself. It is your responsibility to inform the Clerk's Office if you have a change of address.*

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

**Appearance**

**APPEARANCE**
**JUVENILE MATTERS**

JD-JM-13   Rev. 8-16
C.G.S. § 46b-120
P.B. §§ 3-2(b); 3-3; 3-4(c);
3-5; 3-6(b); 3-8, 26-3

**Instructions**

*1. Type or print clearly with ball point pen.*
*2. File a separate appearance for each child.*
*3. If this form is e-filed, pursuant to Section 51-193c of the Connecticut General Statutes the document shall have the same validity and status as a paper document that was signed, subscribed, or verified by the filer.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
JUVENILE MATTERS
*www.jud.ct.gov*

**To: The Superior Court For Juvenile Matters**

| In re: (Name of child/youth) | Docket number |
|---|---|
| SAVANNAH PILEGGI | U06CP19011730A |

Address of court (Number, street, town and zip code)
**7 KENDRICK AVE WATERBURY, CT 06702**

### Please Enter the Appearance of ⬇

| Name of official, firm, professional corporation, individual attorney, or self-represented party (See "Notice to self-represented Parties" at bottom) | Juris number of attorney or firm |
|---|---|
| **ALLINGHAM READYOFF & HENRY LLC** | 419508 |

| Mailing address (Number, street, P.O. Box) | Telephone number |
|---|---|
| **54 BRIDGE STREET** | 8603505454 |

| City/town | State | Zip code | Fax number |
|---|---|---|---|
| **NEW MILFORD** | CT | 06776 | 8603505457 |

E-mail address
rhenry@allinghamlaw.com

**In the above-entitled case as counsel for the:**
("X" appropriate box)

- [ ] child
- [ ] father (name): _____
- [X] mother
- [ ] parents
- [ ] child and parents
- [ ] other (name and interest, legal status or relationship): _____

**Type of case** ("X" all that apply)

- [X] Neglect / Uncared-for / Abuse
- [ ] Termination
- [ ] Probate Transfer
- [ ] Emancipation
- [ ] Delinquency
- [ ] Family w/Service Needs
- [ ] Administrative Appeal
- [ ] Appeal from Probate Decision
- [ ] Other (specify) _____

- [ ] Appointment as guardian ad litem for _____

*If other counsel or a self-represented party have already appeared for the party or parties indicated above, state whether this appearance is:*

- [ ] In place of the appearance of attorney or firm _____ **already on file or**
  (Name)
- [ ] In addition to appearance already on file.

*NOTE: If other court appointed counsel has already appeared for the party or parties indicated above, an appearance in place of the court appointed counsel must be authorized by the Judicial Authority.*

| Signed (Individual attorney or self-represented party) | Print of type name of person signing at left | Date signed |
|---|---|---|
| 419508 | ALLINGHAM READYOFF & HENRY LLC | 04/05/2019 |

**Certification**

**I certify that a copy of the above was mailed or delivered in accordance with Practice Book Sections 3-4(c) and 3-5 of the Connecticut Practice Book.**

Name and address of each party and attorney that copy was mailed or delivered to*
ERIC  PALLADINO, ALLISON  MATHIAS

| Signed (Individual attorney or self-represented party) | Date copy(ies) mailed/delivered |
|---|---|
| 419508 | 04/05/2019 |

*For Court Use Only*

**Superior Court**
**Juvenile Matters**
**WATERBURY**

**FILED:**4/5/2019 12:00 AM

* If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to

**Notice to Self-represented Parties**
*A self-represented party is a  person who represents himself or herself. It is your responsibility to inform the Clerk's Office if you have a change of address.*

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

**Appearance**

**APPEARANCE**
**JUVENILE MATTERS**
JD-JM-13   Rev. 8-16
C.G.S. § 46b-120
P.B. §§ 3-2(b); 3-3; 3-4(c);
3-5; 3-6(b); 3-8, 26-3

STATE OF CONNECTICUT
**SUPERIOR COURT**
JUVENILE MATTERS
*www.jud.ct.gov*

**Instructions**
*1. Type or print clearly with ball point pen.*
*2. File a separate appearance for each child.*
*3. If this form is e-filed, pursuant to Section 51-193c of the Connecticut General Statutes the document shall
have the same validity and status as a paper document that was signed, subscribed, or verified by the filer.*

**To: The Superior Court For Juvenile Matters**

| In re: (*Name of child/youth*) | Docket number |
|---|---|
| **NOAH PILEGGI** | **U06CP19011729A** |

Address of court (*Number, street, town and zip code*)
**7 KENDRICK AVE WATERBURY CT 06702**

### Please Enter the Appearance of ⬇

| Name of official, firm, professional corporation, individual attorney, or self-represented party (*See "Notice to self-represented Parties" at bottom*) | Juris number of attorney or firm |
|---|---|
| **ERIC  PALLADINO** | **305457** |
| Mailing address (*Number, street, P.O. Box*) | Telephone number |
| **459 WOODBURY ROAD** | **8602745570** |

| City/town | | State | Zip code | Fax number |
|---|---|---|---|---|
| **WATERTOWN** | | **CT** | **06795** | **8602743578** |

E-mail address
**ejpall@gmail.com**

**In the above-entitled case as counsel for the:**
("X" appropriate box)
- [X] child
- [ ] father (*name*): _____
- [ ] mother
- [ ] parents
- [ ] child and parents
- [ ] other (*name and interest, legal status or relationship*): _____

Type of case ("X" all that apply)
- [X] Neglect / Uncared-for / Abuse
- [ ] Termination
- [ ] Probate Transfer
- [ ] Emancipation
- [ ] Delinquency
- [ ] Family w/Service Needs
- [ ] Administrative Appeal
- [ ] Appeal from Probate Decision
- [ ] Other (specify)

- [ ] Appointment as guardian ad litem for _____

*If other counsel or a self-represented party have already appeared for the party or parties indicated above, state whether this appearance is:*

- [ ] *In place of the appearance of attorney or firm* _____ *already on file* **or**
(Name)
- [ ] *In addition to appearance already on file.*

*NOTE: If other court appointed counsel has already appeared for the party or parties indicated above, an appearance in place of the court appointed counsel must be authorized by the Judicial Authority.*

| Signed (*Individual attorney or self-represented party*) | Print of type name of person signing at left | Date signed |
|---|---|---|
| **305457** | **ERIC  PALLADINO** | **04/01/2019** |

**Certification**
**I certify that a copy of the above was mailed or delivered in accordance with Practice Book Sections 3-4(c) and 3-5 of the Connecticut Practice Book.**
Name and address of each party and attorney that copy was mailed or delivered to*
**ALLISON  MATHIAS**

| Signed (*Individual attorney or self-represented party*) | Date copy(ies) mailed/delivered |
|---|---|
| **305457** | **04/01/2019** |

*\* If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to*

**For Court Use Only**

**Superior Court**
**Juvenile Matters**
**WATERBURY**

FILED:4/1/2019 12:00 AM

**Notice to Self-represented Parties**
*A self-represented party is a  person who represents himself or herself. It is your responsibility to inform the Clerk's Office if you have a change of address.*

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

**Appearance**

**APPEARANCE**
**JUVENILE MATTERS**

JD-JM-13  Rev. 8-16
C.G.S. § 46b-120
P.B. §§ 3-2(b); 3-3; 3-4(c);
3-5; 3-6(b); 3-8, 26-3

STATE OF CONNECTICUT
**SUPERIOR COURT**
JUVENILE MATTERS
*www.jud.ct.gov*

**Instructions**
*1. Type or print clearly with ball point pen.*
*2. File a separate appearance for each child.*
*3. If this form is e-filed, pursuant to Section 51-193c of the Connecticut General Statutes the document shall have the same validity and status as a paper document that was signed, subscribed, or verified by the filer.*

**To: The Superior Court For Juvenile Matters**

| In re: (Name of child/youth) | Docket number |
|---|---|
| **EMMA PILEGGI** | **U06CP19011728A** |

Address of court *(Number, street, town and zip code)*
**7 KENDRICK AVE WATERBURY CT 06702**

### Please Enter the Appearance of  ⬇

| Name of official, firm, professional corporation, individual attorney, or self-represented party *(See "Notice to self-represented Parties" at bottom)* | Juris number of attorney or firm |
|---|---|
| **ERIC  PALLADINO** | **305457** |
| Mailing address *(Number, street, P.O. Box)* **459 WOODBURY ROAD** | Telephone number **8602745570** |
| City/town **WATERTOWN** | State **CT** / Zip code **06795** | Fax number **8602743578** |
| | E-mail address **ejpall@gmail.com** |

**In the above-entitled case as counsel for the:**
*("X" appropriate box)*

[x] child
[ ] father *(name):* _____
[ ] mother
[ ] parents
[ ] child and parents
[ ] other *(name and interest, legal status or relationship):* _____

**Type of case** *("X" all that apply)*

[x] Neglect / Uncared-for / Abuse     [ ] Delinquency          [ ] Other *(specify):*
[ ] Termination                       [ ] Family w/Service Needs
[ ] Probate Transfer                  [ ] Administrative Appeal
[ ] Emancipation                      [ ] Appeal from Probate Decision

[ ] Appointment as guardian ad litem for _____

*If other counsel or a self-represented party have already appeared for the party or parties indicated above, state whether this appearance is:*

[ ] *In place of the appearance of attorney or firm* _____ *already on file or*
*(Name)*

[ ] *In addition to appearance already on file.*

*NOTE: If other court appointed counsel has already appeared for the party or parties indicated above, an appearance in place of the court appointed counsel must be authorized by the Judicial Authority.*

| Signed *(Individual attorney or self-represented party)* **305457** | Print of type name of person signing at left **ERIC  PALLADINO** | Date signed **04/01/2019** |
|---|---|---|

**Certification**
**I certify that a copy of the above was mailed or delivered in accordance with Practice Book Sections 3-4(c) and 3-5 of the Connecticut Practice Book.**

Name and address of each party and attorney that copy was mailed or delivered to*
**ALLISON  MATHIAS,  GUENDELSBERGER LAW OFFICES LLP**

| Signed *(Individual attorney or self-represented party)* **305457** | Date copy(ies) mailed/delivered **04/01/2019** |
|---|---|

*For Court Use Only*

**Superior Court**
**Juvenile Matters**
**WATERBURY**

**FILED:** 4/1/2019 12:00 AM

* If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to

**Notice to Self-represented Parties**
*A self-represented party is a  person who represents himself or herself. It is your responsibility to inform the Clerk's Office if you have a change of address.*

The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA.*

**Appearance**



**DR. MORSE'S**
**HERBAL HEALTH CLUB**

Dr. Morse's Herbal Health Club

525 Tamiami Trail Unit 5
Port Charlotte, FL 33953

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/28/2019 | 17684 |

**PAID 02/28/2019**

| Bill To |
|---------|
| Katharine Pileggi<br>17 Church Hill Road<br>Washinton, CT 06794 |

| Ship To |
|---------|
| Katharine Pileggi<br>Higher Harmony Living<br>11 Pinewood Shrs<br>Sherman, CT 06784-2506 |

| Info | Sign. Req. | Terms | Rep | Ship Date | Ship Via |
|------|-----------|-------|-----|-----------|----------|
| 136597 | Y | WEB - Credit Card | MM | 2/28/2019 | Priority Mail |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 1 | **ISOD Video Series Level 1 - ONE (11-Disc DVD w/ Certification)** | 695.00 | 695.00 |
| | **Subtotal** | | 695.00 |
| | **Shipping/Handling** | 26.30 | 26.30 |

Return/Claims Policy - Items to be returned must have prior authorization.
The quality of our herbal formulas is 100% guaranteed. Notify us within 7 days of receipt of
goods if you are not pleased. We gladly accept unopened returns due to our error (bottle seal must
be intact). Returns not due to our error are subject to a 20% restocking fee.

Superfood Blends, Loose Teas, Salves, and all Capsulated formulas CANNOT be returned.

| | |
|---|---|
| **Subtotal** | $721.30 |
| **Sales Tax (7.0%)** | $0.00 |
| **Total** | $721.30 |
| **Payments / Credits** | -$721.30 |
| **Balance Due** | $0.00 |

| Phone # | Fax # |
|---------|-------|
| 941-766-8068 | 941-766-8068 |

www.drmorsesherbalhealthclub.com

Case 3:22-cv-01315-AWT Document 109-7 Filed 04/20/26 Page 118 of 118

# Your Orders

Orders     Open Orders     AmazonFresh Orders     Digital Orders     Cancelled Orders

🔍 Search all orders

**39 orders** placed in   [ past 6 months ∨ ]

ORDER PLACED
February 21, 2019

ORDER # 113-5024464
Order Details

## Delivered Saturday

Package was left inside the residence's mailbox

2 of Organic Coconut Wraps, Coco Nori Original (Raw, Vegan, Paleo, Gluten Free wraps)
Made from young Thai Coconuts
Sold by: Wrawp Foods
$8.99

[ Buy it again ]

Track package

Return or replace item

Share gift receipt

Leave seller feedback

Write a product review

Archive order

Opoway Nurse Penlight with Pupil Gauge LED Medical Pen Lights for Nursing Doctors
Batteries Free, Black 2ct.
Sold by: OPOWAY
Return eligible through Mar 25, 2019
$8.99

[ Buy it again ]

ORDER PLACED

ORDER # 113-46554
Order Details