# Exhibit G

SCHEDULE A

CHILD'S NAME        Emma PILEGGI    (9/2/15)

DATE OF BIRTH    _____

DOCKET #        U06 CP 19011728-A

### MOTION TO/FOR

Revocation of Commitment

The Petitioner, Comissioner of the Department of Children and Families (DCF), moves this court to find that the cause for commitment no longer exists and that it is in Emma's best interest for her to return to father's primary physical custody with a period of protection supervision until 3/9/20 (concurrent with her siblings Savannah, Noah + Mairin Pileggi). Items 1 through 4 _____ of the attachment will apply for Emma, mr. Pileggi + mrs. Pileggi. Parties will share joint legal custody, however, should the parties disagree, mr. Pileggi will have final decision making authority, until Emma is of the age of majority.

to be granted by agreement:

AAG AK Mathias

[signatures]

_Mathias_ – for DCF
Petitioner  AAG Kim Mathias

55 W. Main St · Waterbury CT
Address

_____

_____

_____

Phone #

The above motion is GRANTED/DENIED
Approved - Accepted.
& So Ordered,
[signature] – 10/9/19

Judge [signature]

Dated at Waterbury, this 9th day of October, 2019

SUPERIOR COURT
WATERBURY JUVENILE

OCT 09 2019

CLERK'S OFFICE

The parties hereby agree as follows:

1. Father shall enjoy primary physical custody of his four minor children, namely:
   Savannah Pileggi (4/8/2009);
   Noah Pileggi (9/26/2012);
   Emma Pileggi (9/2/2015); and
   Mairin Pileggi (4/19/2017).

2. Mother shall  enjoy parenting time with the children as mutually agreed upon by the
   parties.  Such parenting time shall be liberal and flexible and Father shall not
   unreasonably deny parenting time requests by Mother.

3. The parties shall share legal *and all medical* custody of the minor children for the purpose of conferring
   with each other on major decisions as they relate to the minor children.  However, should
   the parties disagree, father shall have final decision making authority.

4. Father has filed  a dissolution action, which is currently pending in Danbury *Danbury* Superior
   Court.  Any orders either entered by agreement or by the Court regarding the care and
   custody of the minor children shall be consistent with the terms agreed upon  herein.
   For the purposes of ensuring that the court orders align, Father's specific steps as
   provided by the Department of Children and Families shall include a condition that he
   provide the Court with a copy of this order and any other information regarding the
   disposition and adjudication of this matter originating from the Waterbury Superior Court.

5. Should Mother wish to modify legal and/or physical custody of the minor child(ren), there
   shall first be a threshold requirement that she have a follow-up psychological
   examination by Dr. Chiramello *Ciaramella* before proceeding with a motion for modification with the
   Family Court. *Danbury*

*#s 1-4 Approved*
*Accepted &*
*Ordered.*

*held for a hearing on 10/9/19*

*# 5 W/drawn by.*
*DCF w/ Consent*
*of all Parties*
*upon 10/9/19.*

SUPERIOR COURT
WATERBURY JUVENILE

SEP 23 2019

CLERK'S OFFICE