# Exhibit H

**Anthony Pileggi**
**Volume II**

**Pileggi vs. Mathias**
**3:22-cv-01315-AWT**

**May 20, 2025**



**ROBERT MILLER REPORTING**

1000 Farmington Ave
Suite 103
West Hartford, CT 06107
860-269-9191

production@millerreporting.com
millerreporting.com

Anthony Pileggi
Volume II
Copy

79

VOLUME II

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - x
                                    :
KATHARINE PILEGGI, ET AL.,
                                    :
              Plaintiffs,
                                    :   Civil Action No.
vs.                                     3:22-cv-01315-AWT
                                    :
MATHIAS, ET AL.,
                                    :
              Defendants.
                                    :
- - - - - - - - - - - - - - - - - - x

          Continued deposition of ANTHONY PILEGGI,

     taken pursuant to the Federal Rules of

     Civil Procedure, at the law offices of

     Danaher Lagnese, PC, 21 Oak Street,

     Hartford, Connecticut, before Janet C.

     Phillips, CSR No. 124, a Registered

     Professional Reporter and Notary Public in and

     for the State of Connecticut, on Tuesday,

     May 20, 2025, at 10:29 a.m.

Copy

80

                    A P P E A R A N C E S


LAW OFFICES OF TRICIA S. LINDSAY
Attorneys for the Plaintiffs
531 E. Lincoln Avenue - Suite 5B
Mount Vernon, Connecticut  10552
Phone:  (347) 386-4604
Email:  tricialindsaylaw@gmail.com
        attorney@tricialindsaylaw.com
    By:  TRICIA SOPHIA LINDSAY, Esq.


DANAHER LAGNESE, PC
Attorneys for the Defendants Connecticut Children's
Medical Center, Lawrence Zemel, M.D. and Kevin
Fitzsimmons, PA
21 Oak Street
Hartford, Connecticut  06106
Phone:  (860) 247-3666
Email:  tplumridge@danaherlagnese.com
        spayne@danaherlagnese.com
        dltran@danaherlagnese.com
    By:  THOMAS J. PLUMRIDGE, Esq.


OFFICE OF THE ATTORNEY GENERAL
Attorneys for the Defendants
165 Capitol Avenue
Hartford, Connecticut  06106
Phone:  (860) 808-5318
Email:  john.tucker@ct.gov
    By:  JOHN TUCKER, Esq.

Anthony Pileggi
Volume II

Copy

172

Q.   What year?

A.   2000- -- I'm not sure exactly.  When you guys had her, I said.  There's been a lot of dates thrown around today.

Q.   When she was in the guardianship --

A.   Yes.

Q.   -- of the Department of Children and Families?

A.   Yes.

Q.   And where did the meeting take place?

A.   At the Danbury office.

Q.   And you're not sure who was there.  Who said that to you?

A.   Who said what to me?

Q.   That you'd get your daughter back faster if you divorced.

A.   It was whispered outside after the meeting to Heather and to one of the ladies there from DCF.

Q.   It was whispered.  So it wasn't said to you directly?

A.   It was whispered to me, Heather, and the lady who said it.  We were outside the office.

Q.   So it was a lady who did the whispering?

A.   From your DCF, yes, dude.

Q.   And who was the lady who did the whispering?

A.   One of your ladies.  I answered that.

Copy

173

MS. LINDSAY:  He asked and answered that three times.

MR. TUCKER:  Well, I'm just trying to find out who whispered.

MS. LINDSAY:  He said he didn't know.  He said a lady from DCF.

Q.   Is that true?  You don't know who the lady is who did the whispering?

MS. LINDSAY:  He can't remember the name, he said.

MR. TUCKER:  I would ask that the actual witness testify.

MS. LINDSAY:  He said it three times.

MR. TUCKER:  I didn't understand that.

Q.   So you don't know who the lady was who whispered that.  And this was outside the meeting, right?

A.   Yes.

Q.   Okay.  And so aside from this whispering following a meeting, was there any other time that anyone from the Department of Children and Families talked to you about divorce?

A.   Yes.

Q.   When was that?

A.   Don't have exact dates, but that was a Frank

Robert Miller Reporting Services