# Exhibit 1

--..i                                     **Progress Notes**
                                          Pileggi, Emmn
                                          h d m t ID: PILEOG0003
                                          OOB: 00!02120LS
                                          Age; 2 years 5 months  G tnd u: P

02/22/2018

**Dental visits yes**

Cufflint Medlcallons:
Curren! Modicati,ons:
Rx: VITAMIN D 400UNIT!MI 1ml Liquid dally-days,, Ref: 0
Medication Allergies:
Aflorgles:
NKDA

Ob Uve:
He/ lt Percentile  281313
Weight Percentile  23.20
General: well appearing child in no distress
Head: normocephallc, atraumatic
Eyes:  conjunctiva dear, EOM intact. PERAL.
Ears: Ear canals dear, tympanic membranes dear. ossicles normal appearar.cc.
Moulh: Mucous mem!.nnes mois: no mucosal lesions,
Teeth: good alignment, no obvious caries
Nose:  no external lesions, mucosa non-inflamed, septum and turbinates normal
Neck: Supple without lymphadenopathy.
Heart: RRR, no murmur
Lungs: CTA bilaterally, no wheezes, rhonchi, rales. Breathing unlabored,
Abdomen: Soft, NTIND, no HSM, ro masses.
Genllalia:   normal external female genitalia, no lesions
Extremities: nl
Skin: no rash or prominent lesions
Neuro: grossly normal

### Assessment:

Diagnosis:  Well child exam: ICD9  v20.2,  ICD10 .. Z00.129 / SNOMED = 102506008

Diagnosis: Encounter for screening for certain developmental disorders in childhood : ICD1 O= 213.4 / !CD9 = V79.3 /
SNOMED'" 268554002
PEDS 1 pos

Diagnosis:   Vaccination not carried out because of caregiver refusal : ICD1 o = 228.82 / !CD9 = V64.05 / SNOMED – 275984001

Normal toddler behavior

### Plan:

Injury Prevention: Discussed ear seats. smoke detectors. poison control numbers. proper storage of medications/ehemlcals. water safety/ pool fences.
Reviewed proper child disciplinary methods.

Follow-up:  6 months

Patient Education Hand-outs given to patient
ti   Pediatric Advisor: Well Child Care at 2 H 2 Years, 08:34PM, Printed (Handout:pa_wc2hyear_pep.htm)

\#    SIGNED BY Roman Alder (RA)    02/22/2018 08:34PM
\#    REVISED BY Roman Alder {RA}    02/22/2018 08:36PM