# Exhibit 5

**Progress Notes**
Pileggi, Emma
**Patient ID:** PILEGG0003
**DOB:** 09/02/2015
**Age:** 2 years 8 months **Gender:** F

05/29/2018

---

**Date:** 05/29/18 : 11:55am
**Title:** PEDS OFFICE VISIT
**Date of Birth:** 09/02/15

**Vital Signs:**
Temperature: 99 F

**Subjective:**
This 2 year 8 month old female presents .with her mother for a 1-2 week h/o swollen knees and difficulty walking.
She has not been herself for the last 3 weeks.

Fever: subjective fevers
Decreased sleep: yes

Review of Systems:
Nose/Mouth/Throat: No nasal congestion, rhinorrhea, oral lesions, postnasal drip or sore throat
Respiratory: No cough, shortness of breath or wheezing
Genitourinary: negative

**Past Medical History:**

**Social History:**

**Current Medications:**
Current Medications:
Rx: VITAMIN D 400UNIT/ML 1ml Liquid daily - days, , Ref: 0
**Medication Allergies:**
Allergies:
NKDA

**Objective:**
General: No acute distress.
Eyes: Conjunctiva clear bilaterally
Throat: no erythema, exudates or lesions.
Neck: shotty lymph nodes
Heart: RRR, no murmur
Lungs: CTA bilaterally, no wheezes, rhonchi, rales. Breathing unlabored.
Lymphatics: swelling and warmth of both knees, sl tenderness to touch

**Assessment:**

**Diagnosis:** Arthritis : ICD10 = M19.90 / ICD9 = 716.90 / SNOMED = 3723001
knees, r/o Lyme disease

**Plan:**

Lyme test, CBC,, CRP

Knee X ray

**Follow-up:** Per clinical course and Pending imaging results in 2-3 days.

\#    SIGNED BY Roman Alder (RA)    05/29/2018 11:59AM

Printed On: 05/29/2018    Page: 1 of 1