# Exhibit 6

5/31/2018 6:10:18 PM   WCHN   Page 2 of 3


**Western Connecticut Health Network**
Danbury Hospital new Hilmopmhagen new ask Hospital

**Danbury Hospital**
**Department of Pathology and Laboratory Medicine**
24 Hospital Avenue, Danbury, CT 06810
CT License # HP-0206, CLIA #07D0101031, BB-1023
Paul Fiedler, MD, FCAP, FASCP-Laboratory Director
For Information and Results 203 739-7306

Patient:          **PILEGGI, EMMA**
DOB/Age/Sex: 9/2/2015     2 years        Female          Location   DHLPSCNM

MRN:          DH01021577                              Attending Physician  Alder, Roman, MD
FIN            0001255399                              Copy To:                Alder, Roman, MD
Date of Service 5/29/2018
Consulting Providers
              Alder, Roman, MD

---

### *Hematology*

**CBC and Differential**

| Procedure | WBC | RBC | Hgb | Hct | MCV | MCH | MCHC |
|---|---|---|---|---|---|---|---|
| Units | K/µL | M/µL | g/dL | % | fL | pg | g/dL |
| Reference Range | [5.5-15.5] | [3.90-5.30] | [11.5-13.5] | [34.0-40.0] | [75-87] | [24.0-30.0] | [31.0-36.9] |
| Collected Date/Time | | | | | | | |
| 5/29/2018 13:13 EDT | 10.4 | 4.17 | 8.8 L | 29.1 L | 70 L | 21.1 L | 30.2 L |

| Procedure | RDW CV | RDW SD | Platelets | MPV | NRBC Absolute /100(WBCs) | Neutro % Auto % |
|---|---|---|---|---|---|---|
| Units | % | fL | K/µL | fL | | |
| Reference Range | [11.5-14.5] | [35.0-47.0] | [150-400] | [9.4-12.3] | [0-0] | [17-53] |
| Collected Date/Time | | | | | | |
| 5/29/2018 13:13 EDT | 12.8 | 31.8 L | 465 H | 7.6 L | 0 | 31 H |

| Procedure | Neutro Absolute | Lymph % Auto | Lymph Absolute | Mono % Auto | Mono Absolute |
|---|---|---|---|---|---|
| Units | K/µL | % | K/µL | % | K/µL |
| Reference Range | [1.80-8.50] | [30-60] | [2.00-8.00] | [4-12] | [0.00-0.80] |
| Collected Date/Time | | | | | |
| 5/29/2018 13:13 EDT | 3.29 | 54 | 5.60 | 7 | 0.77 |

| Procedure | EOS % Auto | Eos Absolute | BASO % Auto | Baso Absolute | IG % Auto | IG Absolute |
|---|---|---|---|---|---|---|
| Units | % | K/µL | % | K/µL | % | K/µL |
| Reference Range | [0-7] | [0.00-0.40] | [0-2] | [0.00-0.20] | [0-1] | [0.00-0.10] |
| Collected Date/Time | | | | | | |
| 5/29/2018 13:13 EDT | 7 | 0.72 H | 0 | 0.04 | 0 | 0.03 |

Interpretive Data
i1:    Neutro % Auto
       Note: In some cases of cytoses or cytopenia, percentage reference intervals may be discordant with the
       corresponding absolute values. Absolute values must be considered for clinical assessment.

---

LEGEND: e=Corrected, *=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, PL=Performing Lab

Report Request ID:  11218307              Page 1 of 2          Report Date/Time  5/31/2018 18:08 EDT

Patient Name: PILEGGI, EMMA                                    MRN DH01021577
FIN          0001255399

| Immunology-Serology | | | | |
|---|---|---|---|---|
| Procedure | CRP | Lyme Reflex | Lyme Rflx Inter | Lyme Rflx Note |
| Units | mg/L | ratio | | |
| Reference Range | [0.1-1.0] | [<=0.90] | [Negative] | |
| Collected Date/Time | | | | |
| 5/29/2018 13:13 EDT | 37.7 H | 0.13 | Negative | See Note [n] |

Result Comments
f1:    Lyme Rflx Note
       Ratio <= 0.90 indicates no significant amount of antibodies to
       B. burgdorferi detected.


       Test Performed with Borrelia VlsE1/pepC10 IgG/IgM Zeus ELISA

LEGEND: e=Corrected, *=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, PL=Performing Lab

Report Request ID:  11218307                    Page 2 of 2           Report Date/Time  5/31/2018 18:08 EDT