# Exhibit 7

**06/01/2018 - Office Visit in Connecticut Children's Specialty (continued)**

🔍 06/01/2018    9 of 151  ∧ ∨ ✕

Clinical Notes (continued)

**Subjective:**
**Chief Complaint:** Joint Swelling

**HPI:**
Emma is a 2 y.o. previously healthy partially unvaccinated female here for evaluation of bilateral knee pain and swelling. She's been having episodic knee swelling bilaterally for the last several months, not brought to medical attention. Over the past week however, she has had worsening knee swelling, associated with daytime pain, night wakening, morning stiffness, and refusing to weight bear over the last few days. She may be having some low-grade fever, but this has not been well documented.

She has been reporting some ocular pain without redness or photophobia. She has lost her appetite, and seems to more tired. She has occasional abdominal pain. Parents are generally carrying her everywhere now.
Parents largely follow an alternative health approach, involving mostly diet and supplements. They eschew medica and vaccinations. They are starting a program to detox heavy metals, which may have been present in the few vaccines she did receive. Mother is convinced that Emma has Epstein-Barr virus, which is what mother had in the past, producing a "life threatening illness" before she cured herself based on a couple of books. Parents are also giving Emma tumeric tea, ionized zinc, various vitamins, and echinacea.

Emma's past history is negative. Mother had illnesses which she thinks are related to both Epstein-Barr virus and strep. Father enjoys good health, and 3 siblings aged 8, 5, and 1, are largely healthy. They follow a vegan diet.

**PAST MEDICAL HISTORY:**
No past medical history on file.
No past surgical history on file.

**MEDICATIONS:**
No outpatient encounter prescriptions on file as of 6/1/2018.

No facility-administered encounter medications on file as of 6/1/2018.

**ALLERGIES:**
No Known Allergies

**FAMILY HISTORY:**
Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Psoriasis | Maternal Uncle | |

Mom diagnosed with "chronic lyme disease" which she self diagnosed with "chronic EBV strep." She is going to a natropath next week to test with "muscle testing." Mom reports she was previously "dying" with no quality of life and cured herself with medical medium books.
Dad healthy
3 siblings at home, all healthy, 1, 5, and 9 year olds

**SOCIAL HISTORY:** Emma has no drug history on file. She has no alcohol history on file. She has no sexual acti history on file.
Social History

| | |
|---|---|
| • Lives at home with: | Both parents |
| • Siblings at home? | Yes |

Neurological: Positive for tremors.
Psychiatric/Behavioral: Positive for sleep disturbance.

**Objective:**

Temperature (!) 35.7 °C (96.3 °F), temperature source Tympanic, height 90 cm (2' 11.43"), weight 12.2 kg (27 lb 0.1 oz).
Physical Exam
Constitutional: She appears well-developed and well-nourished. She does not appear ill.
HENT:
Mouth/Throat: Mucous membranes are moist.
Eyes: Conjunctivae are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Thyroid normal. No neck adenopathy.
Cardiovascular: Normal rate and regular rhythm.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress.
Abdominal: Scaphoid and soft. She exhibits no distension and no mass. There is no hepatosplenomegaly. There is
tenderness.
Musculoskeletal: Normal range of motion. She exhibits edema and tenderness.
**She has a mild synovitis of her right fourth PIP joint, and right ankle mostly in the hindfoot**
**She has 2-3+ swelling of both knees, with 10° flexion contractures, and flexion of 95° on the right, and 105°**
**the left**
Lymphadenopathy:
  She has no axillary adenopathy.
Neurological: She is alert. She has normal strength. She displays normal reflexes. No cranial nerve deficit.
Skin: Skin is warm. No rash noted.

Data/Diagnostic Studies Reviewed:

Printed on 12/14/22  3:09 PM                                                                                    Page 2



CONNECTICUT CHILDREN'S    Pileggi, Emma
282 Washington Street     MRN: 4342519, DOB: 9/2/2015, Sex: F
HARTFORD CT 06106-3322    Visit date: 6/1/2018

**06/01/2018 - Office Visit in Connecticut Children's Specialty Group, Department of Rheumatology, Hartfor**
**(continued)**

**Clinical Notes (continued)**

Laboratory results reviewed and are pertinent for Hematocrit of 29, hemoglobin 8.8, MCV 70, CRP 37.7 (0.1–1.0) a
negative Lyme
**Assessment:**

Emma is a 2 y.o. female with recent onset arthritis involving both knees, right ankle, and one finger, associated witl
constitutional symptoms and markedly elevated CRP. Lyme disease has been effectively ruled out. We are most lil
dealing with juvenile idiopathic arthritis. Further studies will help to define her arthritis better.

Standard of care treatment at this stage, seeing that she is quite disabled, would either be a combination of
nonsteroidals plus short-term prednisone, or bilateral knee injections under sedation. The latter intervention would
provide much quicker relief. When I presented these 2 options to parents, mother strongly refused to have her
daughter on medication at this time. She feels that her daughter has the same EBV related illness that she had. Th