# Exhibit 8

02/02/2022   13:58 Preferred Pediatrics                          (FAX)                P.062/073

⏰ 10-29-2020 9:47 AM CT        Wave Integrative Medical        → Pediatric                    pg 4 of 12
5/13/2020  2:18 PM  FROM: Igenex                    TO: +18602630576    P.  1

## Igx
### IGeneX Inc.

556 Gibraltar Drive
Milpitas CA 95035
T: (800) 832-3200
F: (408) 935-8272

www.igenex.com

Laboratory Director: Jyotsna S. Shah, Ph.D.

CLIA:        05D0643914
CALIFORNIA:  CLF 4033
NPI:         1396837605

---

DATE:                          Wed May 13 2020, 14:18 PDT

NUMBER OF PAGES TO FOLLOW:      7

TO:

   FAX FOR CLIENT 36551

   Phone:
   FAX:        860-263-0576

Note:

We are pleased to announce COVID-19 testing.

1. SARS-CoV-2 Real Time RT-PCR: detects the presence of SARS-CoV-2, the virus that causes COVID-19.

2. SARS-CoV-2 ImmunoBlot IgM & IgG: detects the presence of IgM and IgG antibodies against the SARS-CoV-2 virus.

For more information, please visit:
https://igenex.com/igenex-covid-19-testing/

### CONFIDENTIAL HEALTH INFORMATION ENCLOSED

THIS FAX IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS FAX IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS INFORMATION IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY



5/13/2020  2:18 PM  FROM: Igenex                TO: +18602630578    P. 2

**Igx** IGeneX Inc.

556 Gibraltar Drive
Milpitas, CA 95035
T: (800) 832-3200
F: (408) 935-8272

www.igenex.com

Laboratory Director: Jyotsna S. Shah, Ph.D.

CLIA:            05D0643914
CALIFORNIA:  CLF 4033
NPI:             1396837605

| | |
|---|---|
| REFERRING PHYSICIAN | PILEGGI, EMMA<br>DOB: 09/02/2015<br>Gender: FEMALE<br>Accession: A115606<br>Patient ID: 83434 |
| DAVIS, CORTNEY PA<br>326 W MAIN ST STE 108<br>MILFORD, CT  06460 | Collected:   04/14/2020 UNK<br>Received:    04/16/2020 12:20<br>Reported:   05/13/2020 14:17<br>Reprinted:<br>Amended:<br>Corrected: |

## BORRELIOSIS - Lyme Disease

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| B. burgdorferi IFA - G/M/A | Serum | >80 | Negative: <40<br>Equivocal: 40<br>Positive: > or = 80 | Titer |

Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test - These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

Page 1 of 7

⏱ 10-29-2020 9:47 AM CT        Wave Integrative Medical        → Pediatric                        pg 6 of 12
5/13/2020  2:18 PM  FROM: Igenex                      TO: +18602630576    P.  3

**PILEGGI, EMMA**                                    **PILEGGI, EMMA**
**DOB: 09/02/2015**
**Gender: FEMALE  Accession: A115606**
**Patient ID: 83434**
**Physician: DAVIS, CORTNEY PA  Client: 36551**

Collected:        04/14/2020 UNK
Received:         04/16/2020 12:20
Reported:         05/13/2020 14:17
Reprinted:
Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|------|----------|--------|-----------------|-------|

Lyme ImmunoBlot IgM         Serum
IGX Criteria:                                    Negative
CDC/NYS Criteria:                                Negative
***
[REVISED REPORT: EFFECTIVE APRIL 10, 2019]

Lyme ImmunoBlot IgM detects antibodies to B. burgdorferi strains and species

| Band (kDa) | 23* | 31* | 34* | 39* | 41* | 93 |
|------------|-----|-----|-----|-----|-----|-----|
| Intensity | - | - | - | - | + | - |

Band Intensity: Positive: + to ++++, Indeterminate: Ind, Negative: (-)

| INTERPRETATION | IGX CRITERIA | CDC/NYS CRITERIA |
|----------------|--------------|-------------------|
| **Positive** | 2 or more of the starred bands are present (+): 23*, 31*, 34*, 39*, 41* kDa | 2 or more of the following bands are present (+): 23*, 39*, 41* kDa |
| **Negative** | Does not meet IGX criteria for a positive. | Does not meet CDC/NYS criteria for a positive. |

<u>**LIMITATION:**</u>  Bands 31* and 34* kDa are present in Lyme vaccinated patients. Viral antibodies cross react with the 93 kDa antigen.

Testing performed at IGeneX 556 Gibralter Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test – These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

Page 2 of 7

DOB: 09/02/2015
**Gender: FEMALE  Accession: A115606**
**Patient ID: 83434**
**Physician: DAVIS, CORTNEY PA  Client: 36551**

Collected:       04/14/2020 UNK
Received:        04/16/2020 12:20
Reported:        05/13/2020 14:17
Reprinted:
Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|------|----------|--------|-----------------|-------|

Lyme ImmunoBlot IgG          Serum

IGX Criteria:                                      **Positive**

CDC/NYS Criteria:                              Negative
***
[REVISED REPORT: EFFECTIVE APRIL 10, 2019]

Lyme ImmunoBlot IgG detects antibodies to B. burgdorferi strains and species

| Band (kDa) | 18 | 23* | 28 | 30 | 31* | 34* | 39* | 41* | 45 | 58 | 66 | 93* |
|------------|----|----|----|----|-----|-----|-----|-----|----|----|----|-----|
| Intensity | - | - | - | - | Ind | - | + | + | - | - | - | - |

Band Intensity: Positive: + to ++++, Indeterminate: Ind, Negative: (-)

| INTERPRETATION | IGX CRITERIA | CDC/NYS CRITERIA |
|----------------|--------------|------------------|
| **Positive** | 2 or more of the starred bands are present (+): 23*, 31*, 34*, 39*, 41*, 93* kDa | 5 or more of the following bands are present (+): 18, 23*, 28, 30, 39*, 41*, 45, 58, 66, 93* kDa |
| **Negative** | Does not meet IGX criteria for a positive. | Does not meet CDC/NYS criteria for a positive. |

**LIMITATION:**  Bands 31* and 34* kDa are present in Lyme vaccinated patients.  Viral antibodies cross react with the 93 kDa antigen.

LYME IMMUNOBLOT IGM SPECIATION
B. burgdorferi US(genus)          Serum          Neg
B. burgdorferi US Spp              Serum          Neg
   BbSs: Borrelia burgdorferi sensu stricto includes but not limited to
   B. burgdorferi B31 and B. burgdorferi 297.
   BbSl: Borrelia burgdorferi sensu lato includes but not limited to B.
   mayonii and B. californiensis.

Testing performed at IGeneX 566 Gibraltar Drive Milpitas CA 95035 (800) 832-3200.

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, O. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test - These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

Page 3 of 7

Case 3:22-cv-01315-AWT    Document 114-9    Filed 04/23/26    Page 6 of 8

Dr. Lopuzny  PDF

File    Edit    View    Help

← 18 of 36 →

Page 68 of 73    ✎ Edit    ⌕ Mark up ∨    🖊 Sign a copy ∨

Q  ⊖  ⊕    175% ∨    ⛶

Q Search in this document    ∧  ∨  ✕



Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| B. burgdorferi European(genus) | Serum | Neg | | |
| B. burgdorferi European Spp | Serum | Neg | | |

*Borrelia burgdorferi European species include but not limited to B. afzelii, B. garinii, B. spielmanii and B. valaisiana.*

| B. burgdorferi Species | Serum | Neg | | |

*B. burgdorferi species include but not limited to Bb B31, Bb 297, B. mayonii, B. californiensis, B. afzelii, B. garinii, B. spielmanii and B. valaisiana.*

LYME IMMUNOBLOT IGG SPECIATION

| B. burgdorferi US(genus) | Serum | Pos | | |
| B. burgdorferi US spp | Serum | Neg | | |

*BbSs: Borrelia burgdorferi sensu stricto includes but not limited to B. burgdorferi B31 and B. burgdorferi 297.*
*BbSl: Borrelia burgdorferi sensu lato includes but not limited to B. mayonii and B. californiensis.*

| B. burgdorferi European(genus) | Serum | Pos | | |
| B. burgdorferi European Spp | Serum | Neg | | |

*Borrelia burgdorferi European species include but not limited to B. afzelii, B. garinii, B. spielmanii and B. valaisiana.*

| B. burgdorferi Species | Serum | Pos | | |

*B. burgdorferi species include but not limited to Bb B31, Bb 297, B. mayonii, B. californiensis, B. afzelii, B. garinii, B. spielmanii and B. valaisiana.*

## BORRELIOSIS- Relapsing Fever Borrelia

TBRF Borrelia ImmunoBlot IgM

| TBRF Borrelia genus ImmunoBlot IgM | Serum | Neg | Positive: Detected 2 or more TBRF Borrelia | |

Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, RXSpot, Broad Coverage Antibody, COVID-19 Test - These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NY3 to perform high complexity clinical laboratory testing.

Page 4 of 7

02/02/2022   14:08 Preferred Pediatrics                    (FAX)                    P.069/073

⊙ 10-29-2020 9:49 AM CT      Wave Integrative Medical      → Pediatric                    pg 9 of 12
5/13/2020   2:18 PM   FROM: Igenex                    TO: +18602630576    P.   6

Dr. Lopuzny PDF

✕

File    Edit    View    Help

← 18 of 36 →    💬    ⬇    🔗

▯ Page 69 of 73    ✎ Edit    ⌖ Mark up ∨    ⇅ Sign a copy ∨    🔍    ⊖ ⊕    175% ∨    ⌞⌝

🔍 Search in this document    ∧ ∨ ✕

Negative:  No TBRF Borrelia specific antibody
detected.

*. TBRF ImmunoBlot IgM detects antibodies to Borrelia hermsii, B.
turicatae, B. miyamotoi and TBRF Borrelia species.

| TBRF Borrelia ImmunoBlot IgM Species | | |
|---|---|---|
| B. miyamotoi | Serum | Neg |
| B. hermsii | Serum | Neg |
| B. turicatae | Serum | Neg |
| TBRF Borrelia spp | Serum | Neg |

**TBRF Borrelia ImmunoBlot IgG**

| TBRF Borrelia genus ImmunoBlot IgG Serum | | Neg |
|---|---|---|

Positive:  Detected 2 or more TBRF Borrelia
species-specific antibodies.

Indeterminate: Detected only 1 TBRF Borrelia
species-specific antibody.

Negative:  No TBRF Borrelia specific antibody
detected.

* TBRF ImmunoBlot IgG detects antibodies to Borrelia hermsii, B.
turicatae, B. miyamotoi, B. coriciae and TBRF Borrelia species.

| TBRF Borrelia ImmunoBlot IgG Species | | |
|---|---|---|
| B. miyamotoi | Serum | Neg |
| B. hermsii | Serum | Neg |
| B. turicatae | Serum | Neg |
| TBRF Borrelia spp | Serum | Neg |

**BABESIOSIS**

Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test - These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regarded as investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

Page 5 of 7

02/02/2022   14:10 Preferred Pediatrics                    (FAX)                    P.070/073

✉ 10-29-2020 9:49 AM CT    Wave Integrative Medical    → Pediatric                    pg 10 of 12
5/13/2020  2:18 PM  FROM: Igenex            TO: +18602630576    P.  7

PILEGGI, EMMA                    PILEGGI, EMMA
DOB: 09/02/2015



# Galaxy Diagnostics

PO BOX 14346 6 DAVIS D
RESEARCH TRIANGLE PARK,
P: (919)
F: (919)
GALA

| | | | |
|---|---|---|---|
| **PATIENT (LAST, FIRST)** | Pileggi, Emma | **ORDER RECEIVED** | 2020-11-11 |
| **DATE OF BIRTH** | 2015-09-02 | **ORDER REPORTED** | 2020-11-24 |
| **CLINIC** | Origins of | **ORDER NUMBER** | 2020-0002781 |
| | Health | **CLIA #** | 34D2027997 |
| **PHYSICIAN** | Moorcroft, Thomas | **CLIA DIRECTOR** | Susan M. Orton, Ph. |
| | | **TESTS PERFORMED BY** | Lemsic, Jon |

## BARTONELLA IFA (IgG) RESULTS

| TARGET | COLLECTION | SAMPLE | TYPE | RESULT | TITER | RE |
|---|---|---|---|---|---|---|
| Bartonella quintana | 2020-11-10 | S-1 | Serum | Reactive | 1:64 | No |
| Bartonella henselae | 2020-11-10 | S-1 | Serum | Reactive | 1:64 | No |