# Exhibit 9



02/02/2022   13:29 Preferred Pediatrics                          (FAX)                          P.001/

## Emma Pileggi
6 Year Old Female  Birth Date: 9/2/2015  MRN: 00000427101  Account: 4271-1

### Active Patient Encounter
This encounter was created on Thursday, August 2, 2018 at 3:25 PM

#### General Information
Main Provider:  Danielle Wilson, APRN
Responsible:    Danielle Wilson, APRN
Referring:      Lopusny, Diana MD
Appointment:    Thursday, August 2, 2018 at 3:45 PM
Visit Type:     Sick Visit New Patient
Case :          DEFAULT CASE (0)
Charges:        Yes
Signature:      This encounter has not been signed.

Encounter:  ID 30242
Stage:      Patient Checked Out    Room:

Insurance:  MEDICAID (SW)
Location:   Preferred Pediatrics
Base Date:  None

#### Ink Documents
No ink documents have been created.

#### External Documents
No external documents have been attached.

#### Comments
No comments have been entered.

#### Charting

Emma Pileggi: F: 9/02/2015: 8/02/2018 03:45PM

**Accompanying Adult**
**Patient accompanied by mother and father.**

**Chief complaint**
• Lyme

**History of present illness**
Emma Pileggi is a 2 year 11 month old female.
She reported: **Soft tissue swelling.**

**2 months ago bit by a tick. Knee/joint swelling and pain. Taken to pediatrician and lab work was negative. Met with rheumatologist who stated she had idiopathic rheumatology. Mother has hx of eptein barr, emma just tested positive for ebv. Previous pediatrician reported her to DCF for not receiving treament for arthritis. She is being followed by a naturopath and homeopath. Has difficulty with walking related to inflammation to bilateral knees.**

**Physical findings**
Vital Signs:
Vital Signs/Measurements  Value
Temporal temperature 99.5 F
Weight 27 lbs
Standard Measurements:
          • **Weight percentile for age was 16%.**
General Appearance:
          ° Normal.
Neck:
          ° Normal.
Eyes:
          General/bilateral:
              ° Eyes: normal.
Ears:
          General/bilateral:

Dr. Lopuzny PDF

File    Edit    View    Help

← 18 of 36 →

Page 2 of 73    ✎ Edit    ⟳ Mark up ∨    ✍ Sign a copy ∨

Q    ⊖    ⊕    175% ∨    ⌄⌄

## Emma Pileggi
6 Year Old Female   Birth Date: 9/2/2015   MRN: 00000427101   Account: 4271-1

Lungs:
    ° Normal.
Cardiovascular:
    ° System: normal.
Abdomen:
    ° Normal.
Genitalia:
    ° Normal.
Musculoskeletal System:
    *General/bilateral:* • **Abnormal movement of all extremities.**
    Fingers:
        *General/bilateral:* • **Fingers had abnormalities right ring finger edematous and warm to touch, no redness.**
        **ROM is limited.**
    Knee:
        *General/bilateral:* • **Knees showed abnormalities bilateral edema to both knees, ROM is limited.**
        **Warm to touch, no redness.**
Skin:
    ° Normal.

### Assessment
• **Difficulty in walking**
• **Fatigue**

### Plan
Tick borne illness labs ordered, ANA, RF, ESR.

Referred to Yaashi for homeopathy

Referred to Jennifer Boyd

Referred to Dr. Skowron for naturopathy

f/u in one month

Spent additional 30 min discussing case with parents.

### Practice Management
New outpatient expanded h&p - straightforward decision making 99202:O;OO;N;A;0;0;210222202200222 and expanded H&P with straightforward decision making 99202:O;OO;N;A;0;0;210222202200222.
Prolonged direct outpatient physician service each additional 30 minutes.
Total face to face time was unspecified;  Total face to face time was unspecified.

### Narrative
No narrative has been assigned.

### Medications
No medications have been prescribed.

### Messages
| Date | Subject |
|------|---------|
| 1/31/2022 | |

### Orders
No orders have been ordered.

### Tasks
No tasks have been created.

### Vaccinations
No vaccinations have been entered.

### Problem List
| Date | Description | Code |
|------|-------------|------|
| 8/2/2018 | DIFFICULTY IN WALKING, NOT | R26.2 |

Emma Pileggi: F: 9/02/2015: 9/21/2020 11:15AM

## Accompanying Adult
Patient accompanied by mother and father.

## Chief complaint
- **Parental concerns**
- f/u from Lyme dx-never treated for lyme. swollen knees, falls. Not eating well

## History of present illness
Emma Pileggi is a 5 year old female.

**Tick bite occurred june of 2018 within 24 hours Emma started with drowsiness overall not** **she started with muscle aches, flu like sx, joint pains. within the first week her spine becan touch, she also developed sound and light sensitivities and eventually lock jaw. she even st extreme knee pain. also developed arthritic sx in her hands/fingers. did protocol with dr m changes within 3 months, she started to walk again towards the end of the 3 months also. a dcf case was opened up. working with specialist at ccmc after being dx with RA-lyme test parents. she was on methotrexate, currently on enbrel. parents had blood work done with** **41 positive for lyme, band 31 indeterminate for IgG and band 41 positive for IgM, also posi been on abx. labs were collected 4/14/2020. has appt with Dr. Tom Moorcroft in Berlin on : specialist. current sx include decreased appetite, intermittent abd pain, swollen knees and weakness. bruising more easily with enbrel. she has been back with her family since octob better.**

## Review of systems
Systemic: No systemic symptoms and not feeling tired.  No fever, no recent weight loss, and no recent
Head: No headache.
Neck: No neck pain.
Eyes: No eye symptoms and no blurry vision.  No red eyes.
Otolaryngeal: No ear symptoms, no hearing loss, no earache, and no discharge from the ears.  No nasa
    itching, no rhinorrhea, and no nasal congestion.  No throat symptoms, no sore throat, and no bad k
Cardiovascular: No cardiovascular symptoms, no chest pain or discomfort, no palpitations, and not irreg
Pulmonary: No pulmonary symptoms, no shortness of breath, and no stridor.  No cough, no barking cou
    coughing on exertion and not worse at night.  No wheezing.
Gastrointestinal: No gastrointestinal symptoms, appetite not decreased, and appetite not increased.  No
    vomiting, no abdominal pain, no melena, no red blood on the surface of the stool, and no mucus in
    incontinence, and no constipation.
Genitourinary: No genitourinary symptoms, no hematuria, no dark red hematuria, no increase in urinary
    and no polyuria.  No enuresis.  No dysuria.  No obstetrics or gynecology symptoms, periods are reg
    unknown, denied amenorrhea, and no menorrhagia.  No dysmenorrhea, no bleeding between perio
    cramping.  No vaginal discharge.
Endocrine: No endocrine symptoms, no polydipsia, no temperature intolerance, and no loss of hair from

# Emma Pileggi
6 Year Old Female   Birth Date: 9/2/2015   MRN: 00000427101   Account: 4271-1

Hematologic: No hematologic symptoms and no tendency for easy bruising.

Musculoskeletal: No musculoskeletal symptoms, no shoulder joint pain, no back pain, no hip joint pain, joint pain, no localized joint swelling, and no localized joint stiffness.

Neurological: No neurological symptoms, no fainting, no fainting, no convulsions /seizures, no ataxia, a

Psychological: No psychological symptoms, no anxiety, no depression, child not acting fussy, no sleep d performance.

Skin: No skin symptoms, no pruritus, no localized skin discoloration, no cyanosis -purple lips/fingers, no slow to heal.  Nails are normal.

**Physical findings**
Vital Signs:
Vital Signs/Measurements  Value
Temporal temperature 98.1 F
Weight 36.8 lbs
**Body mass index** 15.4 kg/m2
Height 41 in
Standard Measurements:

   • **Weight percentile for age was 29%.** • **Height percentile for age was 22%.**
General Appearance:
   ° Well nourished.  ° Well hydrated.  ° In no acute distress.
Eyes:
   General/bilateral:
      ° Eyes: normal.
Ears:
   General/bilateral:
      ° Ears: normal.
      *External Auditory Canal:* ° Normal.
      *Tympanic Membrane:* ° Normal.
      *Middle Ear:* ° No middle ear fluid.
Nose:
   General/bilateral:
      ° Nose: normal.
      *Discharge:* ° No nasal discharge seen.
      *Cavity:* ° Nasal mucosa normal.  ° Nasal turbinate normal.
      *Sinus Tenderness:* ° No sinus tenderness.
Upper Airway:
      ° Flaring nasal alae were not observed.
Pharynx:
      ° Normal.
      *Oropharynx:* ° Normal.  ° Uvula showed no abnormalities.  ° Tonsils showed no abnormalities.  ° Po normal.
Lymph Nodes:
      ° Cervical lymph nodes were not enlarged.
Lungs:
      ° Respiration rhythm and depth was normal.  ° Clear to auscultation.

° Normal.

*Oropharynx:* ° Normal.  ° Uvula showed no abnormalities.  ° Tonsils showed no abnormalities.  ° Pc
    normal.

Lymph Nodes:

    ° Cervical lymph nodes were not enlarged.

Lungs:

    ° Respiration rhythm and depth was normal.  ° Clear to auscultation.

Cardiovascular:

    *Heart Rate And Rhythm:* ° Normal.
    *Heart Sounds:* ° S1 normal.  ° S2 normal.

Abdomen:

    *Visual Inspection:* ° Abdomen was normal on visual inspection.
    *Auscultation:* ° Abdominal auscultation revealed no abnormalities.
    *Palpation:* ° Abdominal palpation revealed no abnormalities.

**Assessment**

• Lyme disease

**Plan**

Emma has lyme disease
labs scanned into chart confirming diagnosis
keep appt with Dr. Tom Moorcroft for 9/30, we will follow his advice and plan regarding treatment for ly
is warranted as he is the specialist
monitor sx and keep track of any changes
will likely restart Dr. Morse's protocol depending on Dr. Moorcroft's recommendations
f/u in office as needed
parents will send us all records from CCMC, including notes and any labs/tests that were performed.

**Practice Management**

Estab outpatient expanded h&p - low complexity decisions 99213:O;OO;E;a;0;0;230231103300213.
Total face to face time was unspecified.

**Narrative**

No narrative has been assigned.

02/02/2022     13:35 Preferred Pediatrics                                    (F

# Emma Pileggi

6 Year Old Female   Birth Date: 9/2/2015   MRN: 00000427101   Account: 4271-1

**Medications**

No medications have been prescribed.



**Medications**
No medications have been prescribed.

**Messages**

| Date | Subject |
|------|---------|
| 1/31/2022 | |

**Orders**
No orders have been ordered.

**Tasks**
No tasks have been created.

**Vaccinations**
No vaccinations have been entered.

**Problem List**

| Date | Description | Code |
|------|-------------|------|
| 9/21/2020 | LYME DISEASE, UNSPECIFIED | A69.20 |

**Allergy Shot**
No shots exist.

**Injections**
No injections have been entered.

**Dr. Lopuzny** PDF

✕

File    Edit    View    Help

← 18 of 36 →    💬    ⬇    §

▮ Page 18 of 73    ✎ Edit    ⌕ Mark up ⌄    ✑ Sign a copy ⌄    ⊖    ⊕    175% ⌄    ⌟⌞

| | | | | |
|---|---|---|---|---|
| Responsible: | Diana Lopusny, MD | | Stage: | No Stage    Room: |
| Referring: | Lopusny, Diana MD | | | |
| Appointment: | Monday, October 19, 2020 at 5:57 PM | | Insurance: | MEDICAID (SW) |
| Visit Type: | Phone Encounter | | Location: | Preferred Pediatrics |
| Case : | DEFAULT CASE (0) | | Base Date: | None |
| Charges: | No | | | |
| Signature: | This encounter has not been signed. | | | |

## Ink Documents

No ink documents have been created.

## External Documents

No external documents have been attached.

## Comments

No comments have been entered.

## Charting

Emma Pileggi: F: 9/02/2015: 10/19/2020 05:57PM

### Phone Call

Spoke to mom. seeing dr zemel tomorrow. parents are trying to get him off her list of drs. she definit
prove she has jra.

## Narrative

No narrative has been assigned.

## Medications

No medications have been prescribed.

## Messages

No messages exist.

## Orders

No orders have been ordered.

## Tasks

No tasks have been created.

# Emma Pileggi

6 Year Old Female   Birth Date: 9/2/2015   MRN: 00000427101   Account: 4271-1

Emma Pileggi: F: 9/02/2015: 6/28/2021 02:30PM

## Accompanying Adult
**Patient accompanied by mother.**

## Chief complaint
• well hydrated, not urinating and become very concerned × 1 wk

## History of present illness
Emma Pileggi is a 5 year old female.

**For the last month she has decreased in urination. the last week she has been pieeing much less. she i:
fruit and veggies. she is on herbs. she is drinking alot. she is still on embrel. mom is worried she is ge
Zemel switched her to Dr. Lapin.....they want to switch her to mtx and humira. her knees are inflamme:
her embrel shot. mom said her urine looks normal in color.**

## Review of systems
Systemic: No systemic symptoms and not feeling tired.  No fever, no recent weight loss, and no recent weight gain.
Head: No headache.
Neck: No neck pain.
Eyes: No eye symptoms and no blurry vision.  No red eyes.
Otolaryngeal: No ear symptoms, no hearing loss, no earache, and no discharge from the ears.  No nasal symptoms, n
itching, no rhinorrhea, and no nasal congestion.  No throat symptoms, no sore throat, and no bad breath.
Cardiovascular: No cardiovascular symptoms, no chest pain or discomfort, no palpitations, and not irregular.
Pulmonary: No pulmonary symptoms, no shortness of breath, and no stridor.  No cough, no barking cough, and no ch
coughing on exertion and not worse at night.  No wheezing.
Gastrointestinal: No gastrointestinal symptoms, appetite not decreased, and appetite not increased.  No dysphagia an
vomiting, no abdominal pain, no melena, no red blood on the surface of the stool, and no mucus in the stool.  No
incontinence, and no constipation.
Genitourinary: No genitourinary symptoms, no hematuria, no dark red hematuria, no increase in urinary frequency, w
and no polyuria.  No enuresis.  No dysuria.  No obstetrics or gynecology symptoms, periods are regular, date of la
unknown, denied amenorrhea, and no menorrhagia.  No dysmenorrhea, no bleeding between periods, and no me
cramping.  No vaginal discharge.
Endocrine: No endocrine symptoms, no polydipsia, no temperature intolerance, and no loss of hair from the head or b
Hematologic: No hematologic symptoms and no tendency for easy bruising.
Musculoskeletal: No musculoskeletal symptoms, no shoulder joint pain, no back pain, no hip joint pain, no knee joint μ
joint pain, no localized joint swelling, and no localized joint stiffness.
Neurological: No neurological symptoms, no fainting, no fainting, no convulsions /seizures, no ataxia, and no limping.
Psychological: No psychological symptoms, no anxiety, no depression, child not acting fussy, no sleep disturbances, a
performance.
Skin: No skin symptoms, no pruritus, no localized skin discoloration, no cyanosis -purple lips/fingers, no rash, and a sk
slow to heal.  Nails are normal.

## Physical findings
Vital Signs:
Vital Signs/Measurements  Value
Tympanic membrane temperature 99.3 F
Weight 38.1 lbs
**Body mass index** 14.5 kg/m2
Height 43 in
Standard Measurements:
• **Weight percentile for age was 16%.** • **Height percentile for age was 21%.**

Pulmonary: No pulmonary symptoms, no shortness of breath, and no stridor. No cough, no barking cough, and no c coughing on exertion and not worse at night. No wheezing.

Gastrointestinal: No gastrointestinal symptoms, appetite not decreased, and appetite not increased. No dysphagia an vomiting, no abdominal pain, no melena, no red blood on the surface of the stool, and no mucus in the stool. No incontinence, and no constipation.

Genitourinary: No genitourinary symptoms, no hematuria, no dark red hematuria, no increase in urinary frequency, w and no polyuria. No enuresis. No dysuria. No obstetrics or gynecology symptoms, periods are regular, date of la unknown, denied amenorrhea, and no menorrhagia. No dysmenorrhea, no bleeding between periods, and no me cramping. No vaginal discharge.

Endocrine: No endocrine symptoms, no polydipsia, no temperature intolerance, and no loss of hair from the head or b

Hematologic: No hematologic symptoms and no tendency for easy bruising.

Musculoskeletal: No musculoskeletal symptoms, no shoulder joint pain, no back pain, no hip joint pain, no knee joint joint pain, no localized joint swelling, and no localized joint stiffness.

Neurological: No neurological symptoms, no fainting, no fainting, no convulsions /seizures, no ataxia, and no limping.

Psychological: No psychological symptoms, no anxiety, no depression, child not acting fussy, no sleep disturbances, a performance.

Skin: No skin symptoms, no pruritus, no localized skin discoloration, no cyanosis -purple lips/fingers, no rash, and a sl slow to heal. Nails are normal.

**Physical findings**

Vital Signs:

Vital Signs/Measurements  Value

Tympanic membrane temperature 99.3 F

Weight 38.1 lbs

**Body mass index** 14.5 kg/m2

Height 43 in

Standard Measurements:
  • **Weight percentile for age was 16%.** • **Height percentile for age was 21%.**

**Assessment**
  • **Oliguria**

**Plan**

Emma is on Embrel and is not peeing well. she looks well today. no cva tenderness.

we will send her for a kideny ultrasound
we will do bloodwork

I told Mom I will talk to the new lawyer.....Trisha Lindsey.

**Narrative**

No narrative has been assigned.

**Medications**

No medications have been prescribed.

**Messages**

# Emma Pileggi

10 Year Old Female   Birth Date: 9/2/2015   MRN: 00000427101   Account: 4271-1

Emma Pileggi: F: 9/02/2015: 4/09/2026 04:15PM

## Accompanying Adult
**Patient accompanied by mother.**

## Chief complaint
• Mom stated concerns about ongoing Lyme and Epstein Bar symptoms flair ups. Mom stated x1.5months pt has symptoms of swallowing lymph nodes. Pt saw ND that requested for pt to see Pediatrican

## History of present illness
Emma Pileggi is a 10 year old female.

**Was having reactive lyme and took abx from me. she was better but now her ebv is back and she has swollen lymph nodes. she has chronic lyme per her bloodwork. Nd will do a new protocal for the lyme and the ebv. she can eat ok. the irritablity went away and she is much better since the abx.**

## Review of systems
Gastrointestinal: **Dysphagia.**

## Physical findings
Vital Signs:
Vital Signs/Measurements  Value
Temporal temperature 98.4 F
Weight 77 lbs 8oz
Standard Measurements:
**• Weight 49 percentile for age.**
General Appearance:
° Normal.
Neck:
° Normal.
Ears:
General/bilateral:
° Ears: normal.
Nose:
General/bilateral:
° Nose: normal.
Oral Cavity:
° Normal.
Pharynx:
*Oropharynx:* ° Normal.
Lymph Nodes:
**• Cervical lymph nodes were enlarged both glands swollen in the neck anteriorly.**
Lungs:
° Normal.

## Assessment
**• Lymphadenopathy**

## Plan
Emma having chronic lyme and ebv
since her last lyme flare up she had swollen glands
ND will start her on a new protocal for the chronic lyme and the ebv reactivation
rebounding- she is a gymnast
zito scan showed lyme. myotoxins and ebv.

hpi 15
exam 5
plan 20

usnea for enlarged glands.

## Practice Management
Estab outpatient expanded h&p - low complexity decisions 99213\99213:O;OO;E;a;0;0;210231101100211.
Total face to face time was unspecified.

## Narrative
No narrative has been assigned.

## Medications
No medications have been prescribed.

## Orders

# Emma Pileggi
10 Year Old Female   Birth Date: 9/2/2015   MRN: 00000427101   Account: 4271-1

## Patient Encounter
This encounter was created on Thursday, April 9, 2026 at 4:06 PM

### General Information

| | | | | |
|---|---|---|---|---|
| Main Provider: | Diana Lopusny, MD | Encounter: | ID 127647 | |
| Responsible: | Diana Lopusny, MD | Stage: | Patient Checked Out | Room: |
| Referring: | Lopusny, Diana MD | | | |
| Appointment: | Thursday, April 9, 2026 at 4:15 PM | Insurance: | MEDICAID (SW) | |
| Visit Type: | Sick Visit Established | Location: | Preferred Pediatrics | |
| Case : | DEFAULT CASE (0) | Base Date: | None | |
| Charges: | Yes | | | |
| Signature: | Signed by DIANA LOPUSNY, MD on Thursday, April 9, 2026 at 5:46 PM | | | |

### Ink Documents
No ink documents have been created.

### Comments
No comments have been entered.

### Charting

# Emma Pileggi

10 Year Old Female   Birth Date: 9/2/2015   MRN: 00000427101   Account: 4271-1

## Orders

No orders have been ordered.

## Tasks

No tasks have been created.

## Vaccinations

No vaccinations have been entered.

## Problem List

| Date | Description | Code |
|------|-------------|------|
| 4/9/2026 | GENERALIZED ENLARGED LYMPH NODES | R59.1 |

## Allergy Shot

No shots exist.

## Injections

No injections have been entered.