# Exhibit 10

Preferred Pediatrics

Diana Lopusny, MD

88 Noble Avenue, Suite 101

Milford, CT 06460

Phone: 203-874-2800

Fax: 203-874-0511

Date: _02/20/23_

To: _ATT: ATTORNEY TRISHA LINDSEY_

Fax: _914 - 240 - 1196_

From: _Preffered Pediatrics._

Pages: _2_

(including cover sheet)

Re: _203 874 0511_

Urgent _____        For Review _____✓_

Document is dated.



## 88 NOBLE AVENUE SUITE 101, MILFORD, CT 06460-4738

10/24/2022
EMMA PILEGGI
26 HIDDEN BROOK DR
Brookfield, CT 06804

Re:  Emma Pileggi  9/2/2015

To Whom it May Concern:

I have been Emmas's pediatric doctor since she started coming to my practice in 2018. I am board certified in Peditric Primary Care. Emma has been fighting with Lyme disease for several years, along with the coninfections. She has tested positive for Babesia, Bordatella, Anaplasmosis, and Mycoplasma. She has never tested positive for Rheumatoid Arthtritis and in my medical opinion, was misdiagnosed. Despite positive bloodwork results showing Lyme, and not Rheumatoid Arthritis, a plan of action was still given on the wrong diagnosis.  Emma was given multiple Rheumatoid Arthritis medications with no success. Her first medication was, Embrel, which caused her to have urinary problems, her joints were still swollen, especially in her knees, gingival polyps, and other complications. Humira and  Methotrexate were also added on, again with no sucess. Once Emma stopped all her Rheumatoid Arthritis medications, she began her journey towards healing.

This year I have seen tremendous results in Emma, she is doing amazing. Once we were able to adress her Lyme and her coinfections, her health began to improve. Her Naturopath specializes in Lyme, changed her diet to an Auto Immune Paleo diet, and started an herbal regimen for Lyme. I recommended accupuncture, epsom salt baths, and eating organic food. Katharine fought to get her daughter treated correctly and because of this Emma is thriving.

Emma was misdiagnosed with Idiopathic Rheumatoid Arthritis. Her true medical diagnosis was Lyme Disease, Babesia, Bordatella, Anaplamosis, and Mycoplasma.

Sincerely,

*Diana Lopusny*

Diana Lopusny, MD