# Exhibit 11

88 Noble Ave Ste 101
Milford CT 06460

**Physicians:**
Barbara Edelheit, MD
Blaine Lapin, MD
Heather Tory, MD
Lawrence Zemel, MD

**Nurses:**
Ann Wrynn, RN
Tegan Willard, RN

**Manager:**
Wanda Henriquez

| | |
|---|---|
| Patient: | **Emma Pileggi** |
| MR Number: | **4342519** |
| Date of Birth: | **9/2/2015** |
| Date of | **4/7/2021** |

Dear Dr. Diana:

I saw your patient Emma Pileggi on 4/7/2021 in follow up for:
1. **JIA (juvenile idiopathic arthritis), polyarthritis, rheumat factor neg**

Included below are the progress notes from her visit.

Emma is a 5-year-old with seronegative polyarticular juvenile idiopathic arthritis. Previously, maternal care was discontinued and she had a relatively short stay with a foster family. She is now back living with her father, seemingly happy, and doing well medically. She denies any knee pain, or joint pain elsewhere, morning stiffness, or systemic complaints. Father tells me that she is very active especially since the weather is getting warmer. She had a recent ophthalmology visit and never had uveitis. She is being followed by her dentist for a small gingival cyst. Otherwise, 8 point review of systems is negative. She never had Covid.

Her pediatrician, Dr.Lopousny, called me last week with concerned about renewed knee swelling. She felt that Emma had Lyme disease based on a positive IGenex test. I told her that Emma emphatically did not have Lyme disease based on previous negative testing and her clinical features.

On exam today, her weight was 39.7 pounds
**Physical Exam**
Constitutional:
 General: She is active.
 Appearance: She is well-developed. She is not ill-appearing.
HENT:
 Mouth/Throat:
 Mouth: Mucous membranes are moist.
Eyes:
 Conjunctiva/sclera: Conjunctivae normal.
 Pupils: Pupils are equal, round, and reactive to light.



| | | |
|---|---|---|
| CONNECTICUT CHILDREN'S | Pileggi, Emma | |
| 282 Washington Street | MRN: 4342519, DOB: 9/2/2015, Sex: F | |
| HARTFORD CT 06106-3322 | Visit date: 4/7/2021 | |

**04/07/2021 - Office Visit in Connecticut Children's Specialty Group, Department of Rheumatology, Stamfo**
**(continued)**

Letters (continued)

Neck:
 Musculoskeletal: Normal range of motion and neck supple.
Cardiovascular:
 Rate and Rhythm: Normal rate and regular rhythm.



| | | |
|---|---|---|
| **Connecticut Children's** | CONNECTICUT CHILDREN'S<br>282 Washington Street<br>HARTFORD CT 06106-3322 | Pileggi, Emma<br>MRN: 4342519, DOB: 9/2/2015, Sex: F<br>Visit date: 4/7/2021 |

## 04/07/2021 - Office Visit in Connecticut Children's Specialty Group, Department of Rheumatology, Stamfo (continued)

**Letters (continued)**

Neck:
  Musculoskeletal: Normal range of motion and neck supple.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Heart sounds: No murmur.
Pulmonary:
  Effort: Pulmonary effort is normal.
  Breath sounds: Normal breath sounds.
Abdominal:
  General: Abdomen is scaphoid.
  Palpations: Abdomen is soft. There is no mass.
  Tenderness: There is no abdominal tenderness.
Musculoskeletal: Normal range of motion.
  Comments: **She had 1+ effusion or soft tissue swelling in both knees with full range of motion. There was minimal tenderness in her left knee on full flexion.**
**All other joints today were quiet**
Skin:
  General: Skin is warm.
  Findings: No rash.
Neurological:
  Mental Status: She is alert.
  Deep Tendon Reflexes: Reflexes are normal and symmetric. Reflexes normal.
Psychiatric:
  Behavior: Behavior normal.

Assessment: Emma has polyarticular juvenile idiopathic arthritis with mild disease activity in both knees at this time, which is different from before. Her low-grade disease activity is probably a result of switching from once a week Enbrel to every other week Enbrel. We will often see this, and it is usually corrected by simply going back to standard dosing of once a week. MS pediatrician asked me to consider discontinuing Enbrel and starting something different. As I stated above, Emma does not have Lyme disease and should not be placed on antibiotics. Results from her particular laboratory have been notoriously unreliable, utilizing their own criteria for what constitutes a positive test, in contrast to the rest of the world.

Plans:
1. I will be repeating Lyme testing through a conventional lab, as well as inflammatory markers and routine studies
2. If her labs are normal, I would consider discontinuing Enbrel in deference to the pediatrician and starting oral methotrexate instead
3. If inflammatory markers are elevated, I would either go back to once a week Enbrel at the same dose, or switch to a different biologic such as



CONNECTICUT CHILDREN'S    Pileggi, Emma
282 Washington Street     MRN: 4342519, DOB: 9/2/2015, Sex: F
HARTFORD CT 06106-3322    Visit date: 4/7/2021

**04/07/2021 - Office Visit in Connecticut Children's Specialty Group, Department of Rheumatology, Stamfo**
**(continued)**

**Letters (continued)**

for this visit.


Sincerely,


Lawrence S. Zemel, MD


CC: Diana Lopusny, MD
88 Noble Ave Ste 101
Milford CT 06460
Via Fax: 203-874-0511


**Encounter-Level Documents**

**After Visit Summary - Document on 4/7/2021 1334: After Visit Summary**

Document (below)