# Exhibit 12

# IGX
IGeneX Inc.

556 Gibraltar Drive
Milpitas, CA 95035
T: (800) 832-3200
F: (408) 935-8272

www.igenex.com

Laboratory Director: Jyotsna S. Shah, Ph.D.

| | |
|---|---|
| CLIA: | 0500643914 |
| CALIFORNIA: | CLF 4033 |
| NPI: | 1396837605 |

---

REFERRING PHYSICIAN

PILEGGI, EMMA
DOB: 09/02/2015
Gender: FEMALE
Accession: 80522.28
Patient ID: 83434

PISTOIA, JARED NO
10 ELIZABETH ST STE B
BETHEL, CT 06801

| | |
|---|---|
| Collected: | 03/04/2026 UNK |
| Received: | 03/06/202613:29 |
| Reported: | 03/16/2026 |
| Reprinted: | 03/1712026 08:15 |
| Amended: | |
| Corrected: | |

---

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|

## BORRELIOSIS - Lyme Disease

Lyme ImmunoBlot IgM          Serum
IGX Criteria:                                    Negative
CDC/NYS Criteria:                            Negative
...
[REVISED REPORT: EFFECTIVE APRIL 10, 2019]

Lyme ImmunoBlot IgM detects antibodies to B. burgdorferi strains and species

| Band (kDa) | 23* | 31* | 34* | 39* | 41* | 93 |
|---|---|---|---|---|---|---|
| Intensity | - | - | - | --- | - | - |

Band Intensity: Positive:+ to++++, Indeterminate: Ind, Negative:(-)

| INTERPRETATION | IGX CRITERIA | CDC/NYS CRITERIA |
|---|---|---|
| Positive | 2 or more of the starred bands are present(+): 23*, 31*, 34*, 39*, 41* kDa | 2 or more of the following bands are present(+): 23*, 39*, 41* kDa |
| Negative | Does not meet IGX criteria for a positive. | Does not meet CDC/NYS criteria for a positive. |

LIMITATION:   Bands 31* and 34* kDa are present in Lyme vaccinated patients. Viral
antibodies cross react with the 93 kDa antigen.

Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Slots, Immuno8Iols, Lyme Dot Stot, Epitope, PCR, IFA, FISH, C. pneumoniae IgGIIgA, CD57, IGXSpot, Broad COverage Antibody, COVIIH9 Test· These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval Is not necessary. These tests are used for clinical purposes and should not be regarded as Inttestigational or for research. !GenaX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

**PILEGGI, EMMA'.**                                                    PILEGGI, EMMA
**DOB: 09/02/2015'**
Gender: FEMALE  Accession:  B052228
Patient 10: 83434
Physician:  PISTOIA, JARED NO  Client: 43357

Collected:        03/04/2026 UNK
Received:         03/06/2026 13:29
Reported:         03116/2026
Reprinted:        03/17/2026 08:i5
Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|------|----------|--------|-----------------|-------|
| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |

LYME IMMUNOBLOT IGM SPECIATION

Revised report:06-09-22

| B. burgdorferi US(genus) | Serum | Negative |
|---|---|---|
| B. burgdorferi US Spp | Serum | Negative |

*BbSs: Borrelia burgdorferi sensu stricto includes but no/ limited to*
*B. burgdorferi 831 and B. burgdorferi 297.*
*BbSl: Borrelia burgdorferi sensu lato includes but not limited to B*
*mayonii and B. californiensis.*

| B. burgdorferi European(genus) | Serum | Negative |
|---|---|---|
| B. burgdorferi European Spp | Serum | Negative |

*Borrelia burgdorferi European species include but not limited to B*
*afzelii, B. garinii, B. spielmanii and B. valaislana.*

JI   performed at iGeneX  56  Gibrallar Drive IIpIbIS  CI\  5    (B00),832'..9200

Diagnosis should not be based on laboratory results alone. Results shOuld be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Weslarn Blots, immuno81ots, Lyme 0ol Biol, Epilope, PCR, IFA, FISH, C. pneum011iaa IgG/IgA, C057, IGXSpot, Broad Coverage Antibody, COVI0-19 Test - These tests were developed and their performance charllilerIstics determined by IGeoX, Inc. They have not been cleared or approved by Lfe FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and should not be regwded as Inv01Stigational or for research. IGeneX, Inc. Is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

PILEGGI, EMMA                                                    PILEGGI, EMMA
DOB: 09/02/2015
Gender: FEMALE  Accession: 8052228
Patient ID: 83434
Physician: PISTOIA, JARED NO  Client: 43357

Collected:     03/04/2026 UNK
Received:      03/06/2026 13:29
Reported:      03/16/2028
Reprinted:     03/17/2026 08:15
Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|
| Lyme ImmunoBlot IgG | Serum | | | |
| IGX Criteria: | | Positive | | |
| CDC/NYS Criteria: | | Negative | | |

[REVISED REPORT: EFFECTIVE APRIL 10, 2019]

Lyme ImmunoBloi IgG detects antibodies to B. burgdorferi strains and species

| Band (kOa) | 18 | 23* | 28 | 30 | 31* | 34* | 39* | 41* | 45 | 58 | 66 | 93* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Intensity | – | – | – | – | – | – | + | + | – | – | – | – |

Band Intensity: Positive:+ to++++, Indeterminate: Ind, Negative:(–)

| INTERPRETATION | IGX CRITERIA | CDC/NYS CRITERIA |
|---|---|---|
| Positive | 2 or more of the starred bands are present (+): 23*, 31*, 34*, 39*, 41*, 93* kDa | 5 or more of the following bands are present(+): 18, 23*, 28, 30, 39*, 41*, 45, 58, 66, 93* kDa |
| Negative | Does not meet IGX criteria for a positive. | Does not meet CDC/NYS criteria for a positive. |

LIMITATION:  Bands 31* and 34* kDa are present in Lyme vaccinated patients.  Viral antibodies cross react with the 93 kDa antigen.

Testting performed at IGeooX 556 Gilbmllar Drive Milpitas CA 95035 (800) 832×14!00

Diagnosis shoo ld ingt be based on laboratory results alone. Results should be hrat1)rmIed in conjuncti,:m with clink:al symptoms and patioot history.

NOTE: Western Blots, Immunofl.lols. Lyme Dot Bklt, Epitcpe, PCFI, IPA, FISH, C. poournoolae IgG/IgA, C057, IGXSpol. Broad Covvage Antibody; COVID-19 Test- These tests wcrb dе11cloped and !helr periormanu:(! characienstfcs detarmiocd by !GeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined lhat such approrval is nat neoossa,y. These tests are used lor clinical outp0.:os and should not be regarded ac investigationalor for rocoarch. IGeneX, lnc. is-licensed by CMC and NYS to perform high complexity clinical laboratory t(j)zting.

PILEGGI, EMMA                                              PILEGGI, EMMA
DOB: 09/02/2015
Gender: FEMALE  Accession:  8052228
Patient ID: 83434
Physician:  PISTOIA, JARED NO  Client: 43357

Collected:       03/04/2026 UNK
Received:        03/06/2026 13:29
Reported:        03/16/2026
Reprinted:       03/17/2026 08:15
Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|---|---|---|---|---|

*• FOR POSITIVE RESULT, TESTING BY IMMUNOBLOT /GM OR JIG IS RECOMMENDED.            rev.03/12125*

## BORRELIOSIS- Relapsing Fever Borrelia

TBRF Borrelia ImmunoBlot IgM
TBRF Borrelia genus ImmunoBlot IgMSerum        IND      Positive:   Detected 2 or more TBRF 8orrelia
                                                                    species-specific antibodies.
                                                         Indeterminate: Detected only 1 TBRF Borrelia
                                                                    species-specific antibody.
                                                         Negative:   No TBRF Borrelia specific antibody
                                                                    detected.

*• TBRF ImmunoB/ot IgM detects antibodies to Borrefia hermsii, B. turicatae, B. mIyamotoI and TBRF Borrelia species.*

TBRF Borrella ImmunoBlot IgM Species
| 8. miyamotoi | Serum | Negative |
| B. hermsli | Serum | **IND** |
| B. turicatae | Serum | Negative |
| TBRF Borrelia spp | Serum | Negative |

TBRF Borrelia ImmunoBlot IgG
TBRF Borrelia genus ImmunoBlot IgG Serum     Pos(TBRF)   Positive:   Detected 2 or more TBRF Borrelia
                                                                    species-specific antibodies.
                                                         Indeterminate: Detected only 1 TBRF Borrelia
                                                                    species-specific antibody.
                                                         Negative:   No TBAF Borrelia specific antibody
                                                                    detected.

*• TBRF ImmunoBlot IgG detects antibodies to Borre/fa hermsii, 8. turicatae, 8. miyamotoi and TBRF Borrelia species.  rev101524*

Testing performed at !GeneX 595 Gibraltar Drive Milpitas CA 95035 (800) 832-0200

Diagnosis should not be based on laboratory results alone. Result] should be Interpreted in conjunction with clinical sympIQms and pallant history.

NOTI:; Western Blots, ImmuooBlots, Lyme Doi Biol, Epilope, PCR, IFA, FISH, C. pneumcniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test, These tests were developed and their performance characteristic& determined by IGenaX, Inc. They have not been cleared OI approved by Iha FDA. Tha FDA has determined that such approval is not necessary. These tests are used tor clinical purposes and should not be regarded as investigaUonal or for research. IGeneX, Inc. is licensed by CMS , and NYS to perform high comple,dly clinical tabomlory testing.

PILEGGI, EMMA                                          PILEGGI, EMMA
DOB: 09/02/2015
Gender: FEMALE  Accession:  8052228
Patient ID: 83434
Physician:  PISTOIA, JARED ND  Client: 43357

Collected:        03/04/2026 UNK
Received:         03/06/2026 13:29
Reported:         03/16/2026
Reprinted:        03/17/2026 08:15
Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|------|----------|--------|-----------------|-------|

· Babesia ImmunoBlot test detects specific IgG antibodies to
Babesia species, including but not limited to B. microti, B. duncani
and B. divergens.

| | | | |
|---|---|---|---|
| B. microti ImmunoBlot IgG | Serum | Negative | |
| B. duncani ImmunoBlot IgG | Serum | Negative | |
| Babesia spp. | Serum | Negative | |

Limitations:

Negative test result does not exclude possibility of Babesia
infection, may retest in 6-8 weeks.

Results should be interpreted in conjunction with clinical symptoms
and other laboratory findings.


## EHRLICHIOSIS

| | | | | |
|---|---|---|---|---|
| HME IFA-IgM | Serum | <20 | < 20  : Negative<br>= 20  : May or may not indicate<br>         active infection<br>>=40   : Indicates active infection | Titer |
| HME IFA- IgG | Serum | 80 | < 40  : Negative<br>< 160  : May or may not suggest<br>          active infection<br>>=160  : Indicates active infection | Titer |


## ANAPLASMOSIS

| | | | | |
|---|---|---|---|---|
| HGA IFA-IgM | Serum | <20 | < 20  : Negative<br>= 20  : May or may not indicate<br>         active infection<br>>=40   : Indicates active infection | Titer |


Testing performed at IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

Diagnosis should not be based on laboratory results alone. Results should be interpreted in conjunction with clinical symptoms and patient history.

NOTE: Western Blots, ImmunoBlots, Lyme Dot Blot, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test. These tests were developed and their performance characteristics determined by IGeneX, Inc. They have not been cleared or approved by the FDA. The FDA has determined that such approval is not necessary. These tests are used for clinical purpose> and should not be regarded as Investigational or for research. IGeneX, Inc. is licensed by CMS and NYS to perform high complexity clinical laboratory testing.

PILEGGI, EMMA:                                        PILEGGI, EMMA
DOB: 09/02/2015
Gender: FEMALE  Accession:  8052228
Patient 10: 83434
Physician:  PISTOIA, JARED ND  Client: 43357

Collected:        03/04/2026 UNK
Received:         03/06/2026 13:29
Reported:         03/16/2026
Reprinted:        03/17/2026 08:15
Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|------|----------|--------|-----------------|-------|
| HGA IFA- IgG | Serum | <40 | < 40  ; Negative<br>< 160  : May or may not suggest active infection<br>>=160  : Indicates active infection | Titer |

## BARTONELLOSIS

BARTONELLA IMMUNOBLOT IGM

| | | | |
|---|---|---|---|
| Bartonell  genus | Serum | IND | Positive: Detected 2 or more Bartonella genus or species:specific antibody.<br>Indeterminate: Detected only 1 Bartonella genus or species- specific antibody.<br>Negative: No Bartonella specific antibQQY detected. |
| B. elizabethae | Serum | Negative | |
| Rvinsonii: | Serum | Negative | |
| B. henselae | Serum | IND | |
| B. quintana | Serum | Negative | |
| Bartonella species | Serum | Negative | |

*Report revision: 'Effective 11-15-2022*

*Bartonella ImmuhoBfbt test detects speciflt'antibodies lo*

*Bartonella species, including but not limited to B.elizabethae, B.*

*vinsoni,; B.henselae, B-quintana, 8.bacilfformis, B<clarridgeiae, B.*

*grahamii, B.koehlera6, B.washoensis Ji,J B.rochalima'e,*

BARTdNE!-LA IMMUNOBLOT IGG

| | | | |
|---|---|---|---|
| Bartonella genus | Serum | Negative | Positive: O tectecf 2 or more Barfl:Snella genus or $pecies-specific antib<>dy.<br>Indeterminate: Detected ohly 1 Battonelja genus or species- specific antibody.<br>Negative: No Bartonella specific antibody detected. |

Testing performed at IGeneX 556 Gibraltor Drive Milpitas CA 95035 (800) 832-3200

Diagnocls should not t,a based on laboraloty result$ alone. Results should be Interpml.Jld In conjunction with clinical symptoms and patient history.

NOTE; Western BIOIS, ImmunoBIO!s, Lyme Dot Blot. Epitope, PCf!, IFA. FISH, C. pneumonlae IgG/IgA. C0S7, fGXSpot, Sroad Coverage Antibody, COVI(H9 Tes!, These tests were developed and their performanoo characterlstics determined by IGeneX, Inc< They have not been cleared or approved by the FDA. The FDA has determined !Mt such approval is not necessary. These tests are used for clinical purposes and should not be .egarded as Investlgatlonal or for research. IGeneX, Inc. i. licensed by aMS and NYS to perform high CQmpJexty clinical laborato,y testing.

PILEGGI, EMMA
DOB: 09/02/2015
Gender: FEMALE  Accession:  8052228
Patient ID: 93434
Physician:  PISTOIA, JARED ND  Client: 43357

PILEGGI, EMMA

Collected:        03/0412026 UNK
Received:        03/06/2026 13:29
Reported:        03/16/2026
Reprinted:       03/17/2026 08:15
Amended:
Corrected:

| TEST | SPECIMEN | RESULT | REFERENCE RANGE | UNITS |
|------|----------|--------|-----------------|-------|
| B. elizabethae | Serum | Negative | | |
| B. vinsonii | Serum | Negative | | |
| B. henselae | Serum | Negative | | |
| B. quintana | Serum | Negative | | |
| Bartonella species | Serum | Negative | | |

Report revision.- Effective 11·15·2022

Bartonella ImmunoBlot test detects specific antibodies to

Bartonella species, including but not limited to B.elizabethae, B.

vinsonii, B.henselae, B.quintana, B.bacilliformis, R.clarridgeiae, B

graham11, R.koehlerae, B. washoensis and 81ocfialimae.


## RICKETTSIOSIS

| R. rickettsii IFA – IgG | Serum | <40 | < 40   : Negative<br>< 160  : May or may not suggest<br>        active infection<br>>=160  : Indicates active infection | Titer |
|---|---|---|---|---|
| R. typhi IFA – IgG | Serum | <40 | < 40   : Negative<br>< i 60  : May or may not suggest<br>        active infection<br>>=160  : Indicates active infection | Titer |


End of Report

Testing performed al IGeneX 556 Gibraltar Drive Milpitas CA 95035 (800) 832-3200

magnOSIS should not be based on laboratory results aloiw, Results shmild co interpreted in conjunction with clinical symptoms and patient history,

NOTE: Western Blots, ImmunoBlots, Lyme Dei Biol, Epitope, PCR, IFA, FISH, C. pneumoniae IgG/IgA, CD57, IGXSpot, Broad Coverage Antibody, COVID-19 Test, These tests were developed and their performance chamcleristics dolormined by IGeneX, Inc, They have not boon cleared or approved by the FOA, The FDA has determined that such approval is not necessary. These tests are used for clinical purposes and stiould not be regarded as invesUgationat or for research, IGeneX, Inc, is licenS0d by CMS end NYS to perform high complexHy clinical laboratory tasting.